IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-0038-CFC/CJB |
| | ) | |
| CAREDX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REFERENCE**

At Wilmington this 17th day of January, 2020, pursuant to 28 U.S.C. § 636 (b);

IT IS ORDERED that the above-captioned case is hereby referred to Magistrate Judge Christopher J. Burke to hear and resolve all pre-trial matters up to and including expert discovery matters (but not including summary judgment motions, Daubert motions, pre-trial motions in limine or the pre-trial conference), subject to 28 U.S.C. § 636 (b) and any further order of the Court. The above caption shall be used in all subsequent filings in this case.

United States District Judge