IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-038 (CFC) (CJB) |
| | ) CONSOLIDATED |
| CAREDX, INC., | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |
| | ) |
| | ) |

## [PROPOSED] CLAIM CONSTRUCTION ORDER

The Court, having considered the parties' briefing on claim construction (D.I. 76), and in accordance with the reasoning set forth during the claim construction hearing on December 7, 2022, IT IS HEREBY ORDERED that the terms of U.S. Patent Nos. 10,597,724 ("the '724 patent"), 11,111,544 ("the '544 patent"), and 10,655,180 ("the '180 patent") set forth below are construed as follows:

| Claim Term / Phrase | Patent / Claim | Construction |
|---|---|---|
| "loci" | '544 Patent Claims 1, 18, 21, 38<br><br>'180 Patent Claim 1 | Particular regions of interest on the DNA of an individual, which may include SNPs, the sites of possible insertions or deletions, or the sites of some other relevant genetic variations |


| Claim Term / Phrase | Patent / Claim | Construction |
| --- | --- | --- |
| "genetic data…is noisy" | '544 Patent Claims 8-10, 28-30 | genetic data with any of the following: allele dropouts, uncertain base pair measurements, incorrect base pair measurements, missing base pair measurements, uncertain measurements of insertions or deletions, uncertain measurements of chromosome segment copy numbers, spurious signals, missing measurements, other errors, or combinations thereof |
| "sequencing-by-synthesis" | '724 Patent Claim 1<br><br>'544 Patent Claims 1, 18, 21, 38 | Plain and ordinary meaning |
| "targeted PCR amplification of the cell-free DNA at more than 100 PCR loci in a single reaction volume using more than 100 primer pairs, wherein the amplified SNP loci comprise SNP loci on at least chromosome 1, 2, or 3" | '180 Patent Claims 1, 14 | Plain and ordinary meaning |
| "wherein the method is performed without prior knowledge of genotypes of the genetically distinct individual" | '180 Patent Claims 1, 14 | Plain and ordinary meaning |

| Claim Term / Phrase | Patent / Claim | Construction |
|---|---|---|
| "amplifying a plurality of target loci" / "amplify a plurality of SNP loci" | '544 Patent Claims 1, 18, 21, 38 | Plain and ordinary meaning |

IT IS SO ORDERED this 10th day of December 2022.

_____
Chief, United Stated District Judge