IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) C.A. No. 20-038 (CFC) (CJB) |
| v. | ) |
| | ) |
| CAREDX, INC., | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION TO AMEND COMPLAINTS

WHEREAS, C.A. Nos. 22-641-CFC and 22-642-CFC were consolidated into C.A. No. 20-038-CFC-CJB with all filings to be made in C.A. No. 20-038-CFC-CJB (D.I. 45);

WHEREAS, Plaintiff Natera, Inc. ("Natera") seeks leave to amend the complaints for each of the three consolidated actions ("Proposed Amended Complaints") and Defendant CareDx, Inc. does not oppose the amendments; and

WHEREAS, the Proposed Amended Complaints are attached hereto as Exhibits 1, 2, and 3, and the respective redlines showing the changes are attached hereto as Exhibits 4, 5, and 6;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Plaintiff Natera, Inc. is granted leave to file the Proposed Amended Complaints. Natera shall file the Proposed Amended Complaints attached as Exhibits 1, 2, and 3 within three business days of Court's entry of this stipulation,

and they shall be deemed served upon filing.  Defendant shall have until January 26, 2023 to respond to the Proposed Amended Complaints.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FARNAN LLP |
| /s/ *Derek J. Fahnestock* | /s/ *Brian E. Farnan* |
| Jack B. Blumenfeld (#1014) | Brian E. Farnan (#4089) |
| Derek J. Fahnestock (#4705) | Michael J. Farnan (#5165) |
| Anthony D. Raucci (#5948) | 919 North Market Street, 12th Floor |
| 1201 North Market Street | Wilmington, DE  19801 |
| P.O. Box 1347 | (302) 777-0300 |
| Wilmington, DE  19899 | bfarnan@farnanlaw.com |
| (302) 658-9200 | mfarnan@farnanlaw.com |
| jblumenfeld@morrisnichols.com | *Attorneys for Defendant* |
| dfahnestock@morrisnichols.com | *CareDx, Inc.* |
| araucci@morrisnichols.com | |
| *Attorneys for Plaintiff Natera, Inc.* | |

December 23, 2022

SO ORDERED this ___ day of _____, 202_.

_____
United States Magistrate Judge