## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-038 (CFC) (CJB) |
| v. | ) | (CONSOLIDATED) |
| | ) | |
| CAREDX, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## SECOND AMENDED COMPLAINT

Natera, Inc. ("Natera") submits this Second Amended Complaint against CareDx, Inc. ("CareDx"). Natera hereby alleges as follows:

## NATURE OF THE ACTION

1.    Natera brings this claim for patent infringement to compel CareDx to stop infringing Natera's patent and to compensate Natera for CareDx's blatant infringement of Natera's patented technology.

2.    Founded in 2004, Natera (f.k.a Gene Security Network) is a pioneering genetics and bioinformatics company with industry-leading diagnostics products. Natera is dedicated to improving disease management for reproductive health, oncology, and organ transplantation. For well over a decade, Natera has been researching, developing, and commercializing non-invasive methods for analyzing DNA in order to help patients and doctors manage diseases. These ongoing efforts

have given rise to a number of novel and proprietary genetic testing services to assist with life-saving health management.

3.      Natera's pioneering and ongoing innovation is especially evident in the area of cell-free DNA ("cfDNA")-based testing. In the cfDNA field, Natera has developed unique and highly optimized cfDNA-based diagnostic methods that can be used to non-invasively test for a range of conditions. Natera developed an industry-leading cfDNA test, Panorama, which showcases its mastery of cfDNA in the field of non-invasive prenatal diagnostics.  It is considered the industry leading test in this space, with over two million tests performed commercially, and with more than twenty-six peer-reviewed publications.  Natera has also applied its cfDNA platform to the challenge of assessing organ transplant rejection.  Natera's cfDNA testing methods are simpler and less invasive than traditional biopsy methods used to evaluate transplant health, and also are more sensitive and specific, and less variable, than current assessment tools—including biomarkers such as serum creatine—across all types of kidney transplant rejection.  Natera has developed its cfDNA technology for approval in the clinical setting in order to provide patients with tools for early, clinically meaningful rejection assessment.  As such, Natera was awarded approval for coverage by Medicare.

4.      Natera's cfDNA platform is the product of well over a decade of hard work and investment of, on average, more than fifty million dollars per year in

research and development.  Natera has expended substantial resources researching and developing its technologies and establishing its reputation among physicians, insurers, and regulators as a company committed to sound science and consistently accurate, reliable results.  This research, and the resulting technological innovations therefrom, are protected by a substantial patent portfolio, with over 200 patents issued or pending worldwide.

5.     Among these patented inventions is U.S. Patent No. 10,597,724 (the "'724 Patent"), which CareDx infringes.  In its efforts to improve upon the standard of care in the transplant space, Natera has leveraged its own technologies such as the inventions disclosed and claimed in the '724 patent.  By contrast, CareDx has used Natera's patented cfDNA technology without permission and in violation of the patent laws, while asserting only the patents of others (e.g., Stanford) to create the false impression that it is a true innovator.  CareDx must be held accountable for its infringement.

6.     Natera is the legal owner by assignment of the '724 patent, which was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on March 24, 2020.

7.     Natera seeks monetary damages and injunctive relief to address ongoing infringement by CareDx of its valuable patent.

## THE PARTIES

8.      Natera is a Delaware corporation with its principal place of business at 201 Industrial Road, Suite 410, San Carlos, California 94070.

9.      CareDx is a Delaware corporation with its principal place of business at 3260 Bayshore Boulevard, Brisbane, California 94005.

## JURISDICTION AND VENUE

10.     This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

11.     This Court has subject matter jurisdiction over the matters asserted herein under 28 U.S.C. §§ 1331 and 1338(a).

12.     CareDx is subject to this Court's personal jurisdiction at least because CareDx is a Delaware corporation, and because CareDx filed its own actions against Natera, Case Nos. 19- cv-00567-CFC-CJB and 19-cv-00662-CFC-CJB, in this District.

13.     In addition, CareDx is subject to this Court's personal jurisdiction because, on information and belief, CareDx, directly or indirectly, uses, offers for sale, and/or sells AlloSure and other related or similar products throughout the United States and within this District.  CareDx has infringed and continues to infringe Natera's patents in this District by, among other things, engaging in infringing conduct within and directed at or from this District and purposely and

voluntarily placing its infringing products, including AlloSure, AlloSeq, KidneyCare, HeartCare, and any other CareDx products that use similar technologies (the "Accused Products"), into the stream of commerce with the expectation that the infringing products will be used in this District.

14.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b).  As discussed above, CareDx is incorporated in this District and thus resides in this District.

## FACTUAL BACKGROUND

### Natera's History of Innovation

15.    Since 2004, Natera has been a global leader in genetic testing, diagnostics, and DNA testing, including cfDNA testing.  Natera's mission is to improve the management of disease worldwide and focuses on reproductive health, oncology, and organ transplantation.   To improve the management of these conditions, Natera has developed novel technologies to make significant and accurate clinical assessments from the miniscule amounts of cfDNA present in a single blood sample.  These technologies include methods to manipulate cfDNA in unconventional ways in order to capture information about genetic variations ("polymorphisms") in cfDNA and usefully transform that information for noninvasive testing.  Natera develops and commercializes its own innovative, non-traditional methods for manipulating and analyzing cfDNA, and offers a host of

proprietary cfDNA genetic testing services to the public to assist patients and doctors to evaluate and track critical health concerns.

16.    Since its founding, Natera has researched, developed, and released ten molecular tests with applications in prenatal diagnostics, cancer, and organ transplants, many of which are available through major health plans, or covered by Medicare or Medicaid, and therefore available to most patients in need of those tests. Natera's tests have helped more than two million individuals to date.  Natera's robust laboratory now processes tens of thousands of tests per month from the United States and internationally, improving the ability of physicians to monitor and manage crucial health issues and patients to prosper around the world.

17.    Building on these innovations, in 2019 Natera launched its patented next- generation cfDNA diagnostic test for evaluating organ transplant health called "Prospera."  Prospera is designed to be, and is, the most precise medical testing regime for early, clinically meaningful transplant rejection assessment.  Prospera assesses the risk of transplant rejection with greater precision than the existing standard of care.  Earlier tools for diagnosing organ transplant rejection are either invasive or inaccurate.  Prospera was created to help physicians improve transplant survival by enabling them to optimally suppress immune-system-mediated rejection in transplant recipients while avoiding unnecessary and invasive biopsies of the transplanted organ itself.

18.     Prospera's validation led Medicare to issue a draft Local Coverage Determination ("LCD") for Prospera in March 2019.  In its draft LCD, Medicare determined that "[t]he evidence is sufficient to support that Prospera provides a non-invasive assessment tool to assess for the presence of active allograft rejection." Furthermore, the LCD established that the "evidence also supports that Prospera identifies both ABMR [antibody-mediated rejection] and TCMR [T-cell mediated rejection], and it is validated to detect subclinical AR [active rejection]."  The LCD was finalized after receiving overwhelming public support, with the vast majority of public comments being positive.  Natera received nearly four times as many supportive letters than not.  In fact, the only three letters submitted which did not support the coverage were submitted either by CareDx itself, by self-identified paid advocates of CareDx or, on information and belief, by known CareDx advisors—all in an attempt by CareDx to interfere with Natera's commercialization efforts.

1.     Natera's history of and dedication to innovation in the analysis and testing of cfDNA has resulted in a world-class patent portfolio, with over 133 patents issued to date.  Natera has an additional 205 pending patent applications currently under review before various patent offices around the world, and of those 18 have been allowed.

**CareDx**

19.    CareDx is a molecular diagnostics company that develops and commercializes testing products for transplant recipients.

20.    CareDx markets and sells its own transplant diagnostic products including the Accused products.

21.    On information and belief, the Accused Products infringe the '724 Patent. The '724 Patent covers innovative, non-traditional methods for manipulating and measuring DNA from a first individual in a biological sample of a second individual. As set forth below, CareDx's infringing Accused Products incorporate or use technology that is protected by the '724 Patent owned by Natera. CareDx has used Natera's patented technology without payment or permission.

**The '724 Patent**

22.    The '724 patent, issued on March 24, 2020, is titled "System and Method for Cleaning Noisy Genetic Data from Target Individuals Using Genetic Data from Genetically Related Individuals." Matthew Rabinowitz, Milena Banjevic, Zachary Demko, and David Johnson are the named inventors, and they invented this technology as part of Natera's innovative research team. Natera is the original and current owner by assignment of the '724 Patent. A true and correct copy of the '724 Patent is attached hereto as Exhibit G.

23.    Claim 1 of the '724 patent recites:

1.     A method for determining genetic data for DNA from a first individual in a biological sample of a second individual, the method comprising:

(a)     amplifying a plurality of polymorphic loci on cell-free DNA extracted from the biological sample to generate amplified products;

(b)     measuring an amount of the amplified products by sequencing-by- synthesis to obtain genetic data at the plurality of polymorphic loci;

(c)     determining the most likely genetic data for DNA from the first individual based on allele frequencies in the genetic data at the plurality of polymorphic loci.

24.    The claims of the '724 Patent are not directed to a natural law or natural phenomenon.   Rather, they are directed to an unconventional method for determining genetic data for DNA from a first individual in a biological sample of a second individual using synthetic pieces of DNA, including amplification products, which are produced using synthetic tools to provide a novel and innovative solution to amplifying and measuring small amounts of DNA from one individual or organism in a biological sample of another individual or organism.

**CareDx's Infringing Acts**

25.    The allegations provided below are exemplary and without prejudice to Natera's infringement contentions.   In providing these allegations, Natera does not convey or imply any particular claim constructions or the precise scope of the claims.

Natera's claim construction contentions regarding the meaning and scope of the claim terms will be provided under the Court's scheduling order and local rules.

26.    The infringing products include, but are not limited to, the Accused Products and any other infringing method, product, device, or test developed by CareDx.

27.    As provided in more detail below, each element of at least one claim of the '724 Patent is literally present in the Accused Products or is literally practiced by the processes through which the Accused Products are practiced. To the extent that any element is not literally present or practiced, each such element is present or practiced under the doctrine of equivalents.

28.    On information and belief, CareDx released its AlloSure product for kidney transplant recipients to the public in 2017.  On information and belief, CareDx released its AlloSeq product to the public in 2019.  On information and belief, CareDx released its KidneyCare and HeartCare products to the public in 2021.

29.    CareDx is aware that performance of the Accused Products infringes the '724 Patent because it was put on notice both by the Complaint Natera filed in C.A. No. 19-567-CFC (D.I. 1, filed March 25, 2020) and detailed claim charts provided therewith, and with the initial infringement contentions that Natera served

on CareDx in that Action on April 6, 2020.  *See also* CareDx's August 26, 2022 First Supplemental Interrogatory Resp. No. 20.

30.     On information and belief, CareDx actively monitors patents in the field, including the patent activity of Natera, with which it had been engaged in patent litigation since 2019, both initiated by CareDx (C.A. No. 19-567-CFC-CJB) and this action.

31.     On information and belief, through analysis of the '724 Patent, CareDx knew that that use of the Accused Products, including by its customers, infringes the claims of the '724 Patent.  CareDx possessed the technical knowledge necessary to understand the scope and content of the '724 Patent, and understands how its own products work.   As such, CareDx had actual knowledge that performance of CareDx's Accused Products infringe the '724 Patent, or chose to be willfully blind to the infringement by knowing there was a high probability of infringement, but taking deliberate actions to avoid confirming that infringement.

32.     Performance of CareDx's Accused Products infringe at least one claim of the '724 Patent as set forth in Exhibit H, which is a preliminary claim chart detailing CareDx's infringement of the '724 Patent. Exhibit H is not intended to limit Natera's right to modify this chart or any other claim chart or allege that other activities of CareDx infringe the identified claims or any other claims of the '724 Patent or any other patents.

33.     Performance of CareDx's AlloSure test, and all variants thereof, and all CareDx Products using similar technology, also infringe at least one claim of the '724 patent in the following ways.  AlloSure, and any other CareDx Product that employs similar technology, determines genetic data for DNA from a first individual in a biological sample of a second individual.  This is based on amplifying a plurality of polymorphic loci, or SNPs, on cell-free DNA extracted from the biological sample by PCR to generate amplified products.  AlloSure measures an amount of the amplified products by sequencing-by-synthesis on Illumina sequencing instruments such as MiSeq to obtain genetic data at the plurality of polymorphic loci.  AlloSure then determines the most likely genetic data for DNA from the first individual based on allele frequencies in the genetic data at the plurality of polymorphic loci, in that the donor-derived cfDNA (most likely genetic data for DNA from the first individual) was determined from the background-corrected alternate allele frequencies of the recipient homozygous SNPs.

34.     As an example, attached hereto as Exhibit H is a preliminary and exemplary claim chart detailing CareDx's infringement of the '724 patent.  Exhibit H is not intended to limit Natera's right to modify this chart or any other claim chart or allege that other activities of CareDx infringe the identified claims or any other claims of the '724 patent or any other patents.

12

35.    CareDx has  made extensive use of Natera's patented technology, including the technology described and claimed in the '724 Patent. Natera has no choice but to defend its proprietary and patented technology. Natera thus requests that this Court award it damages sufficient to compensate for CareDx's infringement of the '724 Patent, find this case exceptional and award Natera its attorneys' fees and costs, and grant an injunction against CareDx to prevent ongoing infringement of the '724 Patent.

**Willful Infringement**

36.    CareDx has been and is engaging in willful and deliberate infringement of the '724 Patent.  As detailed above, CareDx had knowledge of the '724 Patent at least upon the filing of the First Amended Complaint alleging infringement of the '724 Patent (C.A. No. 19-567, filed March 25, 2020) and knew or was willfully blind to the fact that performance of the Accused Products infringes the claims of the '724 Patent by knowing there was a high probability of infringement, but taking deliberate actions to avoid confirming that infringement.

37.    Despite that knowledge, CareDx continues to make, use, offer for sale, sell, and/or import Accused Products in willful disregard of the '724 Patent, with the intent to infringe the '724 Patent, and without any reasonable basis for believing that it had or has a right to engage in the infringing conduct.  CareDx has also continued to aid, abet, direct, encourage, and instruct others to infringe the '724 Patent.

Therefore, CareDx's infringement of the '724 Patent has been, is, and will continue to be willful, intentional, deliberate, and in conscious disregard of Natera's rights under the '724 Patent.

38.     In addition, Natera believes that documents and other evidence that support a finding of willful infringement are in CareDx's custody and control and that, after a reasonable opportunity for additional investigation and discovery, it is likely that such evidence will further show that CareDx's infringement has been, and continues to be, willful.

39.     CareDx also knew that the Accused Products infringe the claims of the '724 Patent.   CareDx knew or should have known of its infringement because CareDx has the technical expertise to understand the scope and content of the '724 Patent, and because CareDx knows  the design, function, and operation of its Accused Products, as well as the nature and extent of their use by others.

40.     Additional allegations of direct, indirect, and willful infringement of the '724 Patent are set forth below.

## COUNT I: INFRINGEMENT OF U.S. PATENT NO. 10,597,724

41.     Natera  incorporates  by  reference  and  re-alleges  the  foregoing paragraphs as if fully set forth herein.

42.     On information and belief, CareDx has infringed and continues to infringe the '724 Patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine

of equivalents, by making, using, selling, or offering to sell the Accused Products within the United States without authority.

43.     CareDx has been and is engaging in willful and deliberate infringement of the '724 Patent.  As detailed above, CareDx knew about the '724 Patent and knew that it was infringing the '724 Patent, or chose to be willfully blind to the fact that it is infringing the '724 Patent by knowing there was a high probability of infringement, but taking deliberate actions to avoid confirming that infringement, by at least March 25, 2020.

44.     Despite that knowledge, CareDx continues to make, use, offer for sale, sell, and/or import the Accused Products in willful disregard of the '724 Patent, with the intent to infringe the '724 Patent, and without any reasonable basis for believing that it had or has a right to engage in the infringing conduct.  Therefore, CareDx's infringement of the '724 Patent has been, is, and will continue to be willful, intentional, deliberate, and in conscious disregard of Natera's rights under the '724 Patent.

45.     Unless enjoined by this Court, CareDx will continue to infringe the '724 Patent and as a direct result Natera will continue to suffer harm, including irreparable harm for which there is no adequate remedy at law.  Accordingly, Natera is entitled to injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

46.     Natera has suffered and will continue to suffer damage as a direct and proximate result of CareDx's infringement of the '724 Patent.  Thus, in addition to injunctive relief, Natera is entitled to recover damages for such infringement pursuant to 35 U.S.C. § 284 in an amount to be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Natera respectfully requests the following relief:

1.     A judgment that CareDx has infringed the '724 patent, directly and indirectly, literally or under the doctrine of equivalents;

2.     An order preliminarily and permanently enjoining CareDx and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting on behalf of or in active concert or participation therewith, from further infringement of the '724 patent;

3.     An award of damages sufficient to compensate Natera for CareDx's infringement under 35 U.S.C. § 284;

4.     A determination that this is an exceptional case under 35 U.S.C. § 285 and that Natera be awarded attorneys' fees;

5.     Costs and expenses in this action;

6.     An award of prejudgment and post-judgment interest; and

7.     Such other and further relief as the Court may deem just and proper.

Morris, Nichols, Arsht & Tunnell LLP

*/s/ Derek J. Fahnestock*

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com
araucci@mnat.com

*Attorneys for Natera, Inc.*

OF COUNSEL:

Kevin P.B. Johnson
Andrew M. Holmes
Jeffrey Nardinelli
QUINN EMANUEL URQUHART
     & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Sandra Haberny, Ph.D.
QUINN EMANUEL URQUHART
     & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Bianca Fox
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Abigail Clark
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880

January 3, 2023

# EXHIBIT A

Intentionally Omitted

# EXHIBIT B

The Journal of Molecular Diagnostics, Vol. 18, No. 6, November 2016



the Journal of
Molecular
Diagnostics

jmd.amjpathol.org

# Validation of a Clinical-Grade Assay to Measure Donor-Derived Cell-Free DNA in Solid Organ Transplant Recipients



Marica Grskovic,* David J. Hiller,* Lane A. Eubank,* John J. Sninsky,* Cindy Christopherson,* John P. Collins,* Kathryn Thompson,* Mindy Song,* Yue S. Wang,* David Ross,* Mitchell J. Nelles,* James P. Yee,* Judith C. Wilber,* Maria G. Crespo-Leiro,† Susan L. Scott,* and Robert N. Woodward*

*From CareDx, Inc.,* Brisbane, California; and the Advanced Heart Failure and Heart Transplantation Unit,† Institute for Biomedical Research, University Hospital of Corunna, A Coruña, Spain*

Accepted for publication July 8, 2016.

Address correspondence to Marica Grskovic, Ph.D., CareDx, Inc., 3260 Bayshore Blvd, Brisbane, CA 94005. E-mail: mgrskovic@caredx.com.

The use of circulating cell-free DNA (cfDNA) as a biomarker in transplant recipients offers advantages over invasive tissue biopsy as a quantitative measure for detection of transplant rejection and immunosuppression optimization. However, the fraction of donor-derived cfDNA (dd-cfDNA) in transplant recipient plasma is low and challenging to quantify. Previously reported methods to measure dd-cfDNA require donor and recipient genotyping, which is impractical in clinical settings and adds cost. We developed a targeted next-generation sequencing assay that uses 266 single-nucleotide polymorphisms to accurately quantify dd-cfDNA in transplant recipients without separate genotyping. Analytical performance of the assay was characterized and validated using 1117 samples comprising the National Institute for Standards and Technology Genome in a Bottle human reference genome, independently validated reference materials, and clinical samples. The assay quantifies the fraction of dd-cfDNA in both unrelated and related donor-recipient pairs. The dd-cfDNA assay can reliably measure dd-cfDNA (limit of blank, 0.10%; limit of detection, 0.16%; limit of quantification, 0.20%) across the linear quantifiable range (0.2% to 16%) with across-run CVs of 6.8%. Precision was also evaluated for independently processed clinical sample replicates and is similar to across-run precision. Application of the assay to clinical samples from heart transplant recipients demonstrated increased levels of dd-cfDNA in patients with biopsy-confirmed rejection and decreased levels of dd-cfDNA after successful rejection treatment. This noninvasive clinical-grade sequencing assay can be completed within 3 days, providing the practical turnaround time preferred for transplanted organ surveillance. *(J Mol Diagn 2016, 18: 890–902; http://dx.doi.org/10.1016/j.jmoldx.2016.07.003)*

Transplantation is often the most effective treatment option for patients with end-stage organ disease. Organ transplant patients require lifelong immunosuppression that necessitates a finely tuned therapeutic strategy. Suboptimal dosing and the threat of allograft rejection must be balanced with increased risks of nephrotoxicity, diabetes, cardiovascular complications, infections, and cancer that may result from life-long immunosuppression. In this regard, a significant unmet medical need exists for diagnostic tools, preferably noninvasive, to assist clinicians who monitor the health of the transplanted organ and manage immunosuppressive therapy to improve short- and long-term outcomes. One of

the common procedures used to monitor organ health is biopsy, which is invasive, subject to interpretation bias, costly, and, at times associated with significant adverse events.

Plasma cell-free DNA (cfDNA) has been described as a biomarker for prenatal testing, cancer, and organ transplantation,[1–4] each indication presenting different clinical

Supported by CareDx, Inc.

Disclosures: M.G., D.J.H., L.A.E., J.J.S., C.C., J.P.C., K.T., M.S., Y.S.W., D.R., M.J.N., J.P.Y., J.C.W., S.L.S., and R.N.W. are employees and hold stock or stock options at CareDx, Inc.

Copyright © 2016 American Society for Investigative Pathology and the Association for Molecular Pathology. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).
http://dx.doi.org/10.1016/j.jmoldx.2016.07.003

and technological challenges. The presence of allograft (ie, donor-derived) cfDNA (dd-cfDNA) circulating in the blood of transplant recipients was first detected with PCR amplification of Y-chromosome genes in sex-mismatched transplant recipients.[5] Since then, multiple studies, using various procedures, have shown that allograft DNA is detectable and can be quantified as a fraction of total cfDNA in recipient's plasma,[6–11] serum,[12,13] and urine.[14,15] Most of these studies exploit the genetic polymorphisms that differ between the donor and recipient, such as human leukocyte antigen mismatch,[12] differences in copy number deletions,[16] and single-nucleotide polymorphisms (SNPs).[7–11] Whether based on SNPs, human leukocyte antigen, or other genetic differences, using digital PCR,[9,17] next-generation sequencing (NGS),[7,8,11] or other methods, all previously described measurements of dd-cfDNA rely on knowledge of donor and recipient genotypes, which requires significant time and cost and depends on the availability of donor genetic material.

To investigate the role of cfDNA as a biomarker of organ injury associated with acute rejection, Snyder et al[8] analyzed dd-cfDNA levels in heart transplant patients and found significantly increased levels of dd-cfDNA in patients with biopsy-proven acute cellular rejection ($2.75\% \pm 1.81\%$, SD) compared to patients without evidence of rejection ($0.92\% \pm 1.16\%$, SD). At the threshold of 1.70%, receiver operating characteristic analysis demonstrated sensitivity of 83% and specificity of 84%. Similar results were obtained in a subsequent single-center prospective study, in which heart transplant patients with either acute cellular or antibody-mediated rejection exhibited significantly higher dd-cfDNA levels compared to stable transplant recipients.[7] The levels of dd-cfDNA increased with severity of rejection, with area under curve of 0.60 for distinguishing mild, 0.83 for moderate-to-severe, and 0.95 for severe rejection events, each compared to the absence of rejection. Furthermore, dd-cfDNA was found to be elevated up to 5 months before the biopsy-proven rejection event, suggesting a potential value of dd-cfDNA as an early diagnostic marker of transplant rejection.[7] Increased levels of dd-cfDNA were also found to be associated with biopsy-proven rejection in separate studies of pediatric and adult heart transplant recipients.[10,18]

In addition to heart transplant recipients, elevated dd-cfDNA was found to be associated with rejection in other transplanted organ settings. In stable liver transplant recipients, dd-cfDNA levels were between 5% and 10%, whereas in two cases of rejection dd-cfDNA levels increased to 55% and 60%.[9] In kidney, urinary dd-cfDNA was found to be elevated with both acute rejection and BK virus nephropathy, suggesting the role for urinary dd-cfDNA as a biomarker of acute injury of the donor organ.[14] In a study of lung transplant recipients, increased levels of dd-cfDNA in plasma correlated with severity of transbronchial biopsy grades, with comparison of moderate-to-severe acute rejection versus absence of rejection yielding an area under curve of 0.9.[11]

Beyond its value as a biomarker of rejection, dd-cfDNA may be used as a guiding sensor for personalized immunosuppressive treatment. For example, Oellerich et al[17] compared blood trough tacrolimus concentrations to dd-cfDNA levels in 10 liver transplant patients and found lower amounts of dd-cfDNA were associated with higher tacrolimus concentrations. The possible role of dd-cfDNA in establishing minimal effective trough tacrolimus concentrations suggests the wider potential of cfDNA in monitoring of allograft health and detecting allograft injury during optimization of immunosuppression.

Despite much progress in the methods to detect and quantify dd-cfDNA, technical limitations have prevented clinical implementation of dd-cfDNA as a diagnostic test. Some methods used to measure dd-cfDNA levels are only suitable for female recipients with transplanted organs from males.[5,6,13–15] Other methods require prior recipient and donor genotyping, are time consuming, or are costly.[7–9,11] In addition, each of these studies used research-grade tools to measure dd-cfDNA. Robust clinical validity requires the use of an assay with rigorously established analytical performance. Once clinically validated, studies that establish the clinical utility can be performed by actively managing patients according to the outcome of the biomarker.

Herein, we describe a targeted amplification, clinical-grade NGS assay to quantify dd-cfDNA in transplant recipients without the need for separate recipient or donor genotyping. A panel of 266 SNPs was selected based on allele frequency across ancestral heritage groups, sequencing accuracy, and lack of linkage. In addition, the absence of genetic association of these SNPs with common complex diseases avoids the challenges of reporting incidental findings. Genomic regions encompassing each SNP position are amplified, and each of the alleles is quantified by NGS. The recipient genotype is determined at each SNP position, and the relative fraction of dd-cfDNA is computed on a validated analysis pipeline incorporating open source and custom bioinformatic tools. The validity of the test was demonstrated by establishing the sensitivity and reproducibility of the test on independent reference materials, and clinical performance was demonstrated using heart transplant recipient plasma.

## Materials and Methods

### Plasma Samples

Blood samples from healthy, nontransplant volunteers and transplant patients were collected in 10-mL Cell-Free DNA BCT tubes (Streck, Omaha, NE) and shipped to CareDx, Inc. (Brisbane, CA), at ambient temperature in insulated packaging to minimize temperature fluctuation. On arrival, and within 7 days post-draw, plasma was separated by centrifugation at $1600 \times g$ for 20 minutes, followed by a second centrifugation at $16,000 \times g$ for 10 minutes, and either plasma was stored at $-80°C$ or cfDNA was extracted

immediately using the Circulating Nucleic Acid kit (Qiagen, Redwood City, CA).

For the Cardiac Allograft Rejection Gene Expression Observational (CARGO) II study, plasma from heart transplant patients was drawn into a BD Vacutainer PPT Plasma Preparation Tube (BD Biosciences, San Jose, CA), separated by centrifugation, and stored at −80°C. cfDNA was extracted from thawed plasma using the Circulating Nucleic Acid kit (Qiagen) and concentrated by centrifugal vacuum concentration.

All transplant patient samples were collected in accordance with institutional review board−approved study designs with appropriate informed consent (full list of participating institutions is available in Supplemental Table S1). The CARGO II study was designed to provide independent evidence of the clinical performance of the noninvasive gene-expression profiling (AlloMap) test (https://clinicaltrials.gov; trial identifier NCT00761787). Utility of Donor-Derived Cell-Free DNA in Association with Gene-Expression Profiling (AlloMap) in Heart Transplant Recipients (D-OAR; https://clinicaltrials.gov; trial identifier NCT02178943) is an observational study to assess the use of dd-cfDNA separately and in association with gene-expression profiling (AlloMap) in heart transplant recipients. Circulating Donor-Derived Cell-Free DNA in Blood for Diagnosing Acute Rejection in Kidney Transplant Recipients (DART; https://clinicaltrials.gov; trial identifier NCT02424227) is a prospective, multicenter, observational study to assess circulating dd-cfDNA in blood for diagnosing acute rejection in kidney transplant recipients.

### Reference Materials

Reference materials were developed by mixing cell line genomic DNA (gDNA) fragmented by sonication (Covaris SE220, Woburn, MA) to approximately 160-bp fragments to simulate the size profile of cell-free DNA (Horizon Discovery, Cambridge, UK). Three separate reference material panels were constructed using a donor cell line (RKO containing a single copy of EGFR T790M gene) and three recipient cell lines (SW48, HCT116, and HCC-78). Trace amounts of the donor DNA were mixed with the recipient DNA at target levels ranging from 0.25% to 12% to simulate different amounts of cfDNA originating from donor. The amount of donor DNA was verified by Horizon Discovery using digital PCR and a SNP genotyping assay for EGFR T790M (Life Technologies, Carlsbad, CA) on a Biorad QX100 platform (BioRad, Hercules, CA).

The four cell lines were genotyped with the Infinium CytoSNP-850K panel (Illumina, San Diego, CA). The chip-based SNP genotyping provided an independent source of comparison genotypes for the SNPs evaluated in the assay on these same cell lines.

National Institute for Standards and Technology Genome in a Bottle reference NA12878 (RM 8398) was obtained from the National Institute of Standards and Technology

and used to verify the accuracy of the sequence of each SNP region and requisite SNP genotypes.

Three cfDNA reference sample panels were each constructed by mixing cfDNAs from plasma samples collected in Streck BCT from two healthy volunteers (one donor and one recipient) and serial dilutions of that sample with recipient cfDNA. cfDNA panel 1 was diluted 3-, 6-, 12-, 20-, and 30-fold. cfDNA panels 2 and 3 were diluted 6-, 20-, and 30-fold.

### SNP Selection and Primer Design

For the dd-cfDNA assay to be applicable to different transplant recipients without requiring separate genotyping of either donor or recipient, SNPs were selected to ensure that the same SNP panel could be used for individuals with different ancestral heritages. We included 85 of 92 SNPs previously identified as suitable for differentiating between any two unrelated individuals.[19] This combination of SNPs has an extremely low probability for two unrelated individuals from across the globe having identical genotypes. All SNPs have an average heterozygosity >0.4, and the $F_{ST}$ values are all <0.06 on 44 tested populations, making these a universally applicable panel irrespective of ethnicity or ancestry. We selected an additional 181 SNPs based on the following criteria: minor allele frequency >0.4, alleles with known low polymerase error, high coverage in the dbSNP database (>1000 counts; http://www.ncbi.nlm.nih.gov/SNP), low linkage (>500-kb apart), no more than one additional SNP with minor allele frequency >0.1 in the amplicon, and no known association with disease. Primers encompassing these 266 SNPs were designed with GC content of <66% and the median amplicon length of 109 nucleotides (minimum, 100 nucleotides; and maximum, 130 nucleotides). Primer sequences are included in Supplemental Table S2.

### Targeted Amplification and Sequencing

The dd-cfDNA assay is based on targeted amplification of DNA regions harboring 266 SNPs and the measurement by NGS of each allele contribution at each SNP position. cfDNA extracted from 1.25 mL plasma or reference materials (described above, used at 3, 8, or 60 ng) was preamplified in a single multiplex reaction with 266 primer pairs for 15 cycles. Preamplified material was further amplified using 48 limited complexity multiplexes (1 to 11 targets per reaction) on the Access Array microfluidic system (Fluidigm, South San Francisco, CA). Index sequences and Illumina sequencing adapters were added to each sample DNA by PCR, and the sample was qualified and quantified by capillary electrophoresis. Up to 16 amplified samples were pooled in equimolar amounts, purified using Agencourt AMPure XP beads (Beckman Coulter, Brea, CA), and sequenced on an Illumina MiSeq instrument.

## Sequencing Data Analysis and SNP Allele Counting

The bioinformatic pipeline is hosted on a cloud-based genome informatics and data management platform (DNAnexus, Mountain View, CA) to provide a secure environment to host the clinical sequencing data, an extensible pipeline that can handle increased capacity without modification, and a sealed package to run the validated process that is fixed. Quality control (QC) processes and metrics were built around the pipeline to ensure proper upload, processing, and results generation. Each component was verified and documented in standard operating procedures for critical parameters, and a set of critical files for verification and testing was established.

The SNP allele counting pipeline included open source and custom software. Bcl files were transferred to the cloud environment and processed to FASTQ files. FASTQ files were trimmed by TrimGalore! version 0.3.7 (*http://www.bioinformatics.babraham.ac.uk/projects/trim_galore*) to remove barcode sequences (trimming quality minimum = 30). Trimmed FASTQ files were aligned to a custom reference specifically designed for the assay. The custom reference was generated by concatenating sections of genome comprising the targeted amplicons and 500-base flanking regions on both sides of each amplicon using the hg19 assembly (Supplemental Appendix S1). Alignment was accomplished with BWA MEM version 0.7.9 (*http://bio-bwa.sourceforge.net*) using Illumina 1.3 to 1.6 format. SAM files were generated as intermediate output files of this step. Samtools version 0.1.19 (*http://samtools.sourceforge.net*) was used to convert SAM files into BAM files, followed by BAM file sorting and indexing. Pileup was accomplished by using mpileup of Samtools. Minimum base quality of 30 and maximum number of reads per SNP of 25,000 were used. Raw pileup files were produced as input to a subsequent step of allele counting and tabulation. Each pileup file contained base calls and base qualities for each position sequenced in the target amplicons for each sample. Each raw pileup file was parsed and reformatted into a VCF file and pileup summary file as the final output of the SNP allele counting pipeline.

## Percent dd-cfDNA Calculation

The counts generated by NGS for each allele at each SNP locus were examined, and the allele with a higher number of counts was assigned primary and the other alternate designation. SNPs with total coverage <$1000\times$ or with more than two alleles were excluded from further analysis. The alternate allele frequency was calculated as the count of alternate alleles/the total count of alternate and primary alleles. Background levels of alternate allele, resulting from amplification or sequencing error, were subtracted from the alternate allele frequency at each SNP site. The amount of background subtracted from the allele frequency was 4.14 multiplied by the background signal observed across non-SNP positions.

The value of 4.14 was empirically determined following the observation that error rate at SNP positions is typically higher than at non-SNP positions. The amount of background subtracted was generally 0.03% to 0.05%.

The recipient genotype at each SNP was inferred from the background-corrected alternate allele frequency. A statistical procedure was used to infer a recipient heterozygous cutoff in the range between 10% and 25%. SNPs that had alternate allele frequency greater than or equal to a given cutoff were called as recipient heterozygous, and SNPs that had an alternate allele frequency less than the cutoff were called as recipient homozygous. The SNPs called as recipient heterozygous were not used further to estimate % dd-cfDNA. A variable recipient heterozygous cutoff was necessary to produce a high accuracy estimate for samples with low and high donor concentrations.

The percent dd-cfDNA was estimated from the background-corrected alternate allele frequencies of the recipient homozygous SNPs. To further reduce the influence of outliers, the highest 5% of SNPs called as recipient homozygous were discarded and the mean alternate allele frequency of the remaining SNPs was calculated. Finally, the percent dd-cfDNA was estimated by multiplying the mean donor allele frequency with a multiplier based on the level of relatedness between a donor and recipient. The multiplier was determined based on the 5% fraction of discarded SNPs and the expected distribution of donor genotypes among the recipient homozygous SNPs (Table 1).

## Sample Quality Control

To ensure accurate and robust dd-cfDNA reported results, several quality control metrics were developed, and for each metric a cutoff value was chosen, below or above which no result was returned (Table 1): i) coverage variability, defined as the CV of the total read counts across all SNPs; ii) the fraction of recipient homozygous SNPs; iii) the number of recipient homozygous SNPs; iv) background; and v) fraction of SNPs with only one allele present.

## Analytical Validation Plan and Analysis

A set of studies were performed to establish the analytical performance characteristics of the dd-cfDNA assay, including determining limit of blank (LOB), lower limit of detection (LOD), lower limit of quantification (LOQ), linear range, accuracy, precision, and process reproducibility. The upper limit of detection was not addressed in this study because the percent dd-cfDNA calculation has a set upper limit of detection at 25% dd-cfDNA. LOD and LOQ refer to lower limit of detection and lower limit of quantification, respectively. Samples (1115; 168 unique) were tested by four different operators using two microfluidic systems and four sequencing instruments, with each replicate run on a different day as follows: i) For LOB: six replicates of each of the four fragmented gDNAs (with no donor genome

**Table 1**   Expected SNP Homozygosity and Quality Control Metric Cutoffs for Different Degrees of Relatedness between a Donor and a Recipient

| Donor/recipient relationship | % Recipient homozygous SNPs with allele identical to donor | % dd-cfDNA calculation multiplier | Maximum coverage variability cutoff | Acceptable fraction of recipient homozygous SNPs | Minimum No. of recipient homozygous SNPs | Maximum background | Minimum fraction of SNPs with only one allele |
|---|---|---|---|---|---|---|---|
| Unrelated | 25 | 2.11 | 0.8 | >0.3 and <0.7 | 60 | 0.1 | 0.1 |
| Cousins and great aunts/great uncles | 31.25 | 2.45 | 0.8 | >0.3 and <0.7 | 65 | 0.1 | 0.125 |
| Grandparents/aunts/ uncles/half siblings | 37.5 | 2.92 | 0.8 | >0.3 and <0.7 | 72 | 0.1 | 0.15 |
| Parent/child | 50 | 4.22 | 0.8 | >0.3 and <0.7 | 90 | 0.1 | 0.2 |
| Siblings | 56.25 | 4.75 | 0.8 | >0.3 and <0.7 | 103 | 0.1 | 0.225 |

dd-cfDNA, donor-derived cell-free DNA; SNP, single-nucleotide polymorphism.

added) at three different input masses, 3, 8, and 60 ng (72 samples total); 26 replicates of HCT116 fragmented gDNA at 8 ng and six replicates of each of the 15 cfDNA samples obtained from healthy volunteers (90 samples total). All of these samples have only one genotype and therefore are blank for cfDNA from a second or donor genome. Input mass for the healthy volunteer cfDNA samples was not controlled so that samples tested reflect the range of yields obtained. The input mass for these samples varied among donors, but the within-donor replicates had the same input mass. ii) For LOD, LOQ, and Linearity: twelve replicates of each sample from the three reference panels at input mass of 3 and 8 ng for each spiked-in level, and six replicates of each sample from the three reference panels at input mass of 60 ng for each spiked-in level. In addition, six replicates of each of the three cfDNA reference panels at 8 ng input mass for each spiked-in level. iii) Within-Run Precision: duplicates at two targeted spiked-in levels, 0.60% and 2.00%, within each of 24 runs. iv) Across-Run Precision: twelve replicates of each sample from the three reference panels at input mass of 3 and 8 ng for each spiked-in level, and six replicates of each sample from the three reference panels at input mass of 60 ng for each spiked-in level. For clinical samples, blood was collected in two Cell-Free DNA BCT tubes (Streck, Omaha, NE) and processed independently by different operators on different days.

Statistical analysis was performed using R version 3.2.0, 64 bit (The R Foundation for Statistical Computing, Vienna, Austria). Analytical parameters were calculated using guidance provided by the Clinical and Laboratory Standards Institute guidance document EP17-A2.[20]

LOB estimates were calculated using the nonparametric method recommended in EP17-A2 via the R quantile function. All replicates of blank samples passing sample QC metrics were included for analysis. Limit of detection estimates were calculated as follows: LOD = LOB + $c_p SD_L$, where $SD_L$ is the standard deviation of all replicates pooled across unique low-level

samples, and $c_p$ is a multiplier reflecting the degrees of freedom of $SD_L$. No normality transformation was required before applying this method. Accuracy and linearity analyses using spiked-in samples required the reference, or truth, values to be greater than or equal to the limit of quantification, and to have measured dd-cfDNA values greater than or equal to the limit of detection. Accuracy and linearity analyses using Streck samples required only the latter restriction. To properly reflect run-to-run variability, all accuracy and linearity parameters are calculated by first fitting simple linear regression models within a run, and then averaging across runs.

### LOD Assessment for Related Donor and Recipient Pairs

Because of the limited availability of reference material from transplant recipients with related donors, for related donor and recipient pairs, the LOB and LOD were estimated using the alternate allele frequency information from individual SNPs adjusted for genotype frequencies based on degree of relatedness. This estimation was performed using fragmented gDNA panels at input mass of 3 and 8 ng.

First, a set of SNPs that had no alternate alleles for individual samples was identified. These were either homozygous SNPs from blank samples or homozygous SNPs with known identical genotype between the donor and the recipient. Second, a zero cutoff was calculated as the 95th percentile of a normal distribution fit to the low alternate allele frequencies of these homozygous SNPs without a donor alternate allele and with alternate allele frequency <0.25%. The zero cutoff was 0.145%. Third, the fraction of recipient homozygous SNPs with alternate allele frequency higher than the zero cutoff was calculated for each of 180 blank samples (no spike-in) from the fragmented gDNA panels and healthy volunteer cfDNA. The 95th percentile of the fraction higher than the zero cutoff from these samples was 0.163. This is the fraction non-zero LOB that was subsequently used to define the LOD for

samples with related donor and recipient. Fourth, the fraction of non-zero recipient homozygous SNPs (alternate allele frequency higher than the zero cutoff) was calculated for each sample from reference panels. Because the percentage of recipient homozygous SNPs that is expected to carry the same allele as a donor SNP in unrelated donor/recipient pairs is 25% (Table 1), the maximum average fraction of non-zero SNPs in unrelated pairs is 0.75. The fraction of non-zero SNPs for different related donor/recipient pairs was modeled based on the expected genetic similarity and the maximum average non-zero SNPs for each sample from reference panels. Finally, an LOD for related donor/recipient pairs was defined based on these data. LOD is defined (Clinical and Laboratory Standards Institute EP17-A2) as the minimum sample amount at which 95% of the samples are detectable. Therefore, LOD for related donor/recipient pairs was defined as the sample with lowest percent dd-cfDNA for which 95% of the repeats are higher than the LOB.

### Process Validation

The full assay process was validated end-to-end by running 45 mock samples, both spiked-in samples and blanks, from sample accessioning through the laboratory workflow, data analysis, and reporting. Subsets of these samples were assigned to commonly encountered workflow scenarios and tested to ensure that samples could be reliably tracked and tested and results reported. Scenarios included discrepant sample information handling, retesting, and reanalysis.

## Results

### Clinical-Grade NGS Assay

We developed a clinical-grade NGS assay to measure the fraction of dd-cfDNA in transplant patients (Figure 1). cfDNA is purified from plasma, and selected SNPs are amplified and sequenced to establish the allele counts for each of the two possible alleles for each SNP. The relative proportions of donor and recipient alleles are assigned and calculated from the sequence data and used to estimate the overall proportion of cfDNA from the donor. The assay does not rely on prior genotyping of donor nor recipient. Percentage of donor-derived cfDNA is computed on a validated cloud-based analysis pipeline incorporating open source and custom bioinformatic tools. Results are verified





**Figure 1**   Clinical-grade dd-cfDNA assay workflow. Blood is drawn from a transplant recipient and delivered to the Clinical Laboratory Improvement Amendment laboratory in cfDNA preservation tubes. cfDNA is extracted and next-generation sequencing (NGS) library is generated by PCR amplification of a select panel of 266 single-nucleotide polymorphisms (SNPs). Libraries are sequenced and data are analyzed by custom-built bioinformatic pipeline hosted on a cloud-based genome data management platform. Relative fraction of dd-cfDNA is computed, results are verified by quality control software, and a summary report is automatically generated. All steps are performed using an established documented laboratory workflow and locked algorithms for sequence analysis, % dd-cfDNA computation, and quality control.

Grskovic et al

by custom quality control software, and a summary is automatically generated. All steps are performed using an established laboratory workflow and locked algorithms for sequence analysis and % dd-cfDNA computation. The low level of dd-cfDNA found in plasma of transplant recipients requires high precision amplification and sequencing. The validity of the NGS assay was established by comparison to results from an 850,000 SNP array performed on reference standards. In addition, methods-based proficiency testing was performed using the Genome-in-a-Bottle and National Institute for Standards and Technology sample (RM 8398), and the results corresponded to the established sequences (data not shown). After the test development, the standard operating procedures, analysis pipeline, QC parameters, and data analysis plan were determined and locked. Analytical validation testing was performed in Clinical Laboratory Improvement Amendment—certified and College of American Pathologists—accredited laboratory in a version-controlled and procedure-locked laboratory workflow, including results generation by the NGS analysis pipeline, % dd-cfDNA calculation, and application of QC metrics.

### Reference Materials

Analytical validation of dd-cfDNA using transplant recipient plasma is hampered by the low abundance of cfDNA in blood and the difficulty in obtaining a sustainable source of patient-derived material spanning various predetermined fractions of dd-cfDNA in total cfDNA. Reference materials were therefore designed and developed to represent predefined percentages of dd-cfDNA across a dynamic range previously observed in

transplant recipients, 0.25% to 12%.[7−9] Availability of large quantities of these reference standards allowed for multiple replicate testing at each point in the dynamic range at each of three different total input masses to assess assay precision and variability.

The amount of total cfDNA in plasma varies among transplant recipients. The distribution of total cfDNA amounts in transplant populations was characterized using purified cfDNA from 238 heart and 185 kidney transplant recipients from D-OAR and DART studies, respectively (Figure 2). Reference panels were diluted to three different input masses, 3, 8, and 60 ng, representing the 1st, 17th, and 86th percentile, respectively, of the mass input of cfDNA from clinical samples. Data for 8 ng are presented below, and data for 3 and 60 ng are in Supplemental Figure S1.

### Performance Characterization

To characterize the performance of the dd-cfDNA assay, including determining LOB, LOD, LOQ, linearity, accuracy, and precision, 1026 samples (101 unique) were tested. On average, 238 of 266 SNPs assayed per sample had coverage >1000× and no more than two alleles and were, therefore, included in the analysis. Of samples, 42 (4%) failed during processing or sample QC and were therefore not included in the analysis.

In accordance with the Clinical and Laboratory Standards Institute EP17-A2, LOB was empirically determined as the 95th percentile of 180 single-genome—containing (blank for a donor genome) samples to equal 0.10% dd-cfDNA (Figure 3A). The median % dd-cfDNA value for blank samples was 0.02%.



**Figure 2** Total cfDNA assay input amounts in transplant recipients. Distribution of cfDNA assay input mass (ng) for 238 heart (**top panel**) and 185 kidney (**bottom panel**) transplant patients. cfDNA mass was determined by real-time quantitative PCR (qPCR) using assays designed for *PDCD1* and *ERCC5* genes. These qPCR assays are 106 and 103 nucleotides, respectively, matching the length of the amplicons in the dd-cfDNA assay.





**Figure 3**   dd-cfDNA assay limit of blank (LOB) and limit of detection (LOD). **A:** LOB (**dotted line**) was determined as the 95th percentile of % dd-cfDNA for 180 blank samples (no donor genome present). **B:** Mean % dd-cfDNA for the four lowest levels (S1, S2, S3, and S4, 9 to 12 replicates each) of all three reference panels at 8-ng input mass are shown. **Dotted line** represents LOD, 0.16%. Error bars represent SD (**B**). $n = 180$ blank samples (**A** and **B**); $n = 319$ total samples (**B**). Bl, blank.

LOD is dependent on both the number of genome copies in the assay and the number of SNPs that differ between donor and recipient. For 8 ng input mass of sample with unrelated donor-recipient pair, LOD was 0.16%; for 3 and 60 ng input mass, LOD was 0.19% and 0.15%, respectively (Figure 3B and Supplemental Figure S1, A and B). Three nanograms of sample with 0.20% dd-cfDNA contains approximately 2 genome equivalents of dd-cfDNA; thus, the assay can distinguish between 0 and 2 genome equivalents of dd-cfDNA (Supplemental Table S3). For samples where donor and recipient DNA differ in the least number of SNPs (ie, where donor and recipient are siblings), LOD is 0.22% and 0.28% for 8 and 3 ng of input, respectively (Figure 4 and Supplemental Figure S1C).

The precision of the assay was determined across 12 (for 3 and 8 ng input mass) or six (for 60 ng input mass) replicates of the reference samples, and the limits of that precision were identified to determine the LOQ. Figure 5A shows the precision profile for all samples. As expected, higher fractions of dd-cfDNA yield lower CVs, with a mean CV of 7.2% across all samples tested. The LOQ is defined as the lowest level of % dd-cfDNA measured at or above the

LOD at which the CV is <20%. As all of the samples tested at 8 ng input mass had a CV <20%, for unrelated donor/recipient pairs the LOQ equals the % dd-cfDNA for the lowest sample tested, 0.20%. The LOQ for highly related donor/recipient pair is equal to LOD, 0.22% (Table 2). The highest % dd-cfDNA sample tested measured 16% dd-cfDNA and had a CV <20%. Therefore, the upper limit of quantification is 16%. The upper limit of detection is dictated by the assay design as 25% dd-cfDNA.

The accuracy of the assay was established by comparing measured % dd-cfDNA results to the digital PCR results obtained by the manufacturer of the reference materials (Figure 5B). To assess the linearity of the dd-cfDNA assay within the quantitative range, a simple linear regression was fitted for each panel, input amount, and testing batch, and inferred across batches (Figure 5B). The mean of within-batch slopes is 1.275, mean of y-intercepts is −0.00083, and mean





**Figure 4**   Limit of detection (LOD) for dd-cfDNA from transplant recipients with closely related donors. **A:** Fraction non-zero limit of blank (LOB) is determined as the 95th percentile of the fraction of recipient homozygous single-nucleotide polymorphisms (SNPs) with alternate allele frequency higher than the zero cutoff for 180 blank samples (0.163, **dotted line**). **B:** The fraction of non-zero recipient homozygous SNPs (alternate allele frequency higher than the zero cutoff) is shown for each sample from reference panels at 8-ng input mass (circle; red, gray, and black for panels 1, 2, and 3, respectively). The fraction of non-zero SNPs for closely related donor-recipient pairs (siblings) was modeled based on Hardy-Weinberg principle (diamonds). The sample with the lowest % dd-cfDNA for which 95% of the repeats are higher than the LOB represents the LOD for the samples from closely related donor and recipient, 0.22% (**vertical line**).

Grskovic et al



**Figure 5**   Analytical performance of dd-cfDNA assay. **A:** Assay precision and limit of quantification (LOQ). Twelve replicates of each panel member at 3 (gray) and 8 ng (red) input mass, and 6 replicates at 60 ng (black) input mass were tested on different days by different operators across multiple instruments. The CV (CV = SD/mean × 100) for each of seven members from each of three panels is shown [panel 1 (circles), 2 (stars), and 3 (triangles)]. An exponential decay function was chosen as a model for the relationship between CV and mean dd-cfDNA spiked-in percentage, such that CV ≃ α + β*exp (-γ* dd-cfDNA)]. This model was fit using nonlinear least squares. The LOQ was defined as the lowest level of % dd-cfDNA measured at or above the limit of detection at which the CV was <20%. For 3-, 8-, and 60-ng mass input, LOQ is 0.37%, 0.22%, and 0.2%, respectively. **Dotted line** represents 20% CV. **B:** Assay linearity. Results from 8-ng input mass are shown relative to orthogonal validation of reference material by digital PCR of the *EGFR T790M* gene [panel 1 (circles), 2 (stars), and 3 (triangles)]. Digital PCR result was multiplied by 2 to correct for single-gene versus two-copy genome measurement. Vertical error bars represent SD of the % dd-cfDNA, horizontal error bars represent SD of digital PCR assay. Limited replicates of digital PCR at low dilutions resulted in large measurement error. **C:** Assay linearity in cfDNA sample mixtures from healthy volunteers diluted with recipient cfDNA. *x* Axis denotes fold dilution of the initial cfDNA mixture, which is set to 1 ($10^0$). **D:** High assay reproducibility in clinical samples. Blood was collected in two separate blood collection tubes from the same venipuncture from each of 22 transplant recipients. cfDNA was extracted from plasma and % dd-cfDNA assayed across multiple days, reagents, and operators.

$R^2$ value is 0.99819. These data indicate a linear and accurate assay with minimal proportional or systematic bias.

To further validate the performance of the assay, reference samples were constructed from cfDNA extracted from

plasma drawn from normal healthy volunteers using Streck BCT tubes (Figure 5C). Three sets of cfDNA samples were prepared by mixing cfDNAs from two healthy volunteers and performing serial dilutions of the sample with recipient cfDNA. Linearity of the assay was confirmed by linear

**Table 2**   dd-cfDNA Assay Performance Characteristics (% dd-cfDNA)

| Performance characteristic | dd-cfDNA input | | |
|---|---|---|---|
| | 3 ng | 8 ng | 60 ng |
| LOB | 0.10 | 0.10 | 0.10 |
| LOD | | | |
| Unrelated/distantly related | 0.19 | 0.16 | 0.15 |
| Closely related | 0.28 | 0.22 | 0.20 |
| LOQ | | | |
| Unrelated/distantly related | 0.37 | 0.20 | 0.20 |
| Closely related | 0.37 | 0.22 | 0.20 |

dd-cfDNA, donor-derived cell-free DNA; LOB, limit of blank; LOD, lower limit of detection; LOQ, lower limit of quantification.

**Table 3**   dd-cfDNA Assay Precision

| Assay precision | Sample(s) | Mean CV (%) |
|---|---|---|
| Within run | 0.6% dd-cfDNA | 9.2 |
| | 2% dd-cfDNA | 4.6 |
| Across runs | 3-ng input | 9.9 |
| | (0.37%—15.5% dd-cfDNA) | |
| | 8-ng input | 6.8 |
| | (0.2%—15.5% dd-cfDNA) | |
| | 60-ng input | 4.5 |
| | (0.2%—15.5% dd-cfDNA) | |
| Between clinical | <2% dd-cfDNA | 7.7 |
| samples | ≥2% dd-cfDNA | 4.5 |

dd-cfDNA, donor-derived cell-free DNA.

regression fit to six replicates of these reference sample sets, calculated as above for the reference materials, with mean $R^2$ value of 0.9914934 (Figure 5C).

Finally, assay precision was assessed across the quantifiable range within run, across runs, and in clinical samples derived from heart transplant recipients (Table 3). Within-run mean CV was determined based on 22 runs with paired 0.6% and 2% dd-cfDNA samples at 8-ng input mass. Across-run CVs were computed for the quantifiable range for 3-, 8-, and 60-ng input mass. Blood was drawn and cfDNA derived from two independent cfDNA preservation tubes (Streck) from 22 transplant recipients. The % dd-cfDNA was determined in independent runs, and results compared (Figure 5D). The average CV for samples <2% dd-cfDNA was 7.7%; and for samples >2% dd-cfDNA, 4.5%. These data indicate a highly reproducible and robust assay.

### Process Validation

Rigorous process validations demonstrated a robust assay system that accurately tracked and analyzed samples from accessioning through the laboratory workflow, analysis pipeline, and reporting. Summarized results of the accessioning, testing, and reporting scenarios tested are shown in Supplemental Table S4.

### Distribution of dd-cfDNA in Plasma from Transplant Recipients

Previous studies have described levels of % dd-cfDNA in most transplant patients to vary between 0% and 2%.[7,8] A total of 185 plasma samples collected from 101 heart transplant patients in the multicenter observational CARGO II study were analyzed for dd-cfDNA. The performance and the linear range of the % dd-cfDNA assay matched the range for dd-cfDNA present in plasma from this representative set of heart transplant patient samples (Figure 6A).

### Increased dd-cfDNA Correlates with Biopsy-Proven Transplant Rejection

To assess the validity of dd-cfDNA as a biomarker of acute cellular rejection in organ transplant recipients, plasma levels of dd-cfDNA were determined in heart transplant recipients with a biopsy-confirmed rejection and compared to levels of dd-cfDNA in nonrejecting heart transplant recipients. Fifty-three samples were selected from the CARGO II study based on clinical data that defined the samples and consensus pathologist reading of endomyocardial biopsy specimens. Rejection was defined as agreement among two or more pathologists that the biopsy grade was 2R or 3R, according to the International Society for Heart and Lung Transplantation guidelines.[21] Samples collected from patients without rejection (quiescent) were selected to match the



**Figure 6**   Assay performance and validation in clinical samples. **A:** The linear range of the assay matches the physiological range of % dd-cfDNA for 136 transplant recipient samples from the Cardiac Allograft Rejection Gene Expression Observational (CARGO) II study. **B:** dd-cfDNA levels in patients experiencing moderate-severe rejection as determined by biopsy pathology (R) compared to samples from patients with no evidence of rejection (NR). Mean and median % dd-cfDNA in rejection-associated samples are 2.97- and 7.38-fold higher, respectively, than in nonrejection. **C:** dd-cfDNA was measured in three longitudinal samples from a heart transplant patient (CARGO II). Individual visits are shown as circles (no rejection or mild rejection) or triangle (moderate or severe rejection) and are annotated with the biopsy pathology grade (International Society for Heart and Lung Transplantation 2004 system). The dd-cfDNA is reduced after treatment (three doses of 250-mg prednisone at the time of rejection). $P = 0.008$ by $t$-test (**B**). LOD, lower limit of detection; LOQ, lower limit of quantification; ULOQ, upper limit of quantification.

Grskovic et al

demographic metrics and days after transplant of the rejection set. Nonrejection was defined as consensus among three or more pathologists that the endomyocardial biopsy was grade 0R. A *t*-test demonstrated a statistical difference between rejection and quiescent samples ($P = 0.008$) (Figure 6B). In longitudinal samples from a heart transplant patient in which dd-cfDNA was elevated at time of biopsy-proven rejection, dd-cfDNA levels decreased after rejection treatment with immunosuppressive drug (Figure 6C). These data suggest utility of this biomarker for monitoring treatment effectiveness in addition to identifying acute cellular rejection.

## Discussion

Sensitive noninvasive diagnostic tests for early detection of transplanted organ injury and guided adjustment of immunosuppression remain unmet clinical needs in solid organ transplantation. The most common diagnostic method for acute cellular rejection and antibody-mediated rejection, a biopsy of the organ for histopathological interpretation, is not optimal: it is invasive, dependent on heterogeneous sampling of tissue, and susceptible to substantial interobserver variability.[22,23] In a large representative multicenter heart transplant study, CARGO II, the overall concordance of biopsy interpretation among cardiac pathologists was found to be 71%, and the positive agreement for biopsy specimens assigned a moderate or severe rejection grade ($\geq 2R$) was <30%.[22] Substantial improvements in short-term transplant survival have been realized; however, long-term survival has remained essentially unaltered. Long-term survival has been compromised because of nephrotoxicity, cardiovascular complications, diabetes, infections, and malignancies resulting from chronic and potent immunosuppression. dd-cfDNA in the recipient's blood and urine is a promising, potentially pan-organ biomarker for monitoring the health of solid organ transplants.[4−15] Although cfDNA assays for research purposes have been described, a clinical-grade assay has not been reported. In this study, we validated an NGS-based targeted amplification assay that measures the fraction of dd-cfDNA. Validation was informed by NGS guidelines and recommendations from professional organizations (College of American Pathologists, American College of Medical Genetics, Association for Molecular Pathology, American Society for Human Genetics); and performed in a Clinical Laboratory Improvement Amendment−regulated laboratory in accordance with the NGS checklist established by the College of American Pathologists.[24−26]

The overall performance of the assay was high: sensitive to low levels of dd-cfDNA with precise quantification at those levels. For input mass representing most transplant samples, the LOD was 0.16%, which is lower than previously described cfDNA assays.[27,28] To obtain sufficient material for validation replicate testing, we designed reference standards derived from mixtures of fragmented cell line gDNA. Linearity studies using both the reference materials and serially diluted spiked-in samples constructed from blood drawn in Streck tubes showed the same assay performance, confirming the appropriateness of the cell line mixtures as reference materials. The amount of donor DNA in reference standards was estimated by digital PCR using an assay for a point mutation in the *EGFR* gene (T790M). % dd-cfDNA measurements are highly reproducible, both within and between runs. As expected, we observed tighter CVs for samples with higher fraction of dd-cfDNA and those with larger input mass, likely because of larger absolute number of dd-cfDNA molecules in both cases. The variability observed likely stems from sampling bias for low input and low % dd-cfDNA samples, polymerase errors during SNP amplification and sequencing library generation, and errors in NGS process itself.[29] The use of high-fidelity polymerase and relatively short read paired-end sequencing ($2 \times 82$) in this assay minimizes the library preparation and sequencing errors.

By design, the assay detects trace amounts of a second genome in the low levels of cfDNA present in plasma. During the validation and post-validation testing, we did not observe cross-contaminated samples, with blank samples tested measuring lower than the LOD. Cross-contamination of human genomic samples has been reported as an issue in clinical NGS testing settings.[30] To detect possible contamination, each test run includes a blank control sample and two control reference samples with known amounts of dd-cfDNA; detection of any dd-cfDNA in control blank sample or increased % dd-cfDNA in reference samples invalidates the entire test run and no results are reported. In addition, each sample is expected to contain a certain number of SNPs that share the same allele between the recipient and donor (based on the level of genetic relatedness) (Table 1); if fewer than the expected number of such SNPs is detected, sample will fail the QC criteria and no result will be reported. National Institute for Standards and Technology Genome in a Bottle reference NA12878 (RM 8398) was used to verify the accuracy of the amplification and sequencing by examining each SNP region and requisite SNP genotypes and comparing them to established values.[31]

Although not limited by the need for donor or recipient genotypes, the design of this dd-cfDNA does lead to several limitations that affect the population that can be served. The upper limit of detection is 25% dd-cfDNA by design. Although there are no reports of dd-cfDNA levels this high in heart or kidney transplant recipients, baseline levels appear to be higher in lung and liver transplant recipients.[9,11] We continue to evaluate samples from different organ transplants to better define this limit. As with all tests dependent on genomic differences, identification of dd-cfDNA in identical twin donor/recipient pairs is not possible; and the results may be impaired in the donor/recipient siblings from consanguineous marriages. For dual organ transplants from a single donor, the assay identifies

graft injury, but does not distinguish the affected organ. Last, multiple organ transplants (from different donors) require the differentiation of the genotype among several genomes, one recipient and multiple donors. Our current algorithm does not address this constraint and therefore the assay is currently limited to single-organ, single-donor transplants. In multiple organ transplants where donor DNA for each additional transplanted organ is available, it may be possible to modify the assay such that the separately determined donor genotype(s) is (are) used to determine the level of dd-cfDNA in organ-specific manner.

Preliminary clinical validity of this assay is demonstrated in heart transplant recipients with samples from patients with biopsy-proven rejection having significantly increased % dd-cfDNA compared to biopsy-proven quiescent patients. In addition, the levels and distribution of dd-cfDNA in heart transplant recipients reported herein is in accordance with levels and distribution reported previously.[7,8,10] Although absolute % dd-cfDNA levels may differ among types of assays with varying levels of analytical validation, the ratio of mean rejection over mean nonrejection samples is remarkably similar ($2.9\times$ for the assay reported herein and by Snyder et al[8]). Additional clinical validity and clinical utility studies are needed for dd-cfDNA to be widely implemented in clinical practice. Two studies, D-OAR and DART, have been initiated in conjunction with large numbers of clinical centers. Early collection of samples in these studies was used herein to assess the distribution of cfDNA mass collected from transplant recipients. Ongoing collections will be used in case-control analyses to establish clinical validity for dd-cfDNA and define the distribution of % dd-cfDNA in the reference population. The validation approach for multiple organ transplants will be dependent on the information necessary to differentiate signals. Multiple organ transplant from the same donor (eg, heart/lung) may require validation of different thresholds because of the baseline level of contribution from two organs. The situation of organs from multiple donors will require validation of the analytical methods to disambiguate two donors, but may be bridged to single-organ, single-donor clinical validations.

On collection of evidence in support of correlation of dd-cfDNA with organ injury in clinical validity studies in additional organs, there are several potential indications of use that merit clinical utility studies. First, informing biopsy decisions through enhanced interpretation of histological findings of biopsy, to provide alternative to biopsy if the benefit and risk of biopsy are not clearly supported, and to reduce morbidity and increase cost-effectiveness of transplant patient surveillance. Second, detection of subclinical organ injury to improve long-term outcomes and survival. Third, immunosuppressive therapy optimization by noninvasive monitoring and thereby reduction of infections and malignancies, and improved long-term survival. The different types of organ transplants and relatively small number of transplants and long-term nature of outcomes challenge conventional trial designs. For example, we anticipate that the thresholds and baselines may vary among the different types of organ transplants, or for multiorgan transplants. In this regard, an adaptive strategy, as suggested for staged adoption of drugs, merits consideration.[32] The proposed adaptive strategy recognizes that evidence is a continuum and may therefore facilitate timely pairing of available evidence and clinical unmet need of specific transplant patients.

In summary, we have developed and analytically validated a clinical-grade NGS test to measure the fraction of dd-cfDNA in plasma of solid organ transplant patients. This test is applicable to single-organ donor-recipient pairs and does not depend on separate determination of either donor or recipient genotypes. We further report preliminary clinical validity results of the assay for heart transplant. Additional prospective clinical validity and utility studies will inform how this clinical tool can be used to manage transplant patients.

## Acknowledgments

We thank Brian Christie, John Beausang, and Rene Sit for their contributions to the assay development; Jennifer Elechko, Corina Marchis, Cindy Chan, and Pazit Sankey for sample processing, quantification, and sequencing; Migdad Machrus for developing the sequencing results database; Cardiac Allograft Rejection Gene Expression Observational (CARGO) II investigators for input to the clinical study design and plasma collection; and all patients for participation in the CARGO II trial.

## Supplemental Data

Supplemental material for this article can be found at *http://dx.doi.org/10.1016/j.jmoldx.2016.07.003*.

## References

1. Wong FC, Lo YM: Prenatal diagnosis innovation: genome sequencing of maternal plasma. Annu Rev Med 2016, 67:419−432
2. Alix-Panabieres C, Pantel K: Clinical applications of circulating tumor cells and circulating tumor DNA as liquid biopsy. Cancer Discov 2016, 6:479−491
3. Gold B, Cankovic M, Furtado LV, Meier F, Gocke CD: Do circulating tumor cells, exosomes, and circulating tumor nucleic acids have clinical utility? J Mol Diagn 2015, 17:209−224
4. Gielis EM, Ledeganck KJ, De Winter BY, Del Favero J, Bosmans JL, Claas FH, Abramowicz D, Eikmans M: Cell-free DNA: an upcoming biomarker in transplantation. Am J Transplant 2015, 15:2541−2551
5. Lo YMD, Tein MSC, Pang CCP, Yeung CK, Tong KL, Hjelm NM: Presence of donor-specific DNA in plasma of kidney and liver-transplant recipients. Lancet 1998, 351:1329−1330
6. Garcia Moreira V, Prieto Garcia B, Baltar Martin JM, Ortega Suarez F, Alvarez FV: Cell-free DNA as a noninvasive acute rejection marker in renal transplantation. Clin Chem 2009, 55:1958−1966

Grskovic et al

7. De Vlaminck I, Valantine HA, Snyder TM, Strehl C, Cohen G, Luikart H, Neff NF, Okamoto J, Bernstein D, Weisshaar D, Quake SR, Khush KK: Circulating cell-free DNA enables noninvasive diagnosis of heart transplant rejection. Sci Transl Med 2014, 6:241ra77

8. Snyder TM, Khush KK, Valantine HA, Quake SR: Universal noninvasive detection of solid organ transplant rejection. Proc Natl Acad Sci U S A 2011, 108:6229−6234

9. Beck J, Bierau S, Balzer S, Andag R, Kanzow P, Schmitz J, Gaedcke J, Moerer O, Slotta JE, Walson P, Kollmar O, Oellerich M, Schütz E: Digital droplet PCR for rapid quantification of donor DNA in the circulation of transplant recipients as a potential universal biomarker of graft injury. Clin Chem 2013, 59:1732−1741

10. Hidestrand M, Tomita-Mitchell A, Hidestrand PM, Oliphant A, Goetsch M, Stamm K, Liang HL, Castleberry C, Benson DW, Stendahl G, Simpson PM, Berger S, Tweddell JS, Zangwill S, Mitchell ME: Highly sensitive noninvasive cardiac transplant rejection monitoring using targeted quantification of donor-specific cell-free deoxyribonucleic acid. J Am Coll Cardiol 2014, 63:1224−1226

11. De Vlaminck I, Martin L, Kertesz M, Patel K, Kowarsky M, Strehl C, Cohen G, Luikart H, Neff NF, Okamoto J, Nicolls MR, Cornfield D, Weill D, Valantine H, Khush KK, Quake SR: Noninvasive monitoring of infection and rejection after lung transplantation. Proc Natl Acad Sci U S A 2015, 112:13336−13341

12. Gadi VK, Nelson JL, Boespflug ND, Guthrie KA, Kuhr CS: Soluble donor DNA concentrations in recipient serum correlate with pancreas-kidney rejection. Clin Chem 2006, 52:379−382

13. Macher HC, Suarez-Artacho G, Guerrero JM, Gomez-Bravo MA, Alvarez-Gomez I, Bernal-Bellido C, Dominguez-Pascual I, Rubio A: Monitoring of transplanted liver health by quantification of organ-specific genomic marker in circulating DNA from receptor. PLoS One 2014, 9:e113987

14. Sigdel TK, Vitalone MJ, Tran TQ, Dai H, Hsieh SC, Salvatierra O, Sarwal MM: A rapid noninvasive assay for the detection of renal transplant injury. Transplantation 2013, 96:97−101

15. Zhang J, Tong KL, Li PK, Chan AY, Yeung CK, Pang CC, Wong TY, Lee KC, Lo YM: Presence of donor- and recipient-derived DNA in cell-free urine samples of renal transplantation recipients: urinary DNA chimerism. Clin Chem 1999, 45:1741−1746

16. Bruno DL, Ganesamoorthy D, Thorne NP, Ling L, Bahlo M, Forrest S, Veenendaal M, Katerelos M, Skene A, Ierino FL, Power DA, Slater HR: Use of copy number deletion polymorphisms to assess DNA chimerism. Clin Chem 2014, 60:1105−1114

17. Oellerich M, Schutz E, Kanzow P, Schmitz J, Beck J, Kollmar O, Streit F, Walson PD: Use of graft-derived cell-free DNA as an organ integrity biomarker to reexamine effective tacrolimus trough concentrations after liver transplantation. Ther Drug Monit 2014, 36:136−140

18. Beck J, Oellerich M, Schulz U, Schauerte V, Reinhard L, Fuchs U, Knabbe C, Zittermann A, Olbricht C, Gummert JF, Shipkova M, Birschmann I, Wieland E, Schütz E: Donor-derived cell-free DNA is a novel universal biomarker for allograft rejection in solid organ transplantation. Transplant Proc 2015, 47:2400−2403

19. Pakstis AJ, Speed WC, Fang R, Hyland FC, Furtado MR, Kidd JR, Kidd KK: SNPs for a universal individual identification panel. Hum Genet 2010, 127:315−324

20. Clinical and Laboratory Standards Institute (CLSI): Evaluation of Detection Capability for Clinical Laboratory Measurement Procedures: Approved Guideline. CLSI document EP17-A2. ed 2. Wayne, PA, Clinical and Laboratory Standards Institute, 2012

21. Stewart S, Winters GL, Fishbein MC, Tazelaar HD, Kobashigawa J, Abrams J, Andersen CB, Angelini A, Berry GJ, Burke MM, Demetris AJ, Hammond E, Itescu S, Marboe CC, McManus B,

22. Reed EF, Reinsmoen NL, Rodriguez ER, Rose AG, Rose M, Suciu-Focia N, Zeevi A, Billingham ME: Revision of the 1990 working formulation for the standardization of nomenclature in the diagnosis of heart rejection. J Heart Lung Transplant 2005, 24:1710−1720

22. Crespo-Leiro MG, Zuckermann A, Bara C, Mohacsi P, Schulz U, Boyle A, Ross HJ, Parameshwar J, Zakliczynski M, Fiocchi R, Stypmann J, Hoefer D, Lehmkuhl H, Deng MC, Leprince P, Berry G, Marboe CC, Stewart S, Tazelaar HD, Baron HM, Coleman IC, Vanhaecke J: Concordance among pathologists in the second Cardiac Allograft Rejection Gene Expression Observational Study (CARGO II). Transplantation 2012, 94:1172−1177

23. Marboe CC, Billingham M, Eisen H, Deng MC, Baron H, Mehra M, Hunt S, Wohlgemuth J, Mahmood I, Prentice J, Berry G: Nodular endocardial infiltrates (Quilty lesions) cause significant variability in diagnosis of ISHLT Grade 2 and 3A rejection in cardiac allograft recipients. J Heart Lung Transplant 2005, 24: S219−S226

24. Rehm HL, Bale SJ, Bayrak-Toydemir P, Berg JS, Brown KK, Deignan JL, Friez MJ, Funke BH, Hegde MR, Lyon E; Working Group of the American College of Medical Genetics and Genomics Laboratory Quality Assurance Committee: ACMG clinical laboratory standards for next-generation sequencing. Genet Med 2013, 15: 733−747

25. Aziz N, Zhao Q, Bry L, Driscoll DH, Funke B, Gibson JS, Grody WW, Hegde MR, Hoeltge GA, Leonard DG, Merker JD, Nagarajan R, Palicki LA, Robetorye RS, Schrijver I, Weck KE, Voelkerding KV: College of American Pathologists' laboratory standards for next-generation sequencing clinical tests. Arch Pathol Lab Med 2015, 139:481−493

26. McShane LM, Cavenagh MM, Lively TG, Eberhard DA, Bigbee WL, Williams PM, Mesirov JP, Polley MY, Kim KY, Tricoli JV, Taylor JM, Shuman DJ, Simon RM, Doroshow JH, Conley BA: Criteria for the use of omics-based predictors in clinical trials. Nature 2013, 502:317−320

27. Pritchard CC, Salipante SJ, Koehler K, Smith C, Scroggins S, Wood B, Wu D, Lee MK, Dintzis S, Adey A, Liu Y, Eaton KD, Martins R, Stricker K, Margolin KA, Hoffman N, Churpek JE, Tait JF, King MC, Walsh T: Validation and implementation of targeted capture and sequencing for the detection of actionable mutation, copy number variation, and gene rearrangement in clinical cancer specimens. J Mol Diagn 2014, 16:56−67

28. Spencer DH, Tyagi M, Vallania F, Bredemeyer AJ, Pfeifer JD, Mitra RD, Duncavage EJ: Performance of common analysis methods for detecting low-frequency single nucleotide variants in targeted next-generation sequence data. J Mol Diagn 2014, 16:75−88

29. Schirmer M, Ijaz UZ, D'Amore R, Hall N, Sloan WT, Quince C: Insight into biases and sequencing errors for amplicon sequencing with the Illumina MiSeq platform. Nucleic Acids Res 2015, 43:e37

30. Sehn JK, Spencer DH, Pfeifer JD, Bredemeyer AJ, Cottrell CE, Abel HJ, Duncavage EJ: Occult specimen contamination in routine clinical next-generation sequencing testing. Am J Clin Pathol 2015, 144:667−674

31. Zook JM, Chapman B, Wang J, Mittelman D, Hofmann O, Hide W, Salit M: Integrating human sequence data sets provides a resource of benchmark SNP and indel genotype calls. Nat Biotechnol 2014, 32: 246−251

32. Eichler HG, Baird LG, Barker R, Bloechl-Daum B, Borlum-Kristensen F, Brown J, et al: From adaptive licensing to adaptive pathways: delivering a flexible life-span approach to bring new drugs to patients. Clin Pharmacol Ther 2015, 97:234−246

# EXHIBIT C

WEB PORTAL (https://caredx.careevolve.com/doctors/framepage.asp)



(http://www.allosure.com/)



# Sample Preparation

Home (http://www.allosure.com)  •  Sample Preparation

The test design, development, and validation are described in Grskovic et al., J Mol Diagn, 2016. Cell-free DNA is purified from plasma collected in Streck cell-free DNA BCT® tubes. Cell-free DNA extracted from plasma is used as the template in a pre-amplification PCR reaction with primer pairs that specifically amplify the genomic regions containing the AlloSure SNPs. The pre-amplification product is used as the template in parallel small-multiplex microfluidic PCR amplification library preparation and next generation sequencing.

For the complete AlloSure Specimen Collection and Shipping Information, please view the latest revision of the AlloSure Laboratory Services Guide by clicking here (http://www.allosure.com/allosure-lab-services-guide_lt-10049/).

To view the Quick Instructions for AlloSure Blood Draw, click here (http://www.allosure.com/wp-content/uploads/2018/04/LT-10047_Quick-Instructions-for-AlloSure-Blood-Draw-Rev2_WEB.pdf).



## Specimen Collection and Shipping Instructions Video

00:00                                                                                            06:04

CareDx, Inc.

3260 Bayshore Blvd

Brisbane, CA 94005

TEL: 415-287-2300

FAX: 415-287-4250

EMAIL: info@caredx.com

NAVIGATION

AlloSure (/)

More Information
(http://www.allosure.com/more-
information/)

About CareDx (http://caredxinc.com/)

Join the AlloSure Community
(http://www.allosure.com/join-allosure-
community/)

Contact
(http://www.allosure.com/contact-us/)

Privacy & Compliance
(http://www.allosure.com/privacy-
compliance/)

Sitemap
(http://www.allosure.com/sitemap/)

©2020 CareDx, Inc. All service marks and trademarks are owned or licensed by CareDx, Inc. or its affiliates.
All rights reserved.

()

EXHIBIT D

Intentionally Omitted

# EXHIBIT E



# MiSeq

System Guide

Document # 1000000061014 v00

July 2018

ILLUMINA PROPRIETARY

**For Research Use Only. Not for use in diagnostic procedures.**

This document and its contents are proprietary to Illumina, Inc. and its affiliates ("Illumina"), and are intended solely for the contractual use of its customer in connection with the use of the product(s) described herein and for no other purpose. This document and its contents shall not be used or distributed for any other purpose and/or otherwise communicated, disclosed, or reproduced in any way whatsoever without the prior written consent of Illumina. Illumina does not convey any license under its patent, trademark, copyright, or common-law rights nor similar rights of any third parties by this document.

The instructions in this document must be strictly and explicitly followed by qualified and properly trained personnel in order to ensure the proper and safe use of the product(s) described herein. All of the contents of this document must be fully read and understood prior to using such product(s).

FAILURE TO COMPLETELY READ AND EXPLICITLY FOLLOW ALL OF THE INSTRUCTIONS CONTAINED HEREIN MAY RESULT IN DAMAGE TO THE PRODUCT(S), INJURY TO PERSONS, INCLUDING TO USERS OR OTHERS, AND DAMAGE TO OTHER PROPERTY, AND WILL VOID ANY WARRANTY APPLICABLE TO THE PRODUCT(S).

ILLUMINA DOES NOT ASSUME ANY LIABILITY ARISING OUT OF THE IMPROPER USE OF THE PRODUCT(S) DESCRIBED HEREIN (INCLUDING PARTS THEREOF OR SOFTWARE).

© 2018 Illumina, Inc. All rights reserved.

All trademarks are the property of Illumina, Inc. or their respective owners. For specific trademark information, see www.illumina.com/company/legal.html.

**For Research Use Only. Not for use in diagnostic procedures.**

# Table of Contents

Chapter 1 Overview ............................................................................................ 1
Introduction ...................................................................................................... 1
Additional Resources ....................................................................................... 1
Components ...................................................................................................... 2
MiSeq Concepts ............................................................................................... 4
System Software .............................................................................................. 5
Secondary Analysis Options ........................................................................... 7
Sequencing Analysis Viewer ........................................................................... 8
Required Disk Space ........................................................................................ 8
MiSeq Reagent Kit Overview ........................................................................... 9

Chapter 2 Getting Started .............................................................................. 13
Start the MiSeq ............................................................................................... 13
Customize System Settings ........................................................................... 13
Configure Notifications of BaseSpace Updates ........................................... 14
Set Email Preferences .................................................................................... 14
Set Default Folder Locations ......................................................................... 14
User-Supplied Consumables ......................................................................... 15

Chapter 3 Sequencing ................................................................................... 17
Introduction .................................................................................................... 17
Run Duration .................................................................................................. 17
MiSeq Workflow .............................................................................................. 18
Thaw Reagent Cartridge ................................................................................ 19
Inspect the Reagent Cartridge ...................................................................... 19
Denature and Dilute Libraries ....................................................................... 20
Load Sample Libraries ................................................................................... 20
Set Up a Run Using MCS ............................................................................... 20
Clean the Flow Cell ........................................................................................ 21
Load the Flow Cell .......................................................................................... 22
Load Reagents ................................................................................................ 23
Starting the Run ............................................................................................. 25
Monitor the Run .............................................................................................. 26
Perform a Post-Run Wash ............................................................................. 28

Chapter 4 Maintenance ................................................................................. 33
Maintenance Frequency ................................................................................. 33
Maintenance Frequency for the VeriSeq PGS Workflow .............................. 33
Perform a Maintenance Wash ....................................................................... 34
Perform a Standby Wash ............................................................................... 36
Manage Files .................................................................................................. 38
Software Updates ........................................................................................... 39
Shut Down the Instrument ............................................................................. 39

For Research Use Only. Not for use in diagnostic procedures.

Appendix A Troubleshooting ................................................................ 41
Introduction ..............................................................................................41
Bundle Logs for Troubleshooting ............................................................41
Perform a System Check ......................................................................... 42
Pause or Stop a Run ............................................................................... 42
Raise Reagent Cartridge Sippers Manually ............................................44
Resolve Run Setup Errors ...................................................................... 44
Resolve RFID Read Failure .................................................................... 44
Perform a Volume Test ........................................................................... 45
Measure Expected Wash Volumes ..........................................................46
Configure System Settings .......................................................................46

Appendix B Output Files and Folders ................................................. 49
Run Folders ............................................................................................. 49
MiSeqOutput Folder Contents ................................................................ 49
RTA Folders and Files ............................................................................. 51

Index ........................................................................................................53

Technical Assistance ........................................................................... 57

Document # 1000000061014 v00

For Research Use Only. Not for use in diagnostic procedures.

iv

# Chapter 1 Overview

Introduction .......................................................................................................................... 1
Additional Resources ............................................................................................................ 1
Components ........................................................................................................................... 2
MiSeq Concepts .................................................................................................................... 4
System Software .................................................................................................................... 5
Secondary Analysis Options ................................................................................................. 7
Sequencing Analysis Viewer ................................................................................................. 8
Required Disk Space ............................................................................................................. 8
MiSeq Reagent Kit Overview ................................................................................................ 9

## Introduction

The Illumina® MiSeq® system combines proven sequencing by synthesis (SBS) technology with a revolutionary workflow that lets you go from DNA to analyzed data in as few as eight hours. The MiSeq integrates cluster generation, sequencing, and data analysis on a single instrument.

### Features

▶ **Walk away automation**—After setting up your run, which includes loading the pre-filled reagent cartridge, buffer bottle, and flow cell, no additional hands-on time is required.

▶ **Prefilled reagent cartridge**—A specially designed single-use prefilled reagent cartridge provides reagents for cluster generation and sequencing, including paired-end sequencing reagents and indexing reagents. Integrated radio-frequency identification (RFID) tracking enables accurate consumable tracking.

▶ **Interface controls**—The MiSeq Control Software (MCS) interface provides controls to configure the instrument, set up and monitor runs, and perform maintenance procedures.

▶ **Convenient flow cell loading**—A clamping mechanism auto-positions the flow cell as it is loaded onto the instrument. Integrated radio-frequency identification (RFID) tracking enables accurate consumable tracking.

▶ **Innovative fluidics architecture**—The MiSeq fluidics system enables unmatched efficiency in chemistry cycle time during sequencing.

▶ **Real-time analysis (RTA)**—Integrated analysis software performs real-time on-instrument data analysis during the sequencing run, which includes image analysis and base calling, and saves valuable downstream analysis time.

▶ **Integrated secondary analysis software**— MiSeq Reporter software processes data from analysis by RTA to perform alignment and provides information about each sample analyzed.

## Additional Resources

The MiSeq system support pages on the Illumina website provide additional resources. These resources include software, training, compatible products, and the following documentation. Always check support pages for the latest versions.

**For Research Use Only. Not for use in diagnostic procedures.**

| Resource | Description |
|---|---|
| *MiSeq System Site Prep Guide (document # 15027615)* | Provides specifications for laboratory space, electrical requirements, and environmental considerations. |
| *MiSeq System Safety and Compliance Guide (document # 15027616)* | Provides information about instrument labeling, compliance certifications, and safety considerations. |
| *Illumina Experiment Manager User Guide (document # 15031335)* | Provides instructions for creating sample plates and sample sheets for different workflows and library types. |
| *BlueFuse Workflow Manager User Guide (document # 1000000028842)* | Provides instructions for creating sample plates and sample sheets for use with the VeriSeq PGS workflow. |
| *MiSeq Sample Sheet Quick Reference Guide (document # 15028392)* | Provides information about adding sample sheet settings to your sample sheet. |
| *MiSeq System Denature and Dilute Libraries Guide (document # 15039740)* | Provides instructions for denaturing and diluting prepared sample libraries before sequencing on the MiSeq, and preparing a PhiX control. This step applies to most library types. |
| *MiSeq Custom Primers Guide (document # 15041638)* | Provides instructions for preparing and loading custom primers, and editing the samples sheet for custom primers. |
| *MiSeq Reporter User Guide (document # 15042295)* | Provides a comprehensive overview of analysis procedures, analysis workflows, and output files generated by MiSeq Reporter, as well as computing requirements, off-instrument installation instructions, and troubleshooting information. |
| *MiSeq Reporter Online Help* | Provides instructions for using the MiSeq Reporter software. |
| *BlueFuse Multi Software Guide (document # 15053620)* | Provides a comprehensive overview of analysis procedures, analysis workflows, and files generated by BlueFuse Multi, as well as computing requirements, and troubleshooting information. Use this guide with the VeriSeq PGS workflow. |
| *BaseSpace User Guide (document # 15044182)* | Provides instructions for using BaseSpace and descriptions of the graphs generated for each analysis workflow. |
| *BaseSpace Onsite System Guide (document # 15049148)* | Provides instructions for using the BaseSpace Onsite System. |

## Components

The MiSeq comprises a touch screen monitor, a status bar, a power button with adjacent USB ports, and three compartments.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

2



A   **Flow cell compartment**—Contains the flow cell stage that houses the flow cell throughout the run. Flow cell stage motors move the stage out of the enclosed optical module for flow cell loading and returns the stage when the run begins.

B   **Enclosed optics compartment**—Contains optical components that enable imaging of the flow cell.

C   **Status bar**—Indicates flow cell status as ready to sequence (green), processing (blue), or needs attention (orange).

D   **Touch screen monitor**—Displays the control software interface for system configuration and run setup.

E   **External USB ports**—Facilitates the transfer of files and data to the instrument computer from the touch screen monitor.

F   **Reagent compartment**—Contains reagents at proper temperatures, wash solutions, and a bottle for used reagents. A magnetic latch secures the reagent compartment door.

The MiSeq interface guides you through the run setup steps using the touch screen monitor. Loading run components requires access to the reagent compartment and the flow cell compartment.

## Flow Cell Compartment

The flow cell compartment contains the flow cell stage, thermal station, and fluidics connections to the flow cell. The flow cell stage holds the flow cell and the flow cell clamp secures and positions the flow cell. When the flow cell clamp closes, two pins near the clamp hinge auto-position the flow cell.

The thermal station, located beneath the flow cell stage, controls changes in flow cell temperature required for cluster generation and sequencing.

**Figure 1**   Flow Cell Compartment



A   Flow Cell Stage

**For Research Use Only. Not for use in diagnostic procedures.**

B   Flow Cell Compartment Door
C   Flow Cell Clamp
D   Flow Cell
E   Flow Cell Clamp Release Button

## Reagent Compartment

The reagent compartment contains the reagent chiller, and positions for the wash buffer (PR2) bottle and the waste bottle. To maintain a consistent temperature, open and close the reagent chiller only when instructed.

 **NOTE**
The required temperature range of the reagent chiller is 2°C to 11°C.

During the run, the reagent chiller holds a single-use reagent cartridge. During the instrument wash, the reagent chiller holds the wash tray. The software automatically lowers sippers into each reservoir of the reagent cartridge at the appropriate time during a run depending on the process being performed.

To the right of the reagent chiller are form-fitted slots for the PR2 bottle and the waste bottle. The sipper handle locks the bottles in place and lowers the appropriate sipper into each bottle. Reagents are pumped through the sippers and fluidics lines, and then to the flow cell. Reagent waste is delivered to the waste bottle throughout the process.

**Figure 2**   Reagent Compartment Components



A   Reagent Chiller
B   Sipper Handle (shown in raised position)
C   PR2 Bottle
D   Waste Bottle
E   Reagent Cartridge

## MiSeq Concepts

The following concepts and terms are common to the run setup steps on the MiSeq.

| Concept | Description |
| --- | --- |
| Analysis Workflow | A secondary analysis procedure is performed by MiSeq Reporter. The analysis workflow for each run is specified in the sample sheet or by the selected module. |

Document # 1000000061014 v00

For Research Use Only. Not for use in diagnostic procedures.

4

| Concept | Description |
|---------|-------------|
| Manifest | The file that specifies a reference genome and targeted reference regions to be used in the alignment step. For workflows that require a manifest, the manifest file is specified in the sample sheet and copied to the manifest folder designated in MCS. |
| Reference Genome | A FASTA format file that contains the genome sequences used during analysis. For most analysis workflows, the reference genome file is specified in the sample sheet. |
| Run Folder | The folder structure populated by RTA software (MiSeqOutput folder) or the folder populated by MiSeq Reporter (MiSeqAnalysis). For more information, see Run Folders on page 49. |
| Sample Sheet | A comma-separated values file (*.csv) that contains information used to set up and analyze a sequencing run, including a list of samples and their index sequences. The sample sheet must be provided during the run setup steps on the MiSeq. After the run begins, the sample sheet is renamed to SampleSheet.csv and copied to the run folders: MiSeqTemp, MiSeqOutput, and MiSeqAnalysis. |

For more information on analysis workflows and manifest file formats, see the *MiSeq Reporter Software Guide (document #15042295)*.

For more information on sample sheets, see the *MiSeq Sample Sheet Quick Reference Guide (document # 15028392)*.

## System Software

The instrument software suite includes integrated applications that perform sequencing runs, on-instrument analysis, and related functions.

▶ **MiSeq Control Software (MCS)**—Controls instrument operation. The MiSeq Control Software (MCS) interface guides you through the steps to load the flow cell and reagents before beginning the run. An overview of quality statistics appears as the run progresses.

▶ During the run, MCS operates the flow cell stage, dispenses reagents, controls flow cell temperatures, and captures images of clusters on the flow cell. MCS performs the run according to parameters specified in the sample sheet.

▶ **Real-time analysis (RTA) software**—Performs image analysis and base calling, and assigns a quality score to each base for each cycle. Images are temporarily stored in the run folder for processing by RTA, and then automatically deleted when analysis by RTA is complete.

▶ **Integrated secondary analysis software**—Performs secondary analysis. MiSeq Reporter processes base calls generated by the RTA software, and produces information about alignment, variants, and contig assemblies for each genome requested. The analysis workflow specified in the sample sheet determines the type of analysis performed. For more information, see *MiSeq Reporter Software* on page 8.

Optional software used off-instrument includes the Sequencing Analysis Viewer (SAV). For more information, see *Sequencing Analysis Viewer* on page 8.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

5

## Status Icons

A status icon on the control software interface indicates a change in conditions during run setup or during the run. A number on the icon indicates the number of conditions for a status.

When a run status changes, the icon blinks to alert you. Select the icon to view a description of the condition. Select **Acknowledge** to clear the message, and then **Close** to close the dialog box.

Filter the types of messages that appear in the status window by selecting the icons along the top margin of the window. Selecting an icon toggles the condition to show or hide.

| Status Icon | Status Name | Description |
|---|---|---|
| ✅ | Status OK | No change. System is normal. |
| ❗ | Attention | Important information. Action is recommended. |
| ⚠️ | Warning | Warnings do not stop a run. However, some warnings require action before proceeding. |
| ❌ | Error | Errors usually stop a run and generally require action before proceeding with the run. |

## Activity Indicators

An activity indicator icon displays the activity the instrument is currently performing.

**Figure 3**   Activity Indicators



From left to right, the activity indicators represent the following activities:

▶ Moving the Y-stage
▶ Moving the Z-stage
▶ Activating electronics functionality
▶ Using the camera
▶ Pumping through the fluidics system

## Sensor Indicators

Sensor indicators, which appear at the base of each interface screen, represent the status of instrument components.

**Figure 4**   Sensor Indicators



Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

6

From left to right, the sensor indicators represent the following components:

▶   Flow cell compartment door in the closed or open positions

▶   Temperature of the reagent chiller in °C

▶   Temperature of the flow cell in °C

▶   Status of BaseSpace® connection (not connected shown)

## Secondary Analysis Options

MiSeq sequencing data can be analyzed on the instrument computer using MiSeq Reporter, on a networked server using BaseSpace™ Onsite, or on the cloud using BaseSpace. These applications produce information about alignment, variants, and contig assemblies for each genome requested and for each sample of a multisample run. If performing the VeriSeq™ PGS workflow, use BlueFuse™ Multi software for analysis.

### BaseSpace and BaseSpace Onsite Overview

BaseSpace is the Illumina cloud computing environment. BaseSpace Onsite provides a computing environment on a dedicated server, complete with run setup tools and analysis options.

Log in to BaseSpace or BaseSpace Onsite when you set up the sequencing run. When using BaseSpace or BaseSpace Onsite, you have the additional option to store run data locally. For more information, see *Customize System Settings* on page 13.

When you begin your sequencing run, the icon changes to indicate that the MiSeq is connected to BaseSpace or BaseSpace Onsite and data files are being transferred to the specified location.

**Figure 5**   Connected to BaseSpace Icon



**Figure 6**   Connected to BaseSpace Onsite Icon



Using BaseSpace, data files are encrypted in transit, decrypted during analysis, and encrypted again when stored. Using BaseSpace Onsite, data files are encrypted in transit, decrypted during analysis, and can be optionally encrypted again when stored.

BaseSpace and BaseSpace Onsite automatically disconnect from the MiSeq at the end of the run or as soon as all RTA analysis files have finished transfer. If the internet connection is interrupted, analysis files continue to upload after the connection is restored from the point when the interruption occurred.

As soon as the last base call file is uploaded to BaseSpace or BaseSpace Onsite, secondary analysis of your data begins. The same analysis workflows are supported on BaseSpace and BaseSpace Onsite as with on-instrument analysis using MiSeq Reporter.

For MiSeq Reporter, several genomes are provided during installation. BaseSpace and BaseSpace Onsite only support genomes included with MiSeq Reporter.

**For Research Use Only. Not for use in diagnostic procedures.**

You can connect to BaseSpace at basespace.illumina.com. Log in using your MyIllumina account login. For more information on BaseSpace, see the *BaseSpace User Guide (document # 15044182)* and the BaseSpace support pages on the Illumina website.

For more information on BaseSpace Onsite, see the *BaseSpace Onsite System Guide (document # 15049148)* and the BaseSpace OnSite support pages on the Illumina website.

## MiSeq Reporter Software

MiSeq Reporter is a Windows Service application that processes base calls generated by RTA software. MiSeq Reporter begins secondary analysis immediately after the completion of analysis of the sequencing run by the RTA software.

MiSeq Reporter runs on the instrument computer. However, the software interface must be viewed through a web browser on another computer that is connected to the same network as the MiSeq Reporter.

When secondary analysis is complete, a file named CompletedJobInfo.xml is written to the run folder. For more information, see the *MiSeq Reporter Software Guide (document #15042295)*.

## Sequencing During Analysis

The MiSeq system computing resources are dedicated to either sequencing or analysis.

With MiSeq Reporter, if a new sequencing run is started on the MiSeq before secondary analysis of an earlier run is complete, MiSeq Reporter analysis is automatically stopped.

To restart MiSeq Reporter, use the Requeue feature after the new sequencing run is complete.

After the new run completes sequencing, secondary analysis of the earlier run automatically starts again from the beginning.

## Sequencing Analysis Viewer

You can monitor your run in greater detail without interfering with the run using the Illumina Sequencing Analysis Viewer (SAV). Your MiSeq must be networked to view primary analysis results with SAV.

SAV allows you to review metrics during a run as metrics are generated, and later after a run has completed. Install SAV onto a computer independent of the MiSeq with access to the same network connected to the instrument. After launching the software, browse to the output folder for your run.

After template generation, SAV provides metrics generated by RTA and organizes the metrics into plots, graphs, and tables.

   **NOTE**

SAV is universal to Illumina sequencing systems, most of which use an 8-lane flow cell. Some views include drop-down lists showing lanes 1–8. Because the MiSeq flow cell has a single lane, select **All** or **Lane 1**. For more information, see the *Sequencing Analysis Viewer User Guide (document # 15020619)*.

## Required Disk Space

The integrated instrument computer has approximately 550 GB of storage capacity.

Before starting a run, the software checks available disk space. If there is not enough disk space for the run, a message indicating how much disk space is required appears.

If prompted to make disk space available, move or delete older run folders as appropriate. For more information, see *Manage Files* on page 38. After clearing adequate disk space, select **Restart Check**.

**For Research Use Only. Not for use in diagnostic procedures.**

## MiSeq Reagent Kit Overview

The MiSeq Reagent Kit is a single-use reagent kit required to perform a sequencing run. It is available in different types and sizes. Each type of MiSeq Reagent Kit includes a kit-specific flow cell type and all reagents required for performing a run.

The flow cell, PR2 bottle, and reagent cartridge provided in the kit use radio-frequency identification (RFID) for accurate consumable tracking and compatibility.

Always use the reagent cartridge associated with your flow cell type. If the reagent cartridge is not compatible, a message appears during run setup that prompts you to load a compatible reagent cartridge.

For a description of available reagent kits, visit the MiSeq Reagent Kits product page on the Illumina website.

## Flow Cell

The MiSeq flow cell is a single-use glass-based substrate where clusters are generated and the sequencing reaction is performed.

Reagents enter the flow cell through the inlet port, pass through the single-lane imaging area, and then exit the flow cell through the outlet port. Waste exiting the flow cell is delivered to the waste bottle.

Libraries are loaded onto the reagent cartridge before setting up the run, and then automatically transferred to the flow cell after the run begins.

**Figure 7**  MiSeq Flow Cell



A   Outlet Port
B   Imaging Area
C   Inlet Port

## Flow Cell Cap Color

The cap color of the flow cell container indicates the flow cell type:

| Flow Cell | Flow Cell Cap Color |
|---|---|
| Standard Flow Cell PGS Flow Cell | Clear |
| Micro Flow Cell | Green |
| Nano Flow Cell | Yellow |

**For Research Use Only. Not for use in diagnostic procedures.**

# Reagent Cartridge Overview

The MiSeq reagent cartridge is a single-use consumable consisting of foil-sealed reservoirs prefilled with clustering and sequencing reagents sufficient for sequencing one flow cell.

Each reservoir on the cartridge is numbered. Sample libraries are loaded onto the cartridge in position 17, which is labeled **Load Samples**.



**WARNING**

This set of reagents contains potentially hazardous chemicals. Personal injury can occur through inhalation, ingestion, skin contact, and eye contact. Wear protective equipment, including eye protection, gloves, and laboratory coat appropriate for risk of exposure. Handle used reagents as chemical waste and discard in accordance with applicable regional, national, and local laws and regulations. For additional environmental, health, and safety information, see the SDS at support.illumina.com/sds.html.

## Reserved Reservoirs

**Figure 8**   Reagent Cartridge with Numbered Reservoirs



**Table 1**   Reagent Cartridge Reservoirs

| Position | Reagent Name | Description |
|----------|--------------|-------------|
| 8 | LDR | Denaturation Reagent (contains formamide) |
| 17 | Reserved | **Load Sample** (Reserved for sample libraries) |

For Research Use Only. Not for use in diagnostic procedures.

| Position | Reagent Name | Description |
|----------|--------------|-------------|
| 18 | Reserved | Reserved for custom Read 1 primer **[Optional]** |
| 19 | Reserved | Reserved for custom Index Read primer **[Optional]** |
| 20 | Reserved | Reserved for custom Read 2 primer **[Optional]** |

 NOTE

For more information about using custom primers on the MiSeq reagent cartridge, see the *MiSeq Custom Primers Guide (document # 15041638)*.

For Research Use Only. Not for use in diagnostic procedures.

For Research Use Only. Not for use in diagnostic procedures.

# Chapter 2 Getting Started

Start the MiSeq ................................................................................................................... 13
Customize System Settings ................................................................................................. 13
Configure Notifications of BaseSpace Updates ................................................................. 14
Set Email Preferences ......................................................................................................... 14
Set Default Folder Locations .............................................................................................. 14
User-Supplied Consumables .............................................................................................. 15

## Start the MiSeq

1   Switch the toggle power switch on the back of the instrument to the **|** (on) position.

   **NOTE**

For best performance, leave the instrument on continuously. However, if the instrument must be turned off, see *Shut Down the Instrument* on page 39. Wait a **minimum** of 60 seconds before turning the power switch back to the ON position

Figure 9   Power Switch Location



2   Wait for the system to load, and then log on to the operating system. If necessary, consult your facility administrator for the user name and password.

When the operating system is loaded, the MiSeq Control Software (MCS) launches and initializes the system automatically.

## Customize System Settings

1   From the Home screen, select **Run Options**.

2   Select the **Run Settings** tab.

3   Select **Post Run Wash** or **Maintenance Wash**.

An instrument wash is required after each run. The software requires that a wash is performed before setting up a subsequent run. The Post-Run Wash Option specifies the type of wash that is performed by default. A post-run wash takes approximately 30 minutes. A maintenance wash takes approximately 1 hour.

4   Enter the address of the BaseSpace Onsite server location.

The Onsite Server setting is required if you use BaseSpace Onsite.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

13

5   Select **Send Instrument Performance Data to Illumina to aid technical support** to enable the Illumina Proactive monitoring service. The name of the setting in the software interface might be different from the name in this guide, depending on the version of MCS in use.

With this setting turned on, instrument performance data are sent to Illumina. This data helps Illumina troubleshoot more easily and detect potential failures, enabling proactive maintenance and maximizing instrument uptime. For more information on the benefits of this service, see *Illumina Proactive Technical Note (document # 1000000052503)*.

This service:

▶   Does not send sequencing data.

▶   Requires that the instrument be connected to a network with internet access.

▶   Is turned on by default. To opt out of this service, disable the **Send Instrument Performance Data to Illumina to aid technical support** setting.

6   For MiSeq Reporter, select or clear **When using BaseSpace or BaseSpace Onsite, replicate analysis locally on MiSeq.**

The Replicate Analysis Locally setting specifies analysis processing locations when using BaseSpace or BaseSpace Onsite. The setting provides the option to perform analysis both locally on the instrument and in BaseSpace or BaseSpace Onsite.

If you select this option when using BaseSpace or BaseSpace Onsite, MiSeq Reporter launches automatically after the run and performs analysis locally.

If you do not select this option when using BaseSpace or BaseSpace Onsite, MiSeq Reporter does not launch automatically after the run and analysis is performed in BaseSpace or BaseSpace Onsite only.

If performing the VeriSeq PGS workflow with BlueFuse Multi, select this option.

## Configure Notifications of BaseSpace Updates

1   From the Home screen, select **Manage Instrument**.

2   Select **Software Update**.

3   Select **Automatically check for new software updates on BaseSpace**.

## Set Email Preferences

MiSeq can be configured to send an email notification when RTA analysis is complete, when on-instrument secondary analysis is complete, or if a critical MiSeq software error occurs.

1   From the Home screen, select **Run Options**.

2   Select the **Email Notifications** tab.

3   Enter the following information:

▶   **Local SMTP email server address**—Use the on-screen keyboard to enter the local SMTP email server address. If necessary, contact the facility administrator for this information.

▶   **Sender address**—Use the on-screen keyboard to enter the sender email address. This address can be your email address or a different address specified for sending email notifications.

▶   **Recipient addresses**—Use the on-screen keyboard to enter the email addresses of each recipient to receive notifications. Separate each email address with a comma. Select **Test** to send a test email to notification recipients.

▶   **Notify via email when**—Select the checkbox for each of the run events that trigger a notification.

## Set Default Folder Locations

Folders can be on a local network or on the instrument computer.

1   From the Home screen, select **Run Options**.

2   Select the **Folder Settings** tab.

3   Enter default locations for the following folders.

  ▶ **Recipe Folder**—Sets the default location for recipes. Recipes are XML files that the software uses to perform the sequencing run. A recipe is created at the start of the run based on parameters in the sample sheet, and then the recipe is copied to the output folder.

  ▶ **Sample Sheet Folder**—Sets the default location for sample sheets. Sample sheets are created before library preparation and contain parameters for the run.

  ▶ **Manifest Folder**—Manifest files are required for some library types. See the sample prep documentation for your sample prep kit, as well as the *Sample Sheet Quick Reference Guide (document # 15028392)*.

  ▶ **MiSeqOutput**—For MiSeq Reporter, sets the default location for analysis output files. Change the default output folder to a network location for sharing, long-term storage, and optionally using MiSeq Reporter off-line. For more information, see *Run Folders* on page 1.

## User-Supplied Consumables

Make sure that the following user-supplied consumables are available before beginning a run.

| Consumable | Supplier | Purpose |
|---|---|---|
| Stock 1.0 N NaOH, molecular biology-grade | General lab supplier | Denaturing sample libraries and PhiX control DNA |
| Alcohol wipes, 70% Isopropyl<br>or<br>Ethanol, 70% | VWR, catalog # 95041-714*<br><br>General lab supplier | Cleaning the flow cell holder |
| Disposable gloves, powder-free | General lab supplier | General use |
| Lab tissue, low-lint | VWR, catalog # 21905-026* | Cleaning the flow cell stage and the foil seal covering the load samples reservoir |
| Lens paper, 4 x 6 in. | VWR, catalog # 52846-001* | Cleaning the flow cell |
| Microcentrifuge tubes | General lab supplier | Denaturing and diluting sample libraries and PhiX control DNA |
| MiSeq tubes | Illumina, part # MS-102-9999 | Washing the template line, for use with the VeriSeq PGS workflow (optional for other workflows) |
| NaOCl, 5% | Sigma-Aldrich, catalog # 239305* | Washing the template line, for use with the VeriSeq PGS workflow (optional for other workflows) |
| Tween 20 | Sigma-Aldrich, catalog # P7949 | Washing the instrument |
| Tweezers, square-tip plastic (optional) | McMaster-Carr, catalog # 7003A22* | Removing flow cell from flow cell shipping container |
| Water, laboratory-grade | General lab supplier | Washing the instrument |

* or laboratory-grade equivalent

**For Research Use Only. Not for use in diagnostic procedures.**

## Guidelines for Laboratory-Grade Water

Always use laboratory-grade water or deionized water to perform instrument procedures. Never use tap water. Use only the following grades of water or equivalents:

▶ Deionized water

▶ Illumina PW1

▶ 18 Megohms (MΩ) water

▶ Milli-Q water

▶ Super-Q water

▶ Molecular biology grade water

For Research Use Only. Not for use in diagnostic procedures.

# Chapter 3 Sequencing

Introduction ............................................................................................................................17
Run Duration ..........................................................................................................................17
MiSeq Workflow ......................................................................................................................18
Thaw Reagent Cartridge .........................................................................................................19
Inspect the Reagent Cartridge ................................................................................................19
Denature and Dilute Libraries .................................................................................................20
Load Sample Libraries ............................................................................................................20
Set Up a Run Using MCS ........................................................................................................20
Clean the Flow Cell ................................................................................................................21
Load the Flow Cell ..................................................................................................................22
Load Reagents ........................................................................................................................23
Starting the Run ......................................................................................................................25
Monitor the Run ......................................................................................................................26
Perform a Post-Run Wash .......................................................................................................28

## Introduction

To perform a sequencing run on the MiSeq, follow the setup steps described in this chapter.

After the run begins, no other user intervention is required.

The sequencing run can be monitored from the Sequencing screen or remotely using the Sequencing Analysis Viewer (SAV). This optional application is available for download from the Illumina website.

After the sequencing run is complete, perform an instrument wash.

## Run Duration

Run duration is based on the number of cycles performed. You can perform a paired-end run up to 2 x 301 sequencing cycles plus any Index Reads with MCS v2.3 or later.

Additionally, run duration is based on the version of MiSeq reagents you are using and any performance enhancing upgrades installed on your instrument.

For expected durations and other specifications, visit the MiSeq System specifications page on the Illumina website.

### Number of Cycles in a Read

In a sequencing run, the number of cycles performed in a read is one more cycle than the number of cycles analyzed. The extra cycle is required for phasing and prephasing calculations.

For example, a paired-end 300-cycle run performs two reads of 301 cycles (2 x 301) for a total of 602 cycles. At the end of the run, 2 x 300 cycles are analyzed.

For Research Use Only. Not for use in diagnostic procedures.

## MiSeq Workflow

 Prepare the prefilled reagent cartridge for use.

 Denature and dilute libraries (does not apply to all library types). See *Preparing Libraries for Sequencing on the MiSeq (document # 15039740)*.

 Load the library mix onto the reagent cartridge in the designated reservoir.

 From the software interface, select **Sequence** to start the run setup steps. **[Optional]** Connect to BaseSpace or BaseSpace Onsite.

 Wash and thoroughly dry the flow cell. Load the flow cell.

 Load the PR2 bottle and make sure that the waste bottle is empty. Load the reagent cartridge.

 Review run parameters and pre-run check results. Select **Start Run**.

 Monitor your run from the MCS interface or from another computer using Sequencing Analysis Viewer (SAV).

 Perform a post-run wash.

## Cluster Generation

During cluster generation, single DNA molecules are bound to the surface of the flow cell, and then bridge-amplified to form clusters.

## Sequencing

Following cluster generation, clusters are imaged using LED and filter combinations specific to each of the four fluorescently labeled dideoxynucleotides. After imaging of a tile is complete, the flow cell is moved into place to expose the next tile. The process is repeated for each cycle of sequencing. Following image analysis, the software performs base calling, filtering, and quality scoring.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

18

## Analysis

When the run is complete, MiSeq Reporter analysis software launches automatically to perform secondary analysis, which includes alignment and variant calling. You can monitor secondary analysis using an internet connection from another computer. For more information, see the *MiSeq Reporter Software* on page 8

## Thaw Reagent Cartridge

Thaw the reagent cartridge using a room temperature water bath.

 **NOTE**
Alternatively, thaw reagents overnight in 2°C to 8°C storage. Reagents are stable up to one week when stored at this temperature.

1   Remove the reagent cartridge from -25°C to -15°C storage.

2   Place the reagent cartridge in a water bath containing enough room temperature deionized water to submerge the base of the reagent cartridge. Do not allow the water to exceed the maximum water line printed on the reagent cartridge.

**Figure 10**   Maximum Water Line



3   Allow the reagent cartridge to thaw in the room temperature water bath until it is thawed completely.
   ▶   MiSeq v3 cartridges— ~ 60-90 minutes.
   ▶   MiSeq v2 cartridges— ~ 60 minutes.

4   Remove the cartridge from the water bath and gently tap it on the bench to dislodge water from the base of the cartridge. Dry the base of the cartridge.

## Inspect the Reagent Cartridge

1   Invert the reagent cartridge ten times to mix the thawed reagents, and then inspect that all positions are thawed.

2   Inspect the reagents in positions 1, 2, and 4 to make sure that they are fully mixed and free of precipitates.

3   Gently tap the cartridge on the bench to reduce air bubbles in the reagents.

 **NOTE**
The MiSeq sipper tubes go to the bottom of each reservoir to aspirate the reagents, so it is important that the reservoirs are free of air bubbles.

4   Place the reagent cartridge on ice for up to six hours, or set aside at 2°C to 8°C until ready to set up the run. For best results, proceed directly to loading the sample and setting up the run.

**For Research Use Only. Not for use in diagnostic procedures.**



**WARNING**

This set of reagents contains potentially hazardous chemicals. Personal injury can occur through inhalation, ingestion, skin contact, and eye contact. Wear protective equipment, including eye protection, gloves, and laboratory coat appropriate for risk of exposure. Handle used reagents as chemical waste and discard in accordance with applicable regional, national, and local laws and regulations. For additional environmental, health, and safety information, see the SDS at support.illumina.com/sds.html.

## Denature and Dilute Libraries

If necessary for your library type, denature and dilute libraries, and add optional PhiX control. See *MiSeq System Denature and Dilute Libraries Guide (document # 15039740)*. If you are performing the VeriSeq PGS workflow, see the *VeriSeq PGS Library Preparation Guide (document # 15052877)*.

**This step does not apply to all library types**. Some Illumina sample preparation methods result in a ready-to-use normalized concentration of pooled libraries. Refer to the sample preparation guide for the kit used to prepare sample libraries.



**NOTE**

If you are using custom primers, prepare primers and set up the sample sheet as described in *MiSeq Custom Primers Guide (document # 15041638)*.

## Load Sample Libraries

When the reagent cartridge is fully thawed and ready for use, load prepared libraries onto the cartridge.

1   Clean the foil seal covering the reservoir labeled **Load Samples** with a low-lint lab tissue.

2   Pierce the foil seal with a clean 1 ml pipette.

3   Pipette 600 µl of prepared libraries into the reservoir **Load Samples**. Avoid touching the foil seal.

**Figure 11**   Load Libraries



4   Proceed directly to the run setup steps using the MiSeq Control Software (MCS) interface.

## Set Up a Run Using MCS

1   From the Home screen, select **Manage Instrument**.

2   Select **Reboot** to reboot the system software.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

20

3    [Optional] From the Run Options screen, check the folder locations for MiSeqOutput, recipes, sample sheets, and manifests. For more information, see *Set Default Folder Locations* on page 14.

4    From the Home screen, select **Sequence** to begin the run setup steps.
     When you select **Sequence** on the Home screen, a series of run setup screens open in the following order: BaseSpace Option, Load Flow Cell, Load Reagents, Review, and Pre-Run Check.

## Set BaseSpace or BaseSpace Onsite Option

Optionally run secondary analysis using BaseSpace or BaseSpace Onsite.

1    From the BaseSpace Options screen, select or clear the **Use BaseSpace for storage and analysis** and **Use BaseSpace Onsite for storage and analysis** checkboxes.

2    Select **Next**.

## Clean the Flow Cell

1    Put on a new pair of powder-free gloves.

2    Using plastic forceps, grip the flow cell by the base of the plastic cartridge and remove it from the flow cell container.

Figure 12   Remove Flow Cell



3    Lightly rinse the flow cell with laboratory-grade water until both the glass and plastic cartridge are thoroughly rinsed of excess salts.
     Excess salts can affect flow cell seating on the instrument. If salts dry in the imaging area, imaging can also be affected.

Figure 13   Rinse Flow Cell



4    Using care around the black flow cell port gasket, thoroughly dry the flow cell and cartridge with a lint-free lens cleaning tissue. Gently pat dry in the area of the gasket and adjacent glass.

**For Research Use Only. Not for use in diagnostic procedures.**

**Figure 14**   Flow Cell Ports and Gasket



5   Clean the flow cell glass with an alcohol wipe. Make sure that the glass is free of streaks, fingerprints, and lint or tissue fibers.

 **NOTE**

Do not use the alcohol wipe on the flow cell port gasket.

**Figure 15**   Dry Flow Cell



6   Dry excess alcohol with a lint-free lens cleaning tissue.

7   Make sure that the flow cell ports are free of obstructions and that the gasket is well-seated around the flow cell ports.

If the gasket appears to be dislodged, gently press it back into place until it sits securely around the flow cell ports.

## Load the Flow Cell

1   Raise the flow cell compartment door, and then press the release button to the right of the flow cell clamp.

The flow cell clamp opens.

**Figure 16**   Open Flow Cell Clamp



For Research Use Only. Not for use in diagnostic procedures.

2   Make sure that the flow cell stage is free of lint. If lint or other debris is present, clean the flow cell stage using an alcohol wipe or a lint-free tissue moistened with ethanol or isopropanol. Carefully wipe the surface of the flow cell stage until it is clean and dry.

3   Holding the flow cell by the edges, place it on the flow cell stage.

**Figure 17**   Place Flow Cell on Stage



4   Gently press down on the flow cell clamp to close it over the flow cell.
As the flow cell clamp closes, alignment pins position the flow cell. An audible click indicates that the flow cell clamp is secure.

**Figure 18**   Close Flow Cell Clamp



5   If the software does not identify the flow cell RFID, see *Resolve RFID Read Failure* on page 44.

6   Close the flow cell compartment door.

7   Select **Next**.

## Load Reagents

## Load PR2 and Check the Waste Bottle

1   Remove the bottle of PR2 from 2° to 8°C storage. Invert to mix, and then remove the lid.

2   Open the reagent compartment door.

3   Raise the sipper handle until it locks into place.

4   Remove the wash bottle and load the PR2 bottle.

**For Research Use Only. Not for use in diagnostic procedures.**

**Figure 19**   Load the PR2 Bottle



5   Empty the contents of the waste bottle into the appropriate waste container.

6   Slowly lower the sipper handle. Make sure that the sippers lower into the PR2 and waste bottles.

**Figure 20**   Lower Sipper Handle



7   If the software does not identify the RFID of the PR2 bottle, see *Resolve RFID Read Failure* on page 44.

8   Select **Next**.

## Load the Reagent Cartridge

1   Open the reagent chiller door.

   **NOTE**
Do not leave the reagent chiller door open for extended periods of time.

2   Hold the reagent cartridge on the end with the Illumina label, and slide the reagent cartridge into the reagent chiller until the cartridge stops.
Always use the reagent cartridge associated with the type of flow cell that you loaded. If the reagent cartridge is not compatible, a message appears on the screen. Select **Back** to load the appropriate reagent cartridge or **Home** to return to the Home screen.

**Figure 21**   Load Reagent Cartridge



3   Close the reagent chiller door.

4   If the software does not identify the RFID of the reagent cartridge, see *Resolve RFID Read Failure* on page 44.

5   If the reagent cartridge is not compatible with the flow cell, a message appears. Select **Back** to load a compatible cartridge, or select **Exit** to return to the Home screen.

6   Close the reagent compartment door.

7   Select **Next**.

## Change Sample Sheet

Use the Change Sample Sheet command for the following:

▶   To select a sample sheet with a name that does not match the reagent cartridge barcode number

▶   When the software prompts you to choose a different sample sheet on the Review screen

Every run must have a sample sheet. By default, the software looks for a sample sheet file with a name matching the barcode number of the reagent cartridge loaded on the instrument. If a sample sheet is not found, a message appears that prompts you to browse to the location of the correct sample sheet for your run.

To prevent the software from searching unsuccessfully, use the **Change Sample Sheet** command on the Load Reagents screen to direct the software to the appropriate sample sheet.

1   Select **Change Sample Sheet** on the Load Reagents screen.

2   Select **Browse** to navigate to the sample sheet.

3   Select **Open**.

4   Select **Save and Continue**.

5   Select **Next**.

## Starting the Run

After loading the flow cell and reagents, review the run parameters and perform a pre-run check before starting the run.

**For Research Use Only. Not for use in diagnostic procedures.**

## Review Run Parameters

1   Review Experiment Name, Analysis Workflow,and Read Length. These parameters are specified in the sample sheet.

2   Select **Change Folder** to review the folder locations.

3   Modify as needed and then select **Save.**

4   Select **Next**.

### Change Folders

To change folder locations, select **Change Folder** and browse to a preferred location. Using this option from the Review screen changes folder locations for the current run only.

## Review Pre-Run Check

The system performs a check of all run components, disk space, and network connections before starting the run.

If any items do not pass the pre-run check, a message appears on the screen with instructions on how to correct the error. For more information, see *Resolve Run Setup Errors* on page 44.

When all items successfully pass the pre-run check, select **Start Run**.

### Important Notes Before Starting the Run



**WARNING**

**The MiSeq is sensitive to vibration. Touching the instrument after starting a run could adversely affect sequencing results.**

After selecting **Start Run**, do not open the flow cell compartment or the reagent compartment doors, or touch the instrument monitor except to pause the run. For more information, see *Pause a Run* on page 42.



**WARNING**

Make sure to close all files on the MiSeq before starting a run, and do not open files during a run.

## Monitor the Run

1   During the run, monitor run progress, intensities, and quality scores that appear on the Sequencing screen. The Sequencing screen is view-only.

To monitor the run in greater detail, use the Sequencing Analysis Viewer (SAV) installed on a computer independent of the instrument computer. A network connection is required.

Alternatively, if you are connected to BaseSpace, the run can be monitored using SAV in BaseSpace.

▸   **Run Progress**—Shows run progress in a status bar and lists the number of cycles completed.

▸   **Intensity**—Shows the value of cluster intensities of the 90th percentile for each tile.

The graphic in the Intensity area represents the number of tiles and number of surfaces being imaged:

▸   If the flow cell is imaged on the top surface only, a single-column graphic appears.

▸   If the flow cell is image on the top surface and bottom surface, a 2 column graphic appears.

Document # 1000000061014 v00                                                                                            26

**For Research Use Only. Not for use in diagnostic procedures.**



A   Indicates 2 tiles, top surface only
B   Indicates 4 tiles, top and bottom surface

▶   **Q-Score All Cycles**—Shows the average percentage of bases greater than Q30, which is a quality score (Q-score) measurement. A Q-score is a prediction of the probability of a wrong base call. Q-scores are calculated after cycle 25.

| Q-Score | Probability of Wrong Base Call |
|---------|-------------------------------|
| Q40     | 1 in 10,000                   |
| Q30     | 1 in 1,000                    |
| Q20     | 1 in 100                      |
| Q10     | 1 in 10                       |

▶   **Cluster Density (K/mm²)**—Shows the number of clusters per square millimeter for the run.
▶   **Clusters Passing Filter (%)**—Shows the percentage of clusters passing filter based on the Illumina chastity filter, which measures quality. This data appears only after cycle 25.

 NOTE

The chastity of a base call is the ratio of the intensity of the greatest signal divided by the sum of the 2 greatest signals. If more than 1 base call has a chastity value of less than 0.6 in the first 25 cycles, reads do not pass the quality filter.

▶   **Estimated Yield (Mb)**—Shows the projected number of bases called for the run, measured in megabases. This data appears only after cycle 25.

2   When the run is complete, the Next button appears. Review the results on the Sequencing screen before proceeding.

 NOTE

The Sequencing screen remains viewable until Next is selected. After you select Next, it is not possible to return to the Sequencing screen.

3   Select **Next** to exit the Sequencing screen and proceed to a post-run wash.

## Template Generation

Template generation is the process where cluster positions over the entire flow cell surface are defined according to X and Y coordinate position. Real-time analysis (RTA) uses early cycles of the run for template generation.

After the template of cluster positions is generated, images produced over every subsequent cycle of imaging are aligned against the template. Individual cluster intensities in all four nucleotide color channels are extracted and base calls are produced from the normalized cluster intensities.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

27

## Run Metrics

Run metrics appear on the Sequencing screen at different points in a run. During cluster generation steps, no metrics appear.

After sequencing begins, the following metrics appear at the indicated cycles:

| Metric | Kit | Cycle |
|---|---|---|
| Intensity | MiSeq Reagent Kits, v3<br>MiSeq Reagent Kits, v2<br>MiSeq Reagent Kits, v1 | Cycle 1–7<br>Cycle 1–4<br>Cycle 1–4 |
| Intensity and Cluster Density | MiSeq Reagent Kits, v3<br>MiSeq Reagent Kits, v2<br>MiSeq Reagent Kits, v1 | Cycle 8–25<br>Cycle 5–25<br>Cycle 5–25 |
| Intensity, Cluster Density, % PF, Yield, and Q-scores | MiSeq Reagent Kits, v3<br>MiSeq Reagent Kits, v2<br>MiSeq Reagent Kits, v1 | Cycle 26 through run completion |

For MiSeq run specifications, visit the MiSeq System specifications page on the Illumina website ([www.illumina.com/systems/miseq/performance_specifications.ilmn](www.illumina.com/systems/miseq/performance_specifications.ilmn)).

## RTA Analysis Results

The RTA analysis output from a sequencing run is a set of quality-scored base call files (*.bcl), which are generated from the raw image files. For a list of RTA files and folders, see *RTA Folders and Files* on page 51.

## Perform a Post-Run Wash

The post-run wash is the standard instrument wash performed between sequencing runs. Always perform an instrument wash after completing a run. Follow the software prompts to load the wash components and perform the wash. The post-run wash takes approximately 20 minutes.

Start the wash directly following the completion of a run. An instrument wash is required before you can set up a subsequent run. To perform a post-run wash at a time other than directly following a run, use the command on the Perform Wash screen to initiate the wash.



NOTE

Leave the used flow cell on the instrument. A flow cell must be loaded on the instrument to perform an instrument wash.

Regular instrument washes ensure continued performance in the following ways:

▶ Flushes any remaining reagents from the fluidics lines and sippers
▶ Prevents salt accumulation and crystallization in the fluidics lines and sippers
▶ Prevents cross-contamination from the previous run

If you are using MCS v2.5 or later, you have the option to perform a post-run wash that includes a template line wash with sodium hypochlorite solution (NaOCl). The wash takes approximately 30 minutes. See *Procedure with Template Line Wash* on page 30.



NOTE

If you are using the VeriSeq PGS workflow, perform post-run washes that include a template wash. See *Procedure with Template Line Wash* on page 30.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

28

## Consumables

▶ Tween 20

▶ Laboratory-grade water

▶ NaOCl (use with a post-run wash that includes a template line wash)

▶ MiSeq tube (part # MS-102-9999) (for post-run washes that include a template line wash)

## Procedure

1 Prepare fresh wash solution with Tween 20 and laboratory-grade water:

   a Add 5 ml 100% Tween 20 to 45 ml laboratory-grade water. These volumes result in 10% Tween 20.

   b Add 25 ml 10% Tween 20 to 475 ml laboratory-grade water. These volumes result in a 0.5% Tween 20 wash solution.

   c Invert five times to mix.

2 Prepare the wash components with fresh wash solution:

   a Add 6 ml wash solution to each reservoir of the wash tray.

   b Add 350 ml wash solution to the 500 ml wash bottle.

3 When the run is complete, select **Start Wash**.
The software automatically raises the sippers in the reagent chiller.

   *Do not* select **Perform optional template line wash** on the Post-Run wash screen. The template line wash requires a different procedure. See *Procedure with Template Line Wash* on page 30.

4 Open the reagent compartment door and reagent chiller door, and slide the used reagent cartridge from the chiller.

5 Slide the wash tray into the reagent chiller until it stops, and then close the reagent chiller door.

6 Raise the sipper handle in front of the PR2 bottle and waste bottle until it locks into place.

7 Remove the PR2 bottle and replace it with the wash bottle.


   **NOTE**
Discard the PR2 bottle after each run. Do not reuse any remaining PR2.

8 Remove the waste bottle and discard the contents appropriately. Return the waste bottle to the reagent compartment.


   **WARNING**
**This set of reagents contains potentially hazardous chemicals. Personal injury can occur through inhalation, ingestion, skin contact, and eye contact. Wear protective equipment, including eye protection, gloves, and laboratory coat appropriate for risk of exposure. Handle used reagents as chemical waste and discard in accordance with applicable regional, national, and local laws and regulations.** For additional environmental, health, and safety information, see the SDS at support.illumina.com/sds.html.

9 Slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

10 Close the reagent compartment door.

11 Select **Next**.

When the wash is complete, leave the used flow cell, wash tray, and wash bottle containing the remaining

wash solution on the instrument.

 **NOTE**

The sippers remain in the down position, which is normal. Leave the unused wash solution in the wash tray and wash bottle to prevent the sippers from drying out and air from entering the system.

## Procedure with Template Line Wash

1   Prepare fresh wash solution with Tween 20 and laboratory-grade water:

   a   Add 5 ml 100% Tween 20 to 45 ml laboratory-grade water. These volumes result in 10% Tween 20.

   b   Add 25 ml 10% Tween 20 to 475 ml laboratory-grade water. These volumes result in a 0.5% Tween 20 wash solution.

   c   Invert five times to mix.

2   Prepare fresh NaOCl wash solution with laboratory-grade water:

   a   Add 36 µl of 5% NaOCl to 864 µl laboratory-grade water. These volumes result in a 1:25 NaOCl dilution.

   b   Add 50 µl of the 1:25 NaOCl dilution to 950 µl of laboratory-grade water in a MiSeq tube (part # MS-102-9999).

 **NOTE**

Using the correct concentration of NaOCl is important. Make sure to check the percentage of NaOCl on the product label. If the concentration is too high, it can make cluster generation fail in subsequent runs. If 5% NaOCl is not available, make a 1 ml solution of 0.01% NaOCl in laboratory-grade water. *Do not* use NaOCl with a maintenance wash or a standby wash

3   Prepare the wash components with fresh wash solution:

   a   Add 6 ml wash solution to each reservoir of the wash tray.

   b   Add 350 ml wash solution to the 500 ml wash bottle.

4   Insert the MiSeq tube containing 0.01% NaOCl wash solution into position 17 of the wash tray until the neck of the tube is flush with the tray. The tube displaces the Tween 20 and laboratory-grade water wash solution from position 17.

**Figure 22**   MiSeq Tube in Position 17 of the Wash Tray



 **NOTE**

Make sure to insert the MiSeq tube with NaOCl into tray position 17 only. Inserting the tube in another position can make cluster generation fail in subsequent runs, and can damage the fluidic system of the MiSeq instrument.

For Research Use Only. Not for use in diagnostic procedures.

5   When the run is complete, select **Start Wash**. The software automatically raises the sippers in the reagent chiller.

6   Select **Perform optional template line wash** on the Post-Run Wash screen.
    When using the VeriSeq PGS workflow, the option **Perform optional template line wash** is pre-selected for you. The MCS tracks the type of post-run wash performed after each run. If **Perform optional template line wash** is not selected for the post-run wash, a message on the Run Review screen reminds you the next time you start a sequencing run.

7   Open the reagent compartment door and reagent chiller door, and slide the used reagent cartridge from the chiller.

8   Slide the wash tray into the reagent chiller until it stops, and then close the reagent chiller door.

9   Raise the sipper handle in front of the PR2 bottle and waste bottle until it locks into place.

10  Remove the PR2 bottle and replace it with the wash bottle.



   **NOTE**
   Discard the PR2 bottle after each run. Do not reuse any remaining PR2.

11  Remove the waste bottle and discard the contents appropriately. Return the waste bottle to the reagent compartment.



   **WARNING**
   **This set of reagents contains potentially hazardous chemicals. Personal injury can occur through inhalation, ingestion, skin contact, and eye contact. Wear protective equipment, including eye protection, gloves, and laboratory coat appropriate for risk of exposure. Handle used reagents as chemical waste and discard in accordance with applicable regional, national, and local laws and regulations.** For additional environmental, health, and safety information, see the SDS at support.illumina.com/sds.html.

12  Slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

13  Close the reagent compartment door.

14  Select **Next**.

When the wash is complete, leave the used flow cell, wash tray, and wash bottle containing the remaining wash solution on the instrument.



   **NOTE**
   The sippers remain in the down position. Leave the unused wash solution in the wash tray and wash bottle to prevent the sippers from drying out and air from entering the system.

For Research Use Only. Not for use in diagnostic procedures.

# Chapter 4 Maintenance

Maintenance Frequency ................................................................................................ 33
Maintenance Frequency for the VeriSeq PGS Workflow ................................................. 33
Perform a Maintenance Wash ....................................................................................... 34
Perform a Standby Wash .............................................................................................. 36
Manage Files ............................................................................................................... 38
Software Updates ........................................................................................................ 39
Shut Down the Instrument ........................................................................................... 39

## Maintenance Frequency

Perform the following maintenance procedures at the recommended intervals.

 **NOTE**

If performing the VeriSeq PGS workflow, make sure to follow maintenance frequency guidelines for VeriSeq PGS. See *Maintenance Frequency for the VeriSeq PGS Workflow* on page 33.

Table 2   Maintenance During Normal Operation

| Activity | Frequency |
|---|---|
| Post-Run Wash | After every run |
| Maintenance Wash | Monthly |
| Standby Wash | To prepare for idle mode (if unused for ≥ 7 days), and every 30 days the instrument remains idle |
| Instrument Shutdown | As needed |

Table 3   Maintenance During Idle Mode (≥ 7 days unused)

| Activity | Frequency |
|---|---|
| Standby Wash | Monthly |
| Instrument Shutdown | As needed |

## Maintenance Frequency for the VeriSeq PGS Workflow

If performing the VeriSeq PGS workflow, perform the following maintenance procedures at the recommended intervals.

Table 4   Maintenance During Normal Operation

| Activity | Frequency |
|---|---|
| Post-Run Wash | After every run |
| Maintenance Wash | Monthly |
| Post-Run Wash from the Perform Wash Screen | After in idle mode (unused for > 3 days) |
| Standby Wash | To prepare for idle mode (if unused for ≥ 7 days), and every 30 days the instrument remains idle |
| Instrument Shutdown | As needed |

Document # 1000000061014 v00

For Research Use Only. Not for use in diagnostic procedures.

33

Table 5   Maintenance During Idle Mode (≥ 7 days unused)

| Activity | Frequency |
|---|---|
| Standby Wash | Monthly |
| Instrument Shutdown | As needed |

## Perform a Maintenance Wash

Perform a maintenance wash every 30 days to ensure optimal performance.

The maintenance wash takes approximately 90 minutes to complete. The wash includes a series of three wash steps that thoroughly flush the system.

You can configure your instrument to perform a maintenance wash between runs. For more information, *Customize System Settings* on page 13.

### User-Supplied Consumables

▶   Tween 20 (Sigma-Aldrich, catalog # P7949)

▶   Laboratory-grade water

## Procedure

1   Make sure that a used flow cell is loaded on the instrument.

2   From the Home screen, select **Perform Wash**.

3   From the Perform Wash screen, select **Perform Maintenance Wash**.
    The software automatically raises the sippers in the reagent chiller.

## Perform First Wash

1   Prepare fresh wash solution with Tween 20 and laboratory-grade water:

    a   Add 5 ml 100% Tween 20 to 45 ml laboratory-grade water. These volumes result in 10% Tween 20.
    b   Add 25 ml 10% Tween 20 to 475 ml laboratory-grade water. These volumes result in a 0.5% Tween 20 wash solution.
    c   Invert five times to mix.

2   Prepare the wash components with fresh wash solution:

    a   Add 6 ml wash solution to each reservoir of the wash tray.
    b   Add 350 ml wash solution to the 500 ml wash bottle.

3   Load the wash tray and wash bottle onto the instrument:

    a   Open the reagent compartment door and reagent chiller door, and slide the used reagent cartridge or wash tray from the chiller.
    b   Slide the wash tray into the reagent chiller until it stops. Close the reagent chiller door.
    c   Raise the sipper handle in front of the PR2 bottle and waste bottle until it locks into place, and replace the PR2 bottle with the wash bottle.

   **NOTE**
    Discard the PR2 bottle after each run. Do not reuse any remaining PR2.

**For Research Use Only. Not for use in diagnostic procedures.**

    a   Remove the waste bottle and discard the contents appropriately. Return the waste bottle to the reagent compartment.

    b   Slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

    c   Close the reagent compartment door.

4   Select **Next**. The first wash begins.

## Perform Second Wash

Always use fresh wash solution for each wash step. Reusing wash solution from the previous wash can return waste to the fluidics lines.

1   Prepare fresh wash solution with Tween 20 and laboratory-grade water, as follows:

    a   Add 5 ml 100% Tween 20 to 45 ml laboratory-grade water. These volumes result in 10% Tween 20.

    b   Add 25 ml 10% Tween 20 to 475 ml laboratory-grade water. These volumes result in a 0.5% Tween 20 wash solution.

    c   Invert five times to mix.

2   When the first wash is complete, remove the wash tray and wash bottle, and discard the remaining wash solution.

3   Refill the wash components with fresh wash solution, as follows:

    a   Add 6 ml wash solution to each reservoir of the wash tray.

    b   Add 350 ml wash solution to the 500 ml wash bottle.

4   Load the wash tray and wash bottle, as follows:

    a   Slide the wash tray into the reagent chiller until it stops. Close the reagent chiller door.

    b   Load the wash bottle and slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

    c   Close the reagent compartment door.

5   Select **Next**. The second wash begins.

## Perform Final Wash

1   Prepare fresh wash solution with Tween 20 and laboratory-grade water:

    a   Add 5 ml 100% Tween 20 to 45 ml laboratory-grade water. These volumes result in 10% Tween 20.

    b   Add 25 ml 10% Tween 20 to 475 ml laboratory-grade water. These volumes result in a 0.5% Tween 20 wash solution.

    c   Invert five times to mix.

2   When the second wash is complete, remove the wash tray and wash bottle, and discard the remaining wash solution.

3   Refill the wash components with fresh wash solution:

    a   Add 6 ml wash solution to each reservoir of the wash tray.

    b   Add 350 ml wash solution to the 500 ml wash bottle.

4   Load the wash tray and wash bottle:

For Research Use Only. Not for use in diagnostic procedures.

    a   Slide the wash tray into the reagent chiller until it stops. Close the reagent chiller door.

    b   Load the wash bottle and slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

    c   Close the reagent compartment door.

5   Select **Next**. The final wash begins.

## After the Wash

When the wash is complete, leave the used flow cell, wash tray, and wash bottle containing the remaining wash solution on the instrument.

 **NOTE**

The sippers remain in the down position, which is normal. Leave the unused wash solution in the wash tray and wash bottle to prevent the sippers from drying out and air from entering the system.

## Perform a Standby Wash

When there are no plans to use the instrument within the next seven days, prepare the instrument and instrument fluidics lines to sit idle by performing a standby wash. Perform a standby wash every 30 days the instrument sits idle.

The standby wash takes approximately two hours to complete. The wash performs two consecutive washes that flush each position of any remaining reagents or salt accumulation. Each wash takes approximately 60 minutes.

When the standby wash is complete, the instrument is in standby mode and a message appears on the Home screen stating the status of the instrument. When the instrument is in standby mode, a maintenance wash must be performed before a sequencing run can be initiated.

### User-Supplied Consumables

▶   Tween 20 (Sigma-Aldrich, catalog # P7949)

▶   Laboratory-grade water

## Procedure

1   Make sure that a used flow cell is loaded on the instrument.

2   From the Home screen, select **Perform Wash**.

3   From the Wash Options screen, select **Perform Standby Wash**.
    The software automatically raises the sippers in the reagent chiller.

### Perform First Wash

1   Prepare fresh wash solution with Tween 20 and laboratory-grade water:

    a   Add 5 ml 100% Tween 20 to 45 ml laboratory-grade water. These volumes result in 10% Tween 20.

    b   Add 25 ml 10% Tween 20 to 475 ml laboratory-grade water. These volumes result in a 0.5% Tween 20 wash solution.

    c   Invert five times to mix.

2   Prepare the wash components with fresh wash solution:

**For Research Use Only. Not for use in diagnostic procedures.**

    a   Add 6 ml wash solution to each reservoir of the wash tray.

    b   Add 350 ml wash solution to the 500 ml wash bottle.

3    Load the wash tray and wash bottle onto the instrument:

    a   Open the reagent compartment door and reagent chiller door, and slide the used reagent cartridge or wash tray from the chiller.

    b   Slide the wash tray into the reagent chiller until it stops. Close the reagent chiller door.

    c   Raise the sipper handle in front of the PR2 bottle and waste bottle until it locks into place, and replace the PR2 bottle with the wash bottle.



**NOTE**

Discard the PR2 bottle after each run. Do not reuse any remaining PR2.

    a   Remove the waste bottle and discard the contents appropriately. Return the waste bottle to the reagent compartment.

    b   Slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

    c   Close the reagent compartment door.

4    Select **Next**. The first wash begins.

## Perform Second Wash

Always use fresh wash solution for each wash step. Reusing wash solution from the previous wash can return waste to the fluidics lines.

1    Prepare fresh wash solution with Tween 20 and laboratory-grade water, as follows:

    a   Add 5 ml 100% Tween 20 to 45 ml laboratory-grade water. These volumes result in 10% Tween 20.

    b   Add 25 ml 10% Tween 20 to 475 ml laboratory-grade water. These volumes result in a 0.5% Tween 20 wash solution.

    c   Invert five times to mix.

2    When the first wash is complete, remove the wash tray and wash bottle, and discard the remaining wash solution.

3    Refill the wash components with fresh wash solution, as follows:

    a   Add 6 ml wash solution to each reservoir of the wash tray.

    b   Add 350 ml wash solution to the 500 ml wash bottle.

4    Load the wash tray and wash bottle, as follows:

    a   Slide the wash tray into the reagent chiller until it stops. Close the reagent chiller door.

    b   Load the wash bottle and slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

    c   Close the reagent compartment door.

5    Select **Next**. The second wash begins.

## After the Wash

When the wash is complete, leave the used flow cell, wash tray, and wash bottle containing the remaining wash solution on the instrument.

Document # 1000000061014 v00    37

**For Research Use Only. Not for use in diagnostic procedures.**



**NOTE**

The sippers remain in the down position, which is normal. Leave the unused wash solution in the wash tray and wash bottle to prevent the sippers from drying out and air from entering the system.

## Manage Files

Select the Manage Files on the Home screen to move, upload, delete files, or rename sample sheets on the instrument computer.

### Delete Files

1   From any tab on the Manage Files screen, select **Browse** to navigate to files accessible to the instrument.

2   Select from the following options:
   ▶   Select the checkbox next to individual files or folders in the list.
   ▶   Select the checkbox to the left of the Delete button to select all files and folders in the list. This option is available for Runs, Sample Sheets, Manifests, Genomes, and Recipes.

3   Select **Delete**.



**NOTE**

The Delete command is available on all tabs except Bundle Logs.

### Move Run Folders

The Move command *copies* the run folder to the new location and then *deletes* the folder from the old location.

1   From the Runs tab on the Manage Files screen, select **Browse** to navigate to files accessible to the instrument.

2   Select the checkbox next to individual files or folders in the list.

3   Select **Move**.

4   Select **Browse Network** and select a new location for the files or folders.

5   Select **OK**.

### Upload Files

The Upload command is available for Sample Sheets, Manifests, Genomes, and Recipes. If the MiSeq is not connected to a network, use this feature to upload files to the instrument computer from a USB drive.

1   From the tab on the Manage Files screen, select **Browse** to navigate to files accessible to the instrument.

2   Select **Upload**.

3   Select **Browse Network** and browse to the location on a USB drive where the file resides.

4   Select **OK**.
   The file is uploaded to the folder indicated in the Directory field.

Document # 1000000061014 v00

For Research Use Only. Not for use in diagnostic procedures.

38

## Rename Sample Sheets

1  From the Sample Sheets tab on the Manage Files screen, select from the following options:
   ▶  Select the checkbox next to individual sample sheets.
   ▶  Select the checkbox to the left of the Delete button to select all sample sheets in the list.

2  Select **Rename**.

3  Select the keyboard icon and use the on-screen keyboard to rename sample sheets.

4  Select **Next**.

5  Select **Back**.

## Software Updates

If your system is connected to a network with internet access, you can automatically update the instrument software from the Home screen. You can also configure the software to check automatically for BaseSpace updates. For more information, see *Configure Notifications of BaseSpace Updates* on page 14.

If your instrument is not connected to a network with internet access, you can update the software manually.

### Update Software Automatically

When software updates are available, the **Update Available** button appears on the Home screen. Otherwise, this button is not visible. Make sure your MiSeq is connected to a network with internet access to enable this option.

1  From the Home screen, select **Update Available**.

2  Confirm the command to update in the dialog box.
   Reboot of the instrument is required. Installation of the update begins automatically upon reboot.

### Update Software Manually

Use the Manual Update feature to update instrument control software and analysis software from the MiSeq interface by browsing to the location of the installable software file.

1  From the Home screen, select **Manage Instrument**.

2  Select **Software Update**.

3  Select **Browse** to navigate to the location of the installable file for the new software version.

4  When the path to the installable software file appears on the screen, select **Save and Update**.

5  Confirm the command to update in the dialog box.
   Reboot of the instrument is required. Installation of the update begins automatically upon reboot.

## Shut Down the Instrument

It is best to leave the instrument on at all times. However, if the instrument must be turned off, use the following procedure to shut down Windows and prepare the fluidics lines.

1  Perform a maintenance wash. For more information, see *Perform a Maintenance Wash* on page 34.

2  Remove the waste bottle and discard the contents appropriately. Return the waste bottle to the reagent compartment.

Document # 1000000061014 v00

**For Research Use Only. Not for use in diagnostic procedures.**

39

3   Close the reagent compartment door.

4   From the Home screen, select **Manage Instrument**.

5   Select **Shut Down**.
    This command shuts down the software.

6   Toggle the power switch to the OFF position.

 NOTE

Any time that you turn off the instrument, wait a *minimum* of 60 seconds before turning the power switch back to the ON position.

For Research Use Only. Not for use in diagnostic procedures.

# Appendix A Troubleshooting

Introduction ................................................................................................................ 41
Bundle Logs for Troubleshooting ................................................................................ 41
Perform a System Check ............................................................................................. 42
Pause or Stop a Run ................................................................................................... 42
Raise Reagent Cartridge Sippers Manually ................................................................ 44
Resolve Run Setup Errors ........................................................................................... 44
Resolve RFID Read Failure ......................................................................................... 44
Perform a Volume Test ................................................................................................ 45
Measure Expected Wash Volumes .............................................................................. 46
Configure System Settings .......................................................................................... 46

## Introduction

This section describes common troubleshooting steps to take before contacting Illumina Technical Support. For most errors, an on-screen message appears with instructions for correcting the error.

For technical questions, visit the MiSeq support pages on the Illumina website for access to frequently asked questions, or log in to your MyIllumina account for access to support bulletins.

For problems with run quality or performance, contact Illumina Technical Support. For more information, see *Technical Assistance* on page 57.

Illumina Technical Support representatives typically request copies of run-specific files for troubleshooting purposes. You can use the Bundle Logs tab on the Manage Files screen to combine and zip the files required for troubleshooting. See *Bundle Logs for Troubleshooting* on page 41.

## Bundle Logs for Troubleshooting

Bundle Logs is a feature that bundles files to send to Illumina Technical Support for troubleshooting. Use the Bundle Logs tab on the Manage Files screen to select a group of files, called a *bundle*. The bundle is zipped automatically.

The Bundle Logs feature groups the files from a run into one bundle type at time. Repeat the Bundle Logs procedure for each run and bundle type IlluminaTechnical Support requests.

1   On the Manage Files screen, select the **Bundle Logs** tab.

2   Select **Browse** to navigate to the location of the MiSeqOutput folder.

3   Click in the blue box next to the run, and in the blue circle next to the bundle type requested by Illumina Technical Support.

4   Select **Bundle Logs**.
    A Bundle Files screen opens with information about the bundle, including a list of individual files the bundle contains.

    For more information on the individual folders and files of the Bundle Logs feature, see *MiSeq Output and Analysis Folders Quick Reference Card (document # 15034791)*.

5   Select **Next**.

6   Navigate to a location where you want the zipped bundle files saved.

7   Select **Save**.
    When the files finish bundling, the Bundle Logs tab reopens.

8   Send the zipped bundle to Illumina Technical Support.

For Research Use Only. Not for use in diagnostic procedures.

**Figure 23**   Bundle Logs Tab



## Perform a System Check

The System Check screen is typically used to connect with an Illumina Technical Support representative during a Live Help session. Use of this feature is not required during normal operation or for instrument maintenance.

Some system checks can be performed before contacting Illumina Technical Support, such as the Volume Test. A volume test checks the health of the fluidics system by estimating the flow volume as bubbles pass by the sensors. For more information, see *Perform a Volume Test* on page 45.

1   From the Home screen, select **Manage Instrument**.

2   Select **System Check**.

3   Do one of the following:
   ▶   Select the individual tests you want to perform.
   ▶   Choose **Select All** to perform all tests.

4   Select **Next**.
   When complete, the test results appear on the screen.

5   **[Optional]** Select **Show Details** to see a summary of the results on the software interface.

6   **[Optional]** Select **Export Results** to export the results in a *.csv file format to a USB drive.

7   Select **Done**.

## Pause or Stop a Run

The MiSeq is designed to complete a run from beginning to end without user intervention. However, it is possible to pause a run or stop a run from the Sequencing screen.

### Pause a Run

You can temporarily pause a run before it has completed. For example, a run can be paused if you suspect that the waste bottle is full. Paused runs can be resumed.

**For Research Use Only. Not for use in diagnostic procedures.**

 **CAUTION**

Do not pause a run during cluster generation or within the first eight cycles of sequencing. It is not possible to resume a run that was paused during this time. See *Run Metrics* on page 28 for cycle information for MiSeq reagent cartridge kits.

When you select **Pause**, the current command is completed before pausing the run and placing the flow cell in a safe state.

To pause a run from the Sequencing screen, select **Pause**. The button changes to Resume. When you are ready to resume the run, select **Resume**.

Figure 24   Sequence Screen of a Paused Run



## Stop a Run

You can stop a run during sequencing before the run has completed using the **Stop** button on the Sequencing screen. You might stop a run if the run was set up incorrectly, if the data quality is bad, or if you experience a hardware error.

When a run is stopped, the current command is not completed and the flow cell stage moves to the forward position. Real-time Analysis software continues analysis for the last completed cycle.

Figure 25   Stopping a Run



*Stopping a run is final.* A stopped run cannot be resumed. The only option is to proceed to an instrument wash.

Document # 1000000061014 v00

43

For Research Use Only. Not for use in diagnostic procedures.

## Raise Reagent Cartridge Sippers Manually

The reagent cartridge sippers might not raise automatically if a run was interrupted unexpectedly, or if an error occurred during the run. To remove the reagent cartridge, raise the reagent cartridge sippers manually.

1   On the Home screen, select **Perform Wash**.

2   Select **Raise Sippers**.

3   Remove the reagent cartridge.

## Resolve Run Setup Errors

If any checks in the pre-run check fail, a red icon **X** appears next to the item. A message appears on the screen that describes the error and how to correct it.

| Error | Action |
|---|---|
| **X** Flow Rate Measured | The flow rate check screen opens. Use the drop-down list or on-screen keyboard to enter the following: <br>• Solution: **PR2**<br>• Volume: **250**<br>• Aspirate Rate: **2500**<br>• Dispense Rate: **2500**<br>Select **Pump**. If the error persists, set the volume to pump 500 µl PR2 and repeat the process. When fluids have been pumped, select **Restart Check**.<br>When the pre-run check is successful, the **Start Run** button becomes active.<br>If the flow check fails again, reseat the flow cell to make sure that flow is not interrupted due to misalignment. Inspect the flow cell gasket for lint or irregularities. |
| **X** Free Disk Space | If disk space is low, a message appears indicating how much disk space is required. Use the **Manage Files** feature to clear the required space from the instrument computer. |
| **X** Network Connection Active | Make sure that the network cable is plugged into the instrument.<br>If the network connection is not restored, select **Reboot** on the Manage Instrument screen to reboot the software.<br>If the connection is still not restored, select **Shut Down** on the Manage Instrument screen, and then turn off the instrument using the power switch. Wait at least 60 seconds, and then turn on the instrument and start the software. |
| **X** Primary Analysis Ready | Primary analysis from the previous run is not complete. The default time to allow primary analysis to complete is 1 hour, and a countdown appears on the screen. The options are to wait 1 hour or select **Terminate Analysis**. Secondary analysis stops for any incomplete cycles. |
| **X** Sample Sheet Present | If you did not name your sample sheet with the reagent cartridge ID for your run, the instrument cannot locate the appropriate sample sheet automatically. Browse to the sample sheet for your run.<br>If you named your sample sheet with the reagent cartridge ID for your run, make sure that the sample sheet is located in the default sample sheet folder. Check the default folder location in Run Options on the Home screen.<br>Make sure that the sample sheet file extension is *.csv.<br>If the sample sheet is missing, create a sample sheet and copy it to the sample sheet locations specified in Run Options.<br>When you have located a sample sheet, select **Restart Check**. |

## Resolve RFID Read Failure

If the system cannot read the RFID of a consumable, you can obtain a temporary bypass code from the Illumina website. A temporary bypass code expires in seven days.

**For Research Use Only. Not for use in diagnostic procedures.**

1   Always retry the RFID read before proceeding. If the RFID fails a second time, select **Get Code**.

2   From a computer with internet access, go to my.illumina.com and select **Sign In** from the toolbar on the top of the page.

3   Log in to your MyIllumina account.
    Your name replaces the Sign In button on the toolbar.

4   Hover over your name and select **Account**. In the **My Tools** column, click **MiSeq Self-Service**.

5   On the MiSeq Self-Service page, enter the **MiSeq serial number**.

6   From the Type of Override Code drop-down list, select **RFID Override**.

7   To generate the code, select **Get Code**.

8   Return to the MCS interface and select **Enter Code**.

9   Enter the temporary bypass code using the on-screen keyboard, and then select **Next**.

10  Enter the barcode number of the flow cell, PR2 bottle, or reagent cartridge.

| Consumable | Barcode Number Location |
|---|---|
| Flow Cell | Above the barcode on the flow cell container label.<br>Flow cell barcode numbers begin with an A (standard), G (micro), or D (nano). Example: A0E61 |
| PR2 Bottle | Below the barcode on the PR2 bottle label.<br>Example: MS0011881-PR2 |
| Reagent Cartridge | Below the barcode on the reagent cartridge label.<br>Example: MS0010744-300 |

11  If you are entering a bypass code for the reagent cartridge, enter the version number of the kit. Select **Enter Reagent Kit Barcode** to enter the reagent cartridge barcode number and kit version number manually.

   **CAUTION**

   Entering the incorrect reagent kit version can negatively affect sequencing data.

12  Select **Enter**.

## Perform a Volume Test

An obstruction in the fluidics lines can cause poor reagent delivery and affect sequencing results. If an obstruction in the fluidics lines is suspected, perform a volume test.

A volume test checks the health of the fluidics system by estimating the volume between bubbles as they pass by the sensors. To perform a volume test, the wash tray and wash bottle must be loaded with laboratory-grade water and a used flow cell must be in place. Follow the onscreen prompts to perform the test.

1   Make sure that a used flow cell is loaded on the instrument.

2   From the Home screen, select **Manage Instrument**.

3   Select **System Check**.

4   Select **Conduct Volume Test**, and then select **Next**.

5   Fill each reservoir of the wash tray with 6 ml laboratory-grade water.

6   Fill the 500 ml wash bottle with 350 ml laboratory-grade water.

**For Research Use Only. Not for use in diagnostic procedures.**

7   Load the wash tray and wash bottle onto the instrument.

   a   Open the reagent compartment door and reagent chiller door, and slide the wash tray into the reagent chiller until it stops. Close the reagent chiller door.
   b   Raise the sipper handle until it locks in place, and load the wash bottle.
   c   Remove the waste bottle and discard the contents appropriately. Return the waste bottle to the reagent compartment.
   d   Slowly lower the sipper handle, making sure that the sippers lower into the wash bottle and waste bottle.

8   Following the on-screen prompts, remove any droplets from the wash bottle sipper, as follows.

   a   Slowly raise the sipper handle and check the wash bottle sipper for the presence of a large water droplet.
   b   Slowly lower the sipper handle far enough into the water to allow the surface tension to remove the droplet.
   c   Slowly raise the sipper handle and check the wash bottle sipper for the presence of a large water droplet.
   d   Slowly lower the sipper handle completely, making sure that the sippers lower into the wash bottle and waste bottle.

9   Select **Next**.
   When the volume test is complete, the results appear on the screen.
   If the test did not pass, perform a maintenance wash. See *Perform a Maintenance Wash* on page 34.

10  When the maintenance wash is complete, repeat the volume test.

## Measure Expected Wash Volumes

Measuring expected wash volumes confirms that wash fluidics are performing efficiently.

1   Before beginning a wash, empty the waste bottle.

2   When the wash is complete, measure the wash volume in the waste bottle.

| Wash Type | Expected Wash Volume |
|---|---|
| Post Run Wash | 17.25 ml |
| Post Run Wash that includes a Template Line Wash | 25.5 ml |
| Standby Wash | 46 ml |
| Maintenance Wash | 51.75 ml |

## Configure System Settings

The MCS includes several screens that access commands to configure the system. Typically software settings are configured during MiSeq installation.

**For Research Use Only. Not for use in diagnostic procedures.**

## Configure IP and DNS Settings

Configure IP address and DNS server addresses if required due to a network or facility change.

1   From the Home screen, select **Manage Instrument**.

2   Select **System Settings**.

▶   Select **Obtain an IP address automatically** or **Use the following IP address**.
    If you select **Use the following IP address**, enter an IP address, subnet mask, and default gateway.

▶   Select **Obtain DNS address automatically** or **Use the following DNS server addresses**.
    If you select **Use the following DNS server addresses**, enter a preferred and alternate DNS server address.

3   Select **Save and Continue**.

## Change System Credentials

Changing the system user name and password on the Systems Settings screen, also updates the credentials for MiSeq Reporter and BaseSpace or BaseSpace Onsite.

1   From the Home screen, select **Manage Instrument**.

2   Select **System Settings**.

3   Select **Save and Continue** to progress to the third screen in the series of screens.

4   Select **This account**.

5   Enter the domain name (Domain\MiSeq1, for example) and password.

6   Select **Save and Continue**.

For Research Use Only. Not for use in diagnostic procedures.

For Research Use Only. Not for use in diagnostic procedures.

# Appendix B Output Files and Folders

Run Folders ........................................................................................................... 49
MiSeqOutput Folder Contents ................................................................................ 49
RTA Folders and Files ............................................................................................ 51

## Run Folders

Each run on the MiSeq generates 3 run folders, each with a specific purpose:

▶ **D:\Illumina\MiSeqTemp**—When the run begins, a temporary run folder is written to the local drive of the instrument computer and used as a working area for MCS and RTA. There is no need to access the MiSeqTemp folder. Contents of this folder are deleted after 7 days.

▶ **D:\Illumina\MiSeqOutput**—RTA copies files from the MiSeqTemp folder to the MiSeqOutput folder. As primary analysis files are generated, RTA copies files back to the MiSeqTemp folder and populates the MiSeqAnalysis folder. Focus images and thumbnail images are not copied to the MiSeqAnalysis folder. See *RTA Folders and Files* on page 51.

▶ You can change the location of the output folder in the Output Folder field on the Run Options screen. For more information, see *Set Default Folder Locations* on page 14.

▶ **D:\Illumina\MiSeqAnalysis**—When analysis by RTA is complete, MiSeq Reporter accesses the MiSeqAnalysis folder on the instrument local drive to begin secondary analysis. All files written to the MiSeqAnalysis folder are copied back to the MiSeqOutput folder. For more information, see *MiSeqOutput Folder Contents* on page 49.

If you are using BaseSpace for analysis without replicating analysis locally, the MiSeqAnalysis folder on the instrument local drive is empty.

### Root Folder Naming

The root run folder name identifies the date of the run, the instrument number, and the flow cell used for the run.

By default, the folder name uses the following format:

YYMMDD_<InstrumentNumber>_<Run Number>_<FlowCellBarcode>

The run number increments by one each time a run is performed on a given instrument.

## MiSeqOutput Folder Contents

After RTA completes analysis, the MiSeqOutput folder is populated with files necessary for secondary analysis by MiSeq Reporter. When secondary analysis is complete, the MiSeqOutput and MiSeqAnalysis folders are identical except that the MiSeqOutput folder contains 2 subfolders for images files: Images and Thumbnail_Images. These subfolders are not required for secondary analysis.

### Files

The files that are copied to the output and analysis folders include the following:

▶ **SampleSheet.csv**—Provides parameters for the run and subsequent analysis. At the start of the run, the sample sheet is copied to the root folder and renamed SampleSheet.csv. Copies are written to Data\Intensities and Data\Intensities\BaseCalls.

▶ **runParameters.xml**—Contains a summary of run parameters and information about run components, such as the RFID of the flow cell and reagents associated with the run.

Document # 1000000061014 v00

For Research Use Only. Not for use in diagnostic procedures.

49

▶ **RunInfo.xml**—Contains high-level run information, such as the number of reads and cycles in the sequencing run, and whether a read is indexed.

## Folders

The folders that are copied to the output and analysis folders include the following folders generated during the sequencing run:

▶ **<Run folder name>\Config**—Contains configuration files for the run.

▶ **<Run folder name>\Data**—Contains subfolders Intensities, BaseCalls, and Alignment. Data generated from MiSeq Reporter are located in the Alignment subfolder.

▶ **<Run folder name>\Data\RTA Logs**—Contains log files that describe each step performed by RTA for each Read.

▶ **<Run folder name>\Data\Intensities\BaseCalls**—Contains subfolders with base call (*.bcl) files, matrix files, and phasing files. MiSeq Reporter writes FASTQ files to this folder during secondary analysis. For more information, see the *MiSeq Reporter Software Guide (document #15042295)*.

▶ **<Run folder name>\Recipe**—Contains the recipe used for the run.

▶ **<Run folder name>\Logs**—Contains log files that describe every step performed by the instrument for each cycle.

▶ **<Run folder name>\InterOp**—Contains binary files used by Sequencing Analysis Viewer (SAV) to summarize various primary analysis metrics such as cluster density, intensities, quality scores, and overall run quality.

All other files and folders created in the temporary run folder are not copied to the output and analysis folders. They contain temporary files that are not required for analysis or troubleshooting.

MiSeq Reporter adds other folders, such as the Alignment folder, during secondary analysis. For more information, see the *MiSeq Reporter Software Guide (document #15042295)*.

**For Research Use Only. Not for use in diagnostic procedures.**

## RTA Folders and Files

The following table describes the folders and files generated by real-time analysis (RTA) during primary analysis. Many of these files are used for secondary analysis by the MiSeq Reporter software.

| Key File | Subfolder | Description |
|---|---|---|
| RTAComplete.txt | Root folder | A marker file generated when base call analysis is complete. The presence of this file triggers the start of secondary analysis. |
| SampleSheet.csv | Root folder | This file is read and copied to the run folder before the run, and later used for secondary analysis. |
| RunInfo.xml | Root folder | Identifies the boundaries of the reads (including index reads) and the quality table selected for run. |
| *.bcl files | Data\ Intensities\BaseCalls\ L001\*CX.X* | Each *.bcl file contains RTA base calling and base quality scoring results for 1 cycle, 1 tile. |
| *.stats files | Data\ Intensities\BaseCalls\ L001\*CX.X* | *.stats files contain RTA base calling statistics for a given cycle/tile. |
| *.filter files | Data\ Intensities\BaseCalls | *.filter files contain filter results per tile. |
| *.txt | Data\RTALogs | Log files from primary analysis. |
| *.cif files | Data\ Intensities\L001\*CX.X* | Each binary *.cif file contains RTA image analysis results for 1 cycle, 1 tile. For more information, see *Flow Cell Tile Numbering* on page 52. |
| *.locs files | Data\ Intensities\BaseCalls\ L001 | Reports the cluster coordinates. Each *.locs file represents 1 tile. |
| *.jpg files | Thumbnail_Images\ L001\*CX.X* | Thumbnail images generated for each cycle and base, and can be used to troubleshoot a run. These files are used for image analysis and are not copied to the Analysis folder. See *Flow Cell Tile Numbering* on page 52 for image file names. |

## Flow Cell Tiles

During the sequencing run, the single lane of the flow cell is imaged in small imaging areas called tiles. All MiSeq flow cells have a single lane, but the number of tiles differ depending on the type of flow cell you are using.

| Flow Cell | MiSeq Reagent Kit | Tiles | Imaging Surface | Total Tiles Imaged |
|---|---|---|---|---|
| Standard Flow Cell | MiSeq Reagent Kits, v3 | 19 tiles | Top and bottom | 38 tiles total |
| PGS Flow Cell | MiSeq Reagent Kit v3-PGS | 19 tiles | Top and bottom | 38 tiles total |
| Standard Flow Cell | MiSeq Reagent Kits, v2 | 14 tiles | Top and bottom | 28 tiles total |
| Micro Flow Cell | MiSeq Reagent Micro Kits, v2 | 4 tiles | Top and bottom | 8 tiles total |
| Nano Flow Cell | MiSeq Reagent Nano Kits, v2 | 2 tiles | Top only | 2 tiles total |

When the tiles are imaged during the sequencing run, 1 output file is generated for each tile. For more information, see *Flow Cell Tile Numbering* on page 52.

**For Research Use Only. Not for use in diagnostic procedures.**

## Flow Cell Tile Numbering

When the tiles are imaged during the sequencing run, an output file is generated for each tile and named with the tile number in a four digit format. With the exception of the nano flow cell, flow cells are imaged on the top and bottom surface. The output files for each tile are located in the run folder in Data\Intensities\BaseCalls\L001.

| Flow Cell | MiSeq Reagent Kit | Tiles | Imaging Surface | Image File Names |
|---|---|---|---|---|
| Standard Flow Cell PGS Flow Cell | MiSeq Reagent Kits, v3 | 1-19 | Top | 1101 through 1119 |
| | | 1-19 | Bottom | 2101 through 2119 |
| Standard Flow Cell | MiSeq Reagent Kits, v2 | 1-14 | Top | 1101 through 1114 |
| | | 1-14 | Bottom | 2101 through 2114 |
| Micro Flow Cell | MiSeq Reagent Micro Kits, v2 | 1-4 | Top | 1101 through 1104 |
| | | 1-4 | Bottom | 2101 through 2104 |
| Nano Flow Cell | MiSeq Reagent Nano Kits, v2 | 1-2 | Top only | 1101 through 1102 |

For Research Use Only. Not for use in diagnostic procedures.

# Index

## A

activity indicators 6
analysis
    options 7
analysis workflow
    definition 4

## B

BaseSpace
    connection 6-7
    credentials 47
    updates 14
BaseSpace Onsite
    connection 7
    credentials 47
    server location 13
blinking icons 6
BlueFuse Multi software 7, 13
bundle logs 38-39, 41

## C

cluster generation 18
CompletedJobInfo.xml 8
components
    flow cell 9, 51
    flow cell compartment 2-3
    optics module 2
    reagent cartridge 10
    reagent compartment 2, 4
consumables 15
    laboratory-grade water 16
control software 5
copying files and folders 38
customer support 57
cycles in a read 17

## D

deleting files and folders 38
disk space
    checking 8
    low disk space 44
documentation 1, 57
domain name 47

## E

email alerts 14
errors 6

## F

flow cell
    cap color 9
    cleaning 21
    letter designator 44
    overview 9
    single-lane 8
    tile numbering 52
    tiles 51
flow cell clamp 3
flow cell compartment 2-3
flow cell door sensor 6
fluidics
    troubleshooting 45
    washing 34, 36
folder locations
    default settings 15
    for current run 26

## G

genome references 38

## H

help, technical 57

## I

icons
    activity indicators 6
    sensors 6
icons, blinking 6
idling the instrument 36
Illumina Proactive monitoring service 14
initialization 44
InterOp files 5
InterOp folder 50
IP address 47

Document # 1000000061014 v00

For Research Use Only. Not for use in diagnostic procedures.

53

## L

laboratory-grade water guidelines 16
loading reagents
    cartridge 24
    PR2 23
Local Run Manager 1

## M

maintenance wash 34
manifest file
    copying to instrument 38
    definition 4
MiSeq Reporter
    overview 8
MiSeq Self-Service 44
monitoring the run 26
moving files and folders 38

## N

network connection 44
network settings 47

## O

optics module 2

## P

password, changing 47
pausing a run 42
post-run wash 28
PR2, loading 23

## R

read length 17
reagent cartridge 10
    contents 10
    inspect 19
    thaw 19
reagent chiller, temperature 6
reagent compartment 2, 4
reagents
    kitted 9
Real-time Analysis 1
    results 51

run folder 49
    template generation 27
Real-Time Analysis 5
recipes, managing 38
reference genome
    file format 4
RFID
    PR2 23
    reagent cartridge 24
    tracking 1
    troubleshooting 44
RTAcomplete.txt 51
run duration 17
run folder
    definition 4
run folders
    contents 49
    managing 38
    naming 49
    primary analysis files 51
    temp, output, analysis 49
run options 13-15
run setup screens 21
RunInfo.xml 49, 51
runParameters.xml 49

## S

sample sheet
    changing 25
    copying to instrument 38
    definition 4
    in run folder 51
    not found 44
secondary analysis 8
sensor indicators 6
sequencing 18
Sequencing Analysis Viewer 8, 26
sequencing screen 26
shutting down the instrument 39
sipper handle 4
software
    disk space checking 8
    run duration 17
    updating 39
software suite 5
software updating 14
standby wash 36
status.xml 51
stopping a run 43
support pages 1

For Research Use Only. Not for use in diagnostic procedures.

system account name 47
system settings 47

## T

technical assistance 57
template generation 8, 27
template line wash 28
tile numbering 52
training 1
troubleshooting
    bundle logs 38-39, 41
    fluidics 45
    RFID 44
    run-specific files for 41
    run setup errors 44

## U

Universal Copy Service 5
updating software 39

## V

VeriSeq PGS workflow
    flow cell 9
    maintenance frequency 33
    replicate analysis locally 13
    secondary analysis 7
volume test 45

## W

warnings 6
wash volumes 46
washes
    benefit of 28
    expected volumes 46
    maintenance 34
    post-run 28
    post-run wash settings 13
    prepare to idle 36
    prepare to shut down 39
    standby 36
waste bottle 4
workflow 18
    run duration 17

For Research Use Only. Not for use in diagnostic procedures.

Document # 1000000061014 v00

56

For Research Use Only. Not for use in diagnostic procedures.

# Technical Assistance

For technical assistance, contact Illumina Technical Support.

| | |
|---|---|
| **Website:** | www.illumina.com |
| **Email:** | techsupport@illumina.com |

## Illumina Customer Support Telephone Numbers

| Region | Toll Free | Regional |
|---|---|---|
| North America | +1.800.809.4566 | |
| Australia | +1.800.775.688 | |
| Austria | +43 800006249 | +43 19286540 |
| Belgium | +32 80077160 | +32 34002973 |
| China | 400.066.5835 | |
| Denmark | +45 80820183 | +45 89871156 |
| Finland | +358 800918363 | +358 974790110 |
| France | +33 805102193 | +33 170770446 |
| Germany | +49 8001014940 | +49 8938035677 |
| Hong Kong | 800960230 | |
| Ireland | +353 1800936608 | +353 016950506 |
| Italy | +39 800985513 | +39 236003759 |
| Japan | 0800.111.5011 | |
| Netherlands | +31 8000222493 | +31 207132960 |
| New Zealand | 0800.451.650 | |
| Norway | +47 800 16836 | +47 21939693 |
| Singapore | +1.800.579.2745 | |
| Spain | +34 911899417 | +34 800300143 |
| Sweden | +46 850619671 | +46 200883979 |
| Switzerland | +41 565800000 | +41 800200442 |
| Taiwan | 00806651752 | |
| United Kingdom | +44 8000126019 | +44 2073057197 |
| Other countries | +44.1799.534000 | |

**Safety data sheets (SDSs)**—Available on the Illumina website at support.illumina.com/sds.html.

**Product documentation**—Available for download in PDF from the Illumina website. Go to support.illumina.com, select a product, then select **Documentation & Literature**.

For Research Use Only. Not for use in diagnostic procedures.



For Research Use Only. Not for use in diagnostic procedures.

Document #
1000000061014 v00



Illumina
5200 Illumina Way
San Diego, California 92122 U.S.A.
+1.800.809.ILMN (4566)
+1.858.202.4566 (outside North America)
techsupport@illumina.com
www.illumina.com

**For Research Use Only. Not for use in diagnostic procedures.**

© 2018 Illumina, Inc. All rights reserved.



# EXHIBIT F

Intentionally Omitted

# EXHIBIT G

US010597724B2

(12) **United States Patent**
Rabinowitz et al.

(10) **Patent No.:**     **US 10,597,724 B2**
(45) **Date of Patent:**         **Mar. 24, 2020**

(54) **SYSTEM AND METHOD FOR CLEANING NOISY GENETIC DATA FROM TARGET INDIVIDUALS USING GENETIC DATA FROM GENETICALLY RELATED INDIVIDUALS**

(71) Applicant: **Natera, Inc.**, San Carlos, CA (US)

(72) Inventors: **Matthew Rabinowitz**, San Francisco, CA (US); **Milena Banjevic**, Los Altos Hills, CA (US); **Zachary Demko**, San Francisco, CA (US); **David Johnson**, San Francisco, CA (US)

(73) Assignee: **Natera, Inc.**, San Carlos, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/411,507**

(22) Filed: **May 14, 2019**

(65) **Prior Publication Data**
US 2019/0264288 A1     Aug. 29, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/288,690, filed on Feb. 28, 2019, which is a continuation of application No. 15/187,555, filed on Jun. 20, 2016, now Pat. No. 10,227,652, which is a continuation of application No. 14/092,457, filed on Nov. 27, 2013, now Pat. No. 9,430,611, which is a continuation of application No. 13/793,133, filed on Mar. 11, 2013, now Pat. No. 9,424,392, and a continuation of application No. 13/793,186, filed on Mar. 11, 2013, now Pat. No. 8,682,592, said application No. 13/793,133 is a continuation of application No. 11/603,406, filed on Nov. 22, 2006, now Pat. No. 8,532,930, said application No. 13/793,186 is a continuation of application No. 11/603,406, filed on Nov. 22, 2006, now Pat. No. 8,532,930.

(60) Provisional application No. 60/846,610, filed on Sep. 22, 2006, provisional application No. 60/817,741, filed on Jun. 30, 2006, provisional application No. 60/774,976, filed on Feb. 21, 2006, provisional application No. 60/789,506, filed on Apr. 4, 2006, provisional application No. 60/742,305, filed on Dec. 6, 2005, provisional application No. 60/754,396, filed on Dec. 29, 2005, provisional application No. 60/739,882, filed on Nov. 26, 2005.

(51) **Int. Cl.**
| | |
|---|---|
| *C12Q 1/6883* | (2018.01) |
| *C12Q 1/6827* | (2018.01) |
| *G16B 20/00* | (2019.01) |
| *G16B 25/00* | (2019.01) |
| *G16B 30/00* | (2019.01) |
| *G16B 40/00* | (2019.01) |
| *C12Q 1/6876* | (2018.01) |

(52) **U.S. Cl.**
CPC ......... *C12Q 1/6883* (2013.01); *C12Q 1/6827* (2013.01); *C12Q 1/6876* (2013.01); *G16B 20/00* (2019.02); *G16B 25/00* (2019.02); *G16B 30/00* (2019.02); *G16B 40/00* (2019.02); *C12Q 2600/118* (2013.01); *C12Q 2600/156* (2013.01); *C12Q 2600/158* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. C12Q 1/6883
USPC ......................................................... 702/19
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,635,366 A | 6/1997 | Cooke et al. |
| 5,716,776 A | 2/1998 | Bogart |
| 5,753,467 A | 5/1998 | Jensen et al. |
| 5,824,467 A | 10/1998 | Mascarenhas |
| 5,860,917 A | 1/1999 | Comanor et al. |
| 5,972,602 A | 11/1999 | Hyland et al. |
| 5,994,148 A | 11/1999 | Stewart et al. |
| 6,001,611 A | 12/1999 | Will |
| 6,025,128 A | 2/2000 | Veltri et al. |
| 6,066,454 A | 5/2000 | Lipshutz et al. |
| 6,100,029 A | 8/2000 | Lapidus et al. |
| 6,108,635 A | 8/2000 | Herren et al. |
| 6,124,120 A | 9/2000 | Lizardi |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1650032 A | 8/2005 |
| CN | 1674028 A | 9/2005 |

(Continued)

OTHER PUBLICATIONS

"Blast of AAAAAAAAATTTAAAAAAAAATTT(http://blast.ncbi.nlm.nih.gov/Blast.cgi, downloaded May 4, 2015)".

(Continued)

*Primary Examiner* — Jerry Lin

(57) **ABSTRACT**

A system and method for determining the genetic data for one or a small set of cells, or from fragmentary DNA, where a limited quantity of genetic data is available, are disclosed. Genetic data for the target individual is acquired and amplified using known methods, and poorly measured base pairs, missing alleles and missing regions are reconstructed using expected similarities between the target genome and the genome of genetically related subjects. In accordance with one embodiment of the invention, incomplete genetic data is acquired from embryonic cells, fetal cells, or cell-free fetal DNA isolated from the mother's blood, and the incomplete genetic data is reconstructed using the more complete genetic data from a larger sample diploid cells from one or both parents, with or without genetic data from haploid cells from one or both parents, and/or genetic data taken from other related individuals.

**7 Claims, 16 Drawing Sheets**

US 10,597,724 B2

Page 2

(56)         References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,143,496 A | 11/2000 | Brown et al. |
| 6,156,504 A | 12/2000 | Gocke et al. |
| 6,180,349 B1 | 1/2001 | Ginzinger |
| 6,214,558 B1 | 4/2001 | Shuber et al. |
| 6,258,540 B1 | 7/2001 | Lo et al. |
| 6,300,077 B1 | 10/2001 | Shuber et al. |
| 6,440,706 B1 | 8/2002 | Vogelstein et al. |
| 6,479,235 B1 | 11/2002 | Schumm et al. |
| 6,489,135 B1 | 12/2002 | Parrott et al. |
| 6,720,140 B1 | 4/2004 | Hartley et al. |
| 6,794,140 B1 | 9/2004 | Goldsborough |
| 6,807,491 B2 | 10/2004 | Pavlovic et al. |
| 6,852,487 B1 | 10/2005 | Barany et al. |
| 6,958,211 B2 | 10/2005 | Vingerhoets et al. |
| 6,964,847 B1 | 11/2005 | Englert |
| 7,035,739 B2 | 4/2006 | Schadt et al. |
| 7,058,517 B1 | 6/2006 | Denton et al. |
| 7,058,616 B1 | 6/2006 | Larder et al. |
| 7,218,764 B2 | 5/2007 | Vaisberg et al. |
| 7,297,485 B2 | 11/2007 | Bornarth et al. |
| 7,332,277 B2 | 2/2008 | Dhallan |
| 7,414,118 B1 | 8/2008 | Mullah et al. |
| 7,442,506 B2 | 12/2008 | Dhallan |
| 7,459,273 B2 | 12/2008 | Jones et al. |
| 7,645,576 B2 | 1/2010 | Lo et al. |
| 7,700,325 B2 | 4/2010 | Cantor et al. |
| 7,718,367 B2 | 5/2010 | Lo et al. |
| 7,718,370 B2 | 6/2010 | Dhallan |
| 7,727,720 B2 | 6/2010 | Dhallan |
| 7,805,282 B2 | 9/2010 | Casey |
| 7,838,647 B2 | 11/2010 | Hahn et al. |
| 7,888,017 B2 | 8/2011 | Quake |
| 8,008,018 B2 | 9/2011 | Quake et al. |
| 8,024,128 B2 | 9/2011 | Rabinowitz et al. |
| 8,133,719 B2 | 3/2012 | Drmanac et al. |
| 8,137,912 B2 | 5/2012 | Kapur et al. |
| 8,173,370 B2 | 5/2012 | Oeth et al. |
| 8,168,389 B2 | 6/2012 | Shoemaker et al. |
| 8,195,415 B2 | 10/2012 | Fan et al. |
| 8,296,076 B2 | 11/2012 | Fan et al. |
| 8,304,187 B2 | 11/2012 | Fernando |
| 8,318,430 B2 | 11/2012 | Chuu et al. |
| 8,450,063 B2 | 5/2013 | Dube et al. |
| 8,467,976 B2 | 8/2013 | Lo et al. |
| 8,515,679 B2 | 9/2013 | Rabinowitz et al. |
| 8,532,930 B2 | 9/2013 | Rabinowitz et al. |
| 8,682,592 B2 | 3/2014 | Rabinowitz et al. |
| 8,825,412 B2 | 9/2014 | Rabinowitz et al. |
| 9,085,798 B2 | 7/2015 | Chee |
| 9,323,888 B2 | 4/2016 | Rava et al. |
| 9,476,095 B2 | 10/2016 | Vogelstein et al. |
| 9,487,829 B2 | 11/2016 | Vogelstein et al. |
| 9,598,731 B2 | 3/2017 | Talasaz |
| 9,677,118 B2 | 6/2017 | Zimmermann et al |
| 10,081,839 B2 | 9/2018 | Rabinowitz et al. |
| 10,083,273 B2 | 9/2018 | Rabinowitz et al. |
| 10,308,981 B2 | 6/2019 | Sparks et al. |
| 10,316,362 B2 | 6/2019 | Babiarz et al. |
| 2001/0051341 A1 | 12/2001 | Lo et al. |
| 2001/0053519 A1 | 12/2001 | Fodor et al. |
| 2002/0006622 A1 | 1/2002 | Bradley et al. |
| 2002/0107640 A1 | 8/2002 | Ideker et al. |
| 2003/0009295 A1 | 1/2003 | Markowitz et al. |
| 2003/0065535 A1 | 4/2003 | Karlov et al. |
| 2003/0077586 A1 | 4/2003 | Pavlovic et al. |
| 2003/0101000 A1 | 5/2003 | Bader et al. |
| 2003/0119004 A1 | 6/2003 | Wenz et al. |
| 2003/0228613 A1 | 12/2003 | Bornarth et al. |
| 2004/0033596 A1 | 2/2004 | Threadgill et al. |
| 2004/0137470 A1 | 7/2004 | Dhallan et al. |
| 2004/0146866 A1 | 7/2004 | Fu |
| 2004/0157243 A1 | 8/2004 | Huang et al. |
| 2004/0197797 A1 | 10/2004 | Inoko et al. |
| 2004/0209299 A1 | 10/2004 | Pinter et al. |
| 2004/0229231 A1 | 11/2004 | Frudakis et al. |
| 2004/0236518 A1 | 11/2004 | Pavlovic et al. |
| 2004/0259100 A1 | 12/2004 | Gunderson et al. |
| 2005/0009069 A1 | 1/2005 | Liu et al. |
| 2005/0049793 A1 | 3/2005 | Paterlini-brechot |
| 2005/0053950 A1 | 3/2005 | Ubani et al. |
| 2005/0079535 A1 | 4/2005 | Kirchgesser et al. |
| 2005/0123914 A1 | 6/2005 | Katz et al. |
| 2005/0130173 A1 | 6/2005 | Leamon et al. |
| 2005/0142577 A1 | 6/2005 | Jones et al. |
| 2005/0144664 A1 | 6/2005 | Smith et al. |
| 2005/0164241 A1 | 7/2005 | Hahn et al. |
| 2005/0216207 A1 | 9/2005 | Kermani |
| 2005/0221341 A1 | 10/2005 | Shimkets et al. |
| 2005/0227263 A1 | 10/2005 | Green et al. |
| 2005/0250111 A1 | 11/2005 | Xie et al. |
| 2005/0255508 A1 | 11/2005 | Casey et al. |
| 2005/0272073 A1 | 12/2005 | Vaisberg et al. |
| 2006/0019278 A1 | 1/2006 | Lo et al. |
| 2006/0040300 A1 | 2/2006 | Dapprich et al. |
| 2006/0052945 A1 | 3/2006 | Rabinowitz et al. |
| 2006/0057618 A1 | 3/2006 | Piper et al. |
| 2006/0068394 A1 | 3/2006 | Langmore et al. |
| 2006/0088574 A1 | 4/2006 | Manning et al. |
| 2006/0099614 A1 | 5/2006 | Gill et al. |
| 2006/0121452 A1 | 6/2006 | Dhallan |
| 2006/0134662 A1 | 6/2006 | Pratt et al. |
| 2006/0141499 A1 | 6/2006 | Sher et al. |
| 2006/0229823 A1 | 8/2006 | Liu |
| 2006/0210997 A1 | 9/2006 | Myerson et al. |
| 2006/0216738 A1 | 9/2006 | Wada et al. |
| 2006/0248031 A1 | 11/2006 | Kates et al. |
| 2006/0281105 A1 | 12/2006 | Li et al. |
| 2007/0020640 A1 | 1/2007 | McCloskey et al. |
| 2007/0027636 A1 | 2/2007 | Rabinowitz |
| 2007/0042384 A1 | 2/2007 | Li et al. |
| 2007/0059707 A1 | 3/2007 | Cantor et al. |
| 2007/0122805 A1 | 5/2007 | Cantor et al. |
| 2007/0128624 A1 | 6/2007 | Gormley et al. |
| 2007/0178478 A1 | 8/2007 | Dhallan |
| 2007/0178501 A1 | 8/2007 | Rabinowitz et al. |
| 2007/0184467 A1 | 8/2007 | Rabinowitz et al. |
| 2007/0202525 A1 | 8/2007 | Quake et al. |
| 2007/0202536 A1 | 8/2007 | Yamanishi et al. |
| 2007/0207466 A1 | 9/2007 | Cantor et al. |
| 2007/0212689 A1 | 9/2007 | Bianchi et al. |
| 2007/0243549 A1 | 10/2007 | Bischoff |
| 2007/0259351 A1 | 11/2007 | Chinitz |
| 2008/0020390 A1 | 1/2008 | Mitchell |
| 2008/0026390 A1 | 1/2008 | Stoughton et al. |
| 2008/0038733 A1 | 2/2008 | Bischoff et al. |
| 2008/0070792 A1 | 3/2008 | Stoughton |
| 2008/0071076 A1 | 3/2008 | Hahn et al. |
| 2008/0085836 A1 | 4/2008 | Kearns et al. |
| 2008/0090239 A1 | 4/2008 | Shoemaker et al. |
| 2008/0096766 A1 | 4/2008 | Lee |
| 2008/0102455 A1 | 5/2008 | Poetter |
| 2008/0138809 A1 | 6/2008 | Kapur et al. |
| 2008/0182244 A1 | 7/2008 | Tafas et al. |
| 2008/0193927 A1 | 8/2008 | Mann et al. |
| 2008/0220422 A1 | 9/2008 | Shoemaker et al. |
| 2008/0234142 A1 | 9/2008 | Lietz |
| 2008/0243398 A1 | 10/2008 | Rabinowitz et al. |
| 2008/0305473 A1 | 12/2008 | Chowdary et al. |
| 2009/0023190 A1 | 1/2009 | Lao et al. |
| 2009/0029377 A1 | 1/2009 | Lo et al. |
| 2009/0087847 A1 | 4/2009 | Lo et al. |
| 2009/0098534 A1 | 4/2009 | Weier et al. |
| 2009/0099041 A1 | 4/2009 | Church et al. |
| 2009/0143570 A1 | 6/2009 | Jiang et al. |
| 2009/0176662 A1 | 7/2009 | Rigatti et al. |
| 2009/0221620 A1 | 9/2009 | Luke et al. |
| 2009/0317817 A1 | 12/2009 | Oeth et al. |
| 2010/0035232 A1 | 2/2010 | Ecker et al. |
| 2010/0112575 A1 | 5/2010 | Fan et al. |
| 2010/0112590 A1 | 5/2010 | Lo et al. |
| 2010/0120038 A1 | 5/2010 | Mir et al. |
| 2010/0124751 A1 | 5/2010 | Quake et al. |
| 2010/0129874 A1 | 5/2010 | Mitra et al. |
| 2010/0138165 A1 | 6/2010 | Fan et al. |

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2010/0171954 A1 | 7/2010 | Quake et al. |
| 2010/0184069 A1 | 7/2010 | Fernando et al. |
| 2010/0184152 A1 | 7/2010 | Sandler |
| 2010/0196892 A1 | 8/2010 | Quake et al. |
| 2010/0203538 A1 | 8/2010 | Dube et al. |
| 2010/0216153 A1 | 8/2010 | Lapidus et al. |
| 2010/0248231 A1 | 9/2010 | Wei et al. |
| 2010/0255492 A1 | 10/2010 | Quake et al. |
| 2010/0256013 A1 | 10/2010 | Quake et al. |
| 2010/0273678 A1 | 10/2010 | Alexandre et al. |
| 2010/0285537 A1 | 11/2010 | Zimmermann |
| 2010/0291572 A1 | 11/2010 | Stoughton et al. |
| 2010/0291635 A1 | 11/2010 | Peleg |
| 2010/0323352 A1 | 12/2010 | Lo et al. |
| 2011/0033862 A1 | 2/2011 | Rabinowitz et al. |
| 2011/0039724 A1 | 2/2011 | Lo et al. |
| 2011/0071031 A1 | 3/2011 | Khripin et al. |
| 2011/0086769 A1 | 4/2011 | Oliphant et al. |
| 2011/0092763 A1 | 4/2011 | Rabinowitz et al. |
| 2011/0105353 A1 | 5/2011 | Lo et al. |
| 2011/0151442 A1 | 6/2011 | Fan et al. |
| 2011/0159499 A1 | 6/2011 | Hindson et al. |
| 2011/0160078 A1 | 6/2011 | Fodor et al. |
| 2011/0178719 A1 | 7/2011 | Rabinowitz et al. |
| 2011/0201507 A1 | 8/2011 | Rava et al. |
| 2011/0224087 A1 | 9/2011 | Quake et al. |
| 2011/0246083 A1 | 10/2011 | Fan et al. |
| 2011/0251149 A1 | 10/2011 | Perrine et al. |
| 2011/0288780 A1 | 11/2011 | Rabinowitz et al. |
| 2011/0300608 A1 | 12/2011 | Ryan et al. |
| 2011/0301854 A1 | 12/2011 | Curry et al. |
| 2011/0318734 A1 | 12/2011 | Lo et al. |
| 2012/0003635 A1 | 1/2012 | Lo et al. |
| 2012/0010085 A1 | 1/2012 | Rava et al. |
| 2012/0034603 A1 | 2/2012 | Oliphant et al. |
| 2012/0034685 A1 | 2/2012 | Sparks et al. |
| 2012/0108460 A1 | 5/2012 | Quake et al. |
| 2012/0122701 A1 | 5/2012 | Ryan et al. |
| 2012/0165203 A1 | 6/2012 | Quake et al. |
| 2012/0185176 A1 | 7/2012 | Rabinowitz et al. |
| 2012/0190020 A1 | 7/2012 | Oliphant et al. |
| 2012/0190021 A1 | 7/2012 | Oliphant et al. |
| 2012/0191358 A1 | 7/2012 | Oliphant et al. |
| 2012/0196754 A1 | 8/2012 | Quake et al. |
| 2012/0214678 A1 | 8/2012 | Rava et al. |
| 2012/0264121 A1 | 10/2012 | Rava et al. |
| 2012/0270212 A1 | 10/2012 | Rabinowitz et al. |
| 2012/0295810 A1 | 11/2012 | Quake et al. |
| 2012/0295819 A1 | 11/2012 | Leamon et al. |
| 2013/0017549 A1 | 1/2013 | Hong |
| 2013/0024127 A1 | 1/2013 | Stuelpnagel |
| 2013/0034546 A1 | 2/2013 | Rava et al. |
| 2013/0060483 A1 | 3/2013 | Struble et al. |
| 2013/0069869 A1 | 3/2013 | Akao et al. |
| 2013/0090250 A1 | 4/2013 | Sparks et al. |
| 2013/0116130 A1 | 5/2013 | Fu et al. |
| 2013/0123120 A1 | 5/2013 | Zimmermann et al. |
| 2013/0130923 A1 | 5/2013 | Ehrich et al. |
| 2013/0178373 A1 | 7/2013 | Rabinowitz et al. |
| 2013/0190653 A1 | 7/2013 | Alvarez Ramos |
| 2013/0196862 A1 | 8/2013 | Rabinowitz et al. |
| 2013/0210644 A1 | 8/2013 | Stoughton et al. |
| 2013/0225422 A1 | 8/2013 | Rabinowitz et al. |
| 2013/0252824 A1 | 9/2013 | Rabinowitz |
| 2013/0253369 A1 | 9/2013 | Rabinowitz et al. |
| 2013/0261004 A1 | 10/2013 | Ryan et al. |
| 2013/0274116 A1 | 10/2013 | Rabinowitz et al. |
| 2013/0303461 A1 | 11/2013 | Iafrate et al. |
| 2013/0323731 A1 | 12/2013 | Lo et al. |
| 2013/0325360 A1 | 12/2013 | Deciu et al. |
| 2014/0032128 A1 | 1/2014 | Rabinowitz et al. |
| 2014/0038830 A1 | 2/2014 | Srinivasan et al. |
| 2014/0051585 A1 | 2/2014 | Prosen et al. |
| 2014/0065621 A1 | 3/2014 | Mhatre et al. |
| 2014/0087385 A1 | 3/2014 | Rabinowitz et al. |
| 2014/0094373 A1 | 4/2014 | Zimmermann et al. |
| 2014/0100126 A1 | 4/2014 | Rabinowitz |
| 2014/0100134 A1 | 4/2014 | Rabinowitz et al. |
| 2014/0141981 A1 | 5/2014 | Zimmermann et al. |
| 2014/0154682 A1 | 6/2014 | Rabinowitz et al. |
| 2014/0155274 A1 | 6/2014 | Xie et al. |
| 2014/0162269 A1 | 6/2014 | Rabinowitz |
| 2014/0193816 A1 | 7/2014 | Rabinowitz et al. |
| 2014/0206552 A1 | 7/2014 | Rabinowitz et al. |
| 2014/0227705 A1 | 8/2014 | Vogelstein et al. |
| 2014/0256558 A1 | 9/2014 | Varley et al. |
| 2014/0256569 A1 | 9/2014 | Rabinowitz et al. |
| 2014/0272956 A1 | 9/2014 | Huang et al. |
| 2014/0287934 A1 | 9/2014 | Szelinger et al. |
| 2014/0329245 A1 | 11/2014 | Spier et al. |
| 2014/0336060 A1 | 11/2014 | Rabinowitz et al. |
| 2015/0051087 A1 | 2/2015 | Rabinowitz et al. |
| 2015/0064695 A1 | 3/2015 | Katz et al. |
| 2015/0147815 A1 | 5/2015 | Babiarz et al. |
| 2015/0197786 A1 | 7/2015 | Osborne et al. |
| 2015/0232938 A1 | 8/2015 | Mhatre |
| 2015/0265995 A1 | 9/2015 | Head et al. |
| 2016/0145682 A1 | 5/2016 | Woodward et al. |
| 2016/0201124 A1 | 7/2016 | Donahue et al. |
| 2016/0257993 A1 | 9/2016 | Fu et al. |
| 2016/0289740 A1 | 10/2016 | Fu et al. |
| 2016/0289753 A1 | 10/2016 | Osborne et al. |
| 2016/0312276 A1 | 10/2016 | Fu et al. |
| 2016/0319345 A1 | 11/2016 | Gnerre et al. |
| 2016/0369333 A1 | 12/2016 | Babiarz et al. |
| 2017/0121716 A1 | 5/2017 | Rodi |
| 2017/0342477 A1 | 11/2017 | Jensen et al. |
| 2018/0148777 A1 | 5/2018 | Kirkizlar et al. |
| 2018/0155775 A1 | 6/2018 | Zimmermann et al. |
| 2018/0155776 A1 | 6/2018 | Zimmermann et al. |
| 2018/0155779 A1 | 6/2018 | Zimmermann et al. |
| 2018/0155785 A1 | 6/2018 | Rabinowitz et al. |
| 2018/0155786 A1 | 6/2018 | Rabinowitz et al. |
| 2018/0155792 A1 | 6/2018 | Rabinowitz et al. |
| 2018/0171409 A1 | 6/2018 | Rabinowitz et al. |
| 2018/0171420 A1 | 6/2018 | Babiarz et al. |
| 2018/0173845 A1 | 6/2018 | Sigurjonsson et al. |
| 2018/0173846 A1 | 6/2018 | Sigurjonsson et al. |
| 2018/0201995 A1 | 7/2018 | Rabinowitz et al. |
| 2018/0237841 A1 | 8/2018 | Stray et al. |
| 2018/0298439 A1 | 10/2018 | Ryan et al. |
| 2018/0300448 A1 | 10/2018 | Rabinowitz et al. |
| 2019/0010543 A1 | 1/2019 | Babiarz et al. |
| 2019/0106737 A1 | 4/2019 | Underhill |
| 2019/0106751 A1 | 4/2019 | Zimmermann et al. |
| 2019/0185913 A1 | 6/2019 | Zimmermann et al. |
| 2019/0185936 A1 | 6/2019 | Babiarz et al. |
| 2019/0194743 A1 | 6/2019 | Ryan et al. |
| 2019/0194758 A1 | 6/2019 | Babiarz et al. |
| 2019/0194759 A1 | 6/2019 | Babiarz et al. |
| 2019/0203290 A1 | 7/2019 | Rabinowitz et al. |
| 2019/0203294 A1 | 7/2019 | Babiarz et al. |
| 2019/0211391 A1 | 7/2019 | Rabinowitz et al. |
| 2019/0211392 A1 | 7/2019 | Rabinowitz et al. |
| 2019/0211393 A1 | 7/2019 | Rabinowitz et al. |
| 2019/0211399 A1 | 7/2019 | Rabinowitz et al. |
| 2019/0211402 A1 | 7/2019 | Babiarz et al. |
| 2019/0211406 A1 | 7/2019 | Babiarz et al. |
| 2019/0249241 A1 | 8/2019 | Rabinowitz et al. |
| 2019/0256894 A1 | 8/2019 | Zimmermann et al. |
| 2019/0256906 A1 | 8/2019 | Rabinowitz et al. |
| 2019/0256907 A1 | 8/2019 | Ryan et al. |
| 2019/0256908 A1 | 8/2019 | Rabinowitz et al. |
| 2019/0256909 A1 | 8/2019 | Rabinowitz et al. |
| 2019/0256912 A1 | 8/2019 | Rabinowitz et al. |
| 2019/0256916 A1 | 8/2019 | Babiarz et al. |
| 2019/0256917 A1 | 8/2019 | Babiarz et al. |
| 2019/0256919 A1 | 8/2019 | Babiarz et al. |
| 2019/0256931 A1 | 8/2019 | Babiarz et al. |
| 2019/0264277 A1 | 8/2019 | Rabinowitz et al. |
| 2019/0264280 A1 | 8/2019 | Rabinowitz et al. |
| 2019/0271043 A1 | 9/2019 | Babiarz et al. |
| 2019/0276888 A1 | 9/2019 | Rabinowitz et al. |
| 2019/0284623 A1 | 9/2019 | Rabinowitz et al. |

(56)                References Cited

U.S. PATENT DOCUMENTS

| 2019/0300950 | A1 | 10/2019 | Rabinowitz et al. |
| 2019/0309358 | A1 | 10/2019 | Rabinowitz et al. |
| 2019/0309359 | A1 | 10/2019 | Zimmermann et al. |
| 2019/0309365 | A1 | 10/2019 | Babiarz et al. |
| 2019/0316177 | A1 | 10/2019 | Zimmermann et al. |
| 2019/0316184 | A1 | 10/2019 | Zimmermann et al. |
| 2019/0316200 | A1 | 10/2019 | Rabinowitz et al. |
| 2019/0323076 | A1 | 10/2019 | Rabinowitz et al. |
| 2019/0360036 | A1 | 11/2019 | Rabinowitz et al. |

FOREIGN PATENT DOCUMENTS

| CN | 101675169 | A | 3/2010 |
| EP | 0270017 | A2 | 6/1988 |
| EP | 1524321 | A1 | 4/2005 |
| EP | 1524321 | B1 | 7/2009 |
| EP | 2163622 | A1 | 3/2010 |
| EP | 2128169 | A1 | 12/2010 |
| EP | 2902500 | A1 | 8/2015 |
| EP | 3285193 | A1 | 2/2018 |
| GB | 2488358 | | 8/2012 |
| JP | 2965699 | | 8/1999 |
| JP | 2002-530121 | A | 9/2002 |
| JP | 2004502466 | A | 1/2004 |
| JP | 2004533243 | A | 11/2004 |
| JP | 2005514956 | A | 5/2005 |
| JP | 2005160470 | A | 6/2005 |
| JP | 2006-254912 | A | 9/2006 |
| JP | 2011/516069 | A | 5/2011 |
| RU | 2290078 | C1 | 12/2006 |
| WO | 179851 | A1 | 10/2001 |
| WO | 200190419 | A2 | 11/2001 |
| WO | 2002004672 | A2 | 1/2002 |
| WO | 2002055985 | A2 | 7/2002 |
| WO | 2002076377 | | 10/2002 |
| WO | 2003031646 | A1 | 4/2003 |
| WO | 3050532 | A1 | 6/2003 |
| WO | 2003062441 | A1 | 7/2003 |
| WO | 0190419 | A9 | 11/2003 |
| WO | 3102595 | A1 | 12/2003 |
| WO | 3106623 | A2 | 12/2003 |
| WO | 2004087863 | A2 | 10/2004 |
| WO | 2005021793 | A1 | 3/2005 |
| WO | 2005035725 | A2 | 4/2005 |
| WO | 2005100401 | A2 | 10/2005 |
| WO | 2005123779 | A2 | 12/2005 |
| WO | 2007057647 | A1 | 5/2007 |
| WO | 2007062164 | A3 | 5/2007 |
| WO | 2007070482 | A2 | 6/2007 |
| WO | 2007/117256 | A1 | 10/2007 |
| WO | 2007132167 | A2 | 11/2007 |
| WO | 2007/147076 | A2 | 12/2007 |
| WO | 2007147074 | A2 | 12/2007 |
| WO | 2008024473 | A2 | 2/2008 |
| WO | 2008048931 | A1 | 4/2008 |
| WO | 2008051928 | A2 | 5/2008 |
| WO | 2008059578 | A1 | 5/2008 |
| WO | 2008081451 | A2 | 7/2008 |
| WO | 2008115497 | A2 | 9/2008 |
| WO | 2008135837 | A2 | 11/2008 |
| WO | 2008157264 | A2 | 12/2008 |
| WO | 2009009769 | A2 | 1/2009 |
| WO | 2009013492 | A1 | 1/2009 |
| WO | 2009013496 | A1 | 1/2009 |
| WO | 2009019215 | A1 | 2/2009 |
| WO | 2009019455 | A2 | 2/2009 |
| WO | 2009/032779 | A2 | 3/2009 |
| WO | 2009/036525 | A2 | 3/2009 |
| WO | 2009030100 | A1 | 3/2009 |
| WO | 2009032781 | A2 | 3/2009 |
| WO | 2009033178 | A1 | 3/2009 |
| WO | 2009091934 | A1 | 7/2009 |
| WO | 2009092035 | A2 | 7/2009 |
| WO | 2009105531 | A1 | 8/2009 |
| WO | 2009146335 | A1 | 12/2009 |
| WO | 2010017214 | A1 | 2/2010 |
| WO | 2010033652 | A1 | 3/2010 |
| WO | 2010075459 | | 7/2010 |
| WO | 2011041485 | A1 | 4/2011 |
| WO | 2011/057061 | A1 | 5/2011 |
| WO | 2011057094 | | 5/2011 |
| WO | 2011/090556 | A1 | 7/2011 |
| WO | 2011087760 | | 7/2011 |
| WO | 2011146632 | A1 | 11/2011 |
| WO | 2012/019200 | A2 | 2/2012 |
| WO | 2012/028746 | A1 | 3/2012 |
| WO | 201283250 | | 6/2012 |
| WO | 2012088456 | A2 | 6/2012 |
| WO | 20120071621 | | 6/2012 |
| WO | 2012108920 | A1 | 8/2012 |
| WO | 2012/142531 | A2 | 10/2012 |
| WO | 2007/149791 | A2 | 12/2012 |
| WO | 2013030577 | | 3/2013 |
| WO | 2013/045432 | A1 | 4/2013 |
| WO | 2013/049892 | A1 | 4/2013 |
| WO | 2013052557 | A2 | 4/2013 |
| WO | 2013/078470 | A2 | 5/2013 |
| WO | 2013/086464 | A1 | 6/2013 |
| WO | 20130130848 | | 9/2013 |
| WO | 2013/159035 | A2 | 10/2013 |
| WO | 2013/181651 | A1 | 12/2013 |
| WO | 2014/004726 | A1 | 1/2014 |
| WO | 2014/014497 | A1 | 1/2014 |
| WO | 20140018080 | | 1/2014 |
| WO | 2014/035986 | A1 | 3/2014 |
| WO | 2014/122288 | A1 | 8/2014 |
| WO | 2014/149134 | A2 | 9/2014 |
| WO | 2014/151117 | A1 | 9/2014 |
| WO | 2015/100427 | A1 | 7/2015 |
| WO | 2015/164432 | A1 | 10/2015 |
| WO | 2016/009059 | A1 | 1/2016 |
| WO | 2016/065295 | A1 | 4/2016 |
| WO | 2016/138080 | A1 | 9/2016 |
| WO | 2016/193490 | A1 | 12/2016 |
| WO | 2017/058784 | A1 | 4/2017 |
| WO | 2017/181146 | A1 | 10/2017 |
| WO | 2017/181202 | A2 | 10/2017 |
| WO | 2018/083467 | A1 | 5/2018 |
| WO | 2018/106798 | A1 | 6/2018 |
| WO | 2018/156418 | A1 | 8/2018 |
| WO | 2019/140298 | A1 | 7/2019 |
| WO | 2019/161244 | A1 | 8/2019 |
| WO | 2019/200228 | A1 | 10/2019 |
| WO | 2019/241349 | A1 | 12/2019 |
| WO | 2020/010255 | A1 | 1/2020 |

OTHER PUBLICATIONS

"CompetitivePCR Guide," TaKaRa Biomedicals, Lit. # L0126 Rev. Aug. 1999, 9 pgs.

"Db SNP rs52056688 (http://www.ncbi.nlm.nih.gov/projects/SNP/snp_ref.cgi?rs=2056688, downloaded May 4, 2015".

"Declaration by Dr. Zimmerman of Oct. 30, 2014 filed in U.S. Appl. No. 14/044,434".

"European Application No. 014198110, European Search Report dated Apr. 28, 2015, 3 pages."

"Finishing the Euchromatic Sequence of the Human Genome", Nature vol. 431,(Oct. 21, 2004),931-945.

"FixedMedium, dictionary definition. Academic Press Dictionary of Science andTechnology", Retrieved from the Internet: <URL:www.credoreference.com/entry/apdst/fixed_medium>, 1996, 1 pg.

"GeneticsHome Reference", http://ghr.nlm.nih.gov/handbook/genomicresearch/snp, Feb. 28, 2014, 1-2.

"Ion Ampli Seq Comprehensive Cancer Panel, product brochure, Life TechnologiesCorporation. Retrieved from the Internet", <URL:https://tools.lifetechnologies.com/content/sfs/brochures/Ion_CompCancerPanel_Flyer.pdf>, 2012, 2 pgs.

"IonAmpliSeq Designer Provides Full Flexibility to Sequence Genes of Your Choice,product brochure, Life Technologies Corporation", Retrieved from the Internet<URL: http://tools.lifetechnologies.com/content/sfs/brochures/IonAmpliSeq_CustomPanels_AppNote_CO1.

(56)            **References Cited**

OTHER PUBLICATIONS

"Merriam-Webster.com (http://www.merriam-webster.com/dictionary/universal, downloaded Jul. 23, 2014)".

"Multiplexing with RainDrop Digital PCR", RainDance Technologies, Application Note, 2013, 1-2.

"NucleicAcids, Linkers and Primers: Random Primers", New England BioLabs 1998/99 Catalog, 1998, 121 and 284.

"PRIMER3, information sheet, Sourceforge.net. [retrieved on Nov. 12, 2012]. Retrieved from the Internet: <URL: http://primer3.sourceforge.net/>", 2009, 1 pg.

"www.fatsecret.com" (printed from internet Nov. 1, 2014).

PRNewswire (Research Suggests Daily Consumption of Orange Juice Can Reduce Blood Pressure and May Provide Beneficial Effects to Blood Vessel Function: New Study Identified Health Benefits in Orange Juice, Dec. 8, 2010).

The Bump (Panorama Test, attached, Jul. 1, 2013).

What to Expect (Weird Harmony results, attached, May 1, 2015).

Wikipedia (attached, available at https://en.wikipedia.org/wiki/Stimulant, accessed Mar. 14, 2016).

"Guideline related to genetic examination", Societies Related to Genetic Medicine, Japanese Society for Genetic Counseling, Japanese Society for Gene Diagnosis and Therapy, Japan Society of Obstetrics and Gynecology, 2003, 2-15.

"How Many Carbs in a Potato?, [Online]", Retrieved from the Internet: <http://www.newhealthguide.org/How-Many-Carbs-In-A-Potato.html>, Nov. 1, 2014, 3 pages.

"Random variable", In the Penguin Dictionary of Mathematics. Retrieved from http://www.credoreference.com/entry/penguinmath/random_variable, 2008, 1 page.

Abbosh, C. et al., "Phylogenetic ctDNA analysis depicts early-stage lung cancer evolution", Nature, vol. 545, May 25, 2017, 446-451.

Abidi, S. et al., "Leveraging XML-based electronic medical records to extract experiential clinical knowledge: An automated approach to generate cases for medical case-based reasoning systems", International Journal of Medical Informatics, 68(1-3), 2002, 187-203.

Agarwal, Ashwin. et al., "Commercial Landscape of Noninvasive Prenatal Testing in the United States", Prenatal Diagnosis,33, 2013, 521-531.

Alaeddini, R. et al., "Forensic implications of genetic analyses from degraded DNA—A review", Forensic Science International: Genetics, vol. 4, 2010, 148-157.

Alberts, B. et al., "Chapter 20: Germ Cells and Fertilization", Molecular Biology of the Cell, Fourth Edition, 2002, 1127-1156.

Alberts, B. et al., "Chapter 4: DNA and Chromosomes", Molecular Biology of the Cell, Fourth Edition, 2002, 191-234.

Alkan, Can et al., "Personalized Copy Number and Segmental Duplication Maps Using Next-Generation Sequencing", Nature Genetics, 41, 10, 2009, 1061-1068.

Allaire, F. R. , "Mate selection by selection index theory", Theoretical Applied Genetics, 57(6), 1980, 267-272.

Allawi, Hatim T. et al., "Thermodynamics of internal C•T Mismatches in DNA", Nucleic Acids Research, 26 (11), 1998, 2694-2701.

Anker, P. et al., "Detection of circulating tumour DNA in the blood (plasma/serum) of cancer patients", Cancer and Metastasis Reviews, vol. 18, 1999, 65-73.

Antonarakis, S. E. et al., "Chromosome 21 and Down Syndrome: From Genomics to Pathophysiology", Nature Reviews Genetics, vol. 5, Oct. 2004, 725-738.

Aoki, Yasuhiro , "Statistical and Probabilistic Bases of Forensic DNA Testing", The Journal of the Iwate Medical Association, 2002, vol. 54, p. 81-94.

Ashoor, G. et al., "Fetal fraction in maternal plasma cell-free DNA at 11-13 weeks' gestation: relation to maternal and fetal characteristics", Ultrasound in Obstetrics and Gynecology, vol. 41, 2013, 26-32.

Ashoor, Ghalia et al., "Chromosome-Selective Sequencing of Maternal Plasma Cell-Free DNA for First-Trimester Detection of Trisomy 21 and Trisomy 18", American Journal of Obstetrics & Gynecology, 206, 2012, 322.e1-322.e5.

Ashoor, Ghalia et al., "Fetal Fraction in Maternal Plasma Cell-Free DNA at 11-13 Weeks' Gestation: Effect of Maternal and Fetal Factors", Fetal Diagnosis Therapy, 2012, 1-7.

Bada, Michael A. et al., "Computational Modeling of Structural Experimental Data", Methods in Enzymology,317, 2000, 470-491.

Ballif, B. C. et al., "Detection of Low-Level Mosaicism by Array CGH in Routine Diagnostic Specimens", American Journal of Medical Genetics Part A, vol. 140A, 2006, 2757-2767.

Beaumont, Mark A et al., "The Bayesian Revolution in Genetics", Nature Reviews Genetics, 5, 2004, 251-261.

Beer, Alan E. et al., "The Biological Basis of Passage of Fetal Cellular Material into the Maternal Circulation", Annals New York Academy of Sciences, 731, 1994, 21-35.

Beerenwinkel, et al., "Methods for Optimizing Antiviral Combination Therapies", Bioinformatics, 19(1), 2003, i16-i25.

Beerenwinkel, N. et al., "Geno2pheno: estimating phenotypic drug resistance from HIV-1 genotypes", Nucleic Acids Research, 31(13), 2003, 3850-3855.

Benn, P. et al., "Non-Invasive Prenatal Testing for Aneuploidy: Current Status and Future Prospects", Ultrasound Obstet Gynecol, 42, 2013, 15-33.

Benn, P et al., "Non-invasive prenatal Diagnosis for Down Syndrome: the Paradigm Will Shift, but Slowly", Ultrasound Obstet. Gynecol., 39, 2012, 127-130.

Bentley, David R et al., "Accurate Whole Human Genome Sequencing Using Reversible Terminator Chemistry", Nature, 456, 6, 2008, 53-59.

Bermudez, M. et al., "Single-cell sequencing and mini-sequencing for preimplantation genetic diagnosis", Prenatal Diagnosis, 23, 2003, 669-677.

Beroud, C. et al., "Prenatal diagnosis of spinal muscular atrophy by genetic analysis of circulating fetal cells", The Lancet, vol. 361, 22 Mar. 2003, 1013-1014.

Bevinetto, Gina , Bevinetto (5 Foods All Pregnant Women Need, American Baby, available at http://www.parents.com/pregnancy/mybody/nutrition/5greatpregnancyfoods/, Apr. 15, 2008).

Bianchi, D W et al., "Fetal gender and aneuploidy detection using fetal cells maternal blood: analysis of NIFTY I data", Prenat Diagn 2002; 22, 2002, 609-615.

Bianchi, D. W. , "Circulating Fetal DNA: Its Origin and Diagnostic Potential—A Review", Placenta, vol. 25, Supplemental A, May 2004, S93-S101.

Bianchi, D. W. et al., "Genome-Wide Fetal Aneuploidy Detection by Maternal Plasma DNA Sequencing", Obstetrics & Gynecology, vol. 119, No. 5, May 2012, 890-901.

Bianchi, D. W. , "Review: Fetal Cells in the Maternal Circulation: Feasibility for Prenatal Diagnosis", British Journal of Haematology, vol. 105, 1999, 574-583.

Birch, Lyndsey et al., "Accurate and Robust Quantification of Circulating Fetal and Total DNA in Maternal Plasma from 5 to 41 Weeks of Gestation", Clinical Chemistry, 51(2), 2005, 312-320.

Birkenkamp-Demtroder, K. et al., "Abstract 3653: Sequencing of plasma cfDNA from patients with locally advanced bladder cancer for surveillance and therapeutic efficacy monitoring", Cancer Research, vol. 78, No. 13 Supplement, Jul. 2019, 1 page.

Bisignano, et al., "PGD and Aneuploidy Screening for 24 Chromosomes: Advantages and Disadvantages of Competing Platforms", Reproductive BioMedicine Online, 23, 2011, 677-685.

Bodenreider, O. , "The Unified Medical Language System (UMLS): Integrating Biomedical Terminology", Nucleic Acids Research, 32, (Database issue), 2004, D267-D270.

Breithaupt, Holger , "The Future of Medicine", EMBO Reports, 21(61), 2001, 465-467.

Brownie, Jannine et al., "The Elimination of Primer-Dimer Accumulation in PCR", Nucleic Acids Research, 25(16), 1997, 3235-3241.

Burnham, P. et al., "Myriad Applications of Circulating Cell-Free DNA in Precision Organ Transplant Monitoring", Annals of the American Thoracic Society, vol. 14, Supplement 3, Sep. 2017, S237-S241.

Butler, J. et al., "The Development of Reduced Size STR Amplicons as Tools for Analysis of Degraded DNA*", Journal of Forensic Sciences, vol. 48, No. 5, 2003, 1054-1064.

(56)　　　　　**References Cited**

OTHER PUBLICATIONS

Butt, A. N. et al., "Overview of Circulating Nucleic Acids in Plasma/Serum: Update on Potential Prognostic and Diagnostic Value in Diseases Excluding Fetal Medicine and Oncology", Ann. N.Y. Acad. Sci., vol. 1137, 2008, 236-242.

Cairns, Paul et al., "Homozygous Deletions of 9p21 in Primary Human Bladder Tumors Detected by Comparative Multiplex Polymerase Chain Reaction", Cancer Research, 54, 1994, 1422-1424.

Caliendo, Angela , "Multiplex PCR and Emerging Technologies for the Detection of Respiratory Pathogens", Clinical Infectious Diseases, 52(4), 2011, S326-S330.

Cansar, , "Hs-578-T—Copy Number Variation—Cell Line Synopsis", ICR Cancer Research UK, Retrieved on Mar. 26, 2018 from https://cansar.icr.ac.uk/cansar/cell-lines/Hs-578-T/copy_number_variation/chromosome_8/, Mar 26, 2018, 50 pgs.

Carnevale, Alessandra et al., "Attitudes of Mexican Geneticists Towards Prenatal Diagnosis and Selective Abortion", American Journal of Medical Genetics, 75, 1998, 426-431.

Carvalho, B. et al., "Exploration, normalization, and genotype calls of high-density oligonucleotide SNP array data", Biostatistics, vol. 8, No. 2, 2007, 485-499.

Casbon, J. A. et al., "A method for counting PCR template molecules with application to next-generation sequencing", Nucleic Acids Research, vol. 39, No. 12, Apr. 13, 2011, 1-8.

Chakraborty, R. et al., "Paternity Exclusion by DNA Markers: Effects of Paternal Mutations", Journal of Forensic Sciences, vol. 41, No. 4, Jul. 1996, 671-677.

Chan, K.C. et al., "Size Distributions of Maternal and Fetal DNA in Maternal Plasma", Clinical Chemistry, vol. 50, No. 1, 2004, 88-92.

Chang, H.W. et al., "Assessment of Plasma DNA Levels, Allelic Imbalance, and CA 125 as Diagnostic Tests for Cancer", Journal of the National Cancer Institute, vol. 94, No. 22, Nov. 20, 2002, 1697-1703.

Chen, E. et al., "Noninvasive Prenatal Diagnosis of Fetal Trisomy 18 and Trisomy 13 by Maternal Plasma DNA Sequencing", PLoS ONE, 6 (7), e21791, 2011, 7 pgs.

Chen, X. Q. et al., "Microsatellite alterations in plasma DNA of small cell lung cancer patients", Nature Medicine, vol. 2, No. 9, Sep. 1996, 1033-1035.

Chetty, Shilpa et al., "Uptake of Noninvasive Prenatal Testing (NIPT) in Women Following Positive Aneuploidy Screening", Prenatal Diagnosis,33, 2013, 542-546.

Cheung, S. W. et al., "Rapid Publication: Microarray-Based CGH Detects Chromosomal Mosaicism Not Revealed by Conventional Cytogenetics", American Journal of Medical Genetics Part A, vol. 143A, 2007, 1679-1686.

Chiu, R. et al., "Non-Invasive Prenatal Assessment of Trisomy 21 by Multiplexed Maternal Plasma DNA Sequencing: Large Scale Validity Study", BMJ, 342, c7401, 2011, 9 pgs.

Chiu, Rossa W. et al., "Effects of Blood-Processing Protocols on Fetal and Total DNA Quantification in Maternal Plasma", Clinical Chemistry, 47(9), 2001, 1607-1613.

Chiu, Rossa W.K. et al., "Maternal Plasma DNA Analysis with Massively Parallel Sequencing by Ligitation for Noninvasive Prenatal Diagnosis of Trisomy 21", Clinical Chemistry, 56, 3, 2010, 459-463.

Chiu, Rossa W.K. et al., "Non-Invasive Prenatal Diagnosis by Single Molecule Counting Technologies", Trends in Genetics, 25 (7), 2009, 324-331.

Chiu, Rossa W.K. et al., "Noninvasive Prenatal Diagnosis of Fetal Chromosomal Aneuploidy by Massively Parallel Genomic Sequencing of DNA in Maternal Plasma (with Supporting Information)", PNAS, vol. 105, No. 51, 2008, 20458-20463.

Choi, M. et al., "Genetic diagnosis by whole exome capture and massively parallel DNA sequencing", PNAS, vol. 106, No. 45, Nov. 10, 2009, 19096-19101.

Chu, T. et al., "Statistical Considerations for Digital Approaches to Non-Invasive Fetal Genotyping", Bioinformatics (Advance Access publication), 26 (22), 2010, 2863-2866.

Chu, Tianjiao et al., "Statistical Model for Whole Genome Sequencing and its Application to Minimally Invasive Diagnosis of Fetal Genetic Disease", Bioinformatics, 25(10), 2009, 1244-1250.

Chu, Tianjiao. et al., "A Novel Approach Toward the Challenge of Accurately Quantifying Fetal DNA in Maternal Plasma", Prenatal Diagnosis,30, 2010, 1226-1229.

Cole, Neal W. et al., "Hyperglycemia-Induced Membrane Lipid Peroxidation and Elevated Homocysteine Levels Are Poorly Attenuated by Exogenous Folate in Embryonic Chick Brains", Comparative Biochemistry and Physiology, Part B, 150, 2008, 338-343.

Colella, S. et al., "QuantiSNP: an Objectives Bayes Hidden-Markov Model to Detect and Accurately Map Copy Number Variation Using SNP Genotyping Data", Nucleic Acids Research, 35 (6), 2007, 2013-2025.

Conlin, L. K. et al., "Mechanisms of mosaicism, chimerism and uniparental disomy identified by single nucleotide polymorphism array analysis", Human Molecular Genetics, vol. 19, No. 7, Jan. 6, 2010, 1263-1275.

Coombes, R. C. , "Abstract P4-01-02: Early detection of residual breast cancer through a robust, scalable and personalized analysis of circulating tumour DNA (ctDNA) antedates overt metastatic recurrence", Cancer Research, vol. 79, No. 4 Supplement, Feb. 15, 2019.

Cossu, Gianfranco et al., "Rh D/d Genotyping by Quantitative Polymerase Chain Reaction and Capillary Zone Electrophoresis", Electrophoresis, 17, 1996, 1911-1915.

Coyle, J. F. et al., "Standards for detailed clinical models as the basis for medical data exchange and decision support", International Journal of Medical Informatics, 69(2-3), 2003, 157-174.

Craig, D. W. et al., "Identification of genetic variants using barcoded multiplexed sequencing", Nature Methods, vol. 5, Oct. 2008, 887-893.

Cross, Jillian et al., "Resolution of trisomic mosaicism in prenatal diagnosis: estimated performance of a 50K SNP microarray", Prenat Diagn 2007; 27, 2007, 1197-1204.

D'Aquila, Richard et al., "Maximizing sensitivity and specificity of PCR by pre-amplification heating", Nucleic Acids Research, 19(13), 1991, p. 3749.

Daruwala, Raoul-Sam et al., "A Versatile Statistical Analysis Algorithm to Detect Genome Copy Number Variation", PNAS, 101(46), 2004, 16292-16297.

De Bruin, E. et al., "Spatial and temporal diversity in genomic instability processes defines lung cancer evolution", Science, vol. 346, No. 6206, Oct. 10, 2014, 251-256.

De Vries, et al., "Diagnostic genome profiling in mental retardation", Am J Hum Genet, 77, published online Aug. 30, 2005, 2005, 606-616.

Deangelis, M. et al., "Solid-phase Reversible Immobilization for the Isolation of PCR Products", Nucleic Acids Research, 23 (22), 1995, 4742-4743.

Deng, S. et al., "TNER: A Novel Background Error Suppression Method for Mutation Detection in Circulating Tumor DNA", bioRxiv, http://dx.doi.org/10.1101/214379, Nov. 5, 2017, 12 pgs.

Deutsch, S. et al., "Detection of aneuploidies by paralogous sequence quantification", J Med Genet, vol. 41, 2004, 908-915.

Devaney, S. et al., "Noninvasive Fetal Sex Determination Using Cell-Free Fetal DNA: A Systematic Review and Meta-analysis", JAMA, 306 (6), 2011, 627-636.

Dhallan et al., "Methods to Increase the Percentage of Free Fetal DNA Recovered from the Maternal Circulation", JAMA, 291(9), 2004, 1114-1119.

Dhallan, Ravinder et al., "A non-invasive test for prenatal diagnosis based on fetal DNA present in maternal blood: a preliminary study", The Lancet, 369, 2007, 474-481.

Dieffenbach, C W. et al., "General concepts for PCR primer design", Genome Research. PCR methods and Applications vol. 3, 1993, S30-S37.

Dietmaier, W. et al., "Multiple Mutation Analyses in Single Tumor Cells with Improved Whole Genome Amplification", American Journal of Pathology, vol. 154, No. 1, Jan. 1999, 83-95.

Ding, C et al., "Direct molecular haplotyping of long-range genomic DNA with M1-PCR", PNAS 100(13), 2003, 7449-7453.

Dodge, Y. , "Bayes' Theorem", The Concise Encyclopedia of Statistics, 2008, 30-31.

(56)                **References Cited**

OTHER PUBLICATIONS

Dohm, J. et al., "Substantial Biases in Ultra-Short Read Data Sets From High-Throughput DNA Sequencing", Nucleic Acids Research, 36 (16), e105, 2008, 10 pgs.

Dolganov, Gregory et al., "A Novel Method of Gene Transcript Profiling in Airway Biopsy Homogenates Reveals Increased Expression of a Na—K+—Cl-Cotransporter (NKCC1) in Asthmatic Subjects", Genome Res.,11, 2001, 1473-1483.

Donaghue, C. et al., "Detection of mosaicism for primary trisomies in prenatal samples by QF-PCR and karyotype analysis", Prenatal Diagnosis, vol. 25, 2005, 65-72.

Donohoe, Gerard G et al., "Rapid Single-Tube Screening of the C282Y Hemochromatosis Mutation by Real-Time Multiplex Allele-specific PCR without Fluorescent Probes", Clinical Chemistry, 46, 10, 2000, 1540-1547.

Donoso, P. et al., "Current Value of Preimplantation Genetic Aneuploidy Screening in IVF", Human Reproduction Update, 13(1), 2007, 15-25.

Echeverri, et al., "Caffeine's Vascular Mechanisms of Action", International Journal of Vascular Medicine vol. 2010(2010), 10 pages, Aug. 25, 2010.

Ehrich, Mathias et al., "Noninvasive Detection of Fetal Trisomy 21 by Sequencing of DNA in Maternal Blood: A Study in a Clinical Setting", American Journal of Obstetrics & Gynecology, 204, 2011, 205.e1-205.e11.

Eichler, H , "Mild Course of Fetal Rh D Haemolytic Disease due to Maternal Alloimmunisation to Paternal HLA Class I and II Antigens", Vox Sang, 68, 1995, 243-247.

Ellison, Aaron M. , "Bayesian Inference in Ecology", Ecology Letters, vol. 7, 2004, 509-520.

Ellonen, P. et al., "Development of SNP Microarray for Supplementary Paternity Testing", International Congress Series,1261, 2004, 12-14.

EP06838311.6, , "European Communication and Extended European Search Report", dated Dec. 30, 2008, 8 pgs.

EP08742125.1, , "European Communication pursuant to Article 94(3) EPC and Examination Report", dated Feb. 12, 2010, 5 pgs.

Everitt, B. S. , "Medical Statistics From A to Z", 2003, 3 pages.

Fan, et al., "Whole-genome molecular haplotyping of single cells", Nature Biotechnology, vol. 29, No. 1, Jan. 1, 2011, 51-57.

Fan, Christina H. et al., "Non-Invasive Prenatal Measurement of the Fetal Genome", Nature, doi:10.1038/nature11251, 2012, 26 pgs.

Fan, Christina H et al., "Noninvasive Diagnosis of Fetal Aneuploidy by Shotgun Sequencing DNA from Maternal Blood", PNAS, 105, 42, 2008, 16266-16271.

Fan, H. C. et al., "Microfluidic digital PCR enables rapid prenatal diagnosis of fetal aneuploidy", American Journal of Obstetrics & Gynecology, vol. 200, May 2009, 543.e1-543.e7.

Fan, H. Christina et al., "Sensitivity of Noninvasive Prenatal Detection of Fetal Aneuploidy from Maternal Plasma Using Shotgun Sequencing is Limited Only by Counting Statistics", PLoS ONE, vol. 5, Issue 5 (e10439), May 3, 2010, 1-6.

Fan, Jian-Bing et al., "Highly Parallel Genomic Assay", Nature Reviews, 7, 2006, 632-644.

Fazio, Gennaro. et al., "Identification of RAPD Markers Linked to Fusarium Crown and Root Rot Resistance (Frl) in Tomato", Euphytica 105, 1999, 205-210.

Fiorentino, F. et al., "Development and Clinical Application of a Strategy for Preimplantation Genetic Diagnosis of Single Gene Disorders Combined with HLA Matching", Molecular Human Reproduction (Advance Access publication), 10 (6), 2004, 445-460.

Fiorentino, F et al., "Strategies and Clinical Outcome of 250 Cycles of Preimplantation Genetic Diagnosis for Single Gene Disorders", Human Reproduction, 21, 3, 2006, 670-684.

Fiorentino, Francesco et al., "Short Tandem Repeats Haplotyping of the HLA Region in Preimplantation HLA Matching", European Journal of Human Genetics, 13, 2005, 953-958.

Ford, E. et al., "A method for generating highly multiplexed ChIP-seq libraries", BMC Research Notes, vol. 7, No. 312, May 22, 2014, 1-5.

Forejt, et al., "Segmental trisomy of mouse chromosome 17: introducing an alternative model of Down's syndrome", Genomics, 4(6), 2003, 647-652.

Forshew, et al., "Noninvasive Identification and Monitoring of Cancer Mutations by Targeted Deep Sequencing of Plasma DNA", Noninvasive identification and monitoring of cancer mutations by targeted deep sequencing of plasma DNA. Sci. Transl. Med. 4, 136 30 (2012)., 1-12.

Forshew, T. et al., "Supplementary Materials for Noninvasive Identification and Monitoring of Cancer Mutations by Targeted Deep Sequencing of Plasma DNA", Sci. Transl. Med, vol. 4, May 30, 2012, 20 pgs.

Fredriksson, et al., "Multiplex amplification of all coding sequences within 10 cancer genes by Gene-Collector", Nucleic Acids Research, 2007, vol. 35, No. 7 e47, 1-6.

Freeman, Jennifer L. et al., "Copy Number Variation: New Insights in Genome Diversity", Genome Research. 16, 2006, 949-961.

Frost, Mackenzie S et al., "Differential Effects of Chronic Pulsatile Versus Chronic Constant Maternal Hyperglycemia on Fetal Pancreatic B-Cells", Journal of Pregnancy, 2012., Article ID 812094, 2012, 8.

Fu, G. K. et al., "Counting individual DNA molecules by the stochastic attachment of diverse labels", PNAS, vol. 108, No. 22, May 31, 2011, 9026-9031.

Fu, G. K. et al., "Digital Encoding of Cellular mRNAs Enabling Precise and Absolute Gene Expression Measurement by Single-Molecule Counting", Analytical Chemistry, vol. 86, Mar. 3, 2014, 2867-2870.

Ganshirt-Ahlert, D. et al., "Ratio of Fetal to Maternal DNA is Less Than 1 in 5000 at different Gestational Ages in Maternal Blood", Clinical Genetics.38, 1990, 38-43.

Ganshirt-Ahlert, D. et al., "Fetal DNA in Uterine Vein Blood", Obstetrics & Gynecology, 80 (4), 1992, 601-603.

Ganshirt-Ahlert, Dorothee et al., "Three Cases of 45,X/46,XYnf Mosaicism", Human Genetics, 76, 1987, 153-156.

Garcia-Murillas, I. et al., "Mutation tracking in circulating tumor DNA predicts relapse in early breast cancer", Science Translational Medicine, vol. 7, No. 302, Aug. 26, 2015, 1-2.

Gardina, P. et al., "Ploidy Status and Copy Number Aberrations in Primary Glioblastomas Defined by Integrated Analysis of Allelic Ratios, Signal Ratios and Loss of Heterozygosity Using 500K SNP Mapping Arrays", BMC Genomics, 9 (489), (doi:10.1186/1471-2164-9-489), 2008, 16 pgs.

Geiss, G. K. et al., "Direct multiplexed measurement of gene expression with color-coded probe pairs", Nature Biotechnology, vol. 26, No. 3, Feb. 17, 2008, 317-325.

Ghanta, Sujana et al., "Non-Invasive Prenatal Detection of Trisomy 21 Using Tandem Single Nucleotide Polymorphisms", PLoS ONE, 5 (10), 2010, 10 pgs.

Gjertson, David W. et al., "Assessing Probability of Paternity and the Product Rule in DNA Systems", Genetica, 96, 1995, 89-98.

Greenwalt, T. et al., "The Quantification of Fetomaternal Hemorrhage by an Enzyme-Linked Antibody Test with Glutaraldehyde Fixation", Vox Sang, 63, 1992, 268-271.

Guerra, J. , "Terminal Contributions for Duplex Oligonucleotide Thermodynamic Properties in the Context of Nearest Neighbor Models", Biopolymers, 95(3), (2010), 2011, 194-201.

Guetta, Esther et al., "Analysis of Fetal Blood Cells in the Maternal Circulation: Challenges, Ongoing Efforts, and Potential Solutions", Stem Cells and Development, 13, 2004, 93-99.

Guichoux, et al., "Current Trends in Microsatellite Genotyping", Molecular Ecology Resources, 11, 2011, 591-911.

Gunderson, K. L. et al., "A genome-wide scalable SNP genotyping assay using microarray technology", Nature Genetics, vol. 37, No. 5, May 2005, 549-554.

Hall, M. , "Panorama Non-Invasive Prenatal Screening for Microdeletion Syndromes", Apr. 1, 2014 (Apr. 1, 2014), XP055157224, Retrieved from the Internet: URL:http://www.panoramatest.com/sites/default/files/files/PanoramaMicrodeletionsWhite Paper-2.pdf [retrieved on Dec. 8, 2014].

Han, S-W et al., "Predictive and Prognostic Impact of Epidermal Growth Factor Receptor Mutation in Non-Small-Cell Lung Cancer

US 10,597,724 B2

Page 8

(56)         References Cited

OTHER PUBLICATIONS

Patients Treated With Gefitinib", Journal of Clinical Oncology, vol. 23, No. 11, Apr. 10, 2005, 2493-2501.

Handyside, et al., "Isothermal whole genome amplification from single and small number of cells: a new era for preimplantation genetic diagnosis of inherited disease", Molecular Human Reproduction vol. IO, No. 10 pp. 767-772, 2004.

Hara, Eiji et al., "Subtractive cDNA cloning using oligo(dT)3o-latex and PCR: isolation of cDNA clones specific to undifferentiated human embryonal carcinoma cells", Nucleic Acids Research, 19(25), 1991, 7097-7104.

Hardenbol, P. , "Multiplexed Genotyping With Sequence-Tagged Molecular Inversion Probes", Nature Biotechnology, 21 (6), 2003, 673-678.

Hardenbol, Paul et al., "Highly multiplexed molecular inversion probe genotyping: Over 10,000 targeted SNPs genotyped in a singled tube assay", Genome Research, 15, 2005, 269-275.

Harismendy, O. et al., "Method for Improving Sequence Coverage Uniformity of Targeted Genomic Intervals Amplified by LR-PCR Using Illumina GA Sequencing-By-Synthesis Technology", Bio Techniques, 46(3), 2009. 229-231.

Harper, J. C. et al., "Recent Advances and Future Developments in PGD", Prenatal Diagnosis, 19, 1999, 1193-1199.

Harton, G.L. et al., "Preimplantation Genetic Testing for Marfan Syndrome", Molecular Human Reproduction, 2 (9), 1996, 713-715.

Hartwell, L. H. et al., "Chapter 11: The Direct Detection of Genotype Distinguishes Individual Genomes", Genetics: From Genes to Genomes, Second Edition, 2004, 371-414.

Hartwell, L. H. et al., "Chapter 13: Chromosomal Rearrangements and Changes in Chromosome Number Reshape Eukaryotic Genomes", Genetics: From Genes to Genomes, Second Edition, 2004, 441-486.

Hattori, M. et al., "The DNA sequence of human chromosome 21", Nature, vol. 405, May 18, 2000, 311-319.

Hawkins, T. et al., "Whole genome amplification—applications and advances", Current Opinion in Biotechnology, 13, 2002, 65-67.

Hayden, et al., "Multiplex-Ready PCR: A new method for multiplexed SSR and SNP genotyping", BMC Genomics 2008, 9(80), 1-12.

Hellani, A. et al., "Clinical Application of Multiple Displacement Amplification in Preimplantation Genetic Diagnosis", Reproductive BioMedicine Online, 10 (3), 2005, 376-380.

Hellani, Ali et al., "Multiple displacement amplification on single cell and possible PGD applications", Molecular Human Reproduction, 10(11), 2004, 847-852.

Hojsgaard, S. et al., "Bifrost—Block recursive models induced from relevant knowledge, observations, and statistical techniques", Computational Statistics & Data Analysis, 19(2), 1995, 155-175.

Hollas, B. et al., "A stochastic approach to count RN A molecules using DNA sequencing methods", Lecture Notes in Computer Science, vol. 2812, 2003, 55-62.

Holleley, et al., "Multiplex Manager 1.0: a Cross-Platform Computer Program that Plans and Optimizes Multiplex PCR", BioTechniques46:511-517 (Jun. 2009), 511-517.

Hollox, E. et al., "Extensive Normal Copy Number Variation of a β-Defensin Antimicrobial-Gene Cluster", Am. J. Hum. Genet., 73, 2003, 591-600.

Homer, et al., "Resolving Individuals Contributing Trace Amounts of DNA to Highly Complex Mixtures Using High-Density SNP Genotyping Microarrays", PLOS Genetics, 4(8), 2008, 9 pgs.

Hoogendoorn, Bastiaan et al., "Genotyping Single Nucleotide Polymorphisms by Primer Extension and High Performance Liquid Chromatography", Hum Genet, 104, 1999, 89-93.

Hornak, M. et al., "Aneuploidy Detection in Pigs Using Comparative Genomic Hybridization: From the Oocytes to Blastocysts", PLoS ONE, vol. 7, No. 1, Jan. 2012, 6 pages.

Hospital, F. et al., "A General Algorithm to Compute Multilocus Genotype Frequencies Under Various Mating Systems" vol. 12, No. 6, Jan. 1, 1996 (Jan. 1, 1996), pp. 455-462.

Howie, et al., "Fast and accurate genotype imputation in genome-wide association studies through pre-phasing", Nature Genetics, vol. 44, No. 8, Jul. 22, 2012, 955-959.

Hu, Dong Gui et al., "Aneuploidy Detection in Single Cells Using DNA Array-Based Comparative Genomic Hybridization", Molecular Human Reproduction. 10(4), 2004, 283-289.

Hug, H. et al., "Measurement of the number of molecules of a single mRNA species in a complex mRNA preparation", J. Theor. Biol., vol. 221, 2003, 615-624.

Hultin, E. et al., "Competitive enzymatic reaction to control allele-specific extensions", Nucleic Acids Research, vol. 33, No. 5, Mar. 14, 2005, 1-10.

Ido, Yasuo et al., "Hyperglycemia-Induced Apoptosis in Human Umbilical Vein Endothelial Cells: Inhibition by the AMP-Activated Protein Kinase Activation", Diabetes, 51, 2002, 159-167.

Illumina, "Patent Owner Illumina's Preliminary Response to Petition", dated Oct. 17, 2018, 75 pgs.

Illumina, , "Petition for Inter Partes Review of U.S. Pat. No. 8,682,592", Jun. 13, 2019, 91 pages.

Illumina, , "Plaintiff/Counterclaim Defendant Illumina, Inc.'s Amended Patent L.R. 3-3 Preliminary Invalidity Contentions for U.S. Pat. No. 8,682,592", Oct. 30, 2018, 22 pages.

Illumina, , "Plaintiff/Counterclaim-Defendant Illumina, Inc.'s Patent L.R. 3-3 Contentions for U.S. Patent No. 8,682,592", Oct. 9, 2018, 81 pages.

Illumina Catalog, , "Paired-End Sample Preparation Guide, Illumina Catalog# PE-930-1 001, Part# 1005063 Rev. E", 2011, 1-40.

Illumina, Inc., , "Declaration of David Peters, Ph.D. In Support of Petition for Inter Partes Review of U.S. Pat. No. 8,682,592", Jun. 13, 2019, 136 pages.

Illumina, Inc. V. Natera, Inc., , "Order Re: Claim Construction", Jan. 30, 2019, 16 pgs.

Ishii, et al., "Optimization of Annealing Temperature to Reduce Bias Caused by a Primer Mismatch in Multitemplate PCR", Applied and Environmental Microbiology, Aug. 2001, p. 3753-3755.

Jabara, C. B. et al., "Accurate sampling and deep sequencing of the HIV-1 protease gene using a Primer ID", PNAS, vol. 108, No. 50, Dec. 13, 2011, 20166-20171.

Jahr, S. et al., "DNA Fragments in the Blood Plasma of Cancer Patients: Quantitations and Evidence for Their Origin from Apoptotic and Necrotic Cells", Cancer Research, vol. 61, Feb. 15, 2001, 1659-1665.

Jamal-Hanjani, M. et al., "Detection of ubiquitous and heterogeneous mutations in cell-free DNA from patients with early-stage non-small-cell lung cancer", Annals of Oncology, vol. 27, No. 5, Jan. 28, 2016, 862-867.

Jamal-Hanjani, M. et al., "Tracking Genomic Cancer Evolution for Precision Medicine: The Lung TRACERx Study", PLOS Biology, vol. 12, No. 7, Jul. 2014, 1-7.

Jamal-Hanjani, M. et al., "Tracking the Evolution of Non-Small-Cell Lung Cancer", The New England Journal of Medicine, vol. 376, No. 22, Jun. 1, 2017, 2109-2121.

Jarvie, T. , "Next generation sequencing technologies", Drug Discovery Today: Technologies, vol. 2, No. 3, 2005, 255-260.

Jenkins, S. et al., "High-throughput SNP genotyping", Comparative and Functional Genomics, vol. 3, Dec. 5, 2001, 57-66.

Johnson, D.S. et al., "Comprehensive Analysis of Karyotypic Mosaicism Between Trophectoderm and Inner Cell Mass", Molecular Human Reproduction, 16(12), 2010, 944-949.

Johnson D.S. et al., "Preclinical Validation of a Microarray Method for Full Molecular Karyotyping of Blastomeres in a 24-h Protocol", Human Reproduction, 25 (4), 2010, 1066-1075.

Kamat, A. A. et al., "Quantification of total plasma cell-free DNA in ovarian cancer using real-time PCR", Ann N Y Acad Sci., vol. 1075, Sep. 2006, 230-234.

Kaplinski, Lauris et al., "MultiPLX: Automatic Grouping and Evaluation of PCR Primers", Bioinformatics, 21(8), 2005, 1701-1702.

Kazakov, V.I. et al., "Extracellular DNA in the Blood of Pregnant Women", Tsitologia, vol. 37, No. 3, 1995, 1-8.

Kijak, G. et al., "Discrepant Results in the Interpretation of HIV-1 Drug-Resistance Genotypic Data Among Widely Used Algorithms", HIV Medicine, 4, 2003, 72-78.

(56)          **References Cited**

OTHER PUBLICATIONS

Kim, H. et al., "Whole-genome and multisector exome sequencing of primary and post-treatment glioblastoma reveals patterns of tumor evolution", Genome Research, vol. 25, No. 3, Feb. 3, 2015, 316-327.

Kinde, I. et al., "Detection and quantification of rare mutations with massively parallel sequencing", PNAS, vol. 108, No. 23, Jun. 7, 2011, 9530-9535.

Kinnings, S. L. et al., "Factors affecting levels of circulating cell-free fetal DNA in maternal plasma and their implications for noninvasive prenatal testing", Prenatal Diagnosis, vol. 35, 2015, 816-822.

Kirkizlar, E. et al., "Detection of Clonal and Subclonal Copy-Number Variants in Cell-Free DNA from Patients with Breast Cancer Using a Massively Multiplexed PCR Methodology", Translational Oncology, vol. 8, No. 5, Oct. 2015, pp. 407-416.

Kivioja, T. et al., "Counting absolute numbers of molecules using unique molecular identifiers", Nature Methods, Advance Online Publication, Nov. 20, 2011, 1-5.

Konfortov, Bernard A. et al., "An Efficient Method for Multi-Locus Molecular Haplotyping", Nucleic Acids Research, 35(1), e6, 2007, 8 pgs.

Krjutskov, K. et al., "Development of a single tube 640-plex genotyping method for detection of nucleic acid variations on microarrays", Nucleic Acids Research, vol. 36, No. 12, May 23, 2008, 7 pages.

Kuliev, Anver et al., "Thirteen Years' Experience on Preimplantation Diagnosis: Report of the Fifth International Symposium on Preimplantation Genetics", Reproductive BioMedicine Online, 8, 2, 2004, 229-235.

Kunishima, S. et al., "First description of somatic mosaicism in MYH9 disorders", British Journal of Haematology, vol. 128, 2005, 360-365.

Kwok, P. Y. , "High-throughput genotyping assay approaches", Pharmacogenomics, vol. 1, No. 1, 2000, 1-5.

Lambert-Messerlian, G. et al., "Adjustment of Serum Markers in First Trimester Screening", Journal of Medical Screening, 16 (2), 2009, 102-103.

Lander, E. S. et al., "Initial sequencing and analysis of the human genome", Nature, vol. 409, Feb. 15, 2001, 860-921.

Lathi, Ruth B. et al., "Informatics Enhanced SNP Microarray Analysis of 30 Miscarriage Samples Compared to Routine Cytogenetics", PLoS ONE, 7(3), 2012, 5 pgs.

Leary, R. J. et al., "Development of Personalized Tumor Biomarkers Using Massively Parallel Sequencing", Science Translational Medicine, vol. 2, No. 20, Feb. 24, 2010, 1-8.

Leary, Rebecca J et al., "Detection of Chromosomal Alterations in the Circulation of Cancer Patients with Whole-Genome Sequencing", Science Translational Medicine, 4, 162, 2012, 12.

Levsky, J. M. et al., "Fluorescence in situ hybridization: past, present and future", Journal of Cell Science, vol. 116, No. 14, 2003, 2833-2838.

Li, B. , "Highly Multiplexed Amplicon Preparation for Targeted Re-Sequencing of Sample Limited Specimens Using the Ion AmpliSeq Technology and Semiconductor Sequencing", Proceedings of the Annual Meeting of the American Society of Human Genetics [retrieved on Oct. 30, 2012]. Retrieved from the Internet: <URL: http://www.ashg.org/2012meeting/abstracts/fulltext/f120121811. htm>, 2012, 1 pg.

Li, Y. et al., "Non-Invasive Prenatal Diagnosis Using Cell-Free Fetal DNA in Maternal Plasma from PGD Pregnancies", Reproductive BioMedicine Online, 19 (5), 2009, 714-720.

Li, Ying et al., "Size Separation of Circulatory DNA in Maternal Plasma Permits Ready Detection of Fetal DNA Polymorphisms", Clinical Chemistry, 50, 6, 2004, 1002-1011.

Liao, Gary J.W. et al., "Targeted Massively Parallel Sequencing of Maternal Plasma DNA Permits Efficient and Unbiased Detection of Fetal Alleles", Clinical Chemistry, 57 (1), 2011, 92-101.

Liao, J. et al., "An Alternative Linker-Mediated Polymerase Chain Reaction Method Using a Dideoxynucleotide to Reduce Amplification Background", Analytical Biochemistry 253, 137-139 (1997).

Liew, Michael et al., "Genotyping of Single-Nucleotide Polymorphisms", Clinical Chemistry, 50(7), 2004, 1156-1164.

Lindroos, Kataiina et al., "Genotyping SNPs by Minisequencing Primer Extension Using Oligonucleotide Microarrays", Methods in Molecular Biology, 212, Single Nucleotide Polymorphisms: Methods and Protocols, P-K Kwok (ed.), Humana Press, Inc., Totowa, NJ, 2003, 149-165.

Lo, et al., "Digital PCR for the Molecular Detection of Fetal Chromosomal Aneuploidy", PNAS, vol. 104, No. 32, Aug. 7, 2007, 13116-13121.

Lo, et al., "Fetal Nucleic Acids in Maternal Blood: the Promises", Clin. Chem. Lab. Med., 50(6), 2012, 995-998.

Lo, et al., "Free Fetal DNA in Maternal Circulation", JAMA. 292(23), (Letters to the Editor), 2004, 2835-2836.

Lo, , "Non-Invasive Prenatal Diagnosis by Massively parallel Sequencing of Maternal Plasma DNA", Open Biol 2: 120086, 2012, 1-5.

Lo, et al., "Prenatal Sex Determination by DNA Amplification from Maternal Peripheral Blood", The Lancet,2, 8676, 1989, 1363-1365.

Lo, et al., "Rapid Clearance of Fetal DNA from Maternal Plasma", Am. J. Hum. Genet., 64, 1999, 218-224.

Lo, et al., "Strategies for the Detection of Autosomal Fetal DNA Sequence from Maternal Peripheral Blood", Annals New York Academy of Sciences,731, 1994, 204-213.

Lo, et al., "Two-way cell traffic between mother and fetus: biologic and clinical implications", Blood, 88(11), Dec. 1, 1996, 4390-4395.

Lo, Y. , "Noninvasive prenatal detection of fetal chromosomal aneuploidies by maternal plasma nucleic acid analysis: a review of the current state of the art", BJOG An International Journal of Obstetrics and Gynaecology, vol. 116, 2009, 152-157.

Lo, Y.M. Dennis , "Fetal Nucleic Acids in Maternal Plasma: Toward the Development of Noninvasive Prenatal Diagnosis of Fetal Chromosomal Aneuploidies", Ann. N.Y. Acad. Sci., 1137, 2008, 140-143.

Lo, Y.M. Dennis et al., "Maternal Plasma DNA Sequencing Reveals the Genome-Wide Genetic and Mutational Profile of the Fetus", Science Translational Medicine,, 2 (61), 2010, 13.

Lo, Y.M. Dennis et al., "Plasma placental RNA allelic ratio permits noninvasive prenatal chromosomal aneuploidy detection", Nature Medicine, 13 (2), 2007, 218-223.

Lo, Y.M. Dennis et al., "Presence of Fetal DNA in Maternal Plasma and Serum", The Lancet, 350, 1997, 485-487.

Lo, Y.M. Dennis et al., "Quantitative Analysis of Fetal DNA in Maternal Plasma and Serum: Implications for Noninvasive Prenatal Diagnosis", Am. J. Hum. Genet., 62, 1998, 768-775.

Lo, Y.M.D , "Non-invasive prenatal diagnosis using fetal cells in maternal blood", J. Clin. Pathol., vol. 47, 1994, 1060-1065.

Lo, Y.M.D et al., "Detection of Single-Copy Fetal DNA Sequence from Maternal Blood", The Lancet, 335, 1990, 1463-1464.

Lo, Y.M.D et al., "Prenatal Determination of Fetal Rhesus D Status by DNA Amplification of Peripheral Blood of Rhesus-Negative Mothers", Annals New York Academy of Sciences, 731, 1994, 229-236.

Lo, Y.M.D. et al., "Detection of Fetal RhD Sequence from Peripheral Blood of Sensitized RhD-Negative Pregnant Women", British Journal of Haematology, 87, 1994, 658-660.

Lo, Y.M.D. et al., "Prenatal Determination of Fetal RhD Status by Analysis of Peripheral Blood of Rhesus Negative Mothers", The Lancet, 341, 1993, 1147-1148.

Lu, I. et al., "Establishment of a system based on universal multiplex-PCR for screening genetically modified crops", Anal. Bioanal. Chem, vol. 396, Oct. 24, 2009, 2055-2064.

Lui, Y. Y. et al., "Predominant Hematopoietic Origin of Cell-Free DNA in Plasma and Serum after Sex-Mismatched Bone Marrow Transplantation", Clinical Chemistry, vol. 48, vol. 3, 2002, 421-427.

Lun, Fiona M. et al., "Noninvasive Prenatal Diagnosis of Monogenic Diseases by Digital Size Selection and Relative Mutation Dosage on DNA in Maternal Plasma", PNAS, 105(50), 2008, 19920-19925.

(56)            **References Cited**

OTHER PUBLICATIONS

Ma, Xiaotu et al., "Rise and fall of subclones from diagnosis to relapse in pediatric B-acute lymphoblastic leukaemia", Nature Communications, vol. 6, Mar. 19, 2015, 1-12.

Magbanua, M. J. et al., "Abstract PD2-01: Personalized serial circulating tumor DNA (ctDNA) analysis in high-risk early stage breast cancer patients to monitor and predict response to neoadjuvant therapy and outcome in the I-Spy 2 Trial", Cancer Research, vol. 79, No. 4 Supplement, Feb. 15, 2019.

Mamon, H. et al., "Letters to the Editor: Preferential Amplification of Apoptotic DNA from Plasma: Potential for Enhancing Detection of Minor DNA Alterations in Circulating Dna", Clinical Chemistry, vol. 54, No. 9, 2008, 1582-1584.

Maniatis, T. et al., "In: Molecular Cloning: A Laboratory Manual", Cold Spring Harbor Laboratory, New York, Thirteenth Printing, 1986, 458-459.

Mansfield, Elaine S , "Diagnosis of Down Syndrome and Other Aneuploidies Using Quantitative Polymerase Chain Reaction and Small Tandem Repeat Polymorphisms", Human Molecular Genetics, 2, 1, 1993, 43-50.

Mardis, E. R. , "The impact of next-generation sequencing technology on genetics", Trends in Genetics, vol. 24, No. 3. Feb. 11, 2008, 133-141.

Margulies, M. et al., "Genome sequencing in microfabricated high-density picolitre reactors", Nature, vol. 437, Sep. 15, 2005, 376-380.

Margulies, M. et al., "Genome sequencing in microfabricated high-density picolitre reactors plus Supplemental Methods", Nature, vol. 437, Sep. 15, 2005, 40 pgs.

Markoulatos, P. et al., "Multiplex Polymerase Chain Reaction: A Practical Approach", Journal of Clinical Laboratory Analysis, vol. 16, 2002, 47-51.

May, Robert M. , "How Many Species Are There on Earth?", Science, 241, Sep. 16, 1988, 1441-1449.

Mebride, D. et al., "Use of Cancer-Specific Genomic Rearrangements to Quantify Disease Burden in Plasma from Patients with Solid Tumors", Genes, Chromosomes & Cancer, vol. 49, Aug. 19, 2010, 1062-1069.

Mccloskey, M. L. et al., "Encoding PCR Products with Batch-stamps and Barcodes", Biochem Genet., vol. 45, Oct. 23, 2007, 761-767.

Mccray, Alexa T. et al., "Aggregating UMLS Semantic Types for Reducing Conceptual Complexity", MEDINFO 2001: Proceedings of the 10th World Congress on Medical Informatics (Studies in Health Technology and Informatics. 84, V. Patel et al. (eds.), IOS Press Amsterdam, 2001, 216-220.

Mcdonald, B. R. et al., "Abstract P4-01-21: Multiplexed targeted digital sequencing of circulating tumor DNA to detect minimal residual disease in early and locally advanced breast cancer", Cancer Research, vol. 79, No. 4 Supplement, Feb. 15, 2019.

Mennuti, M. et al., "Is It Time to Sound an Alarm About False-Positive Cell-Free DNA Testing for Fetal Aneuploidy?", American Journal of Obstetrics, 2013, 5 pgs.

Merriam-Webster, , "Medical Definition of Stimulant", http://www.merriam-webster.com/medical/stimulant, Mar. 14, 2016, 7 pages.

Mersy, et al., "Noninvasive Detection of Fetal Trisomy 21: Systematic Review and Report of Quality and Outcomes of Diagnostic Accuracy Studies Performed Between 1997 and 2012", Human Reproduction Update, 19(4), 2013, 318-329.

Mertes, F. et al., "Targeted enrichment of genomic DNA regions for next-generation sequencing", Briefings in Functional Genomics, vol. 10, No. 6, Nov. 26, 2011, 374-386.

Miller, Robert , "Hyperglycemia-Induced Changes in Hepatic Membrane Fatty Acid Composition Correlate with Increased Caspase-3 Activities and Reduced Chick Embryo Viability", Comparative Biochemistry and Physiology, Part B, 141, 2005, 323-330.

Miller, Robert R. , "Homocysteine-Induced Changes in Brain Membrane Composition Correlate with Increased Brain Caspase-3 Activities and Reduced Chick Embryo Viability", Comparative Biochemistry and Physiology Part B, 136, 2003, 521-532.

Miner, B. E. et al., "Molecular barcodes detect redundancy and contamination in hairpin-bisulfite PCR", Nucleic Acids Research, vol. 32, No. 17, Sep. 30, 2004, 1-4.

Minkoff, E. et al., "Stem Cells, Cell Division, and Cancer", Biology Today Third Edition, Chapter 12, 2004, 10 pages.

Morand, et al., "Hesperidin contributes to the vascular protective effects of orange juice: a randomized crossover study in healthy volunteers", Am J Clin Nutr. Jan. 2011;93(1):73-80. Epub Nov. 10, 2010.

Munne, S. et al., "Chromosome abnormalities in human embryos", Human Reproduction update, 4 (6), 842-855.

Munne, S. et al., "Chromosome Abnormalities in Human Embryos", Textbook of Assisted Reproductive Techniques, 2004, pp. 355-377.

Munne, S. et al., "Improved implantation after preimplantation genetic diagnosis of aneuploidy", Reproductive BioMedicine Online, vol. 7., No. 1., May 15, 2003, 91-97.

Murtaza, M. et al., "Non-Invasive Analysis of Acquired Resistance to Cancer Therapy by Sequencing of Plasma DNA", Nature (doi:10.1038/nature12065), 2013, 6 pgs.

Muse, Spencer V. , "Examining rates and patterns of nucleotide substitution in plants", Plant Molecular Biology 42: 25-43, 2000.

Myers, Chad L. et al., "Accurate Detection of Aneuploidies in Array CGH and Gene Expression Microarray Data", Bioinformatics, 20(18), 2004, 3533-3543.

Nannya, Yasuhito et al., "A Robust Algorithm for Copy Number Detection Using High-density Oligonucleotide Single Nucleotide Polymorphism Genotyping Arrays", Cancer Res., 65, 14, 2005, 6071-6079.

Narayan, A. et al., "Ultrasensitive measurement of hotspot mutations in tumor DNA in blood using error-suppressed multiplexed deep sequencing", Cancer Research, vol. 72, No. 14, Jul. 15, 2012, 3492-3498.

Natera, Inc., , "Declaration of Sandra L. Haberny", May 16, 2019, 3 pages.

Natera, Inc., , "Defendant Natera, Inc.'s Invalidity Contentions Under Patent L.R. 3-3; Document Production Accompanying Invalidity Contentions Under Patent L.R. 3-4", Aug. 20, 2018, 17 pages.

Natera, Inc., , "Exhibit 8 EHRICH Invalidity Chart", Aug. 20, 2018, 16 pages.

Natera, Inc., , "Exhibits A-H to Haberny Declaration", May 16, 2019, 192 pages.

Natera, Inc., , "Motion to Dismiss", May 16, 2019, 2 pages.

Natera, Inc., , "Natera Inc.'s First Amended Answer, Affirmative Defenses and Counterclaims", Aug. 16, 2018, 28 pages.

Natera, Inc., , "Natera, Inc.'s Supplemental Objections and Response to Plaintiff Illumina, Inc.'s Interrogatory No. 8", Mar. 20, 2019, 29 pages.

Natera, Inc., , "Opening Brief in Support of Motion to Dismiss", May 16, 2019, 26 pages.

Natera, Inc., , "Petitioner Reply Per Board Order of Nov. 2, 2018 (Paper No. 10)", Nov. 9, 2018, 8 pgs.

Newman, A. M. et al., "Integrated digital error suppression for improved detection of circulating tumor DNA", Nature Biotechnology, vol. 34, No. 5, May 2016, 547-555.

Ng, S. B. et al., "Individualised multiplexed circulating tumour DNA assays for monitoring of tumour presence in patients after colorectal cancer surgery", Scientific Reports, vol. 7, No. 40737, Jan. 19, 2017, 11 pages.

Nguyen-Dumont, T. , "A high-plex PCR approach for massively parallel sequencing", BioTechniques, vol. 55, No. 2, Aug. 2013, 69-74.

Nicolaides, K. et al., "Noninvasive Prenatal Testing for Fetal Trisomies in a Routinely Screened First-Trimester Population", American Journal of Obstetrics (article in press), 207, 2012, 1.e1-1.e6.

Nicolaides, K.H et al., "Validation of Targeted Sequencing of Single-Nucleotide Polymorphisms for Non-Invasive Prenatal Detection of Aneuploidy of Chromosomes 13, 18, 21, X, and Y", Prenatal Diagnosis, 33, 2013, 575-579.

Nicolaides, Kypros H. et al., "Prenatal Detection of Fetal Triploidy from Cell-Free DNA Testing in Maternal Blood", Fetal Diagnosis and Therapy, 2013, 1-6.

(56) **References Cited**

OTHER PUBLICATIONS

Nygren, et al., "Quantification of Fetal DNA by Use of Methylation-Based DNA Discrimination", Clinical Chemistry 56:10 1627-1635 (2010).

Ogino, S. et al., "Bayesian Analysis and Risk Assessment in Genetic Counseling and Testing", Journal of Molecular Diagnostics, 6 (1), 2004, 9 pgs.

Ohsawa, M. et al., "Prenatal Diagnosis of Two Pedigrees of Fukuyama Type Congenital Muscular Dystrophy by Polymorphism Analysis", The Health and Welfare Ministry, 1994, 5 pgs.

O'Malley, R. et al., "An adapter ligation-mediated PCR method for high-throughput mapping of T-DNA inserts in the *Arabidopsis* genome", Nat. Protoc., 2, 2007, 2910-2917.

Orozco A.F., et al., "Placental Release of Distinct DNA-Associated Micro-Particles into Maternal Circulation: Reflective of Gestation Time and Preeclampsia", Placenta,30, 2009, 891-897.

Ozawa, Makiko et al., "Two Families with Fukuyama Congenital Muscular Dystrophy that Underwent In Utero Diagnosis Based on Polymorphism Analysis", Clinical Muscular Dystrophy: Research in Immunology and Genetic Counseling—FY 1994 Research Report, (including copy of text in Japanese), 1994, 8.

Paez, Guillermo J. et al., "Genome coverage and sequence fidelity of Φ29 polymerase-based multiple strand displacement whole genome amplification", Nucleic Acids Research, 32(9), 2004, 1-11.

Page, S. L. et al., "Chromosome Choreography: The Meiotic Ballet", Science, 301, 2003, 785-789.

Palomaki, G. E. et al., "DNA sequencing of maternal plasma to detect Down syndrome: An international clinical validation study", Genetics in Medicine, vol. 13, No. 1, Nov. 2011, 913-920.

Palomaki, Glenn et al., "DNA Sequencing of Maternal Plasma Reliably Identifies Trisomy 18 and Trisomy 13 as Well as Down Syndrome: an International Collaborative Study", Genetics in Medicine, 2012, 10.

Palomaki, Glenn E. et al., "DNA Sequencing of Maternal Plasma to Detect Down Syndrome: An International Clinical Validation Study", Genetics in Medicine (pre-print version), 13, 2011, 8 pgs.

Papadopoulou, E. et al., "Cell-Free DNA and RNA in Plasma as a New Molecular Marker for Prostate Cancer", Oncology Research, vol. 14, 2004, 439-445.

Papageorgiou, Elisavet A. et al., "Fetal-Specific DNA Methylation Ratio Permits Noninvasive Prenatal Diagnosis of Trisomy 21", Nature Medicine (advance online publication),17, 2011, 5 pgs.

Pastinen, T. et al., "Minisequencing: A Specific Tool for DNA Analysis and Diagnostics on Oligonucleotide Arrays", Genome Research, vol. 7, 1997, 606-614.

Pathak, A. et al., "Circulating Cell-Free DNA in Plasma/Serum of Lung Cancer Patients as a Potential Screening and Prognostic Tool", Clinical Chemistry, 52, 2006, 1833-1842.

PCT/US2006/045281, , "International Preliminary Report on Patentability", dated May 27, 2008, 1 pg.

PCT/US2006/045281, , "International Search Report and Written Opinion", dated Sep. 28, 2007, 7 pgs.

PCT/US2008/003547, , "International Search Report", dated Apr. 15, 2009, 5 pgs.

PCT/US2009/034506, , "International Search Report", dated Jul. 8, 2009, 2 pgs.

PCT/US2009/045335, , "International Search Report", dated Jul. 27, 2009, 1 pg.

PCT/US2009/052730, , "International Search Report", dated Sep. 28, 2009, 1 pg.

PCT/US2010/050824, , "International Search Report", dated Nov. 15, 2010, 2 pgs.

PCT/US2011/037018, , "International Search Report", dated Sep. 27, 2011, 2 pgs.

PCT/US2011/061506, , "International Search Report", dated Mar. 16, 2012, 1 pgs.

PCT/US2011/066938, , "International Search Report", dated Jun. 20, 2012, 1 pg.

PCT/US2012066339, , "International Search Report", dated Mar. 5, 2013, 1 pg.

PCT/US2013/028378, , "International Search Report and Written Opinion", dated May 28, 2013, 11 pgs.

PCT/US2013/57924, , "International Search Report and Written Opinion", dated Feb. 18, 2014, 8 pgs.

PCT/US2014/051926, , "International Search Report and Written Opinion", dated Dec. 9, 2014, 3 pgs.

Pearson, K. , "On the criterion that a given system of deviations from the probable in the case of a correlated system of variables is such that it can be reasonably supposed to have arisen from random sampling", Philosophical Magazine Series 5, vol. 50, Issue 302, 1900, 157-175.

Pena, Sergio D.J et al., "Paternity Testing in the DNA Era", Trends in Genetics, 10, 6, 1994, 204-209.

Pergament, E. et al., "Single-Nucleotide Polymorphism-Based Non-invasive Prenatal Screening in a High-Risk and Low-Risk Cohort", Obstetrics & Gynecology, vol. 124, No. 2, Part 1, Aug. 2014, 210-218 + Appendices.

Perkel, Jeffrey M. , "Overcoming the Challenges of Multiplex PCR", Biocompare Editorial Article, NULL, 2012, 1-5.

Perry, George H. et al., "The Fine-Scale and Complex Architecture of Human Copy-Number Variation", The American Journal of Human Genetics,82, 2008, 685-695.

Peril, B. et al., "Detection of Male and Female Fetal DNA in Maternal Plasma by Multiplex Fluorescent Polymerase Chain Reaction Amplification of Short Tandem Repeats", Hum. Genet., 106, 2000, 45-49.

Peters, D. , "List of Materials Considered by David Peters, Ph.D.", Jun. 13, 2019, 2 pages.

Peters, David P. et al., "Noninvasive Prenatal Diagnosis of a Fetal Microdeletion Syndrome", New England Journal of Medicine, 365(19), 2011, 1847-1848.

Pfaffl, Michael W. , "Relative Expression Software Tool (REST©) for Group-Wise Comparison and Statistical Analysis of Relative Expression Results in real-Time PCR", Nucleic Acids Research, 30(9), 2002, 10 pgs.

Phillips, C. et al., "Resolving Relationship Tests that Show Ambiguous STR Results Using Autosomal SNPs as Supplementary Markers", Forensic Science International: Genetics 2, 2008, 198-204.

Podder, Mohua et al., "Robust SN P genotyping by multiplex PCR and arrayed primer", BMC Medical Genomics,1(5), 2008, 1-15.

Poirier, K. et al., "Maternal mosaicism for mutations in the ARX gene in a family with X linked mental retardation", Human Genetics, vol. 118, Aug. 3, 2005, 45-48.

Poon, L. L. et al., "Differential DNA Methylation between Fetus and Mother as a Strategy for Detecting Fetal DNA in Maternal Plasma", Clinical Chemistry, vol. 48, No. 1, 2002, 35-41.

Popova, T. et al., "Genome Alteration Print (GAP): a tool to visualize and mine complex cancer genomic profiles obtained by SNP arrays", Genome Biology, vol. 10, R128, Nov. 11, 2009, 1-14.

Porreca, Gregory J et al., "Multiplex Amplification of Large Sets of Human Exons", Nature Methods, 4, (advance online publication), 2007, 6.

Price, T.S. et al., ""SW-ARRAY: a dynamic programming solution for the identification of copy-number changes in genomic DNA using array comparative genome hybridization data",", Nucleic Acids Research, vol. 33, No. 11, Jun. 16, 2005, 3455-3464.

Primdahl, H. et al., "Allelic Imbalances in Human Bladder Cancer: Genome-Wide Detection With High-Density Single-Nucleotide Polymorphism Arrays", Journal of the National Cancer Institute, vol. 94, No. 3, Feb. 6, 2002, 216-223.

Quinn, G. P. et al., "Experimental Design and Data Analysis for Biologists", Graphical Exploration of Data, 2002, 64-67.

Rabinowitz, et al., "Accurate Prediction of HIV-1 Drug Response from the Reverse Transcriptase and Protease Amino Acid Sequences Using Sparse Models Created by Convex Optimization", Bioinformatics, 22, 5, 2006, 541-549.

Rabinowitz, Matthew et al., "Origins and rates of aneuploidy inhuman blastomeres", Fertility and Sterility, vol. 97, No. 2, Feb. 2012, 395-401.

Rabinowitz, Matthew et al., "Non-Invasive Prenatal Aneuploidy Testing of Chromosomes 13, 18, 21, X, and Y Using Targeted Sequencing of Polymorphic Loci", The American Society of Human Genetics, meeting poster, 2012, 1 pg.

(56) **References Cited**

OTHER PUBLICATIONS

Rachlin, J. et al., "Computational tradeoffs in multiplex PCR assay design for SNP genotyping", BMC Genomics, vol. 6, No. 102, Jul. 25, 2005, 11 pages.

Ragoussis, J. , "Genotyping Technologies for Genetic Research", Annual Review of Genomics and Human Genetics, vol. 10 (1), Sep. 1, 2009, 117-133.

Rahmann, Sven et al., "Mean and variance of the Gibbs free energy of oligonucleotides in the nearest neighbor model under varying conditions", Bioinformatics, 20(17), 2004, 2928-2933.

Rava, Richard P. et al., "Circulating Fetal Cell-Free DNA Fraction Differ in Autosomal Aneuploidies and Monosomy X", Clinical Chemistry, 60(1), (papers in press), 2013, 8 pgs.

Rechitsky, Svetlana et al., "Preimplantation Genetic Diagnosis with HLA Matching", Reproductive Bio Medicine Online, 9, 2, 2004, 210-221.

Reinert, T. et al., "Analysis of circulating tumour DNA to monitor disease burden following colorectal cancer surgery", Gut, vol. 65, 2016, 625-634.

Renwick, P. et al., "Proof of Principle and First Cases Using Preimplantation Genetic Haplotyping—A Paradigm Shift for Embryo Diagnosis", Reproductive BioMedicine Online, 13 (1), 2006, 110-119.

Ricciotti, Hope , "Eating by Trimester", [Online]. Retrieved from Internet:<http://www.youandyourfamily.com/article.php?story=Eating+by+Trimester>, 2014, 3.

Riley, D. E. , "DNA Testing: An Introduction for Non-Scientists An Illustrated Explanation", Scientific Testimony: An Online Journal, http://www.scientific.org/tutorials/articles/riley/riley.html, Apr. 6, 2005, 22 pages.

Riva, F. , "Patient-Specific Circulating Tumor DNA Detection during Neoadjuvant Chemotherapy in Triple-Negative Breast Cancer", Clinical Chemistry, vol. 63, No. 3, 2017, 691-699.

Rogaeva, E. et al., "The Solved and Unsolved Mysteries of the Genetics of Early-Onset Alzheimer's Disease", NeuroMolecular Medicine, vol. 2, 2002, 1-10.

Roper, Stephen M. et al., "Forensic Aspects of DNA-Based Human Identity Testing", Journal of Forensic Nursing, 4, 2008, 150-156.

Roux, K. , "Optimization and Troubleshooting in PCR", PCR Methods Appl. 4, 1995, 185-194.

Rozen, Steve et al., "Primer3 on the WWW for General Users and for Biologis Programmers", Methods in Molecular Biology, 132: Bioinformatics Methods and Protocols, 1999, 365-386.

Russell, L. M. , "X Chromosome Loss and Ageing", Cytogenetic and Genome Res., 116, 2007, 181-185.

Ryan, A. et al., "Informatics-Based, Highly Accurate, Noninvasive Prenatal Paternity Testing", Genetics in Medicine (advance online publication), 2012, 5 pgs.

Rychlik, et al., "Optimization of the annealing temperature for DNA amplification in vitro", Nucleic Acids Research, 18(21), 1990, 6409-6412.

Sahota, A. , "Evaluation of Seven PCR-Based Assays for the Analysis of Microchimerism", Clinical Biochemistry, vol. 31, No. 8., 1998, 641-645.

Saker, A. et al., "Genetic characterisation of circulating fetal cells allows non-invasive prenatal diagnosis of cystic fibrosis", Prenatal Diagnosis, vol. 26, Jul. 11, 2006, 906-916.

Samango-Sprouse, C. et al., "SNP-Based Non-Invasive Prenatal Testing Detects Sex Chromosome Aneuploidies with High Accuracy", Prenatal Diagnosis, 33, 2013, 1-7.

Sander, Chris , "Genetic Medicine and the Future of Health Care", Science, 287(5460), 2000, 1977-1978.

Santalucia, J. et al., "The Thermodynamics of DNA Structural Motifs", Annu. Rev. Biophys. Biomol. Struct., 33, 2004, 415-440.

Santalucia, John J.R et al., "Improved Nearest-Neighbor Parameters for Predicting DNA Duplex Stability", Biochemistry, 35, 1996, 3555-3562.

Sasabe, Yutaka , "Genetic Diagnosis of Gametes and Embryos Resulting from ART", Japanese Journal of Fertility and Sterility, vol. 46, No. 1, 2001, 43-46.

Schmitt, M. W. et al., "Detection of ultra-rare mutations by next-generation sequencing", PNAS, vol. 109, No. 36, Sep. 4, 2012, 14508-14513.

Schoumans, J et al., "Detection of chromosomal imbalances in children with idiopathic mental retardation by array based comparative genomic hybridisation (array-CGH)", JMed Genet. 42, 2005, 699-705.

Sebat, Jonathan et al., "Strong Association of De Novo Copy Number Mutations with Autism", Science, 316, 2007, 445-449.

Sehnert, A. et al., "Optimal Detection of Fetal Chromosomal Abnormalities by Massively Parallel DNA Sequencing of Cell-Free Fetal DNA from Maternal Blood", Clinical Chemistry (papers in press), 57 (7), 2011, 8 pgs.

Sermon, Karen et al., "Preimplantation genetic diagnosis", The Lancet, Lancet Limited. 363(9421), 2000, 1633-1641.

Servin, B. et al., "MOM: A Program to Compute Fully Informative Genotype Frequencies in Complex Breeding Schemes", Journal of Heredity, vol. 93, No. 3, Jan. 1, 2002 (Jan. 1, 2002), pp. 227-228.

Sham, P. et al., "DNA Pooling: A Tool for Large-Scale Association Studies", Nature Reviews Genetics, vol. 3, Nov. 2002, 862-871.

Shaw-Smith, et al., "Microarray Based Comparative Genomic Hybridisation (array-CGH) Detects Submicroscopic Chromosomal Deletions and Duplications in Patients with Learning Disability/Mental Retardation and Dysmorphic Features", J. Med. Genet., 41, 2004, 241-248.

Shen, et al., "High-quality DNA sequence capture of 524 disease candidate genes", High-quality DNA sequence capture of 524 disease candidate genes, Proceedings of the National Academy of Sciences, vol. 108, No. 16, Apr. 5, 2011 (Apr. 5, 2011), pp. 6549-6554.

Shen, R. et al., "High-throughput SNP genotyping on universal bead arrays", Mutation Research, vol. 573, Feb. 11, 2005, 70-82.

Shen, Zhiyong , "MPprimer: a program for reliable multiplex PCR primer design", BMC Bioinformatics 2010, 11:143, 1-7.

Sherlock, J et al., "Assessment of Diagnostic Quantitative Fluorescent Multiplex Polymerase Chain Reaction Assays Performed on Single Cells", Annals of Human Genetics,62, 1, 1998, 9-23.

Shiroguchi, K et al., "Digital RNA sequencing minimizes sequence-dependent bias and amplification noise with optimized single-molecule barcodes", PNAS, vol. 109, No. 4, Jan. 24, 2012, 1347-1352.

Sigdel, T. et al., "Plasma Donor-Derived Cell-Free DNA Quantification by massively multiplex PCR Distinguishes Kidney Transplant Acute Rejection", Transplantation, vol. 102, No. 7S, Jul. 2018, S178-S179.

Sigdel, T. K. et al., "Optimizing Detection of Kidney Transplant Injury by Assessment of Donor-Derived Cell-Free DNA via Massively Multiplex PCR", Journal of Clinical Medicine, vol. 8, No. 19, Dec. 23, 2018, 17 pages.

Simpson, J. et al., "Fetal Cells in Maternal Blood: Overview and Historical Perspective", Annals New York Academy of Sciences, 731, 1994, 1-8.

Sint, Daniela et al., "Advances in Multiplex PCR: Balancing Primer Efficiencies and Improving Detection Success", Methods in Ecology and Evolution, 3, 2012, 898-905.

Slater, Howard et al., "High-Resolution Identification of Chromosomal Abnormalities Using Oligonucleotide Arrays Containing 116,204 SNPs", Am. J. Hum. Genet., 77, 5, 2005, 709-726.

Snijders, Antoine et al., "Assembly of Microarrays for Genome-Wide Measurement of DNA Copy Number", Nature Genetic, 29, 2001, 263-264.

Snyder, T. M. et al., "Universal noninvasive detection of solid organ transplant rejection", PNAS, vol. 108, No. 15, Apr. 12, 2011, 6229-6234.

Sparks, A. et al., "Non-Invasive Prenatal Detection and Selective Analysis of Cell-Free DNA Obtained from Maternal Blood: Evaluation for Trisomy 21 and Trisomy 18", American Journal of Obstetrics & Gynecology 206, 2012, 319.e1-319.e9.

Sparks, Andrew B. et al., "Selective Analysis of Cell-Free DNA in Maternal Blood for Evaluation of Fetal Trisomy", Prenatal Diagnosis, 32, 2012, 1-7.

(56)        **References Cited**

OTHER PUBLICATIONS

Spiro, Alexander et al., "A Bead-Based Method for Multiplexed Identification and Quantitation of DNA Sequences Using Flow Cytometry", Applied and Environmental Microbiology, 66, 10, 2000, 4258-4265.

Spits, C et al., "Optimization and Evaluation of Single-Cell Whole Genome Multiple Displacement Amplification", Human Mutation, 27(5), 496-503, 2006.

Srinivasan, a. et al., "Noninvasive Detection of Fetal Subchromosome Abnormalities via Deep Sequencing of Maternal Plasma", The American Journal of Human Genetics 92, 167-176, Feb. 7, 2013.

Stephens, Mathews. et al., "A Comparison of Bayesian Methods for Haplotype Reconstruction from Population Genotype Data", Am. J. Hum. Genet.,73, 2003, 1162-1169.

Stevens, Robert et al., "Ontology-Based Knowledge Representation for Bioinformatics", Briefings in Bioinformatics, 1, 4, 2000, 398-414.

Steyerberg, E.W et al., "Application of Shrinkage Techniques in Logistic Regression Analysis: A Case Study", Statistica Neerlandica, 55(1), 2001, 76-88.

Strom, C. et al., "Three births after preimplantation genetic diagnosis for cystic fibrosis with sequential first and second polar body analysis", American Journal of Obstetrics and Gynecology, 178 (5), 1998, 1298-1306.

Strom, Charles M. et al., "Neonatal Outcome of Preimplantation Genetic Diagnosis by Polar Body Removal: The First 109 Infants", Pediatrics, 106( 4), 2000, 650-653.

Stroun, Maurice et al., "Prehistory of the Notion of Circulating Nucleic Acids in Plasma/Serum (CNAPS): Birth of a Hypothesis", Ann. N.Y. Acad. Sci., 1075, 2006, 10-20.

Su, S.Y. et al., "Inferring combined CNV/SNP haplotypes from genotype data", Bioinformatics, vol. 26, No. 11,1, Jun. 1, 2010, 1437-1445.

Sun, Guihua et al., "SNPs in human miRNA genes affect biogenesis and function", RNA, 15(9), 2009, 1640-1651.

Sweet-Kind Singer, J. A. et al., "Log-penalized linear regression", IEEE International Symposium on Information Theory, 2003. Proceedings, 2003, 286.

Taliun, D. et al., "Efficient haplotype block recognition of very long and dense genetic sequences", BMC Bioinformatics, vol. 15 (10), 2014, 1-18.

Tamura, et al., "Sibling Incest and formulation of paternity probability: case report", Legal Medicine, 2000, vol. 2, p. 189-196.

Tang, et al., Multiplex fluorescent PCR for noninvasive prenatal detection of fetal-derived paternally inherited diseases using circulatory fetal DNA in maternal plasma, Eur J Obstet Gynecol Reprod Biol, 2009, v.144, No. 1, p. 35-39.

Tang, N. et al., "Detection of Fetal-Derived Paternally Inherited X-Chromosome Polymorphisms in Maternal Plasma", Clinical Chemistry, 45 (11), 1999, 2033-2035.

Tebbutt, S. J. et al., "Microarray genotyping resource to determine population stratification in genetic association studies of complex disease", BioTechniques, vol. 37, Dec. 2004, 977-985.

Ten Bosch, J. , "Keeping Up With the Next Generation Massively Parallel Sequencing in Clinical Diagnostics", Journal of Molecular Diagnostics, vol. 10, No. 6, 2008, 484-492.

Tewhey, R. et al., "The importance of phase information for human genomics", Nature Reviews Genetics, vol. 12, No. 3, Mar. 1, 2011, 215-223.

The International Hapmap Consort, , "The International HapMap Project", Nature, vol. 426, Dec. 18, 2003, 789-796.

Thermofisher Scientific, , "Ion AmpliSeq Cancer Hotspot Panel v2", Retrieved from the Internet: https://tools.thermofisher.com/content/sfs/brochures/Ion-AmpliSeq-Cancer-Hotspot-Panel-Flyer.pdf, 2015, 2 pages.

Thomas, M.R et al., "The Time of Appearance and Disappearance of Fetal DNA from the Maternal Circulation", Prenatal Diagnosis, 15, 1995, 641-646.

Tiersch, T. R. et al., "Reference Standards for Flow Cytometry and Application in Comparative Studies of Nuclear DNA Content", Cytometry, vol. 10, Mar. 21, 1989, 706-710.

Tong, Yu et al., "Noninvasive Prenatal Detection of Fetal Trisomy 18 by Epigenetic Allelic Ratio Analysis in Maternal Plasma: Theoretical and Empirical Considerations", Clinical Chemistry, 52(12), 2006, 2194-2202.

Tong, Yu K. et al., "Noninvasive Prenatal Detection of Trisomy 21 by Epigenetic-Genetic Chromosome-Dosage Approach", Clinical Chemistry, 56(1), 2010, 90-98.

Troyanskaya, Olga G. et al., "A Bayesian Framework for Combining Heterogeneous Data Sources for Gene Function Prediction (in *Saccharomyces cerevisiae*)", PNAS, 100(14), 2003, 8348-8353.

Tsui, Nancy B.Y et al., "Non-Invasive Prenatal Detection of Fetal Trisomy 18 by RNA-SNP Allelic Ratio Analysis Using Maternal Plasma SERPINB2 mRNA: A Feasibility Study", Prenatal Diagnosis, 29, 2009, 1031-1037.

Tu, J. et al., "Pair-barcode high-throughput sequencing for large-scale multiplexed sample analysis", BMC Genomics, vol. 13, No. 43, Jan. 25, 2012, 1-9.

Turner, E. et al., "Massively Parallel Exon Capture and Library-Free Resequencing Across 16 Genomes", Nature Methods, 6 (5), 2009, 315-316.

Vallone, Peter , "AutoDimer: a Screening Tool for Primer-Dimer and Hairpin Structures", Bio Techniques, 37, 2004, 226-231.

Varley, Katherine Elena et al., "Nested Patch PCR Enables Highly Multiplexed Mutation Discovery in Candidate Genes", Genome Res., 18(11), 2008, 1844-1850.

Verlinsky, Y. et al., "Over a Decade of Experience with Preimplantation Genetic Diagnosis", Fertility and Sterility, 82 (2), 2004, 302-303.

Wagner, Jasenka et al., "Non-Invasive Prenatal Paternity Testing from Maternal Blood", Int. J. Legal Med., 123, 2009, 75-79.

Wang, D. G. et al., "Large-Scale Identification, Mapping, and Genotyping of Single-Nucleotide Polymorphisms in the Human Genome", Science, vol. 280, May 15, 1998, 1077-1082.

Wang, Eric et al., "Gestational Age and Maternal Weight Effects on Fetal Cell-Free DNA in Maternal Plasma", Prenatal Diagnosis, 33, 2013, 662-666.

Wang, Hui-Yun et al., "A genotyping system capable of simultaneously analyzing >1000 single nucleotide polymorphisms in a haploid genome", Genome Res., 15, 2005, 276-283.

Wang, T.L. et al., "Digital karyotyping", PNAS, vol. 99, No. 25, Dec. 10, 2002, 16156-16161.

Wang, Yuker et al., "Allele quantification using molecular inversion probes (MIP)", Nucleic Acids Research, vol. 33, No. 21, Nov. 28, 2005, 14 pgs.

Wapner, R. et al., "Chromosomal Microarray Versus Karyotyping for Prenatal Diagnosis", The New England Journal of Medicine, 367 (23), 2012, 2175-2184.

Wapner, R. et al., "First-Trimester Screening for Trisomies 21 and 18", The New England Journal of Medicine, vol. 349, No. 15, Oct. 9, 2003, 1405-1413.

Watkins, N. et al., "Thermodynamic contributions of single internal rA •dA, rC • dC, rG • dG and rU • dT mismatches in RNA/DNA duplexes", Nucleic Acids Research, 9 (5) 2010, 1894-1902.

Weiss, C. A. , "Chapter 8: Confidence Intervals for One Population Mean", Introductory Statistics, Sixth Edition, 2002, 340-381.

Wells, D , "Microarray for Analysis and Diagnosis of Human Embryos", 12th International Congress on Prenatal Diagnosis and Therapy, Budapest, Hungary, 2004, 9-17.

Wells, Dagan , "Advances in Preimplantation Genetic Diagnosis", European Journal of Obstetrics and Gynecology and Reproductive Biology, 115S, 2004, S97-S101.

Wells, Dagan , "Detailed Chromosomal and Molecular Genetic Analysis of Single Cells by Whole Genome Amplification and Comparative Genomic Hybridisation", Nucleic Acids Research, 27, 4, 1999, 1214-1218.

Wen, Daxing et al., "Universal Multiples PCR: A Novel Method of Simultaneous Amplification of Multiple DNA Fragments", Plant Methods, 8(32), NULL, 2012, 1-9.

(56)                **References Cited**

OTHER PUBLICATIONS

Wikipedia, , "Buffy coat", Retrieved from "https://en.wikipedia.org/w/index.php?title=Buffy_coat&oldid=900992886", Jun. 9, 2019, 2 pgs.

Wikipedia, , "Maximum a posteriori estimation", https://en.wikipedia.org/w/index.php?title=Maximum_a_posteriori_estimation&oldid=26878808, [retrieved on Aug. 1, 2017], Oct. 30, 2005, 2 pages.

Wilton, et al., "Birth of a Healthy Infant After Preimplantation Confirmation of Euploidy by Comparative Genomic Hybridization", N. Engl. J. Med., 345(21), 2001, 1537-1541.

Wilton, L. , "Preimplantation Genetic Diagnosis and Chromosome Analysis of Blastomeres Using Comparative Genomic Hybridization", Human Reproduction Update, 11 (1), 2005, 33-41.

Wong, K. K. et al., "Allelic imbalance analysis by high-density single nucleotide polymorphic allele (SNP) array with whole genome amplified DNA", Nucleic Acids Research, vol. 32, No. 9, May 17, 2004, 8 pages.

Wright, C. et al., "The use of cell-free fetal nucleic acids in maternal blood for non-invasive prenatal diagnosis", Human Reproduction Update, vol. 15, No. 1, 2009, 139-151.

Wright, C. F. et al., "Cell-free fetal DNA and RNA in maternal blood: implications for safer antenatal testing", BMJ, vol. 39, Jul. 18, 2009, 161-165.

Wu, Y. Y. et al., "Rapid and/or high-throughput genotyping for human red blood cell, platelet and leukocyte antigens, and forensic applications", Clinica Chimica Acta, vol. 363, 2006, 165-176.

Xia, Tianbing et al., "Thermodynamic Parameters for an Expanded Nearest-Neighbor Model for Formation of RNA Duplexes with Watson-Crick Base Pairs", Biochemistry, 37, 1998, 14719-14735.

Xu, N. et al., "A Mutation in the Fibroblast Growth Factor Receptor 1 Gene Causes Fully Penetrant Normosomic Isolated Hypogonadotropic Hypogonadism", The Journal of Clinical Endocrinology & Metabolism, vol. 92, No. 3, 2007, 1155-1158.

Xu, S. et al., "Circulating tumor DNA identified by targeted sequencing in advanced-stage non-small cell lung cancer patients", Cancer Letters, vol. 370, 2016, 324-331.

Yeh, Iwei et al., "Knowledge Acquisition, Consistency Checking and Concurrency Control for Gene Ontology (GO)", Bioinformatics, 19, 2, 2003, 241-248.

You, Frank M. et al., "BatchPrimer3: A high throughput web application for PCR and sequencing primer design", BMC Bioinformatics, Biomed Central, London, GB, vol. 9, No. 1, May 29, 2008 (May 29, 2008), p. 253.

Yuan, X. et al., "Probability Theory-based SNP Association Study Method for Identifying Susceptibility Loci and Genetic Disease Models in Human Case-Control Data", IEEE Trans Nanobioscience, vol. 9, No. 4, Dec. 2010, 232-241.

Zhang, L. et al., "Whole genome amplification from a single cell: Implications for genetic analysis", Proc. Nat'l. Acad. Sci. USA, vol. 89, Jul. 1992, 5847-5851.

Zhang, Rui et al., "Quantifying RNA allelic ratios by microfluidic multiplex PCR and sequencing", Nature Methods, 11(1), 2014, 51-56.

Zhao, Xiaojun. et al., "An Integrated View of Copy Number and Allelic Alterations in the Cancer Genome Using Single Nucleotide Polymorphism Arrays", Cancer Research,64, 2004, 3060-3071.

Zhong, X. et al., "Risk free simultaneous prenatal identification of fetal Rhesus D status and sex by multiplex real-time PCR using cell free fetal DNA in maternal plasma", Swiss Medical Weekly, vol. 131, Mar. 2001, 70-74.

Zhou, W. et al., "Counting Alleles Reveals a Connection Between Chromosome 18q Loss and Vascular Invasion", Nature Biotechnology, 19, 2001, 78-81.

Zimmermann, et al., "Noninvasive Prenatal Aneuploidy Testing of Chromosomes 13, 18, 21 X, and Y. Using targeted Sequencing of Polymorphic Loci", Prenatal Diagnosis, 32, 2012, 1-9.

Zimmermann, B. , "Noninvasive prenatal aneuploidy testing of chromosomes 13, 18, 21, X, and Y, using targeted sequencing of polymorphic loci, Supplemental Information", Prenatal Diagnosis, vol. 32, 2012, 7 pages.

Allan, J. et al., "Micrococcal Nuclease Does Not Substantially Bias Nucleosome Mapping", Journal of Molecular Biology, vol. 417, 30 Jan. 2012, 152-164.

Beck, J. et al., "Digital Droplet PCR for Rapid Quantification of Donor DNA in the Circulation of Transplant Recipients as a Potential Universal Biomarker of Graft Injury", Clinical Chemistry, vol. 59, No. 12, 2013, 1732-1741.

Dawson, S.J. et al., "Analysis of Circulating Tumor DNA to Monitor Metastatic Breast Cancer", The New England Journal of Medicine, vol. 368, No. 13, Mar. 28, 20136, 1199-1209.

Diehl, F. et al., "Circulating mutant DNA to assess tumor dynamics", Nature Medicine, vol. 14, No. 9, Jul. 31, 2008, 985-990.

Gielis, E. M. et al., "Plasma donor-derived cell-free DNA kinetics after kidney transplantation using a single tube multiplex PCR assay", PLOS One, vol. 13, No. 12, e0208207, Dec. 6, 2018, 16 pgs.

Imielinski, M. et al., "Mapping the Hallmarks of Lung Adenocarcinoma with Massively Parallel Sequencing", Cell, vol. 150, Sep. 14, 2012, 1107-1120.

Lindberg, J. et al., "Exome Sequencing of Prostate Cancer Supports the Hypothesis of Independent Tumour Origins", European Urology, vol. 63, 2013, 347-353.

NCBI, , "dbSNP record for rs1294331", Retrieved from the Internet: <URL: www.ncbi.nlm.nih.gov/snp/?term=rs 1294331 >, 2019, 2 pgs.

NCBI, , "dbSNP record for rs1872575", Retrieved from the Internet: <URL: www.ncbi.nlm.nih.gov/snp/?term=rs1872575, 2019, 2 pgs.

NCBI, , "dbSNP record for rs2362450", Retrieved from the Internet: <URL: www.ncbi.nlm.nih.gov/snp/?term=rs2362450>, 2019, 1 pg.

NCBI, , "dbSNP record for rs2384571", Retrieved from the Internet: <URL: www.ncbi.nlm.nih.gov/snp/?term=rs2384571>, 2019, 2 pgs.

NCBI, , "dbSNP record for rs2498982", Retrieved from the Internet: <URL: www.ncbi.nlm.nih.gov/snp/?term=rs2498982>, 2019, 3 pgs.

NCBI, , "dbSNP record for rs3731877", Retrieved from the Internet: <URL: www.ncbi.nlm.nih.gov/snp/?term=rs3731877>, 2019, 2 pgs.

Shi, H. et al., "Melanoma whole-exome sequencing identifies V600E B-RAF amplification-mediated acquired B-RAF inhibitor resistance", Nature Communications, vol. 3, No. 724, Mar. 6, 2012, 8 pages.

Tynan, J. A. et al., "Restriction Enzyme-Mediated Enhanced Detection of Circulating Cell-Free Fetal DNA in Maternal Plasma", The Journal of Molecular Diagnostics, vol. 13, No. 4, Jul. 2011, 382-389.

Wapner, R. J. et al., "Expanding the scope of noninvasive prenatal testing: detection of fetal microdeletion syndromes", American Journal of Obstetrics & Gynecology, vol. 212, Dec. 17, 2014, 1.e1-1.e9.

Widlak, P. et al., "Cleavage Preferences of the Apoptotic Endonuclease DFF 40 (Caspase-activated DNase or Nuclease) on Naked DNA and Chromatin Substrates", The Journal of Biological Chemistry, vol. 275, No. 11, Mar. 17, 2000, 8228-8232.

Yung, T. K. et al., "Single-Molecule Detection of Epidermal Growth Factor Receptor Mutations in Plasma by Microfluidics Digital PCR in Non-Small Cell Lung Cancer Patients", Clinical Cancer Research, vol. 15, Mar. 10, 2009, 2076-2084.

U.S. Appl. No. 11/004,274, filed Dec. 3, 2004, System and Method for Improving Clinical Decisions by Aggregating, Validating and Analysing Genetic and Phenotypic Data, 2006/0052945, Mar. 9, 2006, U.S. Pat. No. 8,024,128, Sep. 2, 2011.

U.S. Appl. No. 11/496,982, filed Jul. 31, 2006, System and method for using genetic, phenotoypic and clinical data to make predictions for clinical or lifestyle decisions, 2007/0027636, Feb. 1, 2007.

U.S. Appl. No. 11/603,406, filed Nov. 22, 2006, Method for Determining the Number of Copies of a Chromosome in the Genome of a Target Individual Using Genetic Data From Genetically Related Individuals, 2007/0184467, Aug. 9, 2007, U.S. Pat. No. 8,532,930, Sep. 10, 2013.

U.S. Appl. No. 11/634,550, filed Dec. 6, 2006, System and method for integrating and validating genotypic, phenotypic and medical information into a database according to a, 2007/0178501, Aug. 2, 2007.

(56)        **References Cited**

OTHER PUBLICATIONS

U.S. Appl. No. 12/076,348, filed Mar. 17, 2008, Oct. 2, 2008, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number, 2008/0243398, Oct. 2, 2008, U.S. Pat. No. 8,515,679, Aug. 20, 2013.

U.S. Appl. No. 13/793,133, filed Mar. 11, 2013, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2013/0253369, Sep. 26, 2013, U.S. Pat. No. 9,424,392, Aug. 23, 2016.

U.S. Appl. No. 13/793,186, filed Mar. 11, 2013, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2013/0252824, Sep. 26, 2013, U.S. Pat. No. 8,682,592, Mar. 25, 2014.

U.S. Appl. No. 13/949,212, filed Jul. 23, 2013, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number, 2014/0032128, Jan. 30, 2014.

U.S. Appl. No. 14/092,457, filed Nov. 27, 2013, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2014/0087385, Mar. 27, 2014, U.S. Pat. No. 9,430,611, Aug. 30, 2016.

U.S. Appl. No. 14/156,433, filed Jan. 14, 2014, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2014/0193816, Jul. 10, 2014.

U.S. Appl. No. 14/286,895, filed May 23, 2014, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2014/0256569, Sep. 11, 2014.

U.S. Appl. No. 15/187,555, filed Jun 20, 2016, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2016-0298188, Oct. 13, 2016.

U.S. Appl. No. 15/191,197, filed Jun. 23, 2016, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2016-0369345, Dec. 22, 2016.

U.S. Appl. No. 15/293,257, filed Oct. 13, 2016, System and Method for Cleaning Noisy Genetic Data From Target Individuals Using Genetic Data From Genetically Related Individuals, 2017-0029893, Feb. 2, 2017, U.S. Pat. No. 9,695,477, Jul. 4, 2017.

U.S. Appl. No. 15/413,200, filed Jan. 23, 2017, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number, 2017-0175187, Jun. 22, 2017.

U.S. Appl. No. 15/446,778, filed Mar. 1, 2017, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number, 2017-0166971, Jun. 15, 2017.

U.S. Appl. No. 15/676,233, filed Aug. 14, 2017, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number.

U.S. Appl. No. 15/676,759, filed Aug. 14, 2017, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number.

U.S. Appl. No. 15/688,604, filed Aug. 28, 2017, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number.

U.S. Appl. No. 15/881,263, filed Jan. 26, 2018, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number.

U.S. Appl. No. 15/887,746, filed Feb. 2, 2018, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number.

U.S. Appl. No. 15/881,384, filed Jan. 26, 2018, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number.

U.S. Appl. No. 15/881,488, filed Jan. 26, 2018, System and Method for Cleaning Noisy Genetic Data and Determining Chromosome Copy Number.

U.S. Appl. No. 12/918,445, filed Oct. 7, 2010, Methods for Cell Genotyping, 2011-0033862, Feb. 10, 2011.

U.S. Appl. No. 12/994,260, filed Dec. 20, 2010, Methods for Embryo Characterization and Comparison, 2011/0092763, Apr. 21, 2011.

U.S. Appl. No. 13/057,350, filed Mar. 29, 2011, Methods for Allele Calling and Ploidy Calling, 2011-0178719, Jul. 21, 2011.

U.S. Appl. No. 13/846,111, filed Mar. 18, 2013, Methods for Allele Calling and Ploidy Calling, 2013/0225422, Aug. 29, 2013, U.S. Pat. No. 9,639,657, May 2, 2017.

U.S. Appl. No. 13/110,685, filed May 18, 2011, Methods for Non-Invasive Prenatal Ploidy Calling, 2011/0288780, Nov. 24, 2011, U.S. Pat. No. 8,825,412, Sep. 2, 2014.

U.S. Appl. No. 13/300,235, filed Nov. 18, 2011, Methods for Non-Invasive Prenatal Ploidy Calling, 2012/0270212, Oct. 25, 2012.

U.S. Appl. No. 13/335,043, filed Dec. 22, 2011, Methods for Non-Invasive Prenatal Paternity Testing, 2012/0122701, May 17, 2012.

U.S. Appl. No. 13/499,086, filed Mar. 29, 2012, Methods for Non-Invasive Prenatal Ploidy Calling, 2012-0185176, Jul. 19, 2012.

U.S. Appl. No. 13/683,604, filed Nov. 21, 2012, Highly Multiplex PCR Methods and Compositions, 2013/0123120, May 16, 2013.

U.S. Appl. No. 13/780,022, filed Feb. 28, 2013, Informatics Enhanced Analysis of Fetal Samples Subject to Maternal Contamination, 2013/0196862, Aug. 1, 2013.

U.S. Appl. No. 13/791,397, filed Mar. 8, 2013, Methods for Non-Invasive Prenatal Ploidy Calling, 2013/0178373, Jul. 11, 2013, U.S. Pat. No. 9,163,282, Oct. 20, 2015.

U.S. Appl. No. 13/846,160, filed Mar. 18, 2013, Methods for Non-Invasive Prenatal Paternity Testing, 2013/0261004, Oct. 3, 2013.

U.S. Appl. No. 13/896,293, filed May 16, 2013, Methods for Non-Invasive Prenatal Ploidy Calling, 2013/0274116, Oct. 17, 2013.

U.S. Appl. No. 13/968,302, filed Aug. 15, 2013, Methods and Compositions for Reducing Genetic Library Contamination, 2014/0051585, Feb. 20, 2014.

U.S. Appl. No. 14/044,434, filed Oct. 2, 2013, Highly Multiplex PCR Methods and Compositions, 2014/0094373, Apr. 3, 2014.

U.S. Appl. No. 14/080,656, filed Nov. 14, 2013, Methods for Non-Invasive Prenatal Ploidy Calling, 2014/0154682, Jun. 5, 2014, U.S. Pat. No. 9,228,234, Jan. 5, 2016.

U.S. Appl. No. 14/100,928, filed Dec. 9, 2013, Methods for Non-Invasive Prenatal Ploidy Calling, 2014/0100134, Apr. 1, 2014, U.S. Pat. No. 8,949,036, Feb. 3, 2015.

U.S. Appl. No. 14/171,587, filed Feb. 3, 2014, Highly Multiplex PCR Methods and Compositions, 2014/0141981, May 22, 2014.

U.S. Appl. No. 14/179,399, filed Feb. 12, 2014, Methods for Non-Invasive Prenatal Ploidy Calling, 2014/0162269, Jun. 12, 2014.

U.S. Appl. No. 14/225,356, filed Mar. 25, 2014, Methods for Preimplantation Genetic Diagnosis by Sequencing, 2014/0206552, Jul. 24, 2014.

U.S. Appl. No. 14/446,232, filed Jul. 29, 2014, Methods for Non-Invasive Prenatal Ploidy Calling, 2014/0336060, Nov. 13, 2014, U.S. Pat. No. 9,334,541, May 10, 2016.

U.S. Appl. No. 14/532,666, filed Nov. 4, 2014, Methods for Non-Invasive Prenatal Ploidy Calling, 2015/0051087, Feb. 19, 2015.

U.S. Appl. No. 14/546,321, filed Nov. 18, 2014, Methods for Non-Invasive Prenatal Ploidy Calling, 2015/0072872, Mar. 12, 2015.

U.S. Appl. No. 14/866,223, filed Sep. 25, 2015, Methods for Non-Invasive Prenatal Ploidy Calling, 2016-0024564, Jan. 28, 2016.

U.S. Appl. No. 14/877,925, filed Oct. 7, 2015, Highly Multiplex Pcr Methods and Compositions, 2017/0051355, Feb. 23, 2017.

U.S. Appl. No. 14/983,128, filed Dec. 29, 2015, Methods for Non-Invasive Prenatal Ploidy Calling, 2016-0171152, Jun. 16, 2016.

U.S. Appl. No. 15/243,915, filed Aug. 22, 2016, Methods for Non-Invasive Prenatal Ploidy Calling, 2016-0357904, Dec. 8, 2016.

U.S. Appl. No. 15/252,795, filed Aug. 31, 2016, Methods for Non-Invasive Prenatal Ploidy Calling, 2016-0369346, Dec. 22, 2016.

(56)            **References Cited**

OTHER PUBLICATIONS

U.S. Appl. No. 15/273,332, filed Sep. 22, 2016, Methods for Non-Invasive Prenatal Ploidy Calling, 2017-0011166, Jan. 13, 2017.
U.S. Appl. No. 15/343,003, filed Nov. 3, 2016, Methods for Non-Invasive Prenatal Ploidy Calling, 2017-0076038, Mar. 16, 2017.
U.S. Appl. No. 15/586,013, filed May 3, 2017, Methods for Non-Invasive Prenatal Ploidy Calling, 2017-0242960-A1, Aug. 24, 2017.
U.S. Appl. No. 15/724,020, filed Oct. 3, 2017, Methods for Non-Invasive Prenatal Ploidy Calling.
U.S. Appl. No. 15/727,428, filed Oct. 6, 2017, Methods for Non-Invasive Prenatal Ploidy Calling.
U.S. Appl. No. 15/805,871, filed Nov. 7, 2017, Methods for Non-Invasive Prenatal Ploidy Calling.
U.S. Appl. No. 15/806,047, filed Nov. 7, 2017, Methods for Non-Invasive Prenatal Ploidy Calling.
U.S. Appl. No. 13/970,436, filed Aug. 19, 2013, Method for Non-Invasive Prenatal Testing Using Parental Mosaicism Data, 2014/0100126, Apr. 10, 2014.
U.S. Appl. No. 15/433,950, filed Feb. 15, 2017, Method for Non-Invasive Prenatal Testing Using Parental Mosaicism Data, 2017-0177786, Jun. 22, 2017.
U.S. Appl. No. 13/793,316, filed Mar. 11, 2013, Methods For Increasing Fetal Fraction in Maternal Blood, 2014/0065621, Mar. 6, 2014.
U.S. Appl. No. 14/498,629, filed Sep. 26, 2014, Cell Free Dna Diagnostic Testing Standards, 2015/0147815, May 28, 2015. U.S. Pat. No. 9,499,870, Nov. 22, 2016.
U.S. Appl. No. 14/996,097, filed Jan. 14, 2016, Cell Free Dna Diagnostic Testing Standards, 2016/0244838, Aug. 25, 2016.
U.S. Appl. No. 14/732,632, filed Nov. 12, 2014, Systems and Methods for Detection of Aneuploidy.

U.S. Appl. No. 15/887,864, filed Feb. 2, 2018, Systems and Methods for Detection of Aneuploidy.
U.S. Appl. No. 15/887,914, filed Feb. 2, 2018, Systems and Methods for Detection of Aneuploidy.
U.S. Appl. No. 14/538,998, filed Nov. 24, 2014, Methods for Simultaneous Amplification of Target Loci.
U.S. Appl. No. 14/538,982, filed Nov. 24, 2014, Methods for Simultaneous Amplification of Target Loci, 2015/0322507, Nov. 12, 2015, U.S. Pat. No. 9,677,118, Jun. 23, 2017.
U.S. Appl. No. 14/692,703, filed Apr. 21, 2015, Detecting Mutations and Ploidy in Chromosomal Segments, 2017-0107576, Apr. 20, 2017.
U.S. Appl. No. 14/882,763, filed Oct. 14, 2015, Detecting Cancer Mutations and Aneuploidy in Chromosomal Segments, 2016-0333416, Nov. 17, 2016.
U.S. Appl. No. 14/918,544, filed Oct. 20, 2015, Methods for Simultaneous Amplification of Target Loci, 2016-0369333, Dec. 22, 2016.
U.S. Appl. No. 15/336,630, filed Oct. 27, 2016, Methods for Simultaneous Amplification of Target Loci, 2017-0145474, May 25, 2017.
U.S. Appl. No. 15/573,800, filed May 10, 2016, Methods and Compositions for Determining Ploidy.
U.S. Appl. No. 15/186,774, filed Jun. 20, 2016, Systems and Methods for Determining Aneuploidy Risk Using Sample Fetal Fraction, 2016-0371428, Dec. 22, 2016.
U.S. Appl. No. 15/372,279, filed Dec. 7, 2016, Compositions and Methods for Identifying Nucleic Acid Molecules.
U.S. Appl. No. 15/716,058, filed Sep. 26, 2017, Compositions and Methods for Identifying Nucleic Acid Molecules.
U.S. Appl. No. 15/716,331, filed Sep. 26, 2017, Compositions and Methods for Identifying Nucleic Acid Molecules.
Takano, T. et al., "Epidermal Growth Factor Receptor Gene Mutations and Increased Copy Numbers Predict Gefitinib Sensitivity in Patients With Recurrent Non-Small-Cell Lung Cancer", Journal of Clinical Oncology, vol. 23, No. 28, Oct. 1, 2005, 6829-6837.



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

**U.S. Patent**          Mar. 24, 2020          Sheet 4 of 16          US 10,597,724 B2



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

U.S. Patent          Mar. 24, 2020          Sheet 7 of 16          US 10,597,724 B2



FIG. 12



FIG. 13



*FIG. 14A*



*FIG. 14B*



*FIG. 15*

U.S. Patent

Mar. 24, 2020

Sheet 9 of 16

US 10,597,724 B2



FIG. 16



FIG. 17



*FIG. 18*

U.S. Patent

Mar. 24, 2020

Sheet 12 of 16

US 10,597,724 B2



STANFORD IVF LAB

MULTIPLE FERTILIZED EMBRYOS

HIGH THROUGHPUT GENOTYPING SYSTEM

IVF PLUGIN

GSN INTERFACE TO EMR/FILE SYSTEM

VALIDATION REPORT, DATA WARNINGS, ERROR SUMMARY

GSN

CARTRIDGE ID

XML FILED WITH HTGO OF BLASTOMERES FROM MULTIPLE EMBRYOS, PARENT, SELECTED PHENOTYPE

PARENT SAMPLES

LABORATORY TEST

LABORATORY EMR AND FILE SYSTEM

IVF USER (MOTHER)

IVF USER (FATHER)

FAMILY PHENOTYPE DATA. SELECT DISEASE PHENOTYPES FOR PREDICTION.

IVF PHYSICIAN

REPORT ON PHENOTYPE SUCEPTIBILITY

GSN

GSN SECURE DATA PROCESSING SYSTEM

GSN REPORTING ALGORITHMS

3RD PARTY REPORTING ALGORITHM

COMPUTABLE CLEANED EMBRYONIC DATA

GSN

FEED STAGER UI SERVER

VALIDATION PASSED

GSN

VALIDATION FAILED

DATA VALIDATION AND CLEANING USING THE PARENTAL SUPPORT ALGORITHM

FIG. 19

| Features of Different Techniques of Screening for Aneuploidy | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Technique Description | Formula Applied to compute N = | Assay Name | E(m1) | E(m0) | Std(m1) | Std(m0) | Copy No. Compare | Measu- dism | N | Price per SNP | Addition al Costs | Factor Sigma | 1- Conf | Seg- ments | Cells per Well | Total Cells w/o PCR | Cost |
| Comp of means no reference sample | 2*2*5*2*s*2/(mf-mm)*2 | Taqman | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 100.0% | 16 | $0.20 | 30 | 5 | 2.87E-07 | 5 | 50 | 800 | $48.00 |
| Comp of means with ref. sample | 2*2*5*2*(2*s*2)/(m1-m0)*2 | Taqman | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 100.0% | 32 | $0.20 | 30 | 5 | 2.87E-07 | 5 | 50 | 1600 | $82.00 |
| Comp of means no reference sample | 4*(2*2)*(0.36*s*2+0.05*s*2)/(0.05*2*(m1-m0)*2) | Taqman | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 5.0% | 1001 | $0.20 | 30 | 2 | 2.30E-02 | 5 | 50 | 50050 | $1,031.00 |
| Comp of means with ref. samples | 4*(2*2)*(1.96*s*2+0.05*s*2)/(0.05*2*(m1-m0)*2) | Taqman | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 5.0% | 2002 | $0.20 | 30 | 2 | 2.30E-02 | 5 | 50 | 100100 | $2,032.00 |
| Comp of means no reference sample | 4*(2*2)*(0.95*s*2+0.05*s*2)/(0.05*2*(m1-m0)*2) | MIPs | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 5.0% | 1001 | $0.01 | 200 | 2 | 2.30E-02 | 5 | 50 | 50050 | $250.05 |
| Comp of means with ref. sample | 4*(2*2)*(1.96*s*2+0.05*s*2)/(0.05*2*(m1-m0)*2) | MIPs | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 5.0% | 2002 | $0.01 | 200 | 2 | 2.30E-02 | 5 | 50 | 100100 | $500.10 |
| Comp of means no reference sample | 4*(2*2)*(1.if.f*s*2+f*s*2)/(f*2*(m1-m0)*2); ff = 0.081 | Taqman | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 8.1% | 384 | $0.20 | 30 | 2 | 2.30E-02 | 5 | 50 | 19200 | $414.00 |
| Comp of means no reference sample | 4*(1*2)*(1.if.f*s*2+f*s*2)/(f*2*(m1-m0)*2); ff = 0.056 | Taqman | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 4.1% | 384 | $0.20 | 30 | 1 | 1.59E-01 | 5 | 50 | 19200 | $414.00 |
| Comp of means no reference sample | 4*(2*2)*(1.if.f*s*2+f*s*2)/(f*2*(m1-m0)*2); ff = 0.19 | Taqman | 32.26 | 30.75 | 0.597 | 0.597 | 2 vs 1 | 19.0% | 70 | $0.20 | 30 | 2 | 2.30E-02 | 5 | 50 | 3500 | $101.00 |
| Comp of means no reference sample | 2*2*5*2*s*2/(m1-m0)*2 | qPCR | 27.65 | 26.64 | 0.53 | 0.53 | 2 vs 1 | 100.0% | 27 | $0.15 | 30 | 5 | 2.87E-07 | 5 | 50 | 1350 | $53.25 |
| Comp of means with ref. sample | 2*2*5*2*(2*s*2)/(m1-m0)*2 | qPCR | 27.65 | 26.64 | 0.53 | 0.53 | 2 vs 1 | 100.0% | 55 | $0.15 | 30 | 5 | 2.87E-07 | 5 | 50 | 2750 | $71.25 |
| Comp of means no reference sample | 4*(2*2)*(0.95*s*2+0.05*s*2)/(0.05*2*(m1-m0)*2) | qPCR | 27.65 | 26.64 | 0.53 | 0.53 | 2 vs 1 | 5.0% | 1754 | $0.15 | 30 | 2 | 2.30E-02 | 5 | 50 | 87700 | $1,345.50 |
| Comp of means with ref. samples | 4*(2*2)*(1.96*s*2+0.05*s*2)/(0.05*2*(m1-m0)*2) | qPCR | 27.65 | 26.64 | 0.53 | 0.53 | 2 vs 1 | 5.0% | 3509 | $0.15 | 30 | 2 | 2.30E-02 | 5 | 50 | 175450 | $2,681.00 |
| Comp of means no reference sample | 4*(2*2)*(1.if.f*s*2+f*s*2)/(f*2*(m1-m0)*2); ff = 0.107 | qPCR | 27.65 | 26.64 | 0.50 | 0.53 | 2 vs 1 | 10.7% | 384 | $0.15 | 30 | 2 | 2.30E-02 | 5 | 50 | 19200 | $318.00 |
| Comp of means no reference sample | 4*(1*2)*(1.if.f*s*2+f*s*2)/(f*2*(m1-m0)*2); ff = 0.054 | qPCR | 27.65 | 26.64 | 0.53 | 0.53 | 2 vs 1 | 5.4% | 384 | $0.15 | 30 | 1 | 1.59E-01 | 5 | 50 | 19200 | $318.00 |
| Comp of means no reference sample | 4*(2*2)*(1.if.f*s*2+f*s*2)/(f*2*(m1-m0)*2); ff = 0.19 | qPCR | 27.65 | 26.64 | 0.53 | 0.53 | 2 vs 1 | 19.0% | 121 | $0.15 | 30 | 2 | 2.30E-02 | 5 | 50 | 6550 | $120.75 |

FIG. 20

U.S. Patent        Mar. 24, 2020        Sheet 14 of 16        US 10,597,724 B2

| snp_id | e1 | e2 | p1 | p2 | m1 | m2 | pe1 | pe2 | pp1 | pp2 | pm1 | pm2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101100940 | C | T | T | C | C | T | 0.9538 | 0.8902 | 0.8626 | 0.8580 | 0.8654 | 0.9101 |
| 101164838 | T | C | T | C | T | C | 0.9359 | 0.9521 | 0.9406 | 0.9253 | 0.9957 | 0.8770 |
| rs1463589 | C | C | T | C | C | C | 0.9428 | 0.9928 | 0.9841 | 0.9266 | 0.8661 | 0.9798 |
| 101028396 | C | G | C | G | C | C | 0.9252 | 0.8792 | 0.9246 | 0.9856 | 0.9819 | 0.8631 |
| 101204217 | A | G | G | A | G | G | 0.9799 | 0.9843 | 0.9194 | 0.9478 | 0.9438 | 0.9709 |
| 101214313 | A | G | G | A | G | A | 0.8513 | 0.9863 | 0.9521 | 0.9707 | 0.8570 | 0.9639 |
| 101231593 | G | A | G | G | A | A | 0.9857 | 0.9653 | 0.8908 | 0.9036 | 0.9431 | 0.9832 |
| rs1426442 | G | C | C | G | C | G | 0.9338 | 0.9278 | 0.9469 | 0.9514 | 0.8766 | 0.9017 |
| rs7486852 | C | C | C | T | T | C | 0.9566 | 0.9616 | 0.9390 | 0.8673 | 0.8785 | 0.8889 |
| 101266729 | A | G | A | G | A | G | 0.9238 | 0.9500 | 0.9026 | 0.9855 | 0.8760 | 0.9381 |

FIG. 21

| snp_id | e1 | e2 | p1 | p2 | m1 | m2 | pe1 | pe2 | pp1 | pp2 | pm1 | pm2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101019515 | G | G | G | G | G | G | 0.9134 | 0.8768 | 0.8666 | 0.9690 | 0.8679 | 0.8599 |
| 101100940 | C | T | T | C | C | T | 0.9538 | 0.8902 | 0.8626 | 0.8580 | 0.8654 | 0.9101 |
| 101160854 | A | A | A | A | A | A | 0.8705 | 0.9769 | 0.8763 | 0.8870 | 0.9311 | 0.9553 |
| rs4980809 | A | G | G | A | A | G | 0.9638 | 0.9951 | 0.9582 | 0.9621 | 0.9197 | 0.9199 |
| 101058479 | G | A | G | A | G | A | 0.9003 | 0.9885 | 0.8906 | 0.9235 | 0.9787 | 0.8792 |
| 101236938 | G | G | G | G | G | A | 0.8528 | 0.9710 | 0.8810 | 0.9249 | 0.9274 | 0.9891 |
| rs7137405 | T | T | T | T | T | A | 0.9360 | 0.9918 | 0.9148 | 0.9558 | 0.9135 | 0.9388 |
| 101251161 | G | G | G | G | G | G | 0.9802 | 0.8620 | 0.9372 | 0.8501 | 0.9891 | 0.8679 |
| 101270051 | G | G | G | G | G | A | 0.9004 | 0.9643 | 0.9778 | 0.9060 | 0.9943 | 0.8962 |
| rs215227 | G | G | G | G | G | A | 0.9244 | 0.9236 | 0.9629 | 0.8575 | 0.9019 | 0.9362 |
| 101245075 | G | G | G | G | G | A | 0.9958 | 0.8593 | 0.9129 | 0.8504 | 0.8534 | 0.9866 |
| 101158538 | A | G | A | G | G | G | 0.9471 | 0.8909 | 0.8710 | 0.9581 | 0.8961 | 0.9046 |
| rs2535386 | A | A | A | A | A | A | 0.9273 | 0.9479 | 0.9867 | 0.8918 | 0.9264 | 0.9750 |
| rs6489653 | T | T | T | T | T | T | 0.9453 | 0.9776 | 0.9051 | 0.8547 | 0.9636 | 0.9532 |
| 101137205 | C | G | C | C | G | G | 0.8619 | 0.9503 | 0.9029 | 0.9426 | 0.8845 | 0.9282 |
| 101089311 | T | C | C | C | C | T | 0.8844 | 0.9381 | 0.9719 | 0.8636 | 0.9186 | 0.9652 |
| 101205712 | A | A | A | A | A | A | 0.8513 | 0.9226 | 0.8755 | 0.8999 | 0.9193 | 0.8535 |
| 101124605 | G | G | G | G | G | G | 0.8981 | 0.9093 | 0.9075 | 0.8676 | 0.8931 | 0.9258 |
| 101025989 | G | T | T | G | G | T | 0.9695 | 0.9016 | 0.8722 | 0.8821 | 0.9787 | 0.9273 |
| rs4766370 | T | A | A | T | T | A | 0.8886 | 0.9166 | 0.8762 | 0.8767 | 0.9890 | 0.8536 |

FIG. 22

| snp_id | true_value | true_hyp | ee | pp | mm | SnipProb | HypProb |
|--------|-----------|----------|-----|-----|-----|----------|---------|
| 101100940 | CT | p2 m2 | CT | TC | CT | 0.8416 | 0.5206 |
| 101164838 | CT | p2 m1 | TC | TC | TC | 0.9061 | 0.5206 |
| rs1463589 | CC | p2 m1 | CC | TC | CC | 0.9946 | 0.5206 |
| 101028396 | GC | p2 m1 | CG | CG | CC | 0.9791 | 0.5206 |
| 101204217 | AG | p2 m2 | AG | GA | GG | 0.9577 | 0.5206 |
| 101214313 | GA | p1 m2 | AG | GA | GA | 0.9308 | 0.5206 |
| 101231593 | GA | p1 m2 | GA | GG | AA | 1.0000 | 0.5206 |
| rs1426442 | CG | p1 m2 | GC | CG | CG | 0.9198 | 0.5206 |
| rs7486852 | CC | p1 m2 | CC | CT | TC | 0.9138 | 0.5206 |
| 101266729 | AG | p1 m2 | AG | AG | AG | 0.9296 | 0.5206 |

FIG. 23

| snp_id | true_value | true_hyp | ee | pp | mm | SnipProb | HypProb |
|--------|-----------|----------|-----|-----|-----|----------|---------|
| 101019515 | GG | p1 m1 | GG | GG | GG | 1.0000 | 0.9890 |
| 101100940 | TC | p1 m1 | CT | TC | CT | 0.9946 | 0.9890 |
| 101160854 | AA | p1 m1 | AA | AA | AA | 1.0000 | 0.9890 |
| rs4980809 | GA | p1 m1 | AG | GA | AG | 0.9961 | 0.9890 |
| 101058479 | GG | p1 m1 | GA | GA | GA | 0.9957 | 0.9890 |
| 101236938 | GG | p1 m1 | GG | GG | GA | 1.0000 | 0.9890 |
| rs7137405 | TT | p1 m1 | TT | TT | TA | 1.0000 | 0.9890 |
| 101251161 | GG | p1 m1 | GG | GG | GG | 1.0000 | 0.9890 |
| 101270051 | GG | p1 m1 | GG | GG | GA | 1.0000 | 0.9890 |
| rs215227 | GG | p1 m1 | GG | GG | GA | 1.0000 | 0.9890 |
| 101245075 | GG | p1 m1 | GG | GG | GG | 1.0000 | 0.9890 |
| 101158538 | AG | p1 m1 | AG | AG | GG | 0.9977 | 0.9890 |
| rs2535386 | AA | p1 m1 | AA | AA | AA | 1.0000 | 0.9890 |
| rs6489653 | TT | p1 m1 | TT | TT | TT | 1.0000 | 0.9890 |
| 101137205 | CG | p1 m1 | CG | CC | GG | 1.0000 | 0.9890 |
| 101089311 | CC | p1 m1 | TC | CC | CT | 0.9940 | 0.9890 |
| 101205712 | AA | p1 m1 | AA | AA | AA | 1.0000 | 0.9890 |
| 101124605 | GG | p1 m1 | GG | GG | GG | 1.0000 | 0.9890 |
| 101025989 | TG | p1 m1 | GT | TG | GT | 0.9973 | 0.9890 |
| rs4766370 | AT | p1 m1 | TA | AT | TA | 0.9973 | 0.9890 |

FIG. 24

| | | | DHAlgorithm1 | | DHAlgorithm2 | |
|---|---|---|---|---|---|---|
| Pop.Freq | ph | pd | P1accuracy | P2accuracy | P1accuracy | P2accuracy |
| data | 0.95 | 0.95 | 0.982 | 0.951 | 0.95 | 0.906 |
| data | 0.75 | 0.75 | 0.891 | 0.811 | 0.749 | 0.618 |
| data | 0.25 | 0.25 | 0.71 | 0.71 | 0.253 | 0.25 |
| data | 0.5 | 0.9 | 0.849 | 0.838 | 0.499 | 0.768 |
| data | 0.9 | 0.5 | 0.942 | 0.734 | 0.898 | 0.347 |
| data | 0.6 | 0.8 | 0.852 | 0.816 | 0.601 | 0.673 |
| uniform | 0.95 | 0.95 | 0.95 | 0.906 | 0.949 | 0.905 |
| uniform | 0.75 | 0.75 | 0.749 | 0.612 | 0.749 | 0.612 |
| uniform | 0.25 | 0.25 | 0.25 | 0.248 | 0.25 | 0.25 |
| uniform | 0.5 | 0.9 | 0.69 | 0.669 | 0.501 | 0.671 |
| uniform | 0.9 | 0.5 | 0.901 | 0.412 | 0.901 | 0.413 |
| uniform | 0.6 | 0.8 | 0.678 | 0.618 | 0.6 | 0.618 |

FIG. 25

| | | | | PSAlgorithm1 | | PSAlgorithm2 | |
|---|---|---|---|---|---|---|---|
| Pop.Freq | ph | pd | pe | P1accuracy | P2accuracy | P1accuracy | P2accuracy |
| data | 0.95 | 0.95 | 0.95 | 0.834 | 0.815 | 0.928 | 0.931 |
| data | 0.75 | 0.75 | 0.75 | 0.797 | 0.769 | 0.819 | 0.819 |
| data | 0.25 | 0.25 | 0.25 | 0.711 | 0.682 | 0.703 | 0.687 |
| data | 0.5 | 0.9 | 0.9 | 0.849 | 0.838 | 0.866 | 0.864 |
| data | 0.9 | 0.5 | 0.5 | 0.792 | 0.809 | 0.756 | 0.752 |
| data | 0.6 | 0.8 | 0.8 | 0.777 | 0.788 | 0.835 | 0.828 |
| uniform | 0.95 | 0.95 | 0.95 | 0.673 | 0.631 | 0.898 | 0.901 |
| uniform | 0.75 | 0.75 | 0.75 | 0.549 | 0.497 | 0.635 | 0.65 |
| uniform | 0.25 | 0.25 | 0.25 | 0.239 | 0.249 | 0.252 | 0.25 |
| uniform | 0.5 | 0.9 | 0.9 | 0.601 | 0.611 | 0.814 | 0.818 |
| uniform | 0.9 | 0.5 | 0.5 | 0.459 | 0.391 | 0.449 | 0.468 |
| uniform | 0.6 | 0.8 | 0.8 | 0.544 | 0.511 | 0.672 | 0.679 |

FIG. 26

US 10,597,724 B2

1

## SYSTEM AND METHOD FOR CLEANING NOISY GENETIC DATA FROM TARGET INDIVIDUALS USING GENETIC DATA FROM GENETICALLY RELATED INDIVIDUALS

### CROSS-REFERENCES TO RELATED APPLICATIONS

This application is a continuation of U.S. Utility application Ser. No. 16/288,690, filed Feb. 28, 2019. U.S. Utility application Ser. No. 16/288,690 is a continuation of U.S. Utility application Ser. No. 15/187,555 (now U.S. Pat. No. 10,227,652), filed Jun. 20, 2016. U.S. Utility application Ser. No. 15/187,555 (now U.S. Pat. No. 10,227,652) is a continuation of U.S. Utility application Ser. No. 14/092,457, filed Nov. 27, 2013, now U.S. Pat. No. 9,430,611. U.S. Utility application Ser. No. 14/092,457, now U.S. Pat. No. 9,430,611, is a continuation of U.S. Utility application Ser. No. 13/793,133, filed Mar. 11, 2013, now U.S. Pat. No. 9,424,392, and U.S. Utility application Ser. No. 13/793,186, filed Mar. 11, 2013, now U.S. Pat. No. 8,682,592. U.S. Utility application Ser. No. 13/793,133, now U.S. Pat. No. 9,424,392, is a continuation of U.S. Utility application Ser. No. 11/603,406, filed Nov. 22, 2006, now U.S. Pat. No. 8,532,930. U.S. Utility application Ser. No. 13/793,186, now U.S. Pat. No. 8,682,592, is a continuation of U.S. Utility application Ser. No. 11/603,406, filed Nov. 22, 2006, now U.S. Pat. No. 8,532,930. U.S. Utility application Ser. No. 11/603,406, now U.S. Pat. No. 8,532,930, claims the benefit under 35 U.S.C. § 119(e) of the following U.S. Provisional Patent Applications: Ser. No. 60/739,882, filed Nov. 26, 2005; Ser. No. 60/742,305, filed Dec. 6, 2005; Ser. No. 60/754,396, filed Dec. 29, 2005; Ser. No. 60/774,976, filed Feb. 21, 2006; Ser. No. 60/789,506, filed Apr. 4, 2006; and Ser. No. 60/817,741, filed Jun. 30, 2006; and Ser. No. 60/846,610, filed Sep. 22, 2006; the disclosures of the patent applications cited in this paragraph are each incorporated by reference herein in their entirety.

### BACKGROUND OF THE INVENTION

#### Field of the Invention

The invention relates generally to the field of acquiring, manipulating and using genetic data for medically predictive purposes, and specifically to a system in which imperfectly measured genetic data is made more precise by using known genetic data of genetically related individuals, thereby allowing more effective identification of genetic irregularities that could result in various phenotypic outcomes.

#### Description of the Related Art

Current methods of prenatal diagnosis can alert physicians and parents to abnormalities in growing fetuses. Without prenatal diagnosis, one in 50 babies is born with serious physical or mental handicap, and as many as one in 30 will have some form of congenital malformation. Unfortunately, standard methods require invasive testing and carry a roughly 1 percent risk of miscarriage. These methods include amniocentesis, chorion villus biopsy and fetal blood sampling. Of these, amniocentesis is the most common procedure; in 2003, it was performed in approximately 3% of all pregnancies, though its frequency of use has been decreasing over the past decade and a half. A major drawback of prenatal diagnosis is that given the limited courses

2

of action once an abnormality has been detected, it is only valuable and ethical to test for very serious defects. As a result, prenatal diagnosis is typically only attempted in cases of high-risk pregnancies, where the elevated chance of a defect combined with the seriousness of the potential abnormality outweighs the risks. A need exists for a method of prenatal diagnosis that mitigates these risks.

It has recently been discovered that cell-free fetal DNA and intact fetal cells can enter maternal blood circulation. Consequently, analysis of these cells can allow early Non-Invasive Prenatal Genetic Diagnosis (NIPGD). A key challenge in using NIPGD is the task of identifying and extracting fetal cells or nucleic acids from the mother's blood. The fetal cell concentration in maternal blood depends on the stage of pregnancy and the condition of the fetus, but estimates range from one to forty fetal cells in every milliliter of maternal blood, or less than one fetal cell per 100,000 maternal nucleated cells. Current techniques are able to isolate small quantities of fetal cells from the mother's blood, although it is very difficult to enrich the fetal cells to purity in any quantity. The most effective technique in this context involves the use of monoclonal antibodies, but other techniques used to isolate fetal cells include density centrifugation, selective lysis of adult erythrocytes, and FACS. Fetal DNA isolation has been demonstrated using PCR amplification using primers with fetal-specific DNA sequences. Since only tens of molecules of each embryonic SNP are available through these techniques, the genotyping of the fetal tissue with high fidelity is not currently possible.

Much research has been done towards the use of pre-implantation genetic diagnosis (PGD) as an alternative to classical prenatal diagnosis of inherited disease. Most PGD today focuses on high-level chromosomal abnormalities such as aneuploidy and balanced translocations with the primary outcomes being successful implantation and a take-home baby. A need exists for a method for more extensive genotyping of embryos at the pre-implantation stage. The number of known disease associated genetic alleles is currently at 389 according to OMIM and steadily climbing. Consequently, it is becoming increasingly relevant to analyze multiple embryonic SNPs that are associated with disease phenotypes. A clear advantage of pre-implantation genetic diagnosis over prenatal diagnosis is that it avoids some of the ethical issues regarding possible choices of action once undesirable phenotypes have been detected.

Many techniques exist for isolating single cells. The FACS machine has a variety of applications; one important application is to discriminate between cells based on size, shape and overall DNA content. The FACS machine can be set to sort single cells into any desired container. Many different groups have used single cell DNA analysis for a number of applications, including prenatal genetic diagnosis, recombination studies, and analysis of chromosomal imbalances. Single-sperm genotyping has been used previously for forensic analysis of sperm samples (to decrease problems arising from mixed samples) and for single-cell recombination studies.

Isolation of single cells from human embryos, while highly technical, is now routine in in vitro fertilization clinics. To date, the vast majority of prenatal diagnoses have used fluorescent in situ hybridization (FISH), which can determine large chromosomal aberrations (such as Down syndrome, or trisomy 21) and PCR/electrophoresis, which can determine a handful of SNPs or other allele calls. Both polar bodies and blastomeres have been isolated with success. It is critical to isolate single blastomeres without

US 10,597,724 B2

3

compromising embryonic integrity. The most common technique is to remove single blastomeres from day 3 embryos (6 or 8 cell stage). Embryos are transferred to a special cell culture medium (standard culture medium lacking calcium and magnesium), and a hole is introduced into the zona pellucida using an acidic solution, laser, or mechanical drilling. The technician then uses a biopsy pipette to remove a single visible nucleus. Clinical studies have demonstrated that this process does not decrease implantation success, since at this stage embryonic cells are undifferentiated.

There are three major methods available for whole genome amplification (WGA): ligation-mediated PCR (LM-PCR), degenerate oligonucleotide primer PCR (DOP-PCR), and multiple displacement amplification (MDA). In LM-PCR, short DNA sequences called adapters are ligated to blunt ends of DNA. These adapters contain universal amplification sequences, which are used to amplify the DNA by PCR. In DOP-PCR, random primers that also contain universal amplification sequences are used in a first round of annealing and PCR. Then, a second round of PCR is used to amplify the sequences further with the universal primer sequences. Finally, MDA uses the phi-29 polymerase, which is a highly processive and non-specific enzyme that replicates DNA and has been used for single-cell analysis. Of the three methods, DOP-PCR reliably produces large quantities of DNA from small quantities of DNA, including single copies of chromosomes. On the other hand, MDA is the fastest method, producing hundred-fold amplification of DNA in a few hours. The major limitations to amplifying material from a single cell are (1) necessity of using extremely dilute DNA concentrations or extremely small volume of reaction mixture, and (2) difficulty of reliably dissociating DNA from proteins across the whole genome. Regardless, single-cell whole genome amplification has been used successfully for a variety of applications for a number of years.

There are numerous difficulties in using DNA amplification in these contexts. Amplification of single-cell DNA or DNA from a small number of cells, or from smaller amounts of DNA) by PCR can fail completely, as reported in 5-10% of the cases. This is often due to contamination of the DNA, the loss of the cell, its DNA, or accessibility of the DNA during the PCR reaction. Other sources of error that may arise in measuring the embryonic DNA by amplification and microarray analysis include transcription errors introduced by the DNA polymerase where a particular nucleotide is incorrectly copied during PCR, and microarray reading errors due to imperfect hybridization on the array. The biggest problem, however, remains allele drop-out (ADO) defined as the failure to amplify one of the two alleles in a heterozygous cell. ADO can affect up to more than 40% of amplifications and has already caused PGD misdiagnoses. ADO becomes a health issue especially in the case of a dominant disease, where the failure to amplify can lead to implantation of an affected embryo. The need for more than one set of primers per each marker (in heterozygotes) complicate the PCR process. Therefore, more reliable PCR assays are being developed based on understanding the ADO origin. Reaction conditions for single-cell amplifications are under study. The amplicon size, the amount of DNA degradation, freezing and thawing, and the PCR program and conditions can each influence the rate of ADO.

All these techniques, however, depend on the minute DNA amount available for amplification in the single cell. This process is often accompanied by contamination. Proper sterile conditions and microsatellite sizing can exclude the chance of contaminant DNA as microsatellite analysis

4

detected only in parental alleles exclude contamination. Studies to reliably transfer molecular diagnostic protocols to the single-cell level have been recently pursued using first-round multiplex PCR of microsatellite markers, followed by real-time PCR and microsatellite sizing to exclude chance contamination. Multiplex PCR allows for the amplification of multiple fragments in a single reaction, a crucial requirement in the single-cell DNA analysis. Although conventional PCR was the first method used in PGD, fluorescence in situ hybridization (FISH) is now common. It is a delicate visual assay that allows the detection of nucleic acid within undisturbed cellular and tissue architecture. It relies firstly on the fixation of the cells to be analyzed. Consequently, optimization of the fixation and storage condition of the sample is needed, especially for single-cell suspensions.

Advanced technologies that enable the diagnosis of a number of diseases at the single-cell level include interphase chromosome conversion, comparative genomic hybridization (CGH), fluorescent PCR, and whole genome amplification. The reliability of the data generated by all of these techniques rely on the quality of the DNA preparation. PGD is also costly, consequently there is a need for less expensive approaches, such as mini-sequencing. Unlike most mutation-detection techniques, mini-sequencing permits analysis of very small DNA fragments with low ADO rate. Better methods for the preparation of single-cell DNA for amplification and PGD are therefore needed and are under study. The more novel microarrays and comparative genomic hybridization techniques, still ultimately rely on the quality of the DNA under analysis.

Several techniques are in development to measure multiple SNPs on the DNA of a small number of cells, a single cell (for example, a blastomere), a small number of chromosomes, or from fragments of DNA. There are techniques that use Polymerase Chain Reaction (PCR), followed by microarray genotyping analysis. Some PCR-based techniques include whole genome amplification (WGA) techniques such as multiple displacement amplification (MDA), and MOLECULAR INVERSION PROBES (MIPs) that perform genotyping using multiple tagged oligonucleotides that may then be amplified using PCR with a single pair of primers. An example of a non-PCR based technique is fluorescence in situ hybridization (FISH). It is apparent that the techniques will be severely error-prone due to the limited amount of genetic material which will exacerbate the impact of effects such as allele drop-outs, imperfect hybridization, and contamination.

Many techniques exist which provide genotyping data. TAQMAN is a unique genotyping technology produced and distributed by Applied Biosystems. TAQMAN uses polymerase chain reaction (PCR) to amplify sequences of interest. During PCR cycling, an allele specific minor groove binder (MGB) probe hybridizes to amplified sequences. Strand synthesis by the polymerase enzymes releases reporter dyes linked to the MGB probes, and then the TAQMAN optical readers detect the dyes. In this manner, TAQMAN achieves quantitative allelic discrimination. Compared with array based genotyping technologies, TAQMAN is quite expensive per reaction (~$0.40/reaction), and throughput is relatively low (384 genotypes per run). While only 1 ng of DNA per reaction is necessary, thousands of genotypes by TAQMAN requires microgram quantities of DNA, so TAQMAN does not necessarily use less DNA than microarrays. However, with respect to the IVF genotyping workflow, TAQMAN is the most readily applicable technology. This is due to the high reliability of the assays and, most importantly, the speed and ease of the assay (~3 hours per

5

run and minimal molecular biological steps). Also unlike many array technologies (such as 500 k AFFMETRIX arrays), TAQMAN is highly customizable, which is important for the IVF market. Further. TAQMAN is highly quantitative, so aneuploidies could be detected with this technology alone.

ILLUMINA has recently emerged as a leader in high-throughput genotyping. Unlike AFFMETRIX, ILLUMINA genotyping arrays do not rely exclusively on hybridization. Instead, ILLUMINA technology uses an allele-specific DNA extension step, which is much more sensitive and specific than hybridization alone, for the original sequence detection. Then, all of these alleles are amplified in multiplex by PCR, and then these products hybridized to bead arrays. The beads on these arrays contain unique "address" tags, not native sequence, so this hybridization is highly specific and sensitive. Alleles are then called by quantitative scanning of the bead arrays. The Illumina GOLDEN GATE assay system genotypes up to 1536 loci concurrently, so the throughput is better than TAQMAN but not as high as AFFMETRIX 500 k arrays. The cost of ILLUMINA genotypes is lower than TAQMAN, but higher than AFFMETRIX arrays. Also, the ILLUMINA platform takes as long to complete as the 500 k AFFMETRIX arrays (up to 72 hours), which is problematic for IVF genotyping. However, ILLUMINA has a much better call rate, and the assay is quantitative, so aneuploidies are detectable with this technology. ILLUMINA technology is much more flexible in choice of SNPs than 500 k AFFMETRIX arrays.

One of the highest throughput techniques, which allows for the measurement of up to 250,000 SNPs at a time, is the AFFMETRIX GeneChip 500K genotyping array. This technique also uses PCR, followed by analysis by hybridization and detection of the amplified DNA sequences to DNA probes, chemically synthesized at different locations on a quartz surface. A disadvantage of these arrays are the low flexibility and the lower sensitivity. There are modified approaches that can increase selectivity, such as the "perfect match" and "mismatch probe" approaches, but these do so at the cost of the number of SNPs calls per array.

Pyrosequencing, or sequencing by synthesis, can also be used for genotyping and SNP analysis. The main advantages to pyrosequencing include an extremely fast turnaround and unambiguous SNP calls however, the assay is not currently conducive to high-throughput parallel analysis. PCR fol-lowed by gel electrophoresis is an exceedingly simple technique that has met the most success in preimplantation diagnosis. In this technique, researchers use nested PCR to amplify short sequences of interest. Then, they run these DNA samples on a special gel to visualize the PCR products. Different bases have different molecular weights, so one can determine base content based on how fast the product runs in the gel. This technique is low-throughput and requires subjective analyses by scientists using current technologies, but has the advantage of speed (1-2 hours of PCR, 1 hour of gel electrophoresis). For this reason, it has been used pre-viously for prenatal genotyping for a myriad of diseases, including: thalassaemia, neurofibromatosis type 2, leukocyte adhesion deficiency type I, Halloyeau-Siemens disease, sickle-cell anemia, retinoblastoma, Pelizaeus-Merzbacher disease, Duchenne muscular dystrophy, and Currarino syndrome.

Another promising technique that has been developed for genotyping small quantities of genetic material with very high fidelity is MOLECULAR INVERSION PROBES (MIPs), such as AFFMETRIX's GENFLEX Arrays. This technique has the capability to measure multiple SNPs in

6

parallel: more than 10,000 SNPS measured in parallel have been verified. For small quantities of genetic material, call rates for this technique have been established at roughly 95%, and accuracy of the calls made has been established to be above 99%. So far, the technique has been implemented for quantities of genomic data as small as 150 molecules for a given SNP. However, the technique has not been verified for genomic data from a single cell, or a single strand of DNA, as would be required for pre-implantation genetic diagnosis.

The MIP technique makes use of padlock probes which are linear oligonucleotides whose two ends can be joined by ligation when they hybridize to immediately adjacent target sequences of DNA. After the probes have hybridized to the genomic DNA, a gap-fill enzyme is added to the assay which can add one of the four nucleotides to the gap. If the added nucleotide (A,C,T,G) is complementary to the SNP under measurement, then it will hybridize to the DNA, and join the ends of the padlock probe by ligation. The circular products, or closed padlock probes, are then differentiated from linear probes by exonucleolysis. The exonuclease, by breaking down the linear probes and leaving the circular probes, will change the relative concentrations of the closed vs. the unclosed probes by a factor of 1000 or more. The probes that remain are then opened at a cleavage site by another enzyme, removed from the DNA, and amplified by PCR. Each probe is tagged with a different tag sequence consisting of 20 base tags (16,000 have been generated), and can be detected, for example, by the AFFMETRIX GENFLEX Tag Array. The presence of the tagged probe from a reaction in which a particular gap-fill enzyme was added indicates the presence of the complimentary amino acid on the relevant SNP.

The molecular biological advantages of MIPS include: (1) multiplexed genotyping in a single reaction, (2) the geno-type "call" occurs by gap fill and ligation, not hybridization, and (3) hybridization to an array of universal tags decreases false positives inherent in most array hybridizations. In traditional 500K, TAQMAN and other genotyping arrays, the entire genomic sample is hybridized to the array, which contains a variety of perfect match and mismatch probes, and an algorithm calls likely genotypes based on the inten-sities of the mismatch and perfect match probes. Hybrid-ization, however, is inherently noisy, because of the com-plexities of the DNA sample and the huge number of probes on the arrays. MIPs, on the other hand, uses multiplex probes (i.e., not on an array) that are longer and therefore more specific, and then uses a robust ligation step to circularize the probe. Background is exceedingly low in this assay (due to specificity), though allele dropout may be high (due to poor performing probes).

When this technique is used on genomic data from a single cell (or small numbers of cells) it will—like PCR based approaches—suffer from integrity issues. For example, the inability of the padlock probe to hybridize to the genomic DNA will cause allele dropouts. This will be exacerbated in the context of in-vitro fertilization since the efficiency of the hybridization reaction is low, and it needs to proceed relatively quickly in order to genotype the embryo in a limited time period. Note that the hybridization reaction can be reduced well below vendor-recommended levels, and micro-fluidic techniques may also be used to accelerate the hybridization reaction. These approaches to reducing the time for the hybridization reaction will result in reduced data quality.

Once the genetic data has been measured, the next step is to use the data for predictive purposes. Much research has

7

been done in predictive genomics, which tries to understand the precise functions of proteins, RNA and DNA so that phenotypic predictions can be made based on genotype. Canonical techniques focus on the function of Single-Nucleotide Polymorphisms (SNP); but more advanced methods are being brought to bear on multi-factorial phenotypic features. These methods include techniques, such as linear regression and nonlinear neural networks, which attempt to determine a mathematical relationship between a set of genetic and phenotypic predictors and a set of measured outcomes. There is also a set of regression analysis techniques, such as Ridge regression, log regression and stepwise selection, that are designed to accommodate sparse data sets where there are many potential predictors relative to the number of outcomes, as is typical of genetic data, and which apply additional constraints on the regression parameters so that a meaningful set of parameters can be resolved even when the data is underdetermined. Other techniques apply principal component analysis to extract information from undetermined data sets. Other techniques, such as decision trees and contingency tables, use strategies for subdividing subjects based on their independent variables in order to place subjects in categories or bins for which the phenotypic outcomes are similar. A recent technique, termed logical regression, describes a method to search for different logical interrelationships between categorical independent variables in order to model a variable that depends on interactions between multiple independent variables related to genetic data. Regardless of the method used, the quality of the prediction is naturally highly dependent on the quality of the genetic data used to make the prediction.

Normal humans have two sets of 23 chromosomes in every diploid cell, with one copy coming from each parent. Aneuploidy, a cell with an extra or missing chromosome, and uniparental disomy, a cell with two of a given chromosome that originate from one parent, are believed to be responsible for a large percentage of failed implantations, miscarriages, and genetic diseases. When only certain cells in an individual are aneuploid, the individual is said to exhibit mosaicism. Detection of chromosomal abnormalities can identify individuals or embryos with conditions such as Down syndrome, Klinefelter syndrome, and Turner syndrome, among others, in addition to increasing the chances of a successful pregnancy. Testing for chromosomal abnormalities is especially important as mothers age: between the ages of 35 and 40 it is estimated that between 40% and 50% of the embryos are abnormal, and above the age of 40, more than half of the embryos are abnormal.

Karyotyping, the traditional method used for the prediction of aneuploides and mosaicism is giving way to other more high throughput, more cost effective methods. One method that has attracted much attention recently is Flow cytometry (FC) and fluorescence in situ hybridization (FISH) which can be used to detect aneuploidy in any phase of the cell cycle. One advantage of this method is that it is less expensive than karyotyping, but the cost is significant enough that generally a small selection of chromosomes are tested (usually chromosomes 13, 18, 21, X, Y; also sometimes 8, 9, 15, 16, 17, 22); in addition, FISH has a low level of specificity. Using FISH to analyze 15 cells, one can detect mosaicism of 19% with 95% confidence. The reliability of the test becomes much lower as the level of mosaicism gets lower, and as the number of cells to analyze decreases. The test is estimated to have a false negative rate as high as 15% when a single cell is analyzed. There is a great demand for a method that has a higher throughput, lower cost, and greater accuracy.

8

Listed here is a set of prior art which is related to the field of the current invention. None of this prior art contains or in any way refers to the novel elements of the current invention. In U.S. Pat. No. 6,720,140, Hartley et al describe a recombinational cloning method for moving or exchanging segments of DNA molecules using engineered recombination sites and recombination proteins. In U.S. Pat. No. 6,489,135 Parrott et al. provide methods for determining various biological characteristics of in vitro fertilized embryos, including overall embryo health, implantability, and increased likelihood of developing successfully to term by analyzing media specimens of in vitro fertilization cultures for levels of bioactive lipids in order to determine these characteristics. In US Patent Application 20040033596 Threadgill et al. describe a method for preparing homozygous cellular libraries useful for in vitro phenotyping and gene mapping involving site-specific mitotic recombination in a plurality of isolated parent cells. In U.S. Pat. No. 5,994,148 Stewart et al. describe a method of determining the probability of an in vitro fertilization (IVF) being successful by measuring Relaxin directly in the serum or indirectly by culturing granulosa lutein cells extracted from the patient as part of an IVF/ET procedure. In U.S. Pat. No. 5,635,366 Cooke et al. provide a method for predicting the outcome of IVF by determining the level of 11β-hydroxysteroid dehydrogenase (11β-HSD) in a biological sample from a female patient. In U.S. Pat. No. 7,058,616 Larder et al. describe a method for using a neural network to predict the resistance of a disease to a therapeutic agent. In U.S. Pat. No. 6,958,211 Vingerhoets et al. describe a method wherein the integrase genotype of a given HIV strain is simply compared to a known database of HIV integrase genotype with associated phenotypes to find a matching genotype. In U.S. Pat. No. 7,058,517 Denton et al. describe a method wherein an individual's haplotypes are compared to a known database of haplotypes in the general population to predict clinical response to a treatment. In U.S. Pat. No. 7,035,739 Schadt at al. describe a method is described wherein a genetic marker map is constructed and the individual genes and traits are analyzed to give a gene-trait locus data, which are then clustered as a way to identify genetically interacting pathways, which are validated using multivariate analysis. In U.S. Pat. No. 6,025,128 Veltri et al. describe a method involving the use of a neural network utilizing a collection of biomarkers as parameters to evaluate risk of prostate cancer recurrence.

The cost of DNA sequencing is dropping rapidly, and in the near future individual genomic sequencing for personal benefit will become more common. Knowledge of personal genetic data will allow for extensive phenotypic predictions to be made for the individual. In order to make accurate phenotypic predictions high quality genetic data is critical, whatever the context. In the case of prenatal or pre-implantation genetic diagnoses a complicating factor is the relative paucity of genetic material available. Given the inherently noisy nature of the measured genetic data in cases where limited genetic material is used for genotyping, there is a great need for a method which can increase the fidelity of, or clean, the primary data.

## SUMMARY OF THE INVENTION

The system disclosed enables the cleaning of incomplete or noisy genetic data using secondary genetic data as a source of information. While the disclosure focuses on genetic data from human subjects, and more specifically on as-yet not implanted embryos or implanted fetuses, it should

9

be noted that the methods disclosed apply to the genetic data of a range of organisms, in a range of contexts. The techniques described for cleaning genetic data are most relevant in the context of pre-implantation diagnosis during in-vitro fertilization, prenatal diagnosis in conjunction with amniocentesis, chorion villus biopsy, and fetal blood sampling, and non-invasive prenatal diagnosis, where a small quantity of fetal genetic material is isolated from maternal blood. The diagnoses may focus on inheritable diseases, increased likelihoods of defects or abnormalities, as well as making phenotype predictions for individuals to enhance clinical and lifestyle decisions. The invention addresses the shortcomings of prior art that are discussed above.

In one aspect of the invention, methods make use of imperfect knowledge of the genetic data of the mother and the father, together with the knowledge of the mechanism of meiosis and the imperfect measurement of the embryonic DNA, in order to reconstruct, in silico, the embryonic DNA at the location of key SNPs with a high degree of confidence. It is important to note that the parental data allows the reconstruction not only of SNPs that were measured poorly, but also of insertions, deletions, and of SNPs or whole regions of DNA that were not measured at all.

The disclosed method is applicable in the context of in-vitro fertilization, where a very small number of blastomeres are available for genotyping from each embryo being considered for implantation. The disclosed method is equally applicable to the context of Non-Invasive Prenatal Diagnosis (NIPD) where only a small number of fetal cells, or fragments of fetal DNA, have been isolated from the mother's blood. The disclosed method is more generally applicable in any case where a limited amount of genetic data is available from the target genome, and additional genetic data is available from individuals who are genetically related to the target.

In one aspect of the invention, the fetal or embryonic genomic data which has been reconstructed can be used to detect if the cell is aneuploid, that is, if fewer or more than two of a particular chromosome is present in a cell. A common example of this condition is trisomy-21, which gives rise to Down syndrome. The reconstructed data can also be used to detect for uniparental disomy, a condition in which two of a given chromosome are present, both of which originate from one parent. This is done by creating a set of hypotheses about the potential states of the DNA, and testing to see which one has the highest probability of being true given the measured data. Note that the use of high throughput genotyping data for screening for aneuploidy enables a single blastomere from each embryo to be used both to measure multiple disease-linked loci as well as screen for aneuploidy.

In another aspect of the invention, the direct measurements of the amount of genetic material, amplified or unamplified, present at a plurality of loci, can be used to detect for aneuploides, or uniparental disomy. The idea behind this method is simply that the amount of genetic material present during amplification is proportional to the amount of genetic information in the initial sample, and measuring these levels at multiple loci will give a statistically significant result.

In another aspect of the invention, the disclosed method can clean genetic material of the individual which has been contaminated by foreign DNA or RNA by identifying the data generated by extraneous genetic materials. The spurious signals generated by the contaminating DNA can be

10

recognized in a manner similar to that way that chromosome-wide anomalous signals generated by aneuploides can be detected.

In another aspect of the invention, target cells are isolated, the genetic data contained in those cells are amplified, and measurements of multiple SNPs are made using a combination of one or more of the following techniques: PCR-based amplification techniques, PCR-based measurement techniques, or detection techniques based on MOLECULAR INVERSION PROBES, or microarrays such as the GENECHIP or TAQMAN systems. This genetic data is then used in the system described herein.

In another aspect of the invention, the genetic data of an individual can be cleaned using diploid and haploid data from both parents. Alternately, haploid data from a parent can be simulated if diploid and haploid data of the parent's parent can be measured. In another aspect, genetic data from any person of a known genetic relation to the individual can be used to clean the data of the individual, including parents, siblings, grandparents, offspring, cousins, uncles, aunts etc.

In another aspect of the invention, the target and/or related individual's genetic data may be partly or wholly known in silico, obviating the need for some direct measurements. Portions of the genetic data can be generated in silico by means of an informatics approach utilizing a hidden Markov model.

In another aspect of the invention, it is possible to estimate the confidence one has in the determination of those SNPs.

Note that the techniques described herein are relevant both to measurements of genetic material in one, or a small number of cells, as well as to measurements on smaller amounts of DNA such as that which can be isolated from the mother's blood in the context of Non-invasive Prenatal Diagnosis (NIPD). Also note that this method can be equally applied to genomic data in silico, i.e. not directly measured from genetic material.

It will be recognized by a person of ordinary skill in the art, given the benefit of this disclosure, aspects and embodiments that may implement one or more of the systems, methods, and features, disclosed herein.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**: an illustration of the concept of recombination in meiosis for gamete formation.

FIG. **2**: an illustration of the variable rates of recombination along one region of Human Chromosome 1.

FIG. **3**: determining probability of false negatives and false positives for different hypotheses.

FIG. **4**: the results from a mixed female sample, all loci hetero.

FIG. **5**: the results from a mixed male sample, all loci hetero.

FIG. **6**: Ct measurements for male sample differenced from Ct measurements for female sample.

FIG. **7**: the results from a mixed female sample; TAQMAN single dye.

FIG. **8**: the results from a mixed male; TAQMAN single dye.

FIG. **9**: the distribution of repeated measurements for mixed male sample.

FIG. **10**: the results from a mixed female sample; qPCR measures.

FIG. **11**: the results from a mixed male sample; qPCR measures.

US 10,597,724 B2

**11**

FIG. **12**: Ct measurements for male sample differenced from Ct measurements for female sample.

FIG. **13**: detecting aneuploidy with a third dissimilar chromosome.

FIGS. **14A** and **14B**: an illustration of two amplification distributions with constant allele dropout rate.

FIG. **15**: a graph of the Gaussian probability density function of alpha.

FIG. **16**: the general relationship diagram of the input data, the database data, the algorithm and the output.

FIG. **17**: a visual overview of how to derive P(HIM).

FIG. **18**: a visual representation of the flow chart describing the algorithm used to demonstrate the effectiveness of the cleaning algorithm on simulated data.

FIG. **19**: an illustration of a system that is configured to accomplish the method disclosed herein, in the context of phenotype prediction of embryos during IVF.

FIG. **20**: a summary of different aneuploidy detection techniques

FIG. **21**: an example of input data for the method described using SNPs with a low degree of cosegregation.

FIG. **22**: an example of input data for the method described using SNPs with a high degree of cosegregation.

FIG. **23**: an example of the output data for the input data shown in FIG. **21**.

FIG. **24**: an example of the output data for the input data shown in FIG. **23**.

FIG. **25**: the results of the preliminary simulation.

FIG. **26**: the results of the full simulation of the method.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Conceptual Overview of the System

The goal of the disclosed system is to provide highly accurate genomic data for the purpose of genetic diagnoses. In cases where the genetic data of an individual contains a significant amount of noise, or errors, the disclosed system makes use of the similarities between genetic data of related individuals, and the information contained in that secondary genetic data, to clean the noise in the target genome. This is done by determining which segments of chromosomes were involved in gamete formation and where crossovers occurred during meiosis, and therefore which segments of the secondary genomes are expected to be nearly identical to sections of the target genome. In certain situations this method can be used to clean noisy base pair measurements, but it also can be used to infer the identity of individual base pairs or whole regions of DNA that were not measured. In addition, a confidence can be computed for each reconstruction call made. A highly simplified explanation is presented first, making unrealistic assumptions in order to illustrate the concept of the invention. A detailed statistical approach that can be applied to the technology of today is presented afterward.

Another goal of the system is to detect abnormal numbers of chromosomes, sections of chromosomes, and origins of chromosomes. In genetic samples that are aneuploid, have unbalanced translocations, uniparental disomy, or other gross chromosomal abnormalities, the amount of genetic material present at a plurality of loci can be used to determine the chromosomal state of the sample. There are multiple approaches to this method, and several of them are described here. In some approaches, the amount of genetic material present in a sample is sufficient to directly detect aneuploides. In other approaches, the method for cleaning the genetic material can be used to enhance the efficiency of

**12**

detection of chromosomal imbalances. A confidence can be computed for each chromosomal call made.

Technical Description of the System

A Simplified Example

FIG. **1** illustrates the process of recombination that occurs during meiosis for the formation of gametes in a parent. The chromosome **101** from the individual's mother is shown in grey. The chromosome **102** from the individual's father is shown in white. During this interval, known as Diplotene, during Prophase I of Meiosis, a tetrad of four chromatids **103** is visible. Crossing over between non-sister chromatids of a homologous pair occurs at the points known as recombination nodules **104**. For the purpose of illustration, the example will focus on a single chromosome, and three Single Nucleotide Polymorphisms (SNPs), which are assumed to characterize the alleles of three genes. For this discussion it is assumed that the SNPs may be measured separately on the maternal and paternal chromosomes. This concept can be applied to many SNPs, many alleles characterized by multiple SNPs, many chromosomes, and to the current genotyping technology where the maternal and paternal chromosomes cannot be individually isolated before genotyping.

Attention must be paid to the points of potential crossing over in between the SNPs of interest. The set of alleles of the three maternal genes may be described as $(a_{m1}, a_{m2}, a_{m3})$ corresponding to SNPs (SNP$_1$, SNP$_2$, SNP$_3$). The set of alleles of the three paternal genes may be described as $(a_{p1}, a_{p2}, a_{p3})$. Consider the recombination nodules formed in FIG. **1**, and assume that there is just one recombination for each pair of recombining chromatids. The set of gametes that are formed in this process will have gene alleles: $(a_{m1}, a_{m2}, a_{m3})$, $(a_{m1}, a_{p2}, a_{p3})$, $(a_{p1}, a_{m2}, a_{m3})$, $(a_{p1}, a_{p2}, a_{p3})$. In the case with no crossing over of chromatids, the gametes will have alleles $(a_{m1}, a_{m2}, a_{m3})$, $(a_{p1}, a_{p2}, a_{p3})$. In the case with two points of crossing over in the relevant regions, the gametes will have alleles $(a_{m1}, a_{p2}, a_{m3})$, $(a_{p1}, a_{m2}, a_{p3})$. These eight different combinations of alleles will be referred to as the hypothesis set of alleles, for that particular parent.

The measurement of the alleles from the embryonic DNA will be noisy. For the purpose of this discussion take a single chromosome from the embryonic DNA, and assume that it came from the parent whose meiosis is illustrated in FIG. **1**. The measurements of the alleles on this chromosome can be described in terms of a vector of indicator variables: $A=[A_1\ A_2\ A_3]^T$ where $A_i=1$ if the measured allele in the embryonic chromosome is $a_{mi}$, $A_i=-1$ if the measured allele in the embryonic chromosome is $a_{pi}$, and $A_i=0$ if the measured allele is neither $a_{mi}$ or $a_{pi}$. Based on the hypothesis set of alleles for the assumed parent, a set of eight vectors may be created which correspond to all the possible gametes describe above. For the alleles described above, these vectors would be $a_1=[1\ 1\ 1]^T$, $a_2=[1\ 1\ -1]^T$, $a_3=[1\ -1\ 1]^T$, $a_4=[1\ -1\ -1]^T$, $a_5=[-1\ 1\ 1]^T$, $a_6=[-1\ 1\ -1]^T$, $a_7=[-1\ -1\ 1]^T$, $a_8=[-1\ -1\ -1]^T$. In this highly simplified application of the system, the likely alleles of the embryo can be determined by performing a simple correlation analysis between the hypothesis set and the measured vectors:

$$i^* = \arg\max_i A^T a_i, \ i=1\ldots 8 \qquad (1)$$

Once $i^*$ is found, the hypothesis $a_{i^*}$ is selected as the most likely set of alleles in the embryonic DNA. This process is then repeated twice, with two different assumptions, namely that the embryonic chromosome came from the mother or

13

the father. That assumption which yields the largest correlation $A^T a_i^*$ would be assumed to be correct. In each case a hypothesis set of alleles is used, based on the measurements of the respective DNA of the mother or the father. Note that in a typical embodiment of the disclosed method, one measures a large number of SNPs between those SNPs that are important due to their association with particular disease phenotypes—these will be referred to these as Phenotype-associated SNPs or PSNPs. The Non-phenotype-associated SNPs (NSNPs) between the PSNPs may be chosen a-priori (for example, for developing a specialized genotyping array) by selecting from the NCBI dbSNP database those RefSNPs that tend to differ substantially between individuals. Alternatively, the NSNPs between the PSNPs may be chosen for a particular pair of parents because they differ between the parents. The use of the additional SNPs between the PSNPs enables one to determine with a higher level of confidence whether crossover occurs between the PSNPs. It is important to note that while different "alleles" are referred to in this notation, this is merely a convenience; the SNPs may not be associated with genes that encode proteins.

The System in the Context of Current Technology

In another more complex embodiment, the a-posteriori probability of a set of alleles is computed given a particular measurement, taking into account the probability of particular crossovers. In addition, the scenario typical of microarrays and other genotyping technologies is addressed where SNPs are measured for pairs of chromosomes, rather than for a single chromosome at a time. The measurements of the genotype at the locus i for the embryonic, paternal and maternal chromosomes may be characterized respectively by random variables representing the pairs of SNP measurements ($e_{1,i}$, $e_{2,i}$), ($p_{1,i}$, $p_{2,i}$) and ($m_{1,i}$, $m_{2,i}$). Since one cannot determine the presence of crossovers in the maternal and paternal chromosomes if all measurements are made as pairs, the method is modified: in addition to genotyping the fertilized embryos and paternal and maternal diploid tissue, one haploid cell from each parent, namely, a sperm cell and an egg cell, is also genotyped. The measured alleles of the sperm cell are represented by $p_{1,i}$, i=1 . . . N and the complementary alleles measured from the paternal diploid tissue by $p_{2,i}$. Similarly, the measured alleles of the egg cell are represented by $m_{1,i}$ and their complement in the mother's diploid cell by $m_{2,i}$. These measurements provide no information on where the parental chromosomes crossed over in generating the measured sperm and egg cells. However, one can assume that the sequence of N alleles on the egg or sperm was created from the parental chromosomes by a small number of, or no, crossovers. This is sufficient information to apply the disclosed algorithm. A certain error probability is associated with calling the paternal and maternal SNPs. The estimation of this error probability will vary based on the measurements made ($p_{1,i}$, $p_{2,i}$) and ($m_{1,i}$, $m_{2,i}$) and the signal-to-noise ratio for the technology used. Although these error probabilities can be uniquely computed for each locus without affecting the disclosed method, the algebra is simplified here by assuming that the probabilities of correctly calling the paternal and maternal SNPs are constant at $p_p$ and $p_m$ respectively.

Assume that a measurement is performed on the embryonic DNA which is termed measurement M. In addition, the notation is slightly modified so that A is now a set and not a vector: A refers to a particular hypothesis about the combination (or set) of alleles derived from each parent. The set of all possible combinations of alleles A from both parents is denoted as $S_A$. The goal is to determine the

14

combination of alleles (or that hypothesis) $A \in S_A$ with the highest a-posteriori probability, given the measurement M:

$$A^* = \arg\max_A P(A|M), \forall A \in S_A \qquad (2)$$

Using the law of conditional probabilities, $P(A|M) = P(M|A) \cdot P(A)/P(M)$. Since $P(M)$ is common for all different A's, the optimizing search can be recast as:

$$A^* = \arg\max_A P(M|A)P(A), \forall A \in S_A \qquad (3)$$

Now consider the computation of $P(M/A)$. Begin with a single locus i, and let the hypothesis be that this locus on the embryo is derived from the parental SNPs $p_{r,1,i}$ and $m_{r,1,i}$, where the underscore, is used to denote the true value of these Parental SNPs, as opposed to the measurements performed, $p_{1,i}$ and $m_{1,i}$, which may or may not be correct. The true value of the embryonic SNPs is denoted as ($e_{r,1,i}$, $e_{r,2,i}$). If hypothesis A is true, the ($e_{r,1,i}$, $e_{r,2,i}$)=($p_{r,1,i}$, $m_{r,1,i}$) or ($m_{r,1,i}$, $p_{r,1,i}$). Since one cannot differentiate which of the measurements ($e_{1,i}$, $e_{2,i}$) comes from which parent, both orders must be considered so the hypothesis set A=[($p_{r,1,i}$, $m_{r,1,i}$), ($m_{r,1,i}$, $p_{r,2,i}$)]. The probability of a particular measurement M depends on the true values or the underlying states of the parental SNPs, namely ($p_{r,1,i}$, $p_{r,2,i}$) and ($m_{r,1,i}$, $m_{r,2,i}$). Since there are four SNPs, $p_{r,1,i}$, $p_{r,2,i}$, $m_{r,1,i}$, $m_{r,2,i}$, and each of these can assume the value of four nucleotide bases, A,C,T,G, there are $4^4$ or 256 possible states. The algorithm is illustrated for one state Si for which it is assumed that $p_{r,1,i} \neq p_{r,2,i} \neq m_{r,1,i} \neq m_{r,2,i}$. From this explanation, it will be clear how to apply the method to all 256 possible states, $s_k$, k=1 . . . 256. Assume a measurement M of embryonic SNPs ($e_{1,i}$, $e_{2,i}$) is performed, and the result $e_{1,i} = p_{1,i}$, $e_{2,i} = m_{1,i}$ is obtained. The a priori probability for this measurement given that hypothesis A and state Si are true is computed:

$$P(e_{1,i} = p_{1,i}, e_{2,i} = m_{1,i}|A, s_1) = P(e_{r,1,i} = p_{r,1,i}, e_{r,2,i} = m_{r,1,i}|A, \\ s_1)P(e_{1,i} = p_{1,i}|e_{r,1,i} = p_{r,1,i})P(e_{2,i} = m_{1,i}|e_{r,2,i} = m_{r,1,i}) + \\ P(e_{r,1,i} = m_{r,1,i}, e_{r,2,i} = p_{r,1,i}|A, s_1)P(e_{1,i} = p_{1,i}|e_{r,1,i} = \\ m_{r,1,i})P(e_{2,i} \neq m_{r,1,i})P(e_{2,i} = m_{1,i}|e_{r,2,i} = p_{r,2,i})P_{e_{r,2,i}} \neq \\ m_{r,1,i}) \qquad (4)$$

Consider the first expressions in the first term and second term: $P(e_{1,i} = p_{1,i}, e_{2,i} = m_{1,i}|A, s_1) = P(e_{1,i} = m_{1,i}, e_{2,i} = p_{1,i}|A, s_1) = 0.5$ since the hypothesis $A = [(p_{r,1,i}, m_{r,1,i}), (m_{r,1,i}, p_{r,1,i})]$ makes two orderings for the embryonic SNPs equally likely. Now consider the second expression of the first term, $P(e_{1,i} = p_{1,i}|e_{r,1,i} = p_{r,1,i})$, the probability of measuring $e_{1,i} = p_{1,i}$ given the assumption that embryonic SNP $e_{r,1,i}$ actually is derived from paternal SNP $p_{r,1,i}$. The probabilities for correctly measuring the paternal SNPs, maternal SNPs, and embryonic SNPs are $p_p$, $p_m$, and $p_e$. Given the assumption ($e_{r,1,i} = p_{r,1,i}$), the measurement ($e_{1,i} = p_{1,i}$) requires either that both embryonic and paternal SNPs are correctly measured, or that both are incorrectly measured and they happen to be incorrectly measured as the same nucleotide (A, C, T, or G). So, $P(e_{1,i} = p_{1,i}|e_{r,1,i} = p_{r,1,i}) = p_e p_p + (1 - p_e)(1 - p_p)/3$ where it is assumed for simplicity that the probability of incorrectly calling all four of the nucleotides is equally likely—the algorithm can be easily modified to accommodate different probabilities of calling a particular nucleotide (A,C,T,G) given a measurement on another particular nucleotide. The same approach may be applied to the third expression in the first term to obtain $P(e_{2,i} = m_{1,i}|e_{r,2,i} = m_{r,1,i}) = p_e p_m + (1 - p_e)(1 - p_m)/3$. Now consider the second expression of the second term. $P(e_{1,i} = p_{1,i}|e_{r,1,i} = m_{r,1,i}, m_{r,1,i} \neq p_{r,1,i})$ requires either that $e_{1,i}$ or $p_{1,i}$ be an incorrect measurement, or that both be incorrect measurements, so that the measured values happen to be equal: $P(e_{1,i} = p_{1,i}|e_{r,1,i} = m_{r,1,i}, m_{r,1,i} \neq p_{r,1,i}) = p_e(1 - p_p)/3 + (1 - p_e)p_p/3 + (1 - p_e)(1 - p_p)2/9$. The same argument can be applied to the last expression of the second term to yield $P(e_{2,i} = m_{1,i}|e_{r,2,i} = p_{r,2,i}, m_{r,1,i} \neq p_{r,2,i}) = p_e(1 - p_m)/3 + (1 - p_e)p_m/3 +$

US 10,597,724 B2

15

$(1-p_e)(1-p_m)2/9$. Now, combining all of these terms, and making the assumption—merely to simplify the algebra—that $p_e=p_p=p_m=p$, one can compute:

$$P(E_{1,j}=p_{1,p},e_{2,j}=m_{1,j})|A,s_1)=1/1\pi z(160p^4-160p^3+96p^2-28p+13)$$ (5)

Although the computation will vary, a similar conceptual approach to that described here would be used for all 256 possible states, $s_k$, $k=1$ . . . 256. Computing $P(e_{1,j}=p_{1,p}, e_{2,j}=m_{1,j}|A,s_i)$ for all 256 states si and summing over the probability of each si one obtains $P(e_{1,j}=p_{1,p}, e_{2,j}=m_{1,j}|A)$. In other words:

$$P(M \mid A) = \sum_{i=1...256} P(M \mid A, s_i)P(s_i)$$ (6)

In order to compute the probabilities of each state si, $P(s_i)$, one must treat all the separate alleles making up a state as separate events since they are on separate chromosomes, in other words: $P(s_i)=P(p_{1,i,j}, p_{1,2,j}, m_{1,1,j}, m_{1,2,j})=P(p_{1,1,j})P(p_{1,2,j})P(m_{1,1,j})P(m_{1,2,j})$. Bayesian techniques may be applied to estimate the probability distribution for the individual measurements. Every measurement of an allele on the maternal or paternal chromosomes at locus i may be treated as a coin toss experiment to measure the probability of this allele being a particular value (A, C, T or G). These measurements are made on the adult tissue samples and may be treated as being totally reliable, even though pairs of alleles are measured for each SNP, and it is not possible to determine which allele comes from which chromosome. Let $w_{p,1,j}=P(p_{1,1,j})$, corresponding to the probability of the SNP i on the father's chromosome being value $p_{r,1,j}$. In the following explanation, w is used instead of $w_{p,1,j}$. Let the measurements performed on SNP i of the father's chromosome be characterized as collecting data D. One can create a probability distribution for w, p(w) and update this after the data is measurement according to Bayes Theorem: $p(w|D)=p(w)p(D|w)/p(D)$. Assume n alleles of SNP i are observed and that the particular allele corresponding to w comes up h times—in other words, heads is observed h times. The probability of this observation can be characterized by the binomial distribution

$$p(D \mid w) = \binom{n}{h}w^h(1-w)^{n-h}$$ (7)

Before data is collected, assume there is a prior distribution p(w) which is uniform between 0 and 1. By applying the Bayes theorem, it is straightforward to show that the resulting distribution for p(w|D) will be a beta distribution of the form:

$$p(w \mid D) = \frac{1}{c}w^h(1-w)^{n-h} \text{ where } c = \int_0^1 w^h(1-w)^{n-h}dw$$ (8)

and c is a normalizing constant. However many times p(w|D) is then updated by applying Bayes theorem and new measurements, it will continue to have a beta distribution as above. The estimates of p(w) are updated every time a new measurement is collected. Note that there will be a different function p(w) for different races and different genders, using the same groupings used in the Hapmap project, since the

16

probability of different alleles at particular SNPs is dependent on these groupings of race and gender. For the computation of $P(s_i)$, each allele on each chromosome will be associated with an estimated probability distribution, namely $p_{p,1,j}(w_{p,1,j})$, $p_{p,2,j}(w_{p,2,j})$, $p_{m,1,j}(w_{m,1,j})$ and $p_{m,2,j}(w_{m,2,j})$. One may then compute the maximum a-posteriori (MAP) estimate for $P(s_i)$ according to the MAP estimate for each of the individual distributions. For example, let $w_{p,1,j}^*$ be the argument that maximizes $p_{p,1,j}(w_{p,1,j})$. The MAP estimate of $P(s_i)$ may be found according to

$$P(s_i)_{MAP}=w_{p,1,j}^*w_{p,2,j}^*w_{m,1,j}^*w_{m,2,j}^*$$ (9)

Since there is a probability distribution for each w, one can also compute conservative estimates of the values $P(s_i)$ to any specified confidence level, by integrating over the probability distribution, rather than simply using the MAP estimates. It is possible to do this, for example, to conservatively estimate P(M|A) to within some confidence level. Whether a conservative estimate or a MAP estimate is used, the estimate of $P(s_i)$ is continually refined for the computation of P(M|A). In what follows, reference to the assumed state will be eliminated to simplify the notation, and state $s_i$ is assumed for all explanations of detailed computation. Bear in mind that in actuality these calculations would be performed for each of 256 states and be summed over the probability of each.

The method of computing P(M|A) is now extended to multiple SNP loci, assuming that M represents the set of measurements of N pairs of SNPs on the embryo, $M=[M_1, \ldots, MN]$. Assume also that A represents the set of hypotheses for each SNP about which parental chromosomes contributed to that SNP, $A=[A_1, \ldots, A_N]$. Let $S_{A'}$ represent the set of all other possible hypotheses that are different from A or are in the set A'. P(M|A) and P(M|A') may be computed:

$$P(M \mid A) = \prod_{i=1...N} P(M_i \mid A_i), \ P(M \mid A') = \sum_{A \in S_{A'}} P(A) \prod_{i=1...N} P(M_i \mid A_i)$$ (10)

Consider the computation of P(A). In essence, this is based on the likelihood of particular crossovers occurring in the formation of the gametes that form the embryo. The probability of a particular allele set depends on two factors, namely the probability that the embryonic chromosome comes from the mother or the father, and the probability of a particular combination of crossovers. For a normal set of embryonic chromosomes that do not suffer from aneuploidy, the a-priori probability that the embryonic chromosome comes from the mother or father is ~50% and is consequently common for all A. Now, consider the probability of a particular set of recombination nodes. The number of relevant recombination sites R depends on the number of measured SNPS: R=N−1. Since the DNA segment constituting N NSNPs around the PSNP of interest will be relatively short, crossover interference makes it highly improbable that two crossovers on the same chromosome can occur in one region. For reasons of computational efficiency this method assumes that only one crossover will occur in each region for each relevant chromosome, and this can occur at R possible sites. It will be obvious to someone skilled in the art how this method may be extended to include the possibility where there are multiple crossovers in a given region.

US 10,597,724 B2

17

Let the probability of a crossover in each region between SNPs be denoted $P_r$, $r=1 \ldots N-1$. To first order, the probability of a recombination node in a region r between two SNPs is proportional to the genetic distance between those SNPs (measured in cMorgans). However, much recent research has enabled a precise modeling of the probability of recombination between two SNP loci. Observations from sperm studies and patterns of genetic variation show that recombination rates vary extensively over kilobase scales and that much recombination occurs in recombination hotspots, and causes linkage disequilibrium to display a block-like structure. The NCBI data about recombination rates on the Human Genome is publicly available through the UCSC Genome Annotation Database.

Various data sets can be used singly or in combination. Two of the most common data sets are from the Hapmap Project and from the Perlegen Human Haplotype Project. The latter is higher density; the former is higher quality. See FIG. 2 for the regional recombination rates from positions 1,038,423 to 4,467,775 of chromosome 1, based on the HapMap Phase I data, release 16a. These rates were estimated using the reversible-jump Markov Chain Monte Carlo (MCMC) method which is available in the package LDHat. The state-space considered is the distribution of piece-wise constant recombination rate maps. The Markov chain explores the distribution of the number and location of rate change-points, in addition to the rates for each segment, 201. These results may be used to generate an estimate of $P_r$ by integrating over the recombination rates times by the length of each constant segment between the SNPS. The cumulative recombination rate over the nucleotides 202 is shown in FIG. 2 in red.

Let C be a set of indicator variables $c_i$ such that $c_i=1$ if a crossover occurred in region r and 0 otherwise. $c_0=1$ if no crossovers occurred and 0 otherwise. Since it is assumed that only one crossover can occur in a region of N SNPs, only one element of the set C is non-zero. Hence, the probability of crossover represented by set C is found to be:

$$P_c = \left(1 - \sum_{r=1 \ldots N-1} P_r\right)^{c_0} \prod_{r=1} P_r^{c_r} \qquad (11)$$

In the hypothesis A about SNPs 1 . . . N, there are four potential crossovers of relevance. Namely, the potential crossovers in i) the paternal chromosomes that formed the embryo (denoted by set $C_{pse}$ of indicator variables), ii) the paternal chromosomes that formed the sequenced sperm (set $C_{ps}$), iii) the maternal chromosomes that formed the embryo (set $C_{me}$) and iv) the maternal chromosomes that formed the sequenced egg (set $C_{ee}$). Two additional assumptions are vi) whether the first paternal embryonic SNP comes from $p_{r,1,1}$ or $p_{r,2,1}$ and vi) whether the first maternal embryonic SNP comes from $m_{r,1,1}$ or $m_{r,2,1}$. Since the probabilities of crossovers between SNPs is found to differ between races and sexes, different crossover probabilities will be denoted as $P_{p,r}$ for the paternal chromosomes, and $P_{m,r}$ for the maternal chromosomes. Therefore, the probability of a particular hypothesis A, which subsumes the sets $C_{pe}$, $C_{ps}$, $C_{me}$, $C_{ee}$ is expressed as:

$$P(A) = \frac{1}{4}\left(1 - \sum_{r=1 \ldots N-1} P_{p,r}\right)^{c_{pe,0}} \prod_{r=1 \ldots N-1} P_{p,r}^{c_{pe,r}} \left(1 - \sum_{r=1 \ldots N-1} P_{p,r}\right)^{c_{ps,0}} \qquad (12)$$

18

-continued

$$\prod_{r=1 \ldots N-1} P_{p,r}^{c_{ps,r}} \left(1 - \sum_{r=1 \ldots N-1} P_{m,r}\right)^{c_{me,0}}$$

$$\prod_{r=1 \ldots N-1} P_{m,r}^{c_{me,r}} \left(1 - \sum_{r=1 \ldots N-1} P_{m,r}\right)^{c_{ee,0}} \prod_{r=1 \ldots N-1} P_{m,r}^{c_{ee,r}}$$

Now with the equations for determining P(A) and P(M/A), all the elements necessary to compute A* per Equation 3 above have been defined. Hence, it is possible to determine from the highly error-prone measurements of the embryonic SNPs where crossovers occurred, and to consequently clean the embryonic measurements with a high degree of confidence. It remains to determine the degree of confidence in the best hypothesis A*. To determine this, it is necessary to find the odds ratio P(A*|M)/P(A*¹|M). The tools have all been described above for this computation:

$$\frac{P(A^* \mid M)}{P(A^{*\prime} \mid M)} = \frac{P(A^* \mid M)}{1 - P(A^* \mid M)} = \qquad (13)$$

$$\frac{P(A^*)P(M \mid A^*)}{P(A^{*\prime})P(M \mid A^{*\prime})} = \frac{P(A^*)P(M \mid A^*)}{(1 - P(A^*))P(M \mid A^{*\prime})} = OR_{A^*}.$$

The confidence in A* is then given as P(A*|M)=$OR_{A^*}$/$(1+OR_{A^*})$. This computation indicates the confidence in a particular hypothesis A*, but it does not indicate a confidence in a particular determination of a SNP. In order to compute the confidence in a determination of embryonic PSNP n, it is necessary to create the set of all hypotheses A that don't change the value of this SNP. This set will be denoted as $S_{A^*,n}$, which corresponds to all hypothesis that result in PSNP n on the embryo having the same value as is predicted by hypothesis A*. Similarly, create a set $S_{A^{*\prime},n}$ which corresponds to all hypothesis that result in PSNP n having a different value to that predicted by hypothesis A*. Now, it is possible to compute the odds ratio of the probability that the SNP is correctly called versus the probability that the SNP is incorrectly called:

$$OR_{A^*,n} = \qquad (14)$$

$$\frac{\sum_{A \in S_{A^*,n}} P(A \mid M)}{\sum_{A \in S_{A^{*\prime},n}} P(A \mid M)} = \frac{\sum_{A \in S_{A^*,n}} P(A \mid M)}{1 - \sum_{A \in S_{A^*,n}} P(A \mid M)} = \frac{\sum_{A \in S_{A^*,n}} P(A)P(M \mid A)}{\sum_{A \in S_{A^{*\prime},n}} P(A)P(M \mid A)}$$

The confidence in the particular call of embryonic SNP n based on the odds ratio $OR_{A^*,n}$ can be computed as:

$$P(correctlycalledSNPn) = \sum_{A \in S_{A^*,n}} P(A \mid M) = \frac{OR_{A^*,n}}{1 + OR_{A^*,n}} \qquad (15)$$

Note that this technique could also be used to detect such defects as uniparental disomy (UPD) wherein two of the same chromosomes are from the same parent, while none of that chromosomes from the other parent is present. Upon attempting to deduce the crossovers in the parent chromosomes, there will be no hypothesis which adequately explains the data with a high confidence, and if alternate

19

hypotheses are allowed that include the possibility of UPD, they will found to be more likely.

Bounding the Effect of Uncertainty in Recombination Rates and SNP Measurement Reliability

The disclosed method depends on: assumptions about the probability of recombination between particular SNPs; assumptions about the probability of the correct measurement of each SNP on the embryonic, sperm, egg, paternal and maternal chromosomes; and assumptions about the likelihood of certain alleles within different population groups. Consider each of these assumptions: the mechanism of recombination is not perfectly understood and modeled, and the crossover probability has been established to vary based on an individual's genotype. Furthermore, the techniques by which the recombination rates are measured show substantial variability. For example, the package LDHat, which implements the reversible-jump Markov Chain Monte Carlo (MCMC) method, makes a set of assumptions and requires a set of user inputs about the mechanism and characterization of recombination. These assumptions can affect predicted recombination rates between SNPs as is evinced by the different results obtained by various studies.

It is anticipated that the assumptions about recombination rates, out of all assumptions listed above, will have the most impact on Equation 15. The computations described above should be based on the best estimates of the probability for crossover between SNPS, $P_r$. Thereafter, conservative estimates may be used for $P_r$ using values at, for example, the 95% confidence bounds for the recombination rates, in the direction that reduces the confidence measure P(correctly called SNP n). The 95% confidence bounds may be derived from confidence data produced by various studies of recombination rates, and this may be corroborated by looking at the level of discordance between published data from different groups using different methods.

Similarly, the 95% confidence bounds may be used for the estimates of the probability that each SNP is correctly called: $p_p$, $p_m$, $p_e$. These numbers can be computed based on the actual measured array intensities included in the genotyping assay output files, combined with empirical data on the reliability of the measurement technique. Note that those NSNPs for which these parameters $p_p$, $p_m$ and $p_e$ are not well established can be ignored. For example, since the diploid parental data is reliably measured, one may ignore NSNP measurements of the parents' haploid cells and on the embryo that do not correspond to any of the alleles on the relevant SNPs of the parent's diploid tissue.

Lastly, consider the assumptions about the likelihood of certain alleles within different population groups, which give rise to the computation $P(s_i)$. These assumptions also will not have a large impact on the disclosed method since the measurement of the parental diploid data is reliable i.e. direct measurement of the state $s_i$ from the parental samples typically result in data with high confidence. Nonetheless, it is possible to use the probability distribution for each as described in Equation 8 in order to compute a confidence bound for the probability of each state $P(s_i)$. As above, one may compute the 95% confidence bound for each $P(s_i)$ in the conservative direction that reduces confidence measure P(correctly called SNP n).

The determination of P(correctly called SNP n) will inform the decision about how many NSNPs need to be measured around each PSNP in order to achieve the desired level of confidence.

Note that there are different approaches to implementing the concept of the disclosed method, namely combining the measurement of the parent's DNA, the measurement of the

20

DNA of one or more embryos, and the a-priori knowledge of the process of meiosis, in order to obtain a better estimate of the embryonic SNPs. It will be clear to one skilled in the art, how similar methods can be applied when different subsets of the a-priori knowledge are known or not known, or known to a greater or lesser degree of certainty. For example, one can use the measurements of multiple embryos to improve the certainty with which one can call the SNPs of a particular embryo or to accommodate missing data from the parents. Note also that one does not need a PSNP of interest to be measured by the measurement technique. Even if that PSNP is not determined by the measurement system, it can still be reconstructed with a high degree of confidence by the disclosed method.

Also note that once the points of crossover that occurred during meiosis have been determined, and the regions of the target genome have been mapped to the pertinent regions of the parental DNA, it is possible to infer not only the identity of individual SNPs of interest, but also whole regions of DNA that may be missing in the measured target genome due to allele drop-out or other errors in measurement. It is also possible to measure insertions and deletions in the parental DNA, and use the disclosed method to infer that they exist in the target DNA.

Various techniques may be used to improve the computational complexity of the disclosed algorithm described above. For example, one may only or predominantly select those NSNPs that differ between the mother and the father. Another consideration would be to only use NSNPs that are spaced nearby the PSNPs to minimize the chance of crossovers occurring between the NSNPs and PSNPs of interest. One could also use NSNPs that were spaced along the chromosome so as to maximize coverage of multiple PSNPs. Another consideration will be to initially use only a small number of NSNPs to determine roughly where crossovers occurred, and with only a limited degree of certainty. Additional NSNPs can then be used to refine the crossover model and increase the probability of correctly calling the PSNPs. The number of crossover combinations to consider scales roughly as $N^C$ where N is the number of SNPs and C is the maximum number of crossovers. Consequently, for C=4 it is possible to accommodate roughly N=100 for each PSNP while remaining computationally tractable on a Pentium-IV processor. Using the approaches described above and other approaches for increased computational efficiency, N>100, C>4 can be easily accommodated. One such approach is described below.

Note that there are many other approaches to make a call on a PSNP and generate an estimate of the probability that a PSNPs has been correctly determined, based on a particular set of embryonic data, parent data, and algorithm used, without changing the underlying concept. This probability can be used for individual decision-making, and for implementing a reliable service in the context of IVF or NIPGD.

Recursive Solution to the Genetic Data Cleaning Algorithm

Another embodiment of the invention involving an algorithm that scales linearly is described here. Given the limited nature of computation power, the length of the computation may be a significant factor in the use of the disclosed method. When running computations, any algorithm that must compute certain values where the number of computations needed rises exponentially with the number of SNPs can become unwieldy. A solution that involves a number of calculations that increase linearly with the number of SNPs will always be preferred from a time standpoint as the number of SNPs gets large. Below this approach is described.

21

A simple approach, which is to consider all possible hypotheses must contend with the running time being an exponential function in number of SNPs. Suppose, as before, that measured data are a collection of measured embryo, father and mother chromosome measurements on k SNPs, i.e. $M=\{M_1, \ldots, M_k\}$ where $M_1=(e_{1i}, e_{2i}, p_{1i}, p_{2i}, m_{1i}, m_{2i})$. As before, the hypotheses space is $S_H=\{H^1\}, \ldots, H^T\}=\{$set of all the hypotheses$\}$, where each hypothesis is of the format $H^t=(H^t_1, \ldots H^t_k)$ where $H^t_i$ is the "mini" hypothesis for snip i, of the format $H^t_i=(p_i^*, m_i^*)$ where $p_i^* \in \{p_{1i}, p_{2i}\}$ and $m_i^* \in \{m_{1i}, m_{2i}\}$. There are 4 different "mini" hypotheses $H^t_i$, in particular:

$H^t_i1$: $(e_{1i}, e_{2i})=\{(p_{1i}, m_{1i})$ or $(m_{1i}, p_{1i})\}$; $H^t_i2$: $(e_{1i}, e_{2i})=\{(p_{1i}, m_{2i})$ or $(m_{2i}, p_{1i})\}$

$H^t_i3$: $(e_{1i}, e_{2i})=\{(p_{2i}, m_{1i})$ or $(m_{1i}, p_{2i})\}$; $H^t_i4$: $(e_{1i}, e_{2i})=\{(p_{2i}, m_{2i})$ or $(m_{2i}, p_{2i})\}$

The goal is to choose the most likely hypothesis $H^*$ as:

$$H^*=\arg \max_{H \in S_H} P(H|M)=\arg \max_{H \in S_H} F(M, H)$$

where function $F(M, H)=P(H|M)$

There are $4^k$ different hypotheses in the space $S^H$. By trying to find the best hypothesis by exhaustively exploring the entire space $S^H$, the necessary algorithm would be of exponential order in k $O(\exp(k))$, where k is the number of SNPs involved. For large k, even k>5, this is immensely slow and unpractical. Therefore, it is more practical to resort to a recursive solution which solves the problem of size k as a function of the problem of size (k−1) in constant time. The solution shown here is of the linear order in k, $O(k)$.

Recursive Solution Linear in the Number of SNPs

Begin with $F(M,H)=P(H|M)=P(M|H)*P(H)/P(M)$. Then $\arg\max_H F(M,H)=\arg\max_H P(M|H)*P(H)$ and the goal is to solve $P(M|H)*P(H)$ in linear time. Suppose that $M_{(s,k)}=$ measurement on SNPs s to k, $H(s,k)=$hypothesis on SNPs s to k, and to simplify notation $M_{(k,k)}=M_k$, $H_{(k,k)}=H_k=$measurement and hypothesis on SNP k. As shown before:

$$P(M_{(1,k)} \mid H_{(1,k)})=\prod_{i=1}^{k} P(M_i \mid H_i)=$$

$$P(M_k \mid H_k)*\prod_{i=1}^{k-1} P(M_i \mid H_i)=P(M_k \mid H_k)*P(M_{(1,k-1)} \mid H_{(1,k-1)})$$

Also:

$$P(H_{(1,k)})=1/4*\prod_{i=2}^{k} PF(H_{i-1}, H_i)=$$

$$PF(H_{k-1}, H_k)*1/4*\prod_{i=2}^{k-1} PF(H_{i-1}, H_i)=PF(H_{k-1}, H_k)*P(H_{(1,k-1)})$$

where

$$PF(H_{i-1}, H_i)=\begin{cases} 1-PC(H_{i-1}, H_i) & H_{i-1}=H_i \\ PC(H_{i-1}, H_i) & H_{i-1} \neq H_i \end{cases}$$

and $PC(H_{i-1}, H_i)=$probability of crossover between $H_{i-1}$, $H_i$ Finally, for k SNPs:

$$F(M,H)=P(M|H)*P(H)=P(M_{(1,k)}|H_{(1,k)})*P(H_{(1,k)})=P(M_{(1,k-1)}|H_{(1,k-1)})*P(H_{(1,k-1)})*P(M_k|H_k)*PF(H_{k-1}, H_k)$$

so in short $F(M,H)=F(M_{(1,k)}, H_{(1,k)}))=F(M_{(1,k-1)}, H_{(1,k-1)})*P(M_k|H_k)*PF(H_{k-1}, H_k)$ i.e. we can reduce the calculation of F on k SNPs to the calculation of F on k−1 SNPs.

22

For $H=(H_1, \ldots H_k)$, the hypothesis on k SNPs:

$$\max_H F(M, H)=\max_{(H_{(1,k-1)}, H_k)} F(M,$$

$$(H_{(1,k-1)}, H_k)=\max_{H_k} \max_{H_{(1,k-1)}} F(M, (H_{(1,k-1)}, H_k)=\max_{H_k} G(M_{(1,k)}, H_k)$$

where

$$G(M_{(1,k)}, H_n)=$$

$$\max_{H_{(1,n-1)}} F(M_{(1,k)}, (H_{(1,n-1)}, H_n)=\max_{H_{(1,n-1)}} F(M_{(1,n-1)},$$

$$H_{(1,n-1)})*P(M_n \mid H_n)*PF(H_{n-1}, H_n)=$$

$$P(M_n \mid H_n)*\max_{H_{(1,n-1)}} F(M_{(1,n-1)}, H_{(1,n-1)})*$$

$$PF(H_{n-1}, H_n)=P(M_n \mid H_n)*$$

$$\max_{H_{n-1}} \max_{H_{(1,n-2)}} F(M_{(1,n-1)}, (H_{(1,n-2)}, H_{n-1})*$$

$$PF(H_{n-1}, H_n)=P(M_n \mid H_n)*$$

$$\max_{H_{n-1}} PF(H_{(1,n-1)}, H_n)*G(M_{(1,n-1)}, H_{n-1})$$

To summarize this:

$$\max_H F(M, H)=\max_{H_n} G(M_{(1,k)}, H_k)$$

where G can be found recursively: for n=2, . . . , k

$$G(M_{(1,k)}, H_n)=P(M_n \mid H_n)*\max_{H_{n-1}} [PF(H_{n-1}, H_n)*G(M_{(1,n-1)}, H_{n-1})]$$

and $G(M_{(1,1)}, H_1)=0.25*P(M_1|H_1)$

The algorithm is as follows:

For n=1: Generate 4 hypotheses $H_1$i, calculate $G(M_1|H_1$i) for i=1, . . . , 4.

For n=2: Generate 4 hypothesis for $H_2$i, calculate $G(M_{(1,2)}|H_2$i), i=1, . . . , 4 in constant time using the formula:

$$G(M_{(1,2)}, H_2i)=P(M_2 \mid H_2i)*\max_{j=1, \ldots, 4}[PF(H_1, H_2i)*G(M_1, H_1j)]$$

For n=k: Generate 4 hypothesis for $H_k$i, make $G(M_{(1,k)}|H_k$i), i=1, . . . , 4 by

$$G(M_{(1,k)}, H_ki)=P(M_k \mid H_ki)*\max_{j=1, \ldots, 4}[PF(H_{k-1}, H_ki)*G(M_{(1,k-1)}, H_{k-1}j)]$$

At any time there are only 4 hypotheses to remember and a constant number of operations. So the algorithm is linear in k, number of SNPs, as opposed to exponential.

Solving P(M) in Linear Time

It is not necessary to solve for P(M) to get the best hypothesis, since it is constant for all H. But in order to get the actual, meaningful number for the conditional probability $P(H|M)=P(M|H)*P(H)/P(M)$, it is also necessary to derive P(M). As above, we can write:

$$P(M)=P(M_{(1,k)})=\sum_{H_{(1,k)}} P(M_{(1,k)} \mid H_{(1,k)})*P(H_{(1,k)})=\sum_{H_k} P(M_k \mid H_k)$$

23
-continued

$$\sum_{H_{(1,k-1)}} P(M_{(1,k-1)} \mid H_{(1,k-1)}) * P(H_{(1,k-1)}) * PF(H_{k-1}, H_k) =$$

$$\sum_{H_k} P(M_k \mid H_k) * W(M_{(1,k-1)} \mid H_k)$$

where

$$W(M_{(1,k-1)} \mid H_k) = \sum_{H_{(1,k-1)}} P(M_{(1,k-1)} \mid H_{(1,k-1)}) * P(H_{(1,k-1)}) * PF(H_{k-1}, H_k)$$

We can solve for W(M,H) by recursion:

$$W(M_{(1,k-1)} \mid H_k) =$$

$$\sum_{H_{(1,k-1)}} P(M_{(1,k-1)} \mid H_{(1,k-1)}) * P(H_{(1,k-1)}) * PF(H_{k-1}, H_k) =$$

$$\sum_{H_{k-1}} P(M_{k-1} \mid H_{k-1}) \sum_{H_{(1,k-2)}} P(M_{(1,k-2)} \mid H_{(1,k-2)}) *$$

$$P(H_{(1,k-2)}) * PF(H_{k-2}, H_{k-1}) * PF(H_{k-1}, H_k) =$$

$$\sum_{H_{k-1}} P(M_{k-1} \mid H_{k-1}) * PF(H_{k-1}, H_k) * W(M_{(1,k-2)} \mid H_{k-1})$$

so in short, problem of size k is reduced to the problem of size (k–1) by

$$W(M_{(1,k-1)} \mid H_k) =$$

$$\sum_{H_{k-1}} P(M_{k-1} \mid H_{k-1}) * PF(H_{k-1}, H_k) * W(M_{(1,k-2)} \mid H_{k-1})$$

and

$$W(M_{(1,1)} \mid H_2) = \sum_{H_1} P(M_1 \mid H_1) * 0.25 * PF(H_1, H_2)$$

As before, for n=2:k, generate W(2), . . . , W(K)=W(M_{(1,k-1)}|H_k) recursively, until finally, it is possible to derive

$$P(M) = \sum_{H_k} P(M_k \mid H_k) * W(M_{(1,k-1)} \mid H_k).$$

At each level there are only four different hypotheses $H_k$, so the algorithm is again linear in the number of SNPs k.

Individual SNP Confidence in Linear Time

Once the best hypothesis H*=(H_1*, . . . , H_k*), has been computed, it now may be desired to derive the confidence in the final answer for each SNP, namely P(H_j*|M), for j=1, . . . , k. As before P(H_j*|M)=P(M|H_j*)P(H_j*)/P(M)=W(H_j*,M)/P(M), where P(M) is already known.

$$W(M, H_i^*) =$$

$$\sum_{H, H_i = H_i^*} P(M \mid H) * P(H) = \sum_{H=(H_{(1,i-1)}, H_i^*, H_{(i+1,k)})} P(M \mid H) * P(H).$$

24

i.e. hypothesis H has been broken up to the hypothesis on first i–1 SNPs, ith SNP, and hypothesis on the i+1 to kth SNP. As before:

$$P(M_{(1,k)} \mid H_{(1,k)}) =$$

$$\prod_{j=1}^{k} P(M_j \mid H_j) = \prod_{j=1}^{i-1} P(M_j \mid H_j) * P(M_i \mid H_i) * \prod_{j=i+1}^{k} P(M_j \mid H_j) =$$

$$P(M_{(1,i-1)} \mid H_{(1,i-1)}) * P(M_i \mid H_i^*) * P(M_{(i+1,k)} \mid H_{(i+1,k)}) \text{ and}$$

$$P(H_{(1,k)}) = 1/4 * \prod_{j=2}^{k} PF(H_{j-1}, H_j) =$$

$$1/4 * \prod_{j=2}^{i-1} PF(H_{j-1}, H_j) * PF(H_{i-1}, H_i^*) *$$

$$PF(H_{i-1}, H_i^*) * \prod_{j=i+2}^{k} PF(H_{j-1}, H_j) =$$

$$1/4 * T(H_{(1,i-1)}) * PF(H_{i-1}, H_i^*) * PF(H_{i-1}, H_i^*) * T(H_{(i+1,k)})$$

So

$$P(H_{(1,k)}) = 1/4 * T(H_{(1,k)}) =$$

$$1/4 * T(H_{(1,i-1)}) * PF(H_{i-1}, H_i^*) * PF(H_{i-1}, H_i^*) * T(H_{(i+1,k)})$$

where $T(H_{(1,k)}) = \prod_{j=2}^{k} PF(H_{j-1}, H_j).$

From this it is possible to show that

$$W(M_{(1,k)}, H_i^*) =$$

$$\sum_{H, H_i = H_i^*} P(M \mid H) * P(H) = \sum_{H, H_i = H_i^*} P(M \mid H) * 1/4 * T(H) =$$

$$\sum_{H=(H_{(1,i-1)}, H_i^*, H_{(i+1,k)})} P(M_{(1,i-1)} \mid H_{(1,i-1)}) * P(M_i \mid H_i^*) *$$

$$P(M_{(i+1,k)} \mid H_{(i+1,k)}) * 1/4 * T(H_{(1,i-1)}) * PF(H_{i-1}, H_i^*) *$$

$$PF(H_{i-1}, H_i^*) * T(H_{(i+1,k)}) = 4 * P(M_i \mid H_i^*) *$$

$$\left( \sum_{H_{i-1}} P(M_{(1,i-1)}) H_{(1,i-1)}) * 1/4 * T(H_{(1,i-1)}) * PF(H_{i-1}, H_i^*) \right) *$$

$$\left( \sum_{H_{i+1}} P(M_{(i+1,k)} \mid H_{(i+1,k)}) * 1/4 * T(H_{(i+1,k)}) * PF(H_i^*, H_{i+1}) \right)$$

$$= 4 * P(M_i \mid H_i^*) * \left( \sum_{H_{i-1}} W(M_{(1,i-1)} \mid H_{i-1}) * PF(H_{i-1}, H_i^*) \right) *$$

$$\left( \sum_{H_{i+1}} W(M_{(i+1,k)} \mid H_{i+1}) * PF(H_i^*, H_{i+1}) \right)$$

Again a case of size k has been reduced to two pieces of smaller size, albeit a bit more complicated than before. Each of the pieces can be calculated as

$$W(M_{(1,n)}, H_n) = P(M_n \mid H_n) * \left( \sum_{H_{n-1}} W(M_{(1,n-1)}, H_{n-1}) * PF(H_{n-1}, H_n) \right)$$

US 10,597,724 B2

25

-continued

$$W(M_{(m,i)}, H_m) = P(M_m \mid H_m) * \left( \sum_{H_{m+1}} W(M_{(m+1,i)}, H_{m+1}) * PF(H_m, H_{m+1}) \right)$$

So the algorithm will, for n=1, . . . , k, m=k, . . . , 1, for each of 4 different $H_n$, $H_m$ calculate $W(M_{(1,n)}, H_n)$, $W(M_{(m,k)}, H_m)$ and then combine them as needed to calculate $W(M_{(1,k)}, H_i^*)$, for i=1, . . . , k. The number of operations is still linear in k.

Application of the Disclosed Method to Embryonic Data when a Smaller or Different Set of Data is Available

In one embodiment of the system it is only necessary to make use of diploid data from one parent (presumably the mother), with or without haploid data from either or both of the parents, and when that data is known to a greater or lesser degree of certainty. For example it is expected that, given the grueling nature of egg donation, there will be occasions when maternal haploid data is not readily available. It will be clear to one skilled in the art, after reading this description, how the statistical methods for computing the likelihood of a particular SNP can be modified given a limited data set.

An alternative approach uses data from more distant relatives to make up for missing diploid or haploid data of one or both parents. For example, since it is known that one set of an individual's chromosomes come from each of his or her parents, diploid data from the maternal grandparents could be used to partially reconstruct missing or poorly measured maternal haploid data.

Note the recursive nature of this method: given the naturally noisy measurement of single cell parental haploid data, along with the diploid and/or haploid data of the appropriate grandparents, the disclosed method could be used to clean the parental haploid data, which in turn will provide more accurate genotyping of the embryo. It should be obvious to one skilled in the arts how to modify the method for use in these cases.

It is preferable to use more information rather than less, as this can increase the chances of making the right call at a given SNP, and can increase the confidence in those calls. This must be balanced with the increasing complexity of the system as additional techniques and sources of data are used. There are many sources of additional information, as well as techniques available to use the information to augment the data. For example, there are informatics based approaches which take advantage of correlations which can be found in Hapmap data, or other repositories of genomic data. In addition there are biological approaches which can allow for the direct measurement of genetic data that otherwise would need to be recreated in silico. For example, haploid data otherwise unavailable may be measureable by extracting individual chromosomes from diploid cells using flow cytometry techniques to isolate fluorescently tagged chromosomes. Alternately, one may use cell fusion to create monoallelic hybrid cells to effect diploid to haploid conversion.

Application of the Disclosed Method to Selecting which Embryo is Likely to Implant

In one embodiment, the system can be used to determine the likelihood of an embryo to implant in the mother and develop into a baby. To the extent that the likelihood of the embryo implanting is determined by SNPs of the embryo, and/or their relation to SNPs of the mother, the disclosed method will be important in helping the selection of embryos, based on making a reliable prediction of which

26

will successfully implant based on the clean SNP data. To best predict the likelihood it will be necessary to take into account the determined genotype of the embryo possibly combined with the levels of gene expression in the embryo, the levels of gene expression in the mother, and/or the determined genotype of the mother.

In addition, it is well known that aneuploid embryos are less likely to implant, less likely to result in a successful pregnancy, and less likely to result in a healthy child. Consequently, screening for aneuploides is an important facet to selecting the embryo that is most likely to result in a successful outcome. More detail on this approach is given below.

Deducing Parental Haploid Data

In one embodiment of the method, it may be necessary to deduce parental haplotypes, given detailed knowledge of the diploid data of a parent. There are multiple ways this can be done. In the simplest case, haplotypes have already been inferred by molecular assay of single haploid cells of a direct relation (mother, father, son or daughter). In this case, it is a trivial matter to one skilled in the art to deduce the sister haplotype by subtracting the known haplotype from the diploid genotype measured by molecular assay. For example, if a particular locus is heterozygous, an unknown parental haplotype is the opposite allele from the known parental haplotype.

In another case, the noisy haploid data of the parent may be known from molecular biological haplotyping of individual parental haploid cells, such as a sperm cell, or from individual chromosomes, which may be isolated by various methods including magnetic beads and flow cytometry. In this case, the same procedure can be used as above, except that the determined haplotype will be as noisy as the measured haplotype.

There are also methods for deducing haploid data sets directly from diploid data, using statistical methods that utilize known haplotype blocks in the general population (such as those created for the public Hapmap project). A haplotype block is essentially a series of correlated alleles that occur repeatedly in a variety of populations. Since these haplotype blocks are often ancient and common, they may be used to predict haplotypes from diploid genotypes. The parents' inferred haplotype blocks can then be used as input for the method described herein to clean the noisy data from the embryos. Publicly available algorithms that would accomplish this task include an imperfect phylogeny approach, Bayesian approaches based on conjugate priors, and priors from population genetics. Some of these algorithms use hidden Markov models. One study used public trio and unrelated individual data to demonstrate that these algorithms perform with error rates as low as 0.05% across 1 MB of sequence. However, as expected, accuracy is lower for individuals with rare haplotype blocks. In one estimate, computational methods failed to phase as many as 5.1% of loci with minor allele frequency of 20%.

In one embodiment of the invention, genetic data from multiple blastomeres taken from different embryos during an IVF cycle is used to infer the haplotype blocks of the parents with greater reliability.

Techniques for Screening for Aneuploidy Using High and Medium Throughput Genotyping

In one embodiment of the system the measured genetic data can be used to detect for the presence of aneuploides and/or mosaicism in an individual. Disclosed herein are several methods of using medium or high-throughput genotyping to detect the number of chromosomes or DNA segment copy number from amplified or unamplified DNA

US 10,597,724 B2

27

from tissue samples. The goal is to estimate the reliability that can be achieved in detecting certain types of aneuploidy and levels of mosaicism using different quantitative and/or qualitative genotyping platforms such as ABI TAQMAN, MIPS, or Microarrays from ILLUMINA, AGILENT and AFFMETRIX. In many of these cases, the genetic material is amplified by PCR before hybridization to probes on the genotyping array to detect the presence of particular alleles. How these assays are used for genotyping is described elsewhere in this disclosure.

Described below are several methods for screening for abnormal numbers of DNA segments, whether arising from deletions, aneuploides and/or mosaicism. The methods are grouped as follows: (i) quantitative techniques without making allele calls; (ii) qualitative techniques that leverage allele calls; (iii) quantitative techniques that leverage allele calls; (iv) techniques that use a probability distribution function for the amplification of genetic data at each locus. All methods involve the measurement of multiple loci on a given segment of a given chromosome to determine the number of instances of the given segment in the genome of the target individual. In addition, the methods involve creating a set of one or more hypotheses about the number of instances of the given segment; measuring the amount of genetic data at multiple loci on the given segment; determining the relative probability of each of the hypotheses given the measurements of the target individual's genetic data; and using the relative probabilities associated with each hypothesis to determine the number of instances of the given segment. Furthermore, the methods all involve creating a combined measurement M that is a composite function of the measurements of the amounts of genetic data at multiple loci. In all the methods, thresholds are determined for the selection of each hypothesis $H_i$ based on the measurement M, and the number of loci to be measured is estimated, in order to have a particular level of false detections of each of the hypotheses.

The probability of each hypothesis given the measurement M is $P(H_i|M)=P(M|H_i)P(H_i)/P(M)$. Since $P(M)$ is independent of $H_i$, we can determine the relative probability of the hypothesis given M by considering only $P(M|H_i)P(H_i)$. In what follows, in order to simplify the analysis and the comparison of different techniques, we assume that $P(H_i)$ is the same for all $\{H_i\}$, so that we can compute the relative probability of all the $P(H_i|M)$ by considering only $P(M|H_i)$. Consequently, our determination of thresholds and the number of loci to be measured is based on having particular probabilities of selecting false hypotheses under the assumption that $P(H_i)$ is the same for all $\{H_i\}$. It will be clear to one skilled in the art after reading this disclosure how the approach would be modified to accommodate the fact that $P(H_i)$ varies for different hypotheses in the set $\{H_i\}$. In some embodiments, the thresholds are set so that hypothesis $H_i$, is selected which maximizes $P(H_i|M)$ over all i. However, thresholds need not necessarily be set to maximize $P(H_i|M)$, but rather to achieve a particular ratio of the probability of false detections between the different hypotheses in the set $\{H_i\}$.

It is important to note that the techniques referred to herein for detecting aneuploides can be equally well used to detect for uniparental disomy, unbalanced translocations, and for the sexing of the chromosome (male or female; XY or XX). All of the concepts concern detecting the identity and number of chromosomes (or segments of chromosomes) present in a given sample, and thus are all addressed by the methods described in this document. It should be obvious to

28

one skilled in the art how to extend any of the methods described herein to detect for any of these abnormalities. The Concept of Matched Filtering.

The methods applied here are similar to those applied in optimal detection of digital signals. It can be shown using the Schwartz inequality that the optimal approach to maximizing Signal to Noise Ratio (SNR) in the presence of normally distributed noise is to build an idealized matching signal, or matched filter, corresponding to each of the possible noise-free signals, and to correlate this matched signal with the received noisy signal. This approach requires that the set of possible signals are known as well as the statistical distribution—mean and Standard Deviation (SD)—of the noise. Herein is described the general approach to detecting whether chromosomes, or segments of DNA, are present or absent in a sample. No differentiation will be made between looking for whole chromosomes or looking for chromosome segments that have been inserted or deleted. Both will be referred to as DNA segments. It should be clear after reading this description how the techniques may be extended to many scenarios of aneuploidy and sex determination, or detecting insertions and deletions in the chromosomes of embryos, fetuses or born children. This approach can be applied to a wide range of quantitative and qualitative genotyping platforms including TAQMAN, qPCR, ILLUMINA Arrays, AFFMETRIX Arrays, AGILENT Arrays, the MIPS kit etc.
Formulation of the General Problem

Assume that there are probes at SNPs where two allelic variations occur, x and y. At each locus i, i=1 . . . N, data is collected corresponding to the amount of genetic material from the two alleles. In the TAQMAN assay, these measures would be, for example, the cycle time, Ct, at which the level of each allele-specific dye crosses a threshold. It will be clear how this approach can be extended to different measurements of the amount of genetic material at each locus or corresponding to each allele at a locus. Quantitative measurements of the amount of genetic material may be non-linear, in which case the change in the measurement of a particular locus caused by the presence of the segment of interest will depend on how many other copies of that locus exist in the sample from other DNA segments. In some cases, a technique may require linear measurements, such that the change in the measurement of a particular locus caused by the presence of the segment of interest will not depend on how many other copies of that locus exist in the sample from other DNA segments. An approach is described for how the measurements from the TAQMAN or qPCR assays may be linearized, but there are many other techniques for linearizing nonlinear measurements that may be applied for different assays.

The measurements of the amount of genetic material of allele x at loci 1 . . . N is given by data $d_x=[d_{x1} . . . d_{xN}]$. Similarly for allele y, $d_y=[d_{y1} . . . d_{yN}]$. Assume that each segment j has alleles $a_j=[a_{j1} . . . a_{jN}]$ where each element $a_{ji}$ is either x or y. Describe the measurement data of the amount of genetic material of allele x as $d_x=s_x+\upsilon_x$ where $s_x$ is the signal and $\upsilon_x$ is a disturbance. The signal $s_x=[f_x(a_{11}, . . . , a_{J1}) . . . f_x(a_{JN}, . . . , a_{JN})]$ where $f_x$ is the mapping from the set of alleles to the measurement, and J is the number of DNA segment copies. The disturbance vector $\upsilon_x$ is caused by measurement error and, in the case of nonlinear measurements, the presence of other genetic material besides the DNA segment of interest. Assume that measurement errors are normally distributed and that they are large relative to disturbances caused by nonlinearity (see section on linearizing measurements) so that $\upsilon_{xi}\approx n_{xi}$ where $n_{xi}$ has variance

29

$\sigma_{xi}^2$ and vector $n_x$ is normally distributed ~N(0,R), R=E $(n_x n_x^T)$. Now, assume some filter h is applied to perform the measurement $m_x=h^T d_x=h^T s_x+h^T v_x$. In order to maximize the ratio of signal to noise $(h^T s_x/h^T n_x)$ it can be shown that h is given by the matched filter $h=\mu R^{-1} s_x$ where μ is a scaling constant. The discussion for allele x can be repeated for allele y.

Method 1a: Measuring Aneuploidy or Sex by Quantitative Techniques that do not Make Allele Calls when the Mean and Standard Deviation for Each Locus is Known

Assume for this section that the data relates to the amount of genetic material at a locus irrespective of allele value (e.g. using qPCR), or the data is only for alleles that have 100% penetrance in the population, or that data is combined on multiple alleles at each locus (see section on linearizing measurements) to measure the amount of genetic material at that locus.

Consequently, in this section one may refer to data $d_x$ and ignore $d_y$. Assume also that there are two hypotheses: $h_0$ that there are two copies of the DNA segment (these are typically not identical copies), and $h_1$ that there is only 1 copy. For each hypothesis, the data may be described as $d_{xi}(h_0)=s_{xi}$ $(h_0)+n_{xi}$ and $d_{xi}(h_1)=s_{xi}(h_1)+n_{xi}$ respectively, where $s_{xi}(h_0)$ is the expected measurement of the genetic material at locus i (the expected signal) when two DNA segments are present and $s_{xi}(h_1)$ is the expected data for one segment. Construct the measurement for each locus by differencing out the expected signal for hypothesis $h_0$: $m_{xi}=d_{xi}-s_{xi}(h_0)$. If $h_1$ is true, then the expected value of the measurement is $E(m_{xi})=s_{xi}(h_1)-s_{xi}(h_0)$. Using the matched filter concept discussed above, set $h=(1/N)R^{-1}(s_{xi}(h_1)-s_{xi}(h_0))$. The measurement is described as $m=h^T d_x=(1/N)\Sigma_{i=1} \ldots {}_N((s_{xi}(h_1)-s_{xi}(h_0))/\sigma_{xi}^2)m_{xi}$.

If $h_1$ is true, the expected value of $E(m|h_1)=m_1=(1/N)$ $\Sigma_{i=1} \ldots {}_N(s_{xi}(h_1)-s_{xi}(h_0))^2/\sigma_{xi}^2$ and the standard deviation of m is $\sigma_{m|h1}=(1/N^2)\Sigma_{i=1} \ldots {}_N((s_{xi}(h_1)-s_{xi}(h_0))^2/\sigma_{xi}^2)\sigma_{xi}^2=(1/N^2)\Sigma_{i=1} \ldots {}_N(s_{xi}(h_1)-s_{xi}(h_0))^2/\sigma_{xi}^2$.

If $h_0$ is true, the expected value of m is $E(m|h_0)=m_0=0$ and the standard deviation of m is again $\sigma m|h_0^2=(1/N^2)\Sigma_{i=1} \ldots {}_N(s_{xi}(h)-s_{xi}(h_0))^2/\sigma_{xi}^2$.

FIG. 3 illustrates how to determine the probability of false negatives and false positive detections. Assume that a threshold t is set half-way between $m_1$ and $m_0$ in order to make the probability of false negatives and false positives equal (this need not be the case as is described below). The probability of a false negative is determined by the ratio of $(m_1-t)/\sigma_{m|h1}=(m_1-m_0)/(2\sigma_{m|h1})$. "5-Sigma" statistics may be used so that the probability of false negatives is 1−normcdf(5,0,1)=2.87e-7. In this case, the goal is for $(m_1-m_0)/(2\sigma_{m|h0})>5$ or $10sqrt((1/N^2)\Sigma_{i=1} \ldots {}_N(s_{xi}(h_1)-s_{xi}(h_0))^2/\sigma_{xi}^2)$ $<(1/N)\Sigma_{i=1} \ldots {}_N(s_{xi}(h_1)-s_{xi}(h_0))^2/\sigma_{xi}^2$ or $sqrt(\Sigma_{i=1} \ldots {}_N(s_{xi}(h_1)-s_{xi}(h_0))^2/\sigma_{xi}^2)>10$. In order to compute the size of N, Mean Signal to Noise Ratio can be computed from aggregated data: $MSNR=(1/N)\Sigma_{i=1} \ldots {}_N(s_{xi}(h_1)-s_{xi}(h_0))^2/\sigma_{xi}^2$. N can then be found from the inequality above: sqrt(N).sqrt (MSNR)>10 or N>100/MSNR.

This approach was applied to data measured with the TAQMAN Assay from Applied BioSystems using 48 SNPs on the X chromosome. The measurement for each locus is the time, Ct, that it takes the die released in the well corresponding to this locus to exceed a threshold. Sample 0 consists of roughly 0.3 ng (50 cells) of total DNA per well of mixed female origin where subjects had two X chromosomes; sample 1 consisted of roughly 0.3 ng of DNA per well of mixed male origin where subject had one X chromosome. FIG. 4 and FIG. 5 show the histograms of measurements for samples 1 and 0. The distributions for these

30

samples are characterized by $m_0=29.97$; $SD_0=1.32$, $m_1=31.44$, $SD_1=1.592$. Since this data is derived from mixed male and female samples, some of the observed SD is due to the different allele frequencies at each SNP in the mixed samples. In addition, some of the observed SD will be due to the varying efficiency of the different assays at each SNP, and the differing amount of dye pipetted into each well. FIG. 6 provides a histogram of the difference in the measurements at each locus for the male and female sample. The mean difference between the male and female samples is 1.47 and the SD of the difference is 0.99. While this SD will still be subject to the different allele frequencies in the mixed male and female samples, it will no longer be affected the different efficiencies of each assay at each locus. Since the goal is to differentiate two measurements each with a roughly similar SD, the adjusted SD may be approximated for each measurement for all loci as 0.99/sqrt(2)=0.70. Two runs were conducted for every locus in order to estimate $\sigma_{xi}$ for the assay at that locus so that a matched filter could be applied. A lower limit of $\sigma_{xi}$ was set at 0.2 in order to avoid statistical anomalies resulting from only two runs to compute $\sigma_{xi}$. Only those loci (numbering 37) for which there were no allele dropouts over both alleles, over both experiment runs and over both male and female samples were used in the plots and calculations. Applying the approach above to this data, it was found that MSNR=2.26, hence $N=2^2 5^2/2.26^2=17$ loci.

Method 1b: Measuring Aneuploidy or Sex by Quantitative Techniques that do not Make Allele Calls when the Mean and Std. Deviation is not Known or is Uniform

When the characteristics of each locus are not known well, the simplifying assumptions that all the assays at each locus will behave similarly can be made, namely that $E(m_{xi})$ and $\sigma_{xi}$ are constant across all loci i, so that it is possible to refer instead only to $E(m_x)$ and $\sigma_x$. In this case, the matched filtering approach $m=h^T d_x$ reduces to finding the mean of the distribution of $d_x$. This approach will be referred to as comparison of means, and it will be used to estimate the number of loci required for different kinds of detection using real data.

As above, consider the scenario when there are two chromosomes present in the sample (hypothesis $h_0$) or one chromosome present ($h_1$). For $h_0$, the distribution is $N(\mu_0, \sigma_0^2)$ and for $h_1$ the distribution is $N(\mu_1, \sigma_1^2)$. Measure each of the distributions using $N_0$ and $N_1$ samples respectively, with measured sample means and SDs $m_1$, $m_0$, $s_1$, and $s_0$. The means can be modeled as random variables $M_0$, $M_1$ that are normally distributed as $M_0 \sim N(\mu_0, \sigma_0^2/N_0)$ and $M_1 \sim N(\mu_1, \sigma_1^2/N_1)$. Assume $N_1$ and $N_0$ are large enough (>30) so that one can assume that $M_1 \sim N(m_1, s_1^2/N_1)$ and $M_0 \sim N(m_0, s_0^2/N_0)$. In order to test whether the distributions are different, the difference of the means test may be used, where d=$m_1-m_0$. The variance of the random variable D is $\sigma_d^2=\sigma_1^2/N_1+\sigma_0^2/N_0$ which may be approximated as $\sigma_d^2=s_1^2/N_1+s_0^2/N_0$. Given $h_0$, E(d)=0; given $h_1$, E(d)=$\mu_1-\mu_0$. Different techniques for making the call between $h_1$ for $h_0$ will now be discussed.

Data measured with a different run of the TAQMAN Assay using 48 SNPs on the X chromosome was used to calibrate performance. Sample 1 consists of roughly 0.3 ng of DNA per well of mixed male origin containing one X chromosome; sample 0 consisted of roughly 0.3 ng of DNA per well of mixed female origin containing two X chromosomes. $N_1=42$ and $N_0=45$. FIG. 7 and FIG. 8 show the histograms for samples 1 and 0. The distributions for these samples are characterized by $m_1=32.259$, $s_1=1.460$, $\sigma_{m1}=s_1/sqrt(N_1)=0.225$; $m_0=30.75$; $s_0=1.202$, $\sigma_{m0}=s_0/sqrt(N_0)=0.179$. For these samples d=1.509 and $\sigma_d=0.2879$.

Since this data is derived from mixed male and female samples, much of the standard deviation is due to the different allele frequencies at each SNP in the mixed samples. SD is estimated by considering the variations in $C_t$ for one SNP at a time, over multiple runs. This data is shown in FIG. 9. The histogram is symmetric around 0 since $C_t$ for each SNP is measured in two runs or experiments and the mean value of $C_t$ for each SNP is subtracted out. The average std. dev. across 20 SNPs in the mixed male sample using two runs is s=0.597. This SD will be conservatively used for both male and female samples, since SD for the female sample will be smaller than for the male sample. In addition, note that the measurement from only one dye is being used, since the mixed samples are assumed to be heterozygous for all SNPs. The use of both dyes requires the measurements of each allele at a locus to be combined, which is more complicated (see section on linearizing measurements). Combining measurements on both dyes would double signal amplitude and increase noise amplitude by roughly sqrt(2), resulting in an SNR improvement of roughly sqrt(2) or 3 dB.

Detection Assuming No Mosaicism and No Reference Sample

Assume that $m_0$ is known perfectly from many experiments, and every experiment runs only one sample to compute $m_1$ to compare with $m_0$. $N_1$ is the number of assays and assume that each assay is a different SNP locus. A threshold t can be set half way between $m_0$ and $m_1$ to make the likelihood of false positives equal the number of false negatives, and a sample is labeled abnormal if it is above the threshold. Assume $s_1=s_2=s=0.597$ and use the 5-sigma approach so that the probability of false negatives or positives is 1−normcdf(5,0,1)=2.87e-7. The goal is for $5s/sqrt(N_1)<(m_1−m_0)/2$, hence $N_1=100 s_1^2/(m_1−m_0)^2=16$. Now, an approach where the probability of a false positive is allowed to be higher than the probability of a false negatives, which is the harmful scenario, may also be used. If a positive is measured, the experiment may be rerun. Consequently, it is possible to say that the probability of a false negative should be equal to the square of the probability of a false positive. Consider FIG. 3, let t=threshold, and assume Sigma_0=Sigma_1=s. Thus $(1−normcdf((t−m_0)/s,0,1))^2=1−normcdf((m_1−t)/s,0,1)$. Solving this, it can be shown that $t=m_0+0.32(m_1−m_0)$. Hence the goal is $3s/sqrt(N_1)<m_1−m_0−0.32(m_1−m_0)=(m_1−m_0)/1.47$, hence $N_1=(5^2)(1.47^2)s^2/(m_1−m_0)^2=9$.

Detection with Mosaicism without Running a Reference Sample

Assume the same situation as above, except that the goal is to detect mosaicism with a probability of 97.7% (i.e. 2-sigma approach). This is better than the standard approach to amniocentesis which extracts roughly 20 cells and photographs them. If one assumes that 1 in 20 cells is aneuploid and this is detected with 100% reliability, the probability of having at least one of the group being aneuploid using the standard approach is $1−0.95^{20}=64\%$. If 0.05% of the cells are aneuploid (call this sample 3) then $m_3=0.95m_0+0.05m_1$, and $var(m_3)=(0.95s_0^2+0.05s_1^2)/N_1$. Thus $std(m_3)2<(m_3−m_0)/2=>sqrt(0.95s_0^2+0.05s^2)/sqrt(N_1)<0.05(m_1−m_0)/4=>N_1=16(0.95s_2^2+0.05s_1^2)/(0.05^2(m_1−m_2)^2)=1001$. Note that using the goal of 1−sigma statistics, which is still better than can be achieved using the conventional approach (i.e. detection with 84.1% probability), it can be shown in a similar manner that $N_1=250$.

Detection with No Mosaicism and Using a Reference Sample

Although this approach may not be necessary, assume that every experiment runs two samples in order to compare $m_1$

with truth sample $m_2$. Assume that $N=N_1=N_0$. Compute $d=m_1−m_0$ and, assuming $\sigma_1=\sigma_0$, set a threshold $t=(m_0+m_1)/2$ so that the probability of false positives and false negatives is equal. To make the probability of false negatives 2.87e-7, it must be the case that $(m_1−m_2)/2>5sqrt(s^2/N+s_2^2/N)=>N=100(s_1^2+s_2^2)/(m_1−m_2)^2=32$.

Detection with Mosaicism and Running a Reference Sample

As above, assume the probability of a false negatives is 2.3% (i.e. 2-sigma approach). If 0.05% of the cells are aneuploid (call this sample 3) then $m_3=0.95m_0+0.05m_1$ and $var(m_3)=(0.95s_0^2+0.05s_1^2)/N_1$. $d=m_3−m_2$ and $\sigma_d^2=(1.95s_0^2+0.05s_1^2)/N$. It must be that $std(m_3)2<(m_0−m_2)/2=>sqrt(1.95s_2^2+0.05s_1^2)/sqrt(N)<0.05(m_1−m_2)/4=>N=16(1.95s_2^2+0.05s_1^2)/(0.05^2(m_1−m_2)^2)=2002$. Again using 1-sigma approach, it can be shown in a similar manner that N=500.

Consider the case if the goal is only to detect 5% mosaicism with a probability of 64% as is the current state of the art. Then, the probability of false negative would be 36%. In other words, it would be necessary to find x such that 1−normcdf(x,0,1)=36%. Thus $N=4(0.36^2)(1.95s_2^2+0.05s_1^2)/(0.05^2(m_1−m_2)^2)=65$ for the 2-sigma approach, or N=33 for the 1-sigma approach. Note that this would result in a very high level of false positives, which needs to be addressed, since such a level of false positives is not currently a viable alternative.

Also note that if N is limited to 384 (i.e. one 384 well TAQMAN plate per chromosome), and the goal is to detect mosaicism with a probability of 97.72%, then it will be possible to detect mosaicism of 8.1% using the 1-sigma approach. In order to detect mosaicism with a probability of 84.1% (or with a 15.9% false negative rate), then it will be possible to detect mosaicism of 5.8% using the 1-sigma approach. To detect mosaicism of 19% with a confidence of 97.72% it would require roughly 70 loci. Thus one could screen for 5 chromosomes on a single plate.

The summary of each of these different scenarios is provided in FIG. 20. Also included in FIG. 20 are the results generated from qPCR and the SYBR assays. The methods described above were used and the simplifying assumption was made that the performance of the qPCR assay for each locus is the same. FIG. 10 and FIG. 11 show the histograms for samples 1 and 0, as described above. $N_0=N_1=47$. The distributions of the measurements for these samples are characterized by $m_1=27.65$, $s_1=1.40$, $\sigma_{m1}=s_1/sqrt(N_1)=0.204$; $m_0=26.64$; $s_0=1.146$, $\sigma_{m0}=s_0/sqrt(N_0)=0.167$. For these samples d=1.01 and $\sigma_d=0.2636$. FIG. 12 shows the difference between $C_t$ for the male and female samples for each locus, with a standard deviation of the difference over all loci of 0.75. The SD was approximated for each measurement of each locus on the male or female sample as 0.75/sqrt(2)=0.53.

Method 2: Qualitative Techniques that Use Allele Calls

In this section, no assumption is made that the assay is quantitative. Instead, the assumption is that the allele calls are qualitative, and that there is no meaningful quantitative data coming from the assays. This approach is suitable for any assay that makes an allele call. FIG. 13 describes how different haploid gametes form during meiosis, and will be used to describe the different kinds of aneuploidy that are relevant for this section. The best algorithm depends on the type of aneuploidy that is being detected.

Consider a situation where aneuploidy is caused by a third segment that has no section that is a copy of either of the other two segments. From FIG. 13, the situation would arise, for example, if $p_1$ and $p_4$, or $p_2$ and $p_3$, both arose in the child cell in addition to one segment from the other parent. This

US 10,597,724 B2

33

is very common, given the mechanism which causes aneuploidy. One approach is to start off with a hypothesis $h_0$ that there are two segments in the cell and what these two segments are. Assume, for the purpose of illustration, that $h_0$ is for $p_3$ and $m_4$ from FIG. 13. In a preferred embodiment this hypothesis comes from algorithms described elsewhere in this document. Hypothesis $h_1$ is that there is an additional segment that has no sections that are a copy of the other segments. This would arise, for example, if $p_2$ or $m_1$ was also present. It is possible to identify all loci that are homozygous in $p_3$ and $m_4$. Aneuploidy can be detected by searching for heterozygous genotype calls at loci that are expected to be homozygous.

Assume every locus has two possible alleles, x and y. Let the probability of alleles x and y in general be $p_x$ and $p_y$ respectively, and $p_x+p_y=1$. If $h_1$ is true, then for each locus i for which $p_3$ and $m_4$ are homozygous, then the probability of a non-homozygous call is $p_x$ or $p_y$, depending on whether the locus is homozygous in x or y respectively. Note: based on knowledge of the parent data, i.e. $p_1$, $p_2$, $p_4$ and $m_1$, $m_2$, $m_3$, it is possible to further refine the probabilities for having non-homozygous alleles x or y at each locus. This will enable more reliable measurements for each hypothesis with the same number of SNPs, but complicates notation, so this extension will not be explicitly dealt with. It should be clear to someone skilled in the art how to use this information to increase the reliability of the hypothesis.

The probability of allele dropouts is pd. The probability of finding a heterozygous genotype at locus i is $p_{0i}$ given hypothesis $h_0$ and $p_{1i}$ given hypothesis $h_1$.

Given $h_0$: $p_{0i}=0$

Given $h_1$: $p_1=p_x(1-p_d)$ or $p_{1i}=p_y(1-p_d)$ depending on whether the locus is homozygous for x or y.

Create a measurement $m=1/N_h \Sigma_{i=1 \ldots Nh} I_i$, where $I_i$ is an indicator variable, and is 1 if a heterozygous call is made and 0 otherwise. $N_h$ is the number of homozygous loci. One can simplify the explanation by assuming that $p_x=p_y$ and $p_{0i}$, $p_{1i}$ for all loci are the same two values $p_0$ and $p_1$. Given $h_0$, $E(m)=p_0=0$ and $\sigma^2_{m;h0}=p_0(1-p_0)/N_h$. Given $h_1$, $E(m)=p_1$ and $\sigma^2_{m;h1}=p_1(1-p_1)/N_h$. Using 5 sigma-statistics, and making the probability of false positives equal the probability of false negatives, it can be shown that $(p_1-p_0)/2>5\sigma_{m;h1}$ hence $N_h=100(p_0(1-p_0)+p_1(1-p_1))/(p_1-p_0)^2$. For 2-sigma confidence instead of 5-sigma confidence, it can be shown that $N_h=4.2^2(p_0(1-p_0)+p_1(1-p_1))/(p_1-p_0)^2$.

It is necessary to sample enough loci N that there will be sufficient available homozygous loci $N_{h-avail}$ such that the confidence is at least 97.7% (2-sigma). Characterize $N_{h-avail}=\Sigma_{i=1 \ldots N} J_i$ where $J_i$ is an indicator variable of value 1 if the locus is homozygous and 0 otherwise. The probability of the locus being homozygous is $p_x^2+p_y^2$. Consequently, $E(N_{h-avail})=N(p_x^2+p_y^2)$ and $\sigma_{Nh-avail}^2=N(p_x^2+p_y^2)(1-p_x^2-p_y^2)$. To guarantee N is large enough with 97.7% confidence, it must be that $E(N_{h-avail})-2\sigma_{Nh-avail}=N_h$ where $N_h$ is found from above.

For example, if one assumes $p_d=0.3$, $p_x=p_y=0.5$, one can find $N_h=186$ and $N=391$ for 5-sigma confidence. Similarly, it is possible to show that $N_h=30$ and $N=68$ for 2-sigma confidence i.e. 97.7% confidence in false negatives and false positives.

Note that a similar approach can be applied to looking for deletions of a segment when $h_0$ is the hypothesis that two known chromosome segment are present, and $h_1$ is the hypothesis that one of the chromosome segments is missing. For example, it is possible to look for all of those loci that should be heterozygous but are homozygous, factoring in the effects of allele dropouts as has been done above.

34

Also note that even though the assay is qualitative, allele dropout rates may be used to provide a type of quantitative measure on the number of DNA segments present.

Method 3: Making Use of Known Alleles of Reference Sequences, and Quantitative Allele Measurements

Here, it is assumed that the alleles of the normal or expected set of segments are known. In order to check for three chromosomes, the first step is to clean the data, assuming two of each chromosome. In a preferred embodiment of the invention, the data cleaning in the first step is done using methods described elsewhere in this document. Then the signal associated with the expected two segments is subtracted from the measured data. One can then look for an additional segment in the remaining signal. A matched filtering approach is used, and the signal characterizing the additional segment is based on each of the segments that are believed to be present, as well as their complementary chromosomes. For example, considering FIG. 13, if the results of PS indicate that segments p2 and m1 are present, the technique described here may be used to check for the presence of p2, p3, m1 and m4 on the additional chromosome. If there is an additional segment present, it is guaranteed to have more than 50% of the alleles in common with at least one of these test signals. Note that another approach, not described in detail here, is to use an algorithm described elsewhere in the document to clean the data, assuming an abnormal number of chromosomes, namely 1, 3, 4 and 5 chromosomes, and then to apply the method discussed here. The details of this approach should be clear to someone skilled in the art after having read this document.

Hypothesis $h_0$ is that there are two chromosomes with allele vectors $a_1$, $a_2$. Hypothesis $h_1$ is that there is a third chromosome with allele vector $a_3$. Using a method described in this document to clean the genetic data, or another technique, it is possible to determine the alleles of the two segments expected by $h_0$: $a_1=[a_{11} \ldots a_{1N}]$ and $a_2=[a_{21} \ldots a_{2N}]$ where each element $a_{ji}$ is either x or y. The expected signal is created for hypothesis $h_0$: $s_{0x}=[f_{0x}(a_{11}, a_{21}) \ldots f_{0x}(a_{1N}, a_{2N})]$, $s_{0y}=[f_y(a_{11}, a_{21}) \ldots f_y(a_{1N}, a_{2N})]$ where $f_x$, $f_y$ describe the mapping from the set of alleles to the measurements of each allele. Given $h_0$, the data may be described as $d_{xi}=s_{0xi}+n_{xi}$, $n_{xi}\sim N(0,\sigma_x^2)$; $d_{yi}=s_{0yi}+n_{yi}$, $n_{yi}\sim N(0,\sigma_y^2)$. Create a measurement by differencing the data and the reference signal: $m_{xi}=d_{xi}-s_{xi}$; $m_{yi}=d_{yi}-s_{yi}$. The full measurement vector is $m=[m_x^T m_y^T]^T$.

Now, create the signal for the segment of interest—the segment whose presence is suspected, and will be sought in the residual—based on the assumed alleles of this segment: $a_3=[a_{31} \ldots a_{3N}]$. Describe the signal for the residual as: $s_r=[s_{rx}^T s_{ry}^T]^T$ where $s_{rx}=[f_{rx}(a_{31}) \ldots f_{rx}(a_{3N})]$, $s_{ry}=[f_{ry}(a_{31}) \ldots f_{ry}(a_{3N})]$ where $f_{rx}(a_{3i})=\delta_{xi}$ if $a_{3i}=x$ and 0 otherwise, $f_{ry}(a_{3i})=\delta_{yi}$ if $a_{3i}=y$ and 0 otherwise. This analysis assumes that the measurements have been linearized (see section below) so that the presence of one copy of allele x at locus i generates data $\delta_{xi}+n_{xi}$ and the presence of $\kappa_x$ copies of the allele x at locus i generates data $\kappa_x\delta_{yi}+n_{xi}$. Note however that this assumption is not necessary for the general approach described here. Given $h_1$, if allele $a_{3i}=x$ then $m_{xi}=\delta_{xi}+n_{xi}$, $m_{yi}=n_{yi}$ and if $a_{3i}=y$ then $m_{xi}=n_{xi}$, $m_{yi}=\delta_{yi}+n_{yi}$. Consequently, a matched filter $h=(1/N)R^{-1}s_r$ can be created where $R=\text{diag}([\sigma_{x1}^2 \ldots \sigma_{xN}^2 \sigma_{y1}^2 \ldots \sigma_{yN}^2])$. The measurement is $m=h^Td$.

$$m=(1/N)\Sigma_{i=1 \ldots N} \delta_{xi}m_{xi}/\sigma_{xi}^2+s_{yi}n_{yi}/\sigma_{yi}^2 \qquad h_0;$$

$$m=(1/N)\Sigma_{i=1 \ldots N} \delta_{xi}(\delta_{xi}+n_{xi})/\sigma_{xi}^2+s_{yi}(\delta_{yi}+n_{yi})/\sigma_{yi}^2 \qquad h_1;$$

In order to estimate the number of SNPs required, make the simplifying assumptions that all assays for all alleles and all

35

loci have similar characteristics, namely that $\delta_{xi}=\delta_{yi}=\delta$ and $\sigma_{xi}=\sigma_{yi}=\sigma$ for $i=1 \ldots N$. Then, the mean and standard deviation may be found as follows:

$$E(m)=m_0=0;\sigma_{m/h_0}^2=(1/N^2\sigma^4)(N/2)(\sigma^2\delta^2+\sigma^2\delta^2)=\delta^2/(N\sigma^2) \qquad h_0:$$

$$E(m)=m_1=(1/N)(N/2\sigma^2)(\delta^2+\delta^2)=\delta^2/\sigma^2;\sigma_{m/h_1}^2=(1/N^2\sigma^4)(N)(\sigma^2\delta^2)=\delta^2/(N\sigma^2) \qquad h_1:$$

Now compute a signal-to-noise ratio (SNR) for this test of $h_1$ versus $h_0$. The signal is $m_1-m_0=\delta^2/\sigma^2$, and the noise variance of this measurement is $\sigma_{m/h_0}^2+\sigma_{m/h_1}^2=2\delta^2/(N\sigma^2)$. Consequently, the SNR for this test is $(\delta^4/\sigma^4)/(2\delta^2/(N\sigma^2))=N\delta^2/(2\sigma^2)$.

Compare this SNR to the scenario where the genetic information is simply summed at each locus without performing a matched filtering based on the allele calls. Assume that $h=(1/N)i$ where $i$ is the vector of N ones, and make the simplifying assumptions as above that $\delta_{xi}=\delta_{yi}=\delta$ and $\sigma_{xi}=\sigma_{yi}=\sigma$ for $i=1 \ldots N$. For this scenario, it is straightforward to show that if $m=h^Td$:

$$E(m)=m_0=0;\sigma_{m/h_0}^2=N\sigma^2/N^2+N\sigma^2/N^2=2\sigma^2/N \qquad h_0:$$

$$E(m)=m_1=(1/N)(N\delta/2+N\delta/2)=\delta;\sigma_{m/h_1}^2=(1/N^2)(N\sigma^2+N\sigma^2)=2\sigma^2/N \qquad h_1:$$

Consequently, the SNR for this test is $N\delta^2/(4\sigma^2)$. In other words, by using a matched filter that only sums the allele measurements that are expected for segment $a_3$, the number of SNPs required is reduced by a factor of 2. This ignores the SNR gain achieved by using matched filtering to account for the different efficiencies of the assays at each locus.

Note that if we do not correctly characterize the reference signals $s_{xi}$ and $s_{yi}$ then the SD of the noise or disturbance on the resulting measurement signals $m_{xi}$ and $m_{yi}$ will be increased. This will be insignificant if $\delta<<\sigma$, but otherwise it will increase the probability of false detections. Consequently, this technique is well suited to test the hypothesis where three segments are present and two segments are assumed to be exact copies of each other. In this case, $s_{xi}$ and $s_{yi}$ will be reliably known using techniques of data cleaning based on qualitative allele calls described elsewhere. In one embodiment method 3 is used in combination with method 2 which uses qualitative genotyping and, aside from the quantitative measurements which is not able to detect the presence of a second exact copy of a segment.

We now describe another quantitative technique that makes use of allele calls. The method involves comparing the relative amount of signal at each of the four registers for a given allele. One can imagine that in the idealized case involving a single, normal cell, where homogenous amplification occurs, (or the relative amounts of amplification are normalized), four possible situations can occur: (i) in the case of a heterozygous allele, the relative intensities of the four registers will be approximately 1:1:0:0, and the absolute intensity of the signal will correspond to one base pair; (ii) in the case of a homozygous allele, the relative intensities will be approximately 1:0:0:0, and the absolute intensity of the signal will correspond to two base pairs; (iii) in the case of an allele where ADO occurs for one of the alleles, the relative intensities will be approximately 1:0:0:0, and the absolute intensity of the signal will correspond to one base pair; and (iv) in the case of an allele where ADO occurs for both of the alleles, the relative intensities will be approximately 0:0:0:0, and the absolute intensity of the signal will correspond to no base pairs.

In the case of aneuploides, however, different situations will be observed. For example, in the case of trisomy, and

36

there is no ADO, one of three situations will occur: (i) in the case of a triply heterozygous allele, the relative intensities of the four registers will be approximately 1:1:1:0, and the absolute intensity of the signal will correspond to one base pair; (ii) in the case where two of the alleles are homozygous, the relative intensities will be approximately 2:1:0:0, and the absolute intensity of the signal will correspond to two and one base pairs, respectively; (iii) in the case where are alleles are homozygous, the relative intensities will be approximately 1:0:0:0, and the absolute intensity of the signal will correspond to three base pairs. If allele dropout occurs in the case of an allele in a cell with trisomy, one of the situations expected for a normal cell will be observed. In the case of monosomy, the relative intensities of the four registers will be approximately 1:0:0:0, and the absolute intensity of the signal will correspond to one base pair. This situation corresponds to the case of a normal cell where ADO of one of the alleles has occurred, however in the case of the normal cell, this will only be observed at a small percentage of the alleles. In the case of uniparental disomy, where two identical chromosomes are present, the relative intensities of the four registers will be approximately 1:0:0:0, and the absolute intensity of the signal will correspond to two base pairs. In the case of UPD where two different chromosomes from one parent are present, this method will indicate that the cell is normal, although further analysis of the data using other methods described in this patent will uncover this.

In all of these cases, either in cells that are normal, have aneuploides or UPD, the data from one SNP will not be adequate to make a decision about the state of the cell. However, if the probabilities of each of the above hypothesis are calculated, and those probabilities are combined for a sufficient number of SNPs on a given chromosome, one hypothesis will predominate, it will be possible to determine the state of the chromosome with high confidence.

Methods for Linearizing Quantitative Measurements

Many approaches may be taken to linearize measurements of the amount of genetic material at a specific locus so that data from different alleles can be easily summed or differenced. We first discuss a generic approach and then discuss an approach that is designed for a particular type of assay.

Assume data $d_{xi}$ refers to a nonlinear measurement of the amount of genetic material of allele x at locus i. Create a training set of data using N measurements, where for each measurement, it is estimated or known that the amount of genetic material corresponding to data $d_{xi}$ is $\beta_{xi}$. The training set $\beta_{xi}$, $i=1 \ldots N$, is chosen to span all the different amounts of genetic material that might be encountered in practice. Standard regression techniques can be used to train a function that maps from the nonlinear measurement, $d_{xi}$, to the expectation of the linear measurement, $E(\beta_{xi})$. For example, a linear regression can be used to train a polynomial function of order P, such that $E(\beta_{xi})=[1 \ d_{xi} \ d_{xi}^2 \ldots d_{xi}^P]c$ where c is the vector of coefficients $c=[c_0 \ c_1 \ldots c_P]^T$. To train this linearizing function, we create a vector of the amount of genetic material for N measurements $\beta_x=[\beta_{x1} \ldots \beta_{xN}]^T$ and a matrix of the measured data raised to powers $0 \ldots P$: $D=[[1 \ d_{x1} \ d_{x1}^2 \ldots d_{x1}^P]^T \ [1 \ d_{x2} \ d_{x2}^2 \ldots d_{x2}^P]^T \ldots [1 \ d_{xN} \ d_{xN}^2 \ldots d_{xN}^P]^T]^T$. The coefficients can then be found using a least squares fit $c=(D^TD)^{-1}D^T\beta_x$.

Rather than depend on generic functions such as fitted polynomials, we may also create specialized functions for the characteristics of a particular assay. We consider, for example, the TAQMAN assay or a qPCR assay. The amount of die for allele x and some locus i, as a function of time up to the point where it crosses some threshold, may be

US 10,597,724 B2

37

described as an exponential curve with a bias offset: $g_{x,i}(t) = \alpha_{x,i} + \beta_{x,i} \exp(\gamma_{x,i} t)$ where $\alpha_{x,i}$ is the bias offset, $\gamma_{x,i}$ is the exponential growth rate, and $\beta_{x,i}$ corresponds to the amount of genetic material. To cast the measurements in terms of $\beta_{x,i}$, compute the parameter $\alpha_{x,i}$ by looking at the asymptotic limit of the curve $g_{x,i}(-\infty)$ and then may find $\beta_{x,i}$ and $\gamma_{x,i}$ by taking the log of the curve to obtain $\log(g_{x,i}(t) - \alpha_{x,i}) = \log(\beta_{x,i}) + \gamma_{x,i} t$ and performing a standard linear regression. Once we have values for $\alpha_{x,i}$ and $\gamma_{x,i}$, another approach is to compute $\beta_{x,i}$ from the time, $t_x$, at which the threshold $g_x$ is exceeded. $\beta_{x,i} = (g_x - \alpha_{x,i}) \exp(-\gamma_{x,i} t_x)$. This will be a noisy measurement of the true amount of genetic data of a particular allele.

Whatever techniques is used, we may model the linearized measurement as $\beta_{x,i} = \kappa_x \delta_{x,i} + n_{x,i}$ where x is the number of copies of allele x, $\delta_{x,i}$ is a constant for allele x and locus i, and $n_{x,i} \sim N(0, \sigma_x^2)$ where $\sigma_x^2$ can be measured empirically.

Method 4: Using a Probability Distribution Function for the Amplification of Genetic Data at Each Locus

The quantity of material for a particular SNP will depend on the number of initial segments in the cell on which that SNP is present. However, due to the random nature of the amplification and hybridization process, the quantity of genetic material from a particular SNP will not be directly proportional to the starting number of segments. Let $q_{s,A}$, $q_{s,G}$, $q_{s,T}$, $q_{s,C}$ represent the amplified quantity of genetic material for a particular SNP s for each of the four nucleic acids (A,C,T,G) constituting the alleles. Note that these quantities may be exactly zero, depending on the technique used for amplification. Also note that these quantities are typically measured from the intensity of signals from particular hybridization probes. This intensity measurement can be used instead of a measurement of quantity, or can be converted into a quantity estimate using standard techniques without changing the nature of the invention. Let $q_s$ be the sum of all the genetic material generated from all alleles of a particular SNP: $q_s = q_{s,A} + q_{s,G} + q_{s,T} + q_{s,C}$. Let N be the number of segments in a cell containing the SNP s. N is typically 2, but may be 0, 1 or 3 or more. For any high or medium throughput genotyping method discussed, the resulting quantity of genetic material can be represented as $q_s = (A + A_{\theta,s}) N + \theta_s$ where A is the total amplification that is either estimated a-priori or easily measured empirically, $A_{\theta,s}$ is the error in the estimate of A for the SNP s, and $\theta_s$ is additive noise introduced in the amplification, hybridization and other process for that SNP. The noise terms $A_{\theta,s}$ and $\theta_s$ are typically large enough that $q_s$ will not be a reliable measurement of N. However, the effects of these noise terms can be mitigated by measuring multiple SNPs on the chromosome. Let S be the number of SNPs that are measured on a particular chromosome, such as chromosome 21. It is possible to generate the average quantity of genetic material over all SNPs on a particular chromosome as follows:

$$q = \frac{1}{S} \sum_{s=1}^{S} q_s = NA + \frac{1}{S} \sum_{s=1}^{S} A_{\theta,s} N + \theta_s \qquad (16)$$

Assuming that $A_{\theta,s}$ and $\theta_s$ are normally distributed random variables with 0 means and variances $\sigma^2_{A_{\theta,s}}$ and $\sigma^2_{\theta_s}$, one can model $q = NA + \varphi$ where $\varphi$ is a normally distributed random variable with 0 mean and variance

$$\frac{1}{S}(N^2 \sigma^2_{A_{\theta,s}} + \sigma^2_\theta).$$

38

Consequently, if sufficient number of SNPs are measured on the chromosome such that $S >> (N^2 \sigma^2_{A_{\theta,s}} + \sigma^2_\theta)$, then $N = q/A$ can be accurately estimated.

In another embodiment, assume that the amplification is according to a model where the signal level from one SNP is $s = a + c\alpha$ where $(a+c\alpha)$ has a distribution that looks like the picture in FIG. 14A, left. The delta function at 0 models the rates of allele dropouts of roughly 30%, the mean is a, and if there is no allele dropout, the amplification has uniform distribution from 0 to $a_0$. In terms of the mean of this distribution $a_0$ is found to be $a_0 = 2.86a$. Now model the probability density function of a using the picture in FIG. 14B, right. Let $s_c$ be the signal arising from c loci; let a be the number of segments; let $\alpha_i$ be a random variable distributed according to FIGS. 14A and 14B that contributes to the signal from locus i; and let $\sigma$ be the standard deviation for all $\{\alpha_i\}$. $s_c = anc + \Sigma_{i=1 \dots nc} \alpha_i$; mean$(s_c) = anc$; std$(s_c) = $ sqrt$(nc)\sigma$. If $\sigma$ is computed according to the distribution in FIG. 14A, right, it is found to be $\sigma = 0.907a^2$. We can find the number of segments from $n = s_c/(ac)$ and for "5-sigma statistics" we require std$(n) < 0.1$ so std$(s_c)/(ac) = 0.1 => 0.95a.$sqrt$(nc)/(ac) = 0.1$ so $c = 0.95^2 n/0.1^2 = 181$.

Another model to estimate the confidence in the call, and how many loci or SNPs must be measured to ensure a given degree of confidence, incorporates the random variable as a multiplier of amplification instead of as an additive noise source, namely $s = a(1 + \alpha)$. Taking logs, $\log(s) = \log(a) + \log(1 + \alpha)$. Now, create a new random variable $\gamma = \log(1 + \alpha)$ and this variable may be assumed to be normally distributed $\sim N(0, \sigma)$. In this model, amplification can range from very small to very large, depending on $\sigma$, but never negative. Therefore $\alpha = e^\gamma - 1$; and $s_c = \Sigma_{i=1 \dots cn} a(1 + \alpha_i)$. For notation, mean$(s_c)$ and expectation value $E(s_c)$ are used interchangeably

$$E(s_c) = acn + aE(\Sigma_{i=1 \dots cn} \alpha_i) = acn + aE(\Sigma_{i=1 \dots cn} \alpha_i) = acn(1 + E(\alpha))$$

To find $E(\alpha)$ the probability density function (pdf) must be found for a which is possible since $\alpha$ is a function of $\gamma$ which has a known Gaussian pdf. $p_\alpha(\alpha) = p_\gamma(\gamma)(d\gamma/d\alpha)$. So:

$$p_\gamma(\gamma) = \frac{1}{\sqrt{2\pi}\,\sigma} e^{-\frac{\gamma^2}{2\sigma^2}} \text{ and}$$

$$\frac{d\gamma}{d\alpha} = \frac{d}{d\alpha}(\log(1+\alpha)) = \frac{1}{1+\alpha} = e^{-\gamma} \text{ and:}$$

$$p_\alpha(\alpha) = \frac{1}{\sqrt{2\pi}\,\sigma} e^{-\frac{\gamma^2}{2\sigma^2}} e^{-\gamma} = \frac{1}{\sqrt{2\pi}\,\sigma} e^{-\frac{[\log(1+\alpha)]^2}{2\sigma^2}} \frac{1}{1+\alpha}$$

This has the form shown in FIG. 15 for $\sigma = 1$. Now, $E(\alpha)$ can be found by integrating over this pdf $E(\alpha) = \int_{-\infty}^{\infty} \alpha p_\alpha(\alpha) d_\alpha$ which can be done numerically for multiple different $\sigma$. This gives $E(s_c)$ or mean$(s_c)$ as a function of $\sigma$. Now, this pdf can also be used to find var$(s_c)$:

$$\text{var}(s_c) = E(s_c - E(s_c))^2$$

$$= E\left(\sum_{i=1 \dots cn} a(1 + \alpha_i) - acn - aE\left(\sum_{i=1 \dots cn} \alpha_i\right)\right)^2$$

$$= E\left(\sum_{i=1 \dots cn} na\alpha_i - aE\left(\sum_{i=1 \dots cn} \alpha_i\right)\right)^2$$

$$= a^2 E\left(\sum_{i=1 \dots cn} \alpha_i - cnE(\alpha)\right)^2$$

39

-continued

$$= \sigma^2 E\left[\left(\sum_{i=1...cn} \alpha_i\right)^2 - 2cnE(\alpha)\left(\sum_{i=1...cn} \alpha_i\right) + c^2 n^2 E(\alpha)^2\right]$$

$$= \sigma^2 E\left[cn\alpha^2 + cn(cn-1)\alpha_i\alpha_j - 2cnE(\alpha)\left(\sum_{i=1...cn} \alpha_i\right) + c^2 n^2 E(\alpha)^2\right]$$

$$= \sigma^2 c^2 n^2 (E(\alpha^2) + (cn-1)E(\alpha_i\alpha_j) - 2cnE(\alpha^2) + cnE(\alpha)^2)$$

$$= \sigma^2 c^2 n^2 (E(\alpha^2) + (cn-1)E(\alpha_i\alpha_j) - cnE(\alpha)^2)$$

which can also be solved numerically using $p_\alpha(\alpha)$ for multiple different $\sigma$ to get var$(s_c)$ as a function of $\sigma$. Then, we may take a series of measurements from a sample with a known number of loci c and a known number of segments n and find std$(s_c)/E(s_c)$ from this data. That will enable us to compute a value for $\sigma$. In order to estimate n, $E(s_c)$=nac(1+$E(\alpha)$) so

$$\hat{n} = \frac{s_c}{ac(1 + E(\alpha))}$$

can be measured so that

$$std(\hat{n}) = \frac{std(s_c)}{ac(1 + E(\alpha))} std(n)$$

When summing a sufficiently large number of independent random variables of 0-mean, the distribution approaches a Gaussian form, and thus $s_c$ (and $\hat{n}$) can be treated as normally distributed and as before we may use 5-sigma statistics:

$$std(\hat{n}) = \frac{std(s_c)}{ac(1 + E(\alpha))} < 0.1$$

in order to have an error probability of 2normcdf(5,0,1) =2.7e-7. From this, one can solve for the number of loci c.

Sexing

In one embodiment of the system, the genetic data can be used to determine the sex of the target individual. After the method disclosed herein is used to determine which segments of which chromosomes from the parents have contributed to the genetic material of the target, the sex of the target can be determined by checking to see which of the sex chromosomes have been inherited from the father: X indicates a female, and Y indicates a male. It should be obvious to one skilled in the art how to use this method to determine the sex of the target.

Validation of the Hypotheses

In some embodiments of the system, one drawback is that in order to make a prediction of the correct genetic state with the highest possible confidence, it is necessary to make hypotheses about every possible state. However, as the possible number of genetic states are exceptionally large, and computational time is limited, it may not be reasonable to test every hypothesis. In these cases, an alternative approach is to use the concept of hypothesis validation. This involves estimating limits on certain values, sets of values, properties or patterns that one might expect to observe in the measured data if a certain hypothesis, or class of hypotheses are true. Then, the measured values can be tested to see if they fall within those expected limits, and/or certain

40

expected properties or patterns can be tested for, and if the expectations are not met, then the algorithm can flag those measurements for further investigation.

For example, in a case where the end of one arm of a chromosome is broken off in the target DNA, the most likely hypothesis may be calculated to be "normal" (as opposed, for example to "aneuploid"). This is because the particular hypotheses that corresponds to the true state of the genetic material, namely that one end of the chromosome has broken off, has not been tested, since the likelihood of that state is very low. If the concept of validation is used, then the algorithm will note that a high number of values, those that correspond to the alleles that lie on the broken off section of the chromosome, lay outside the expected limits of the measurements. A flag will be raised, inviting further investigation for this case, increasing the likelihood that the true state of the genetic material is uncovered.

It should be obvious to one skilled in the art how to modify the disclosed method to include the validation technique. Note that one anomaly that is expected to be very difficult to detect using the disclosed method is balanced translocations.

Application of the Method with Contaminated DNA

In one embodiment of the system, genetic data from target DNA which has been definitely or possibly contaminated with foreign DNA can also be cleaned using the disclosed method. The concept outlined above, that of hypothesis validation, can be used to identify genetic samples that fall outside of expected limits; in the case of contaminated samples it is expected that this validation will cause a flag to be raised, and the sample can be identified as contaminated.

Since large segments of the target DNA will be known from the parental genetic data, and provided the degree of contamination is sufficiently low and sufficient SNPs are measured, the spurious data due to the foreign genetic material can be identified. The method disclosed herein should still allow for the reconstruction of the target genome, albeit with lower confidence levels. Provided that the level of contamination is sufficiently low, the hypothesis that is calculated to be most likely is still expected to correspond to the true state of the genetic material in the target DNA sample.

It should be obvious to one skilled in the art how to optimize these methods for the purpose cleaning genetic data contaminated with spurious signals due to foreign DNA.

Example of Reduction to Practice

In one embodiment of the system, the method described above can be implemented as a set of algorithms that will calculate the most likely identity of each SNP in a list of relevant SNPs, as well as a confidence level for each SNP call. Described here is one possible way to implement the method disclosed in this patent. FIG. 16 and FIG. 17 visually represent the breakdown of this implementation of the disclosed method, the input requirements and the format of the output. Note that the implementations discussed here were done using the computer program Matlab, and a familiarity with this product will facilitate the understanding of the examples.

FIG. 16 focuses on the input data (1601) and its format and requirements, as well as the output data (1605) and its format. Input to the algorithm consists of the measured data (1602), including input by the user, and existing data (1603) preserved in the database, that is consequently updated by the newly collected data. The measured data (MD, 1602) consists of the genetic data as measured for desired SNPs for the embryo, and the paternal and maternal alleles, as well as

US 10,597,724 B2

41

the accuracy, or confidence with which each of the alleles is known. The existing data (1603) consists of the population frequency data (FD), measurement bias data (BD), and crossover data (CD).

The population frequency data (FD) contains the allele frequency (for each of the values A,C,T,G) for each of the SNPs available. The data can be previously known or measured, and can be updated with newly collected data as described elsewhere in this document.

Measurement bias data (BD) captures the bias of the measurement process towards certain values. For example, assuming the true value of the allele is X=A, and probability of the correct measurement is $p_X$, the distribution of the measured value x is:

|  | A | C | T | G |
|---|---|---|---|---|
| Probability probability with no bias | $p_X$ $p_X$ | $p_C$ $(1-p_X)/3$ | $p_T$ $(1-p_X)/3$ | $p_G$ $(1-p_X)/3$ |

where $p_A+p_C+p_T+p_G=1$. If there is no bias of measurement towards any of the values then $p_C=p_T=p_G=(1-p_X)/3$. This information can be discerned from empirical and theoretical knowledge about the mechanism of the measurement process and the relevant instruments.

Crossover data (CD) consists of a database of genetic distances and crossover probabilities between pairs of snips, collected from HAPMAP data.

Together, (MD), (FD), (BD), (CD) make up the necessary input to the disclosed method (termed 'Parental Support', 1604) algorithm. This algorithm (1604) then operates on the input data to generate the output data (1605), which describes the most likely "true" value of the target's genetic data given the measured values, as well as the most likely origin of each SNP in terms of the parental alleles.

FIG. 17 focuses on the structure of the algorithm itself (termed 'Parental Support') and how each of these input data are utilized by the algorithm. Working backwards: to find the most likely hypotheses it is necessary to calculate P(H|M) 1707, the probability of the hypothesis given the measurement, for all the possible hypotheses H.

As described previously:

$$P(H|M) = \frac{P(M|H)}{P(M)} P(H), P(M) = \sum_{h \in S_H} P(M|h)P(h)$$

In order to find P(H|M) (1710), it is first necessary to find P(M|H) (1707), and P(H) (1708), for all hypotheses H. This allows the calculation of P(M), from the equation shown above. The probability of the hypothesis P(H) 1708 depends on how many crossovers are assumed and the likelihood of each of these crossovers (CD, 1704), as explained above.

P(M|H) can be calculated using the following equation:

$$P(M|H) = \sum_{t} P(M|H \& t)P(t).$$

as explained previously.

P(t), 1706 is the frequency of a particular value t for paternal and maternal alleles and is derived from population frequency data (FD, 1703). P(M|H&t), 1705 is the probability of correctly measuring the allele values of the

42

embryo, the father, and the mother, assuming a particular "true" value t. The measurement data and accuracy entered by the user (MD, 1701), and the measurement bias database (BD, 1702) are the inputs required to calculate P(M|H&t), 1705.

A more detailed description of the method is given forthwith. Begin with SNPs $R=\{r_1, \ldots, r_k\}$, (a set of k SNPs), and the corresponding measured identities of parents and embryo, $M=(e_1,e_2,p_1,p_2,m_1,m_2)$, for k SNPs, identified with id's $s_1, \ldots, s_k$, where:

$e_1=(e_{11}, e_{12}, \ldots, e_{1k})$ is the measurement on one of the chromosomes of the embryo (they don't all have to come from the same parental chromosome) for all the SNPs

$e_2=(e_{21}, e_{22}, \ldots, e_{2k})$ is the measurement on the other chromosome of the embryo

$p_1=(p_{11}, p_{12}, \ldots, p_{1k})$ is the measurement on the FIRST chromosome of the father (all coming from the same chromosome

$p_2=(p_{21}, p_{22}, \ldots, p_2k)$ is the measurement on the SECOND chromosome of the father (all coming from the same chromosome)

$m_1=(m_{11}, m_{12}, \ldots, m_{1k})$ is the measurement on the FIRST chromosome of the mother (all coming from the same chromosome)

$m_2=(m_{21}, m_{22}, \ldots, m_2k)$ is the measurement on the SECOND chromosome of the mother (all coming from the same chromosome)

One can also write $M=\{M_1, \ldots, M_k\}$ where $M_i=(e_{1i}, e_{2i}, p_{1i}, p_{2i})$

The goal of the method is to determine the "true" embryo valueT=(E1,E2), i.e. the most likely case given the measurement M, where:

$E_1=(E_{11}, E_{12}, \ldots, E_{1k})$ is the measurement on the FIRST chromosome of the embryo, corresponding to the PATERNAL chromosome, $E_{1i} \in \{p_{1i}, p_{2i}\}$

$E_2=(E_{21}, E_{22}, \ldots, E_{2k})$ is the measurement on the SECOND chromosome of the embryo, corresponding to the MATERNAL value, $E_{2i} \in \{m_{1i}, m_{2i}\}$

One can also write $T=\{T_1, \ldots, T_k\}$ where $T_i=(E_{1i}, E_{2i})$.

Effectively, the parental chromosome values $(p_1,p_2,m_1, m_2)$ are being used as support to check, validate and correct measured values of $(e_1,e_2)$, hence the term "Parental Support Algorithm".

To achieve this goal, all the possible hypotheses for the origin of embryo values are developed and the most likely one is chosen, given the measurement M. The hypotheses space is $S_H=\{H^1, \ldots, H^q\}=\{$set of all the hypotheses$\}$, where each hypothesis is of the format $H^j=(H^j_1, \ldots, H^j_k)$ where $H^j_i$ is the "mini" hypothesis for SNP i, of the format $H^j_i=(p_i^*,m_i^*)$ where $p_i^* \in \{p_{1i}, p_{2i}\}$ and $m_i^* \in \{m_{1i}, m_{2i}\}$. There are 4 different "mini" hypotheses $H^j_i$, in particular: $H^j_i1$: $(e_{1i}, e_{2i})=\{(p_{1i}, m_{1i})$ or $(m_{1i}, p_{1i})\}$; $H^j_i2$: $(e_{1i}, e_{2i})=\{(p_{1i}, m_{2i})$ or $(m_{2i}, p_{1i})\}$ $H^j_i3$: $(e_{1i}, e_{2i})=\{(p_{2i}, m_{1i})$ or $(m_{1i}, p_{2i})\}$; $H^j_i4$: $(e_{1i}, e_{2i})=\{(p_{2i}, m_{2i})$ or $(m_{2i}, p_{2i})\}$

In theory, $S^H$ can have $q=4^k$ different members to pick from, though later this space will be limited with a maximal number of crossovers of paternal and maternal chromosomes.

The most likely hypothesis $H^*$ is chosen to be as: $H^*=arg$ $\max_{H \in S_H} P(H|M)$ For a particular H:

$$P(H|M) = \frac{P(M|H)}{\sum_{h \in S_H} P(M|h)P(h)} P(H).$$

US 10,597,724 B2

43

So deriving for each hypothesis:

(1) P(M/H) is the probability of measurement M given the particular hypothesis H.

(2) P(H) is the probability of the particular hypothesis H.

(3) P(M) is the probability of the measurement M.

After deriving P(H|M) for all H, the one with the greatest probability is chosen.

Deriving P(M|H)

Since measurements on each SNP are independent, for $M=(M_1, \ldots, M_k)$ and the particular hypothesis $H=(H_1, \ldots, H_k)$ on all k SNPs then:

$$P(M|H)=P(M_1|H_1)^* \ldots {}^*P(M_k|H_k)$$

For the particular SNP r, derive $P(M_r|H_r)$. For $Q=\{A,C,T,G\}X\{A,C,T,G\}X=\{A,C,T,G\}X\{A,C,T,G\}$, the space of all the possible values for "true" parent values $(P_{1r},P_{2r},M_{1r}, M_{2r})$, by Bayes formula is:

$$P(M_r / H_r) =$$
$$\sum_{t \in Q} P(M_r / H_r \ \&(P_{1r}, P_{2r}, M_{1r}, M_{2r}) = t)^* P(P_{1r}, P_{2r}, M_{1r}, M_{2r}) = t)$$

$$\text{Deriving } P(M_r / H_r \ \&(P_{1r}, P_{2r}, M_{1r}, M_{2r}) = t)$$

$M_r=(e_{1r},e_{2r},p_{1r},p_{2r},m_{1r},m_{2r})$ is a given measurement on this SNP.

$T=(E_{1r},E_{2r},P_{1r},P_{2r},M_{1r},M_{2r})$ is the supposed "true" value, for $t=(P_{1r},P_{2r},M_{1r},M_{2r})$ and $(E_{1r},E_{2r})$ fixed from T by hypothesis. $(E_{1r}$ is one of $P_{1r},P_{2r}, E_{2r}$ is one of $M_{1r},M_{2r})$

$$P(M_r=(e_{1r},e_{2r},p_{1r},p_{2r},m_{1r},m_{2r})/T=(E_{1r},E_{2r},P_{1r},P_{2r},M_{1r}, M_{2r}))=P(e_{1r}/E_{1r})^*P(e_{2r}/E_{2r})^*P(p_{1r}/P_{1r})^*P(p_{2r}/ P_{2r})^*P(m_{1r}/M_{1r})^*P(m_{2r}/M_{2r})$$

Given:

$p_{eri}$=P(accurately measuring the embryo value i, on SNP r)

$p_{pri}$=P(accurately measuring the father value i, on SNP r)

$p_{mri}$=P(accurately measuring the mother value i, on SNP r)

$$P(e_{1r} / E_{1r}) = \begin{cases} p_{eri} & e_{1r} = E_{1r} \\ (1 - p_{eri})^* p(e_{1r}, E_{1r}, r) & e_{1r} \neq E_{1r} \end{cases}$$
$$= I_{e_{1r}=E_{1r}} * p_{eri} + I_{e_{1r} \neq E_{1r}} * (1 - p_{eri}) * p(e_{1r}, E_{1r}, r)$$
$$= F(e_{1r}, E_{1r}, p_{eri}, r)$$

where $p(e_{1r},E_{1r},r)=\frac{1}{3}$ if there is no measurement bias, otherwise it can be determined from experimental data, such as data from the Hapmap project.

Deriving $P(P_{1r},P_{2r},M_{1r},M_{2r})=t)$

For $t=(t_1,t_2,t_3,t_4)$:

$$P((P_{1r},P_{2r},M_{1r},M_{2r})=(t_1,t_2,t_3,t_4))=P(P_{1r}=t_1)^*P (P_{2r}=t_2)^*P(M_{1r}=t_3)^*P(M_{2r}=t_4)$$

Suppose there are n samples of $(P_1,P_2,M_1,M_2)$, all paternal and maternal values are assumed to be independent, and $t=(t_1,t_2,t_3,t_4)$ for $t_1$ in $\{A,C,T,G\}$

To get a particular $p_{1,d}=P(P_1=t_1)$, for $t_1=A$, assume that in absence of any data this probability could be anything between 0 and 1, so it is assigned a value of $U(0,1)$. With the acquisition of data, this is updated with the new values and the distribution of this parameter becomes a beta distribution. Suppose that out of n observations of $P_1$, there are h values P1=A, and w=(event $P_1=A$) and D=(data given). It is described in a prior section the form of the beta distribution

44

$B(\alpha,\beta)$ with $\alpha=h+1$, $\beta=n-h+1$ for $p(w|Data)$ (see equation (8)). The expected value and variance of $X \sim B(\alpha,\beta)$ distribution are:

$$EX = \frac{\alpha}{\alpha + \beta}$$

$$VX = \frac{\alpha\beta}{(\alpha + \beta)^2(\alpha + \beta + 1)}$$

So the posterior mean value of the parameter $p_{1r,A}=P(P_{1r}=A|Data)=(h+1)/(n+2)$ Similarly $p_{1r,B}=(\#(P_{1r}=B)+1)/(n+2)$, ... $m_{2r,G}=(\#(m_{2r}=G)+1)/(n+2)$, etc. Thus all the values $p_{1r,A}, \ldots, m_{2r,G}$ have been derived and:

$$P((P_{1r},P_{2r},M_{1r},M_{2r})=(t_1,t_2,t_3,t_4)) = p_{1r1}^* p_{2r t_2}^* m_{1r t_3}^* m_{2r t_4})$$

Deriving P(H)

The probability of the hypothesis $H=(H_1, \ldots, H_k)$ with $H_i=(p_i^*,m_i^*)$ depends on the amount of chromosome crossover. For example,

with P(crossover)=0 then P(H)=$\frac{1}{4}$ and H=$(p^*,m^*)$ if $p^*$ in $\{(p11, p21, \ldots, ps1), (p12, p22, \ldots, ps2), m^*$ in $\{(m11, m21, \ldots, ms1), (m12, m22, \ldots, ms2)\}$, 0 otherwise

with P(crossover)>0 it is important to incorporate the probability of crossover between each SNP.

Hypothesis H consists of the hypothesis for paternal and maternal chromosomes for each SNP, $p_i^* \in \{p_{1i},p_{2i}\}$ and $m_i^* \in \{m_{1i},m_{2i}\}$.i.e. H=$(H_p,H_m)$ where $H_p=(p_1^*, \ldots, p_k^*)$, and $H_m=(m_1^*, \ldots, m_k^*)$, which are independent. P(H)=P(H_p)$^*P(H_m)$. Suppose that SNP are ordered by increasing location,

$$P(H_p) = \frac{1}{4} \prod_{i=2}^{l} (PC_i * (1 - I_i) + (1 - PC_i) * I_i$$

where $PC_i$=P(crossover$(r_{i-1}, r_i)$) i.e. probability of crossover somewhere between SNPs $r_{i-1}, r_i$, and $I_i$=1 if $p_i^*,p_{i-1}^*$ are coming both from $p_1$ or $p_2$, and it is 0 otherwise.

Deriving P(crossover(a,b))

Given SNPs a,b, at base locations $l_a,l_b$ (given in bases), the probability of crossover is approximated as $P(l_a,l_b)$=0.5 $(1-\exp(-2G(l_a,l_b)))$ where $G(l_a,l_b)$=genetic distance in Morgans between locations $l_a,l_b$. There is no precise closed form function for G but it is loosely estimated as $G(l_a,l_b)=|l_a-l_b|^*1e^{-8}$. A better approximation can be used by taking advantage of the HapMap database of base locations $s_i$, and distances $G(s_i,s_{i+1})$, for i spanning over all locations. In particular,

$$G(l_a, l_b) = \sum_{l_a \le s_i \le l_b} G(s_i, s_{i+1}).$$

so it can be used in crossover probability.

Deriving P(M)

Once P(H|M) is known, P(H) can be found for all the different H in $S_H$,

$$P(M) = \sum_{H \in S_H} P(M | H)P(H)$$

45

**A More Expedient Method to Derive the Hypothesis of Maximal Probability**

Given the limitation of computer time, and the exponential scaling of complexity of the above method as the number of SNPs increases, in some cases it may be necessary to use more expedient methods to determine the hypothesis of maximal probability, and thus make the relevant SNP calls. A more rapid way to accomplish this follows:

From before: $P(H|M)=P(M|H)*P(H)/P(M)$, $\text{argmax}_H$ $P(H|M)=\text{argmax}_H$ and $P(M|H)*P(H)=\text{argmax}_H F(M,H)$, and the object is to find H, maximizing $F(M,H)$.

Suppose $M_{(s,k)}=$measurement on snips s to k, $H_{(s,k)}=$hypothesis on snips s to k, and for shorts $M_{(k,k)}=M_k$, $H_{(k,k)}=H_k=$measurement and hypothesis on snip k. As shown before:

$$P(M_{(1,k)} \mid H_{(1,k)}) = \prod_{i=1}^{k} P(M_i \mid H_i) =$$

$$P(M_k \mid H_k) * \prod_{i=1}^{k-1} P(M_i \mid H_i) = P(M_k \mid H_k) * P(M_{(1,k-1)} \mid H_{(1,k-1)})$$

and also

$$P(H_{(1,k)}) = 1/4 * \prod_{i=2}^{k} PF(H_{i-1}, H_i) =$$

$$PF(H_{k-1} \mid H_k) * 1/4 * \prod_{i=1}^{k-1} PF(H_{i-1} \mid H_i) = PF(H_{k-1}, H_k) * P(H_{(1,k-1)})$$

where

$$PF(H_{i-1}, H_i) = \begin{cases} 1 - PC(H_{i-1}, H_i) & H_{i-1} = H_i \\ PC(H_{i-1}, H_i) & H_{i-1} \neq H_i \end{cases}$$

and $PC(H_{t-1}, H_t)=$probability of crossover between $H_{t-1}$, $H_t$

So finally, for n snips:

$$F(M,H)=P(M|H)*P(H)=P(M_{(1,n)}|H_{(1,n)})*P(H_{(1,n)})=P(M_{(1,n-1)}|H_{(1,n-1)})*P(H_{(1,n-1)})*P(M_n|H_n)*PF(H_{n-1},H_n)$$

therefore: $F(M,H)=F(M_{(1,n)},H_{(1,n)})=F(M_{(1,n-1)},H_{(1,n-1)})*P(M_n|H_n)*PF(H_{n-1},H_n)$. Thus, it is possible to reduce the calculation on n snips to the calculation on n−1 snips.

For $H=(H_1, \ldots H_n)$ hypothesis on n snips:

$$\max_H F(M, H) = \max_{(H_{(1,n)}, H_n)} F(M,$$

$$(H_{(1,n-1)}, H_n) = \max_{H_n} \max_{H_{(1,n-1)}} F(M, (H_{(1,n-1)}, H_n) = \max_{H_n} G(M_{(1,n)}, H_n)$$

where

$$G(M_{(1,n)}, H_n) =$$

$$\max_{H_{(1,n-1)}} F(M, (H_{(1,n-1)}, H_n) = \max_{H_{(1,n-1)}} F(M_{(1,n-1)}, H_{(1,n-1)}) *$$

$$P(M_n \mid H_n) * PF(H_{n-1}, H_n) = P(M_n \mid H_n) *$$

$$\max_{H_{(1,n-1)}} F(M_{(1,n-1)}, H_{(1,n-1)}) * PF(H_{n-1}, H_n) =$$

$$P(M_n \mid H_n) * \max_{H_{n-1}} \max_{H_{(1,n-2)}} F(M_{(1,n-1)}, (H_{(1,n-2)}),$$

46

-continued

$$H_{(n-1)}) * PF(H_{n-1}, H_n) = P(M_n \mid H_n) *$$

$$\max_{H_{n-1}} PF(H_{n-1}, H_n) * G(M_{(1,n-1)}, H_{n-1})$$

In summary:

$$\max_H F(M, H) = \max_{H_n} G(M_{(1,n)} - H_n)$$

where G can be found recursively: for i=2, . . . n

$$G(M_{(1,n)}, H_n) = P(M_n \mid H_n) * \max_{H_{n-1}} [PF(H_{n-1}, H_n) * G(M_{(1,n-1)}, H_{n-1})]$$

and $G(M_{(1,1)}, H_1) = 0.25 * P(M_1 \mid H_1)$.

The best hypothesis can be found by following the following algorithm:
Step 1: For I=1, generate 4 hypotheses for $H_1$, make $G(M_1|H_1)$ for each of these, and remember $G_1, G_2, G_3, G_4$
Step 2: For I=2: generate 4 hypotheses for $H_2$, make $G(M_{(1,2)})H_2$) using the above formula:

$$G(M_{(1,2)}, H_2) = P(M_2 \mid H_2) * \max_{H_1} [PF(H_1, H_2) * G(M_1, H_1)],$$

remember these new four $G_n$. Repeat step 2 for I=k with $k_1=k_{n-1}+1$ until k=n: generate 4 hypothesis for $H_k$, make $G(M_{(1,k)}|H_k)$

$$G(M_{(1,k)}, H_k) = P(M_k \mid H_k) * \max_{H_{k-1}} [PF(H_{k-1}, H_k) * G(M_{(1,k-1)}, H_{k-1})]$$

and remember these four $G_n$.

Since there are only four hypotheses to remember at any time, and a constant number of operations, the algorithm is linear.

To find $P(M)$: $P(H|M)=P(M|H)*P(H)/P(M)=F(M,H)/P(M))$

As above:

$$P(M) = P(M_{(1,k)})$$

$$= \sum_{H_{(1,k)}} P(M_{(1,k)} \mid H_{(1,k)}) * P(H_{(1,k)})$$

$$= \sum_{H_k} P(M_k \mid H_k) \sum_{H_{(1,k-1)}} P(M_{(1,k-1)} \mid H_{(1,k-1)}) *$$

$$= P(H_{(1,k-1)}) * PF(H_{k-1}, H_k)$$

$$= \sum_{H_k} P(M_k \mid H_k) * W(M_{(1,k-1)} \mid H_k)$$

where

$$W(M_{(1,k-1)} \mid H_k) = \sum_{H_{(1,k-1)}} P(M_{(1,k-1)} \mid H_{(1,k-1)}) * P(H_{(1,k-1)}) * PF(H_{k-1}, H_k)$$

US 10,597,724 B2

47

W(M,H) can be solved by using recursion:

$$
\begin{aligned}
W(M_{(1,\lambda-1)} \mid H_k) &= \sum_{H_{(1,\lambda-1)}} P(M_{(1,\lambda-1)} \mid H_{(1,\lambda-1)}) + \\
&\quad P(H_{(1,\lambda-1)}) * PF(H_{k-1}, H_k) \\
&= \sum_{H_{k-1}} P(M_{k-1} \mid H_{k-1}) \sum_{H_{(1,\lambda-2)}} P(M_{(1,\lambda-2)} \mid H_{(1,\lambda-2)}) * \\
&\quad P(H_{(1,\lambda-2)}) * PF(H_{k-2}, H_{k-1}) * PF(H_{k-1}, H_k) \\
&= \sum_{H_{k-1}} P(M_{k-1} \mid H_{k-1}) * PF(H_{k-1}, H_k) * \\
&\quad W(M_{(1,\lambda-2)} \mid H_{k-1})
\end{aligned}
$$

Therefore:

$$
W(M_{(1,\lambda-1)} \mid H_k) = \sum_{H_{k-1}} P(M_{k-1} \mid H_{k-1}) + PF(H_{k-1}, H_k) * W(M_{(1,\lambda-2)} \mid H_{k-1})
$$

and

$$
W(M_{(1,k)} \mid H_2) = \sum_{H_1} P(M_1 \mid H_1) * 0.25 * PF(H_1, H_2)
$$

The algorithm is similar to the case above, where i=2:n and in each step a new set of W(i) are generated until the final step yields the optimized W.

Deriving the $p_1$, $p_2$, $Pp_1$, $Pp_2$ Values from $d_1$, $d_2$, h, $Pd_1$, $Pd_2$, pH

For the purpose of explanation, this section will focus on the paternal diploid and haploid data, but it is important to note that maternal data can be treated similarly. Let:

$d_1$, $d_2$—allele calls on the diploid measurements

h—allele call on the haploid measurement

$p_{d1}$, $p_{d2}$—probabilities of a correct allele call on the each of the diploid measurements

$p_h$—probability of a correct allele call on the haploid measurement

The data should be mapped to the following input parameters for disclosed algorithm:

$p_1$—allele corresponding to haploid cell and one of the diploid cells

$p_2$—allele corresponding to the remaining diploid cell

$p_{p1}$, $p_{p2}$—probabilities of correct allele call

Since h corresponds to $d_1$, then to find the value of $p_1$ it is necessary to use h and $d_1$. Then $p_2$ will automatically correspond to $d_2$. Similarly, if h corresponds to $d_2$, then to find the value of $p_1$ it is necessary to use h and $d_2$, and then $p_2$ will correspond to $d_1$.

The term "correspond" is used since it can mean either "be equal" or "originate with higher probability from" depending on different measurement outcomes and population frequency.

The goal of the algorithm is to calculate probabilities of "true" allele values hidden beyond results of raw measurement h, $d_1$, $d_2$, $p_h$, $p_{d1}$, $p_{d2}$ and population frequencies.

The basic algorithm steps are the following:

(i) determine whether h corresponds to $d_1$ or $d_2$ based on h, $d_1$, $d_2$, $p_h$, $p_{d1}$, $p_{d2}$ values and the population frequency data

48

(ii) assign the allele calls to $p_1$ and $p_2$; calculate the probabilities $p_{p1}$ and $p_{p2}$ based on step (I)

Assigning h to $d_1$ or $d_2$

Establish two hypotheses:

$H_1$: h corresponds to $d_1$ (h originates from $d_1$)

$H_2$: h corresponds to $d_2$ (h originates from $d_2$)

The task is to calculate probabilities of these two hypotheses given the measurement M: $P(H_1/M(h,d_1,d_2,p_h,p_{d1},p_{d2}))$ and $P(H_2/M(h,d_1,d_2,p_h,p_{d1},p_{d2}))$ (To simplify the text, these will be referred to as $P(H_1/M)$ and $P(H_2/M)$) hereafter.

In order to calculate these probabilities, apply the Bayesian rule:

$$
P(H_1 \mid M) = \frac{P(M \mid H_1) * P(H_1)}{P(M)};
$$

$$
P(H_2 \mid M) = \frac{P(M \mid H_2) * P(H_2)}{P(M)},
$$

where $P(M)=P(M/H_1)*P(H_1)+P(M/H_2)*P(H_2)$. Since hypotheses $H_1$ and $H_2$ are equally likely, $P(H_1)=P(H_2)=0.5$, therefore:

$$
P(H_1 \mid M) = \frac{P(M \mid H_1)}{P(M \mid H_1) + P(M \mid H_2)}
$$

and

$$
P(H_2 \mid M) = \frac{P(M \mid H_2)}{P(M \mid H_1) + P(M \mid H_2)}
$$

In order to calculate $P(M/H_1)$ and $P(M/H_2)$, one must consider the set of all possible values of diploid outcomes $d_1$ and $d_2$, $Q=\{AA, AC, \ldots, GG\}$, i.e. any combination of A,C,T,G, so called underlying states. When the hypotheses are applied to the underlying states (i.e. accompany the assumed value of h based on hypothesis $H_1$ or $H_2$, to values $d_1$ and $d_2$), the following tables of all possible combinations (states $S=\{s_1, s_2, \ldots, s_{16}\}$) of "true" values" H, $D_1$ and $D_2$ for h, $d_1$ and $d_2$, can be generated, respectively. These are listed here:

| Hypothesis $H_1$: h = $d_1$ | $\Omega = \{AA, AC, \ldots, GG\}$ | | | Hypothesis $H_2$: h = $d_2$ | $\Omega = \{AA, AC, \ldots, GG\}$ | | |
|---|---|---|---|---|---|---|---|
| state | H | $D_1$ | $D_2$ | state | H | $D_1$ | $D_2$ |
| $s_1$ | A | A | A | $s_1$ | A | A | A |
| $s_2$ | A | A | C | $s_2$ | C | A | C |
| $s_3$ | A | A | T | $s_3$ | T | A | T |
| $s_4$ | A | A | G | $s_4$ | G | A | G |
| $s_5$ | C | C | A | $s_5$ | A | C | A |
| $s_6$ | C | C | C | $s_6$ | C | C | C |
| $s_7$ | C | C | T | $s_7$ | T | C | T |
| $s_8$ | C | C | G | $s_8$ | G | C | G |
| $s_9$ | T | T | A | $s_9$ | A | T | A |
| $s_{10}$ | T | T | C | $s_{10}$ | C | T | C |
| $s_{11}$ | T | T | T | $s_{11}$ | T | T | T |
| $s_{12}$ | T | T | G | $s_{12}$ | G | T | G |
| $s_{13}$ | G | G | A | $s_{13}$ | A | G | A |
| $s_{14}$ | G | G | C | $s_{14}$ | C | G | C |
| $s_{15}$ | G | G | T | $s_{15}$ | T | G | T |
| $s_{16}$ | G | G | G | $s_{16}$ | G | G | G |

Since the "true values" H, $D_1$ and $D_2$ are unknown, and only the raw measurement outcomes h, $d_1$, $d_2$, $p_h$, $p_{d1}$, $p_{d2}$, are known, the calculation of the $P(M/H_1)$ and $P(M/H_2)$ over the entire set $\Omega$ must be performed in the following manner:

US 10,597,724 B2

49

$$P(M \mid H_1) = \sum_{(D_1, D_2) \in \Omega} P(M(h, d_1, d_2) \mid H_1 \& D_1, D_2) * P(D_1, D_2)$$

$$P(M \mid H_2) = \sum_{(D_1, D_2) \in \Omega} P(M(h, d_1, d_2) \mid H_2 \& D_1, D_2) * P(D_1, D_2)$$

If, for the purpose of the calculation, one assumes that $d_1$ and $d_2$, as well as $p_{d1}$ and $p_{d2}$ are independent variables, it can be shown that:

$$P(M \mid H_1) = \sum_{\Omega} P(M(h, d_1, d_2) \mid H_1 \& D_1, D_2) * P(D_1, D_2)$$

$$= \sum_{S} P(M(h) \mid H) * P(M(d_1) \mid D_1) *$$

$$P(M(d_2) \mid D_2) * P(D_1) * P(D_2)$$

Consider the first three terms under the last sum above: $P(M(x)/X)$, for x in $\{h, d_1, d_2\}$.

The calculation of the probability of correct allele call (hitting the "true allele value") is based on measurement of outcome x given the true value of allele X. If the measured value x and the true value X are equal, that probability is $p_x$ (the probability of correct measurement). If x and X are different, that probability is $(1-p_x)/3$. For example, calculate the probability that the "true value" C is found under the conditions that X=C, and the measured value is x=A. The probability of getting A is $p_x$. The probability of getting C, T or G is $(1-p_x)$. So, the probability of hitting C is $(1-p_x)/3$, since one can assume that C, T and G are equally likely.

If the indicator variable Ix is included in the calculation, where $I_x=1$ if x=X and $I_x=0$ if x≠X, the probabilities are as follows:

$$P(M(x)/X) = I_{\{x=X\}} * p_x + (1 - I_{\{x=X\}}) * (\frac{1}{3}) * (1 - p_x), x \text{ in } \{h, d_1, d_2\}$$

Now consider the last two terms in $P(M \mid H_1)$. $P(D_1)$ and $P(D_2)$ are population frequencies of alleles A, C, T and G, that may be known from prior knowledge.

Consider the expression shown above for a particular state $s_2$, given the particular measurement $M(h=A, d_1=G; d_2=C)$:

$$P(M(h) \mid H) * P(M(d_1) \mid D_1) * P(M(d_2) \mid D_2) * P(D_1) * P(D_2) ==$$

$$P(M(h) = A \mid H = A) * P(M(d_1) = G \mid D_1 = A) *$$

$$P(M(d_2) = C \mid D_2 = C) * P(D_1 = A) * P(D_2 = C) ==$$

$$p_h * ((1 - p_{d1})/3) * p_{d2} * f(D_1 = A) * f(D_2 = C)$$

Similarly, calculate (1) given the particular measurement (in this case $M(h=A, d_1=G, d_2=C)$) for remaining 15 states and sum over the set $\Omega$.

Now $P(M/H_1)$ and $P(M/H_2)$ have been calculated. Finally, calculate $P(H_1/M)$ and $P(H_2/M)$ as described before:

$$P(H_1 \mid M) = \frac{P(M \mid H_1)}{P(M \mid H_1) + P(M \mid H_2)}$$

$$P(H_2 \mid M) = \frac{P(M \mid H_2)}{P(M \mid H_1) + P(M \mid H_2)}$$

50

Assigning the Allele Calls and Corresponding Probabilities

Now establish four different hypotheses:

$H_{p2A}$: "true value" of $p_2$ is A
$H_{p2C}$: "true value" of $p_2$ is C
$H_{p2T}$: "true value" of $p_2$ is T
$H_{p2G}$: "true value" of $p_2$ is G
and calculate $P(H_{p2A}/M)$, $P(H_{p2C}/M)$, $P(H_{p2T}/M)$, $P(H_{p2G}/M)$. The highest value determines the particular allele call and corresponding probability.

Since the origin of $p_2$ is unknown (it is derived from $d_1$ with probability of $P(H_1/M)$ and from $d_2$ with probability $P(H_2/M)$), one must consider both cases that $p_2$ allele originates from $d_1$ or $d_2$. For Hypothesis HA, applying Bayes rule, give:

$$P(H_{p2A} \mid M) = P(H_{p2A} \mid M, H) * P(H_1 \mid M) + P(H_{p2A} \mid M, H_2) * P(H_2 \mid M)$$

$P(H_1/M)$ and $P(H_2/M)$ have already been determined in step 1. By Bayes rule:

$$P(H_{p2A} \mid H_1, M) = \frac{P(M \mid H_1, H_{p2A}) * P(H_1, H_{p2A})}{P(H_1, M)}$$

Since $H_1$ implies that $p_2$ originates from $d_2$:

$$P(M \mid H_1, H_{p2A}) = P(M(d_2) \mid D_2 = A) = I_{\{d2=D2\}} * p_{d2} + (1 - I_{\{d2=D2\}}) * (1 - p_{d2})/3$$

$P(H_1, M/H_{p2A}) = P(M(d_2)/D_2=A) = I_{\{d2=D2\}} * p_{d2} + (1 - I_{\{d2=D2\}}) * (\frac{1}{3}) * (1 - p_{d2})$, as described before.

$P(H_{p2A}) = P(D_2 = A) = f_{d2}(A)$, where $f_{d2}(A)$ is obtained from population frequency data.

$P(H_1, M) = P(H_1, M/H_{p2A}) * P(H_{p2A}) + P(H_1, M/H_{p2C}) * P(H_{p2C}) + P(H_1, M/H_{p2T}) * P(H_{p2T}) + P(H_1, M/H_{p2G}) * P(H_{p2G})$.

Similarly, calculate $P(H_{p2A} \& H_2/M)$.

$P(H_{p2A}/M) = P(H_{p2A} \& H_1/M) + P(H_{p2A} \& H_2/M)$, therefore the probability that $p_2$ is equal to A has been calculated. Repeat the calculation for C, T, and G. The highest value will give the answer of $p_2$ allele call and the corresponding probability.

Assigning the Allele Call to $p_1$ (Allele Corresponding to the Haploid Cell and One of the Diploid Cells)

As before, we establish four different hypotheses:

$H_{p1A}$: "true value" of $p_1$ is A
$H_{p1C}$: "true value" of $p_1$ is C
$H_{p1T}$: "true value" of $p_1$ is T
$H_{p1G}$: "true value" of $p_1$ is G
and calculate $P(H_{p1A}/M)$, $P(H_{p1C}/M)$, $P(H_{p1T}/M)$, $P(H_{p1G}/M)$

Here is an elaboration of $H_{p1A}$. In the "true case" case, $p_1$ will be equal to A only if the haploid and the corresponding diploid cell are equal to A. Therefore, in order to calculate $p_1$ and $p_{p1}$ one must consider situations where haploid and corresponding diploid cell are equal. So, the hypothesis $H_{p1A}$: the "true value" of $p_1$ is A and becomes $H_{hdA}$: the "true value" of the haploid cell and corresponding diploid cell is A.

Since the origin of h is unknown (it is derived from $d_1$ with probability of $P(H_1/M)$ and from $d_2$ with probability $P(H_2/M)$), one must consider both cases, that h allele originates from $d_1$ or $d_2$, and implement that in determination of $p_1$. That means, using Bayes rule:

$$P(H_{hdA} \mid M) = P(H_{hdA} \mid M, H_1) * P(H_1 \mid M) + P(H_{hdA} \mid M, H_2) * P(H_2 \mid M)$$

As before, $P(H_1/M)$ and $P(H_2/M)$ are known from previous calculations.

51

$$P(H_{hdA} \mid H_1, M) = \frac{P(H_1, M \mid H_{hdA}) * P(H_{hdA})}{P(H_1, M)}$$

$$P(H_1, M/H_{hdA}) = P(M(h)/H = A) * P(M(d_i)/D_i = A) ==$$

$$[I_{(h=H1)} * p_h + (1 - I_{(h=H1)}) * (1/3) * (1 - p_h)] *$$

$$[I_{(d1=D1)} * p_{d1} + (1 - I_{(d1=D1)}) * (1/3) * (1 - p_{d1})].$$

since H1 implies that $p_1$ originates from $d_1$. $P(H_{hdA}) = P(h=A)$ $*P(D_1=A) = f_h(A) * f_{d1}(A)$, where $f_h(A)$ and $f_{d2}(A)$ are obtained from population frequency data. $P(H_1, M) = P(H_1, M/H_{hdA}) * P(H_{hdA}) + P(H(H_1, M/H_{hdC}) * P(H_{hdC}) + P(H_1, M/H_{hdT}) * P(H_{hdT}) + P(H_1, M/H_{hdG}) * P(H_{hdG})$

Similarly, calculate $P(H_{hdA} \& H_2/M)$.

$P(H_{hdA}/M) = P(H_{hdA} \& H_1/M) + P(H_{hdA} \& H_2/M)$ and now we have calculated the probability that $p_1$ is equal to A. Repeat the calculation for C, T, and G. The highest value will give the answer of $p_1$ allele call and corresponding probability.

Example Input

Two input examples are shown. The first example is of a set of SNPs with a low tendency to cosegregate, that is, SNPs spread throughout a chromosome, and the input data is shown in FIG. 21. The second example is of a set of SNPs with a high tendency to cosegregate, that is SNPs clustered on a chromosome, and the input data is shown in FIG. 22. Both sets of data include an individual's measured SNP data, the individual's parents SNP data, and the corresponding confidence values. Note that this data is actual data measured from actual people. Each row represent measurements for one particular SNP location. The columns contain the data denoted by the column header. The key to the abbreviations in the column headers is as follows:

family_id=the unique id for each person (included for clerical reasons)

snp_id=the SNP identification number

e1, e2=the SNP nucleotide values for the embryo

p1, p²=the SNP nucleotide values for the father

m1, m2=the SNP nucleotide values for the mother

pe1, pe2=the measurement accuracy for e1,e2

pp1, pp2=the measurement accuracy for p1,p2

pm1, pm2=the measurement accuracy for m1,m2

Example Output

The two examples of output data are shown in FIG. 23 and FIG. 24, and correspond to the output data from the data given in FIG. 21 and FIG. 22 respectively. Both figures show an individual's measured SNP data, the individual's parents SNP data, the most likely true value of the individual's SNP data, and the corresponding confidences. Each row represents the data corresponding to one particular SNP. The columns contain the data denoted by the column header. The key to the abbreviations in the column headers is as follows:

snp_id=the SNP identification number

true_value=the proposed nucleotide value for e1,e2

true_hyp=the hypothesis for the origin of e1,e2

ee=the measured SNP nucleotide values for e1,e2

pp=the measured SNP nucleotide values for p1,p2

mm=the measured SNP nucleotide values for m1,m2

HypProb=the probability of the final hypothesis. There is only one number for the output, but due to the excel column structure, this number is replicated in all rows.

Note that this algorithm can be implemented manually, or by a computer. FIG. 21 and FIG. 22 show examples of input data for a computer implemented version of the method. FIG. 23 shows the output data for the input data shown in FIG. 21. FIG. 24 shows the output data for the input data shown in FIG. 22.

52

Simulation Algorithm

Below is a second simulation which was done to ensure the integrity of the system, and to assess the actual efficacy of the algorithm in a wider variety of situations. In order to do this, 10,000 full system simulations were run. This involves randomly creating parental genetic data, emulating meiosis in silico to generate embryonic data, simulating incomplete measurement of the embryonic data, and then running the method disclosed herein to clean the simulated measured embryonic data, and then comparing the simulated cleaned data with the simulated real data. A more detailed explanation of the simulation is given below, and the visual representation of the flow of events is given in FIG. 18. Two different implementations of the theory were tested. A fuller explanation is given below.

Simulation Algorithms for DH and PS and Results

For both algorithms, the initial input variables are:

(i) the list of SNPs to test,

(ii) the population frequency of the maternal (popfreqlistMM) and paternal (popfreqlistPP) chromosomes,

(iii) the probabilities of a correct allele call for haploid measurement (ph,pe), and for unordered diploid measurements (pd).

These values should be fixed based on the results from empirical data (population frequency) on relevant SNPs, and from measuring instrumentation performance (ph,pd,pe). The simulation was run for several scenarios such as most likely (informed), uniform (uninformed) and very unlikely (extreme case).

Once the above static parameters are fixed, crossover probabilities given the particular SNPs are the same for all the simulations, and will be derived ahead of the time given the databases for snip location(SNIPLOC_NAME_MAT) and genetic distance (HAPLOC_NAME_MAT).

[crossprob,snips]=GetCrossProb(snips,SNIPLOC_NAME_MAT,parameters,HAPLOC_NAME_MAT);

Preliminary Simulation Loop

The preliminary simulation loop is to demonstrate that the genetic data that will be used for the full simulation is realistic. Steps 1 through 5 were repeated 10,000 times. Note that this simulation can be run for either or both parents; the steps are identical. In this case, the simulation will be run for the paternal case for the purposes of illustration, and the references to FIG. 18 will also include the corresponding maternal entry in FIG. 18 in parentheses. This simulation was also run using Matlab.

Step 1: Generate Original Parental Diploid Cells (P1,P2).

[P1,P2]=GenerateOriginalChromosomes(snips,popfreqlistPP); 1801 (1802)

Generate original paternal cells depending on the population frequency for each SNP for father cells.

Step 2: Generate Haploid and Unordered Diploid Data for DHAlgo

Simulate crossover of the parental chromosomes 1803 to cross over two sets of chromosomes, crossed over: P1C1, P2C1 and P1C2, P2C2, 1804 (1805). Pick one of the father alleles after the crossover 1806 (from the first set) for haploid allele HP 1807 (1808) in this case P1 (since there is no difference which one), and mix up the order in the diploid alleles to get (D1P,D2P) 1807 (1808).

HP=PickOne(P1C1,P2C1);

[D1P,D2P]=Jumble(P1,P2).

53

Step 3: Introduce Error to the Original Dataset in Order to Simulate Measurements

Based on given probabilities of correct measurement (ph-haploid, pd-diploid measurement), introduce error into the measurements to give the simulated measured parental data **1811** (**1812**).

hp=MakeError(HP,ph);
d1p=MakeError(D1P,pd);
d2p=MakeError(D2P,pd).

Step 4: Apply DHAlgo to Get (p1,p2), (pp1,pp2)

DHAlgo takes alleles from haploid cell and unordered alleles from diploid cell and returns the most likely ordered diploid alleles that gave rise to these. DHAlgo attempts to rebuild (P1,P2), also returns estimation error for father (pp1,pp2). For comparison, the empirical algorithm **1813** does simple allele matching is also used. The goal is to compare how much better is the disclosed algorithm, compared to the simple empirical algorithm. [p1, p2, pp1, pp2]=DHAlgo(hp,d1p,d2p,ph,pd,snips,popfreqlistPP,

'DH'); [p1s, p2s, pp1s, pp2s]=DHAlgo(hp,d1p,d2p,ph,pd, snips,popfreqlistPP,'ST');

Step 5: Collect Statistics for the Run

Compare (P1,P2) to derived (p1,p2). [P1cmp(:,i),P2cmp (:,i),P1prob(:,i), P2prob(:,i),P1mn(i), P2mn(i)]=DHSim-Validate(P1,P2,p1, p2,pp1,pp2);

Note:           (P1S$_i$,P2S$_i$,P1P$_i$,P2P$_i$,P1A$_i$,P2A$_i$)=(I$_{\{P1=p1\}}$, I$_{\{P2=p2\}}$·P$_{P1}$·P$_{p2}$,p1$_{acc}$,P2$_{acc}$), where I$_{\{p1=p1\}}$ is binary indicator array for estimation of DH algorithm accuracy for all the SNPs, similarly, for I$_{\{P2=p2\}}$, P$_{p1}$,P$_{p2}$ are probabilities of a correct allele call derived from the algorithm, and p1$_{acc}$=mean(I$_{\{P1=p1\}}$), i.e. average accuracy for this run for p1, similar for p2acc.

Preliminary Simulation Results

Ten thousand simulations were used to estimate the algorithm accuracy DHAccuracy.P1=mean(P1A$_i$), DHAccuracy.P2=mean(P2A$_i$), which shows the overall accuracy of the DH algorithm from P1,P2. On an individual SNP basis, the average accuracy on each SNP SNPAcc.P1=mean(P1S$_i$) should agree with the average of the estimated probability of correctly measuring that SNP, SNPProb.P1=mean(P2P$_i$), i.e. if the algorithm works correctly, the value for SNPAcc.P1 should correspond closely to SNPProb.P1. The relationship between these two is reflected by their correlation.

The 10000 loops of the simulation were run for different setup scenarios:

(1) The underlying population frequency was given by existing genotyping data which is more realistic, and uniform population frequencies where A,C,T,G have the same probability on each SNP.

(2) Several combinations for measurement accuracy for haploid and unordered diploid measurements (ph,pd). Varying assumptions were made; that the measurements are both very accurate (0.95,0.95), less accurate (0.75, 0.75) and inaccurate or random (0.25,0.25), as well as unbalanced combinations of (0.9, 0.5), (0.5, 0.9). What might be closest to reality may be accuracies of approximately 0.6 to 0.8.

(3) The simulation was run in all these cases for both the DHAlgorithm and simple matching STAlgorithm, in order to assess the performance of the disclosed algorithm.

The results of all these runs are summarized in FIG. **25**.

The disclosed algorithm performs better than the existing empirical algorithm in these simulations, especially for the realistic cases of non-uniform population frequency, and unbalanced or reduced probabilities of correct measure-

54

ments. It has also been confirmed that our estimates of the algorithm accuracy for individual SNPs are very good in these cases, since the correlation between the estimated accuracy of correct allele call and simulation average accuracy is around 99%, with average ratio of 1.

In the most realistic case, for data population frequency and (ph,pd)=(0.6, 0.8), the average percent of correctly retrieved SNPs for (P1,P2) is (0.852, 0.816) in implementation 1, and (0.601, 0.673) in implementation 2.

Note that for FIG. **25** and FIG. **26** the rows beginning with "data" use population frequency data was taken from empirical results, while the rows beginning with "uniform" assume uniform populations.

It is important to note that in FIG. **25** and FIG. **26** the accuracy is defined as the average percent of SNPs where the correct SNP call was made and the correct chromosome of origin was identified. It is also important to note that these simulations reflect two possible implementations of the algorithm. There may be other ways to implement the algorithm that may give better results. This simulation is only meant to demonstrate that the method can be reduced to practice.

Full Simulation Loop

Steps 1-8 were repeated 10000 times. This is the simulation to test the full disclosed method to clean measured genetic data for a target individual using genetic data measured from related individuals, in this case, the parents. This simulation was run using Matlab.

Step 1: Generate Original Parental Diploid Cells (P1,P2), (M1,M2)

[P1,P2]=GenerateOriginalChromosomes(snips,pop-freqlistPP); (**1801**)

[M1,M2]=GenerateOriginalChromosomes(snips,pop-freqlistMM); (**1802**)

Generate original parental cells depending on the population frequency for each SNP for mother and father cells.

Step 2: Crossover parental cells (P1C,P2C), (M1C,M2C) (**1803**)

Generate two sets of paternal cells with crossovers: first to get (P1C1,P2C1) used in DHAlgo, and second time to get (P1C2,P2C2) used in PSAlgo. (**1804**)

Generate two sets of maternal cells with crossovers: first to get (M1C1,M2C1) used in DHAlgo, and (M1C2,M2C2) used in PSAlgo. (**1805**)

[P1C1,P2C1]=Cross(P1,P2,snips,fullprob);
[P1C2,P2C2]=Cross(P1,P2,snips,fullprob);
[M1C1,M2C1]=Cross(M1,M2,snips,fullprob);
[M1C2,M2C2]=Cross(M1,M2,snips,fullprob);

Step 3 Make Haploid Cell and Unordered Diploid Cells for DHAlgo (**1806**)

Pick one of the sets of paternal cells (**1804**, first set) for haploid cell HP, and mix up the order in the diploid cell to get (D1P,D2P) (**1807**). Do the same for mother cells (**1805**, first set) to get MH, (D1M,D2M). (**1808**)

HP=PickOne(P1C1,P2C1);
HM=PickOne(M1C1,M2C1);
[D1P,D2P]=Jumble(P1,P2);
[D1M,D2M]=Jumble(M1,M2);

Step 4: Make Diploid Embryo Cell (**1809**)

Pick one of the paternal cells (**1804**, second set) and one of the maternal cells (**1805**, second set) for embryo cell. Mix up the order for measurement purposes.

E1=PickOne(P1C2,P2C2);
E2=PickOne(M1C2,M2C2);
[E1J,E2J]=Jumble(E1,E2); (**1810**)

55

Step 5: Introduce Error to the Measurements (**1811, 1812, 1813**)

Based on given measurement error (ph-haploid cells, pd-unordered diploid cells, pe-embryo cells), introduce error into the measurements.

hp=MakeError(HP,ph); (**1811**)
dip=MakeError(D1P,pd); (**1811**)
d2p=MakeError(D2P,pd); (**1811**)
hm=MakeError(HM,ph); (**1812**)
d1m=MakeError(D1M,pd); (**1812**)
d2m=MakeError(D2M,pd); (**1812**)
e1=MakeError(E1J,pe1); (**1813**)
e2=MakeError(E2J,pe2); (**1813**)

Step 6: Apply DHAlgo to Get (p1,p2),(m1,m2), (pp1,pp2), (pm1,pm2)

DHAlgo takes a haploid cell and an unordered diplod cell and returns the most likely ordered diploid cell that gave rise to these. DHAlgo attempts to rebuild (P1C1,P2C1) for father and (M1C1,M2C1) for mother chromosomes, also returns estimation error for father (pp1,pp2) and mother (pm1,pm2) cells.

[p1,p2,pp1,pp2]=DHAlgo(hp,d1p,d2p,snips,pop-freqlistPP); (**1814**)

[m1,m2,pm1 1,pm2]=DHAlgo(hm,d1m,d2m,snips,pop-freqlistMM); (**1815**)

Step 7: Apply PSAlgo to Get (DE1,DE2) (**1816**)

PSAlgo takes rebuilt parent cells (p1,p2,m1,m2) and unordered measured embryo cells (e1,e2) to return most likely ordered true embryo cell (DE1,DE2). PS Algo attempts to rebuild (E1,E2).

[DE1,DE2,alldata]=PSAlgo(snips,e1,e2,p1,p2,m1,m2,pe, pp1,pp2,pm1,pm2,parameters,cr ossprob,popfreqlistPP,po-preqlistMM);

Step 8: Collect Desired Statistics from this Simulation Run Get statistics for the run:

simdata=SimValidate(alldata,DE1,DE2,P1P2,M,M2,E1,E2, p1,p2,m1,m2,e1,e2,pe,pe,pp1,pp 2,pm1,pm2);

Simulation Results

Ten thousand simulations were run and the final estimates for the algorithm accuracy PSAccuracy.E1=mean(E1A$_i$), PSAccuracy.E2=mean(E2A$_i$), which tells us the overall accuracy of the PS algorithm from E1,E2 were calculated. On an individual SNP basis, the average accuracy on each SNP SNPAcc.E1=mean(E1S$_i$) should agree with the average of the estimated probability of correctly measuring that SNP, SNPProb.E1=mean(E2P$_i$). i.e. if the algorithm is written correctly, then SNPAcc.E1 should be observed to correlate to SNPProb.E1. The relationship between these two is reflected by their correlation.

Ten thousand loops of the simulation have been run for different setup scenarios:

(1) Underlying population frequency given by existing genotyping data which is more realistic, and uniform population frequencies where A,C,T,G have the same probability on each SNP.

(2) Several combinations of measurement accuracy for haploid, unordered diploid and embryo measurements (ph,pd,pe). A variety of accuracies were simulated: very accurate (0.95,0.95,0.95), less accurate (0.75,0.75,0.75) and inaccurate or random (0.25,0.25,0.25), as well as unbalanced combinations of (0.9, 0.5,0.5), (0.5, 0.9,0.9). What may be closest to reality is approximately (0.6,0.8, 0.8).

(3) We ran the simulation in all these cases for both our PSAlgorithm and simple matching STPSAlgorithm, in order to assess the performance of the disclosed algorithm.

56

The results of these runs are summarized in the FIG. **26**.

The disclosed algorithm performs better than the existing empirical algorithm in these simulations, especially for the realistic cases of non-uniform population frequency, and unbalanced or reduced probabilities of correct measurements. It has also been shown that the estimates of the algorithm accuracy for individual SNPs are very good in these cases, since the correlation between the estimated accuracy of correct allele call and simulation average accuracy is around 99%, with average ratio of 1.

In the most realistic case, for data population frequency and (ph,pd,pe)=(0.6, 0.8, 0.8), the average percent of correctly retrieved SNPs for (E1,E2) is (0.777, 0.788) in implementation 1 and (0.835, 0.828) in implementation 2. As mentioned above, the number denoting the average accuracy of algorithm refers not only to the correct SNP call, but also the identification of correct parental origin of the SNP. To be effective, an algorithm must return better results than the algorithm that simply accepts the data as it is measured. One might be surprised to see that in some cases, the accuracy of the algorithm is lower than the listed accuracy of measurement. It is important to remember that for the purposes of this simulation a SNP call is considered accurate only if it is both called correctly, and also its parent and chromosome of origin are correctly identified. The chance of getting this correct by chance is considerably lower than the measurement accuracy.

Laboratory Techniques

There are many techniques available allowing the isolation of cells and DNA fragments for genotyping. The system and method described here can be applied to any of these techniques, specifically those involving the isolation of fetal cells or DNA fragments from maternal blood, or blastocysts from embryos in the context of IVF. It can be equally applied to genomic data in silico, i.e. not directly measured from genetic material.

In one embodiment of the system, this data can be acquired as described below.

Isolation of Cells

Adult diploid cells can be obtained from bulk tissue or blood samples. Adult diploid single cells can be obtained from whole blood samples using FACS, or fluorescence activated cell sorting. Adult haploid single sperm cells can also be isolated from sperm sample using FACS. Adult haploid single egg cells can be isolated in the context of egg harvesting during IVF procedures.

Isolation of the target single blastocysts from human embryos can be done following techniques common in in vitro fertilization clinics. Isolation of target fetal cells in maternal blood can be accomplished using monoclonal antibodies, or other techniques such as FACS or density gradient centrifugation.

DNA extraction also might entail non-standard methods for this application. Literature reports comparing various methods for DNA extraction have found that in some cases novel protocols, such as the using the addition of N-lauroyl-sarcosine, were found to be more efficient and produce the fewest false positives.

Amplification of Genomic DNA

Amplification of the genome can be accomplished by multiple methods including: ligation-mediated PCR (LM-PCR), degenerate oligonucleotide primer PCR (DOP-PCR), and multiple displacement amplification (MDA). Of the three methods, DOP-PCR reliably produces large quantities of DNA from small quantities of DNA, including single copies of chromosomes; this method may be most appropriate for genotyping the parental diploid data, where data

US 10,597,724 B2

57

fidelity is critical. MDA is the fastest method, producing hundred-fold amplification of DNA in a few hours; this method may be most appropriate for genotyping embryonic cells, or in other situations where time is of the essence.

Background amplification is a problem for each of these methods, since each method would potentially amplify contaminating DNA. Very tiny quantities of contamination can irreversibly poison the assay and give false data. Therefore, it is critical to use clean laboratory conditions, wherein pre- and post-amplification workflows are completely, physically separated. Clean, contamination free workflows for DNA amplification are now routine in industrial molecular biology, and simply require careful attention to detail. Genotyping Assay and Hybridization

The genotyping of the amplified DNA can be done by many methods including MOLECULAR INVERSION PROBES (MIPs) such as AFFMETRIX's GENFLEX Tag Array, microarrays such as AFFMETRIX's 500K array or the ILLUMINA Bead Arrays, or SNP genotyping assays such as APPLIED BIOSYSTEMS's TAQMAN assay. The AFFMETRIX 500K array, MIPs/GENFLEX, TAQMAN and ILLUMINA assay all require microgram quantities of DNA, so genotyping a single cell with either workflow would require some kind of amplification. Each of these techniques has various tradeoffs in terms of cost, quality of data, quantitative vs. qualitative data, customizability, time to complete the assay and the number of measurable SNPs, among others. An advantage of the 500K and ILLUMINA arrays are the large number of SNPs on which it can gather data, roughly 250,000, as opposed to MIPs which can detect on the order of 10,000 SNPs, and the TAQMAN assay which can detect even fewer. An advantage of the MIPs, TAQMAN and ILLUMINA assay over the 500K arrays is that they are inherently customizable, allowing the user to choose SNPs, whereas the 500K arrays do not permit such customization.

In the context of pre-implantation diagnosis during IVF, the inherent time limitations are significant; in this case it may be advantageous to sacrifice data quality for turn-around time. Although it has other clear advantages, the standard MIPs assay protocol is a relatively time-intensive process that typically takes 2.5 to three days to complete. In MIPs, annealing of probes to target DNA and post-amplification hybridization are particularly time-intensive, and any deviation from these times results in degradation in data quality. Probes anneal overnight (12-16 hours) to DNA sample. Post-amplification hybridization anneals to the arrays overnight (12-16 hours). A number of other steps before and after both annealing and amplification bring the total standard timeline of the protocol to 2.5 days. Optimization of the MIPs assay for speed could potentially reduce the process to fewer than 36 hours. Both the 500K arrays and the ILLUMINA assays have a faster turnaround: approximately 1.5 to two days to generate highly reliable data in the standard protocol. Both of these methods are optimizable, and it is estimated that the turn-around time for the genotyping assay for the 500 k array and/or the ILLUMINA assay could be reduced to less than 24 hours. Even faster is the TAQMAN assay which can be run in three hours. For all of these methods, the reduction in assay time will result in a reduction in data quality, however that is exactly what the disclosed invention is designed to address. Some available techniques that are faster are not particularly high-throughput, and therefore are not feasible for highly parallel prenatal genetic diagnosis at this time.

Naturally, in situations where the timing is critical, such as genotyping a blastocyst during IVF, the faster assays have a clear advantage over the slower assays, whereas in cases

58

that do not have such time pressure, such as when genotyping the parental DNA before IVF has been initiated, other factors will predominate in choosing the appropriate method. For example, another tradeoff that exists from one technique to another is one of price versus data quality. It may make sense to use more expensive techniques that give high quality data for measurements that are more important, and less expensive techniques that give lower quality data for measurements where the fidelity is not critical. Any techniques which are developed to the point of allowing sufficiently rapid high-throughput genotyping could be used to genotype genetic material for use with this method. Combinations of the Aspects of the Invention

As noted previously, given the benefit of this disclosure, there are more aspects and embodiments that may implement one or more of the systems, methods, and features, disclosed herein. Below is a short list of examples illustrating situations in which the various aspects of the disclosed invention can be combined in a plurality of ways. It is important to note that this list is not meant to be comprehensive; many other combinations of the aspects, methods, features and embodiments of this invention are possible.

One example is the system which may operate in an IVF laboratory (see FIG. 19) that would allow full genotyping of all viable embryos within the time constraints of the IVF procedure. This would require a turn-around time from egg fertilization to embryo implantation of under three days. This system may consist of parental genetic samples 1901 from IVF user (mother) 1902 and IVF user (father) 1903 being analyzed at IVF lab 1904 using a genotyping system. It may involve multiple eggs that are harvested from the mother 1902 and fertilized with sperm from the father 1903 to create multiple fertilized embryos 1905. It may involve a laboratory technician extracting a blastocyst for each embryo, amplifying the DNA of each blastocyst, and analyzing them using a high throughput genotyping system 1906. It may involve sending the genetic data from the parents and from the blastocyst to a secure data processing system 1907 which validates and cleans the embryonic genetic data. It may involve the cleaned embryonic data 1908 being operated on by a phenotyping algorithm 1909 to predict phenotype susceptibilities of each embryo. It may involve these predictions, along with relevant confidence levels, being sent to the physician 1910 who helps the IVF users 1902 and 1903 to select embryos for implantation in the mother 1901.

Another example could utilize a variety of genotyping measurement techniques in a way that would optimize the value of each. For example, a lab could use a technique that is expensive but can give high quality data in cases with low signal, such as APPLIED BIOSYSTEMS's TAQMAN assay, to measure the target DNA, and use a technique that is less expensive but requires a greater amount of genetic material to give good quality data, such as AFFMETRIX's 500K Genechip, or MIPs, to measure the parental DNA.

Another example could be a situation in which a couple undergoing IVF treatment have eggs harvested from the woman, and fertilized with sperm from the man, producing eight viable embryos. A blastocyst is harvested from each embryo, and the genomic data from the blastocysts are measured using TAQMAN Genotyping Assay. Meanwhile, the diploid data is measured from tissue taken from both parents using MOLECULAR INVERSION PROBES. Haploid data from one of the man's sperm, and one of the woman's eggs is also measured using MIPs. The genetic data of the parents is used to clean the SNP data of the eight blastocysts. The cleaned genetic data is then used to allow

59

predictions to be made concerning the potential phenotypes of the embryos. Two embryos are selected which have the most promising profile, and allowed to implant in the woman's uterus.

Another example could be a situation where a pregnant woman whose husband has a family history of Tay-Sachs disease wants to know if the fetus she is carrying is genetically susceptible, but she does not want to undergo amniocentesis, as it carries a significant risk of miscarriage. She has her blood drawn, some fetal DNA is isolated from her blood, and that DNA is analyzed using MIPs. She and her husband had already had their full genomic data analyzed previously and it is available in silico. The doctor is able to use the in silico knowledge of the parental genomes and the method disclosed herein to clean the fetal DNA data, and check if the critical gene that is responsible for Tay-Sachs disease is present in the genome of the fetus.

Another example could be a situation where a 44-year old pregnant woman is concerned that the fetus she is carrying may have Downs Syndrome. She is wary of having an intrusive technique used for pre-natal diagnosis, given a personal history of miscarriages, so she chooses to have her blood analyzed. The health care practitioner is able to find fetal cells in the maternal blood sample, and using the method disclosed herein, together with the knowledge of the woman's own genetic data, is able to diagnose for aneuploidy.

Another example could be a situation where a couple are undergoing IVF treatment; they have eggs harvested from the woman, and fertilized with sperm from the man, producing nine viable embryos. A blastocyst is harvested from each embryo, and the genomic data from the blastocysts are measured using an ILLUMINA BEAD ARRAY. Meanwhile, the diploid data is measured from tissue taken from both parents using MOLECULAR INVERSION PROBES. Haploid data from the father's sperm is measured using the same method. There were no extra eggs available from the mother, so bulk diploid tissue samples are taken from her own father and mother, and a sperm sample from her father. They are all analyzed using MIPs and the method disclosed herein is used to provide a genetic analysis for the mother's genome. That data is then used, along with the father's diploid and haploid data, to allow a highly accurate analysis of the genetic data of each of the blastocysts. Based on the phenotypic predictions, the couple chooses three embryos to implant.

Another example could be a situation where a racehorse breeder wants to increase the likelihood that the foals sired by his champion racehorse become champions themselves. He arranges for the desired mare to be impregnated by IVF, and uses genetic data from the stallion and the mare to clean the genetic data measured from the viable embryos. The cleaned embryonic genetic data allows the breeder to find relevant genotypic-phenotypic correlations and select the desirable racehorse.

Another example could be a situation where a pregnant woman wants to know whether the fetus she is carrying is predisposed towards any serious illness. The father has since passed away, and so the haploid and diploid data generated from the father's brother and the father's father are used to help clean the genetic data of the fetus, measured from fetal cells gathered during fetal blood sampling. A company contracted by the health care practitioner uses the cleaned fetal genetic data to provide a list of phenotypes that the fetus is likely to exhibit, along with the confidence of each prediction.

60

Another example could be an amniocentesis lab that must occasionally contend with contaminated fetal genetic data due to poor laboratory techniques. The disclosed method could be used to clean the contaminated fetal genetic data using maternal and paternal genetic data. One could imagine a situation where a laboratory is able to cut costs by relaxing sterility procedures, knowing that the disclosed method would be able to compensate for an increased rate of contaminating DNA.

Another example could be a situation in which a woman in her forties is undergoing IVF to get pregnant. She wants to screen the embryos to select the one(s) that are least likely to have a genetic illness, and are most likely to implant and carry to term. The IVF clinic she is using harvests a blastocyst from each of the viable embryos, and uses standard procedures to amplify the DNA, and measure key SNPs. The technician then uses the methods disclosed herein to screen for chromosomal imbalances, and also to find and clean the genetic data of the embryos to make predictions about the phenotypic predispositions of each embryo.

Another example could be a situation where a pregnant woman has amniocentesis, and the genetic material in the fetal cells in the blood sample are used, along with the methods described herein to screen for aneuploidy and other chromosomal abnormalities.

Miscellaneous Notes

It is important to note that the method described herein concerns the cleaning of genetic data, and as all living creatures contain genetic data, the methods are equally applicable to any human, animal, or plant that inherits chromosomes from parents. The list of animals and plants could include, but is not limited to: gorillas, chimpanzees, bonobos, cats, dogs, pandas, horses, cows, sheep, goats, pigs, cheetahs, tigers, lions, salmon, sharks, whales, camels, bison, manatees, elk, swordfish, dolphins, armadillos, wasps, cockroaches, worms, condors, eagles, sparrows, butterflies, sequoia, corn, wheat, rice, petunias, cow's vetch, sun flowers, ragweed, oak trees, chestnut trees, and head lice.

The measurement of genetic data is not a perfect process, especially when the sample of genetic material is small. The measurements often contain incorrect measurements, unclear measurements, spurious measurements, and missing measurements. The purpose of the method described herein is to detect and correct some or all of these errors. Using this method can improve the confidence with which the genetic data is known to a great extent. For example, using current techniques, uncleaned measured genetic data from DNA amplified from a single cell may contain between 20% and 50% unmeasured regions, or allele dropouts. In some cases the genetic data could contain between 1% and 99% unmeasured regions, or allele dropouts. In addition, the confidence of a given measured SNP is subject to errors as well.

In a case where the uncleaned data has an allele dropout rate of approximately 50%, it is expected that after applying the method disclosed herein the cleaned data will have correct allele calls in at least 90% of the cases, and under ideal circumstances, this could rise to 99% or even higher. In a case where the uncleaned data has an allele dropout rate of approximately 80%, it is expected that after applying the method disclosed herein the cleaned data will have correct allele calls in at least 95% of the cases, and under ideal circumstances, this could rise to 99.9% or even higher. In a case where the uncleaned data has an allele dropout rate of approximately 90%, it is expected that after applying the method disclosed herein the cleaned data will have correct allele calls in at least 99% of the cases, and under ideal

US 10,597,724 B2

**61**

circumstances, this could rise to 99.99% or even higher. In cases where a particular SNP measurement is made with a confidence rate close to 90%, the cleaned data is expected to have SNP calls with confidence rate of over 95%, and in ideal cases, over 99%, or even higher. In cases where a particular SNP measurement is made with a confidence rate close to 99%, the cleaned data is expected to have SNP calls with confidence rate of over 99.9%, and in ideal cases, over 99.99%, or even higher.

It is also important to note that the embryonic genetic data that can be generated by measuring the amplified DNA from one blastomere can be used for multiple purposes. For example, it can be used for detecting aneuploides, unipa-rental disomy, sexing the individual, as well as for making a plurality of phenotypic predictions. Currently, in IVF laboratories, due to the techniques used, it is often the case that one blastomere can only provide enough genetic mate-rial to test for one disorder, such as aneuploidy, or a particular monogenic disease. Since the method disclosed herein has the common first step of measuring a large set of SNPs from a blastomere, regardless of the type of prediction to be made, a physician or parent is not forced to choose a limited number of disorders for which to screen. Instead, the option exists to screen for as many genes and/or phenotypes as the state of medical knowledge will allow. With the disclosed method, the only advantage to identifying particu-lar conditions to screen for prior to genotyping the blasto-mere is that if it is decided that certain PSNPs are especially relevant, then a more appropriate set of NSNPs which are more likely to cosegregate with the PSNPs of interest, can be selected, thus increasing the confidence of the allele calls of interest. Note that even in the case where SNPs are not personalized ahead of time, the confidences are expected to be more than adequate for the various purposes described herein.

### Definitions

SNP (Single Nucleotide Polymorphism): A specific locus on a chromosome that tends to show inter-individual varia-tion.

To call a SNP: to interrogate the identity of a particular base pair, taking into account the direct and indirect evidence.

To call an allele: to call a SNP.

To clean genetic data: to take imperfect genetic data and correct some or all of the errors, using genetic data of related individuals and the method describe herein.

Imperfect genetic data: genetic data with any of the follow-ing: allele dropouts, unclear base pair measurements, incorrect base pair measurements, spurious signals, or missing measurements.

**62**

Confidence: the statistical likelihood that the called SNP, allele, or set of alleles correctly represents the real genetic state of the individual.

Multigenic: affected by multiple genes, or alleles.

Noisy genetic data: incomplete genetic data, also called incomplete genetic data;

Uncleaned genetic data: genetic data as measured, that is, with no method has been used to correct for the presence of noise in the raw genetic data; also called crude genetic data.

Direct relation: mother, father, son, or daughter.

Chromosomal Region: a segment of a chromosome, or a full chromosome.

Parental Support: a name sometimes used for the disclosed method of cleaning genetic data.

Section of a chromosome: a section of a chromosome that can range in size from one base pair to the entire chro-mosome.

Section: a section of a chromosome.

What is claimed is:

**1**. A method for determining genetic data for DNA from a first individual in a biological sample of a second indi-vidual, the method comprising:

amplifying a plurality of polymorphic loci on cell-free DNA extracted from the biological sample to generate amplified products;

measuring an amount of the amplified products by sequencing-by-synthesis to obtain genetic data at the plurality of polymorphic loci;

determining the most likely genetic data for DNA from the first individual based on allele frequencies in the genetic data at the plurality of polymorphic loci.

**2**. The method of claim **1**, wherein the polymorphic loci are SNP loci.

**3**. The method of claim **1**, wherein the polymorphic loci are on a plurality of chromosomes.

**4**. The method of claim **1**, wherein the amplifying com-prises targeted PCR.

**5**. The method of claim **1**, wherein the amplifying com-prises targeted PCR and universal PCR.

**6**. The method of claim **1**, wherein the sequencing-by-synthesis comprises clonal amplification of the amplified products and measurement of sequences of the clonally amplified DNA.

**7**. The method of claim **1**, wherein the biological sample is a blood sample.

\* \* \* \* \*

# EXHIBIT H

**US Patent No. 10,597,724**
**Infringement Analysis re: CareDx, Inc.**

| '724 Claim Language | Infringement Support |
|---|---|
| 1[preamble]. A method for determining genetic data for DNA from a first individual in a biological sample of a second individual, the method comprising: | To the extent the preamble is considered a claim limitation, this limitation is met at least by the accused CareDx Products including CareDx's AlloSure test.<br><br>The accused CareDx Products include methods for determining genetic data for DNA from a first individual in a biological sample of a second individual.<br><br>For example, CareDx's AlloSure website (http://www.caredx.com/allosure/), shown in Exhibit J, describes AlloSure as a "non-invasive donor-derived cell-free DNA (dd-cfDNA) test for identifying kidney injury" and as a "non-invasive blood test."  The website further shows that the AlloSure test employs a method for measuring amounts of dd-cfDNA in the blood sample, as results are based on the "% dd-cfDNA" in the sample:<br><br> |

1

| '724 Claim Language | Infringement Support |
|---|---|
| | Another CareDx website (http://www.allosure.com/sample-preparation/) states that its AlloSure sample preparation methods is disclosed in a 2016 publication by Grskovic et al.  *See* Exhibit C at 1 ("The test design, development, and validation are described in Grskovic et al., J Mol Diagn, 2016.").  This Grskovic (2016) publication has been attached as Exhibit B. |
| | CareDx's Grskovic publication teaches that AlloSure involves methods for quantifying the fraction of donor-derived cell-free DNA or "dd-cfDNA" (measuring an amount of DNA from a first individual) in the plasma of a transplant recipient (biological sample of a second individual).  *See* Exhibit B at 890 (Abstract) ("We developed a targeted next-generation sequencing assay that uses 266 single-nucleotide polymorphisms to accurately quantify dd-cfDNA in transplant recipients without separate genotyping.  Analytical performance of the assay was characterized and validated using 1117 samples comprising the National Institute for Standards and Technology Genome in a Bottle human reference genome, independently validated reference materials, and clinical samples.  The assay quantifies the fraction of dd-cfDNA in both unrelated and related donor-recipient pairs.  The dd-cfDNA assay can reliably measure dd-cfDNA (limit of blank, 0.10%; limit of detection, 0.16%; limit of quantification, 0.20%) across the linear quantifiable range (0.2% to 16%) with across-run CVs of 6.8%."); *see also id.* at 891 ("Herein, we describe a targeted amplification, clinical-grade NGS assay to quantify dd-cfDNA in transplant recipients without the need for separate recipient or donor genotyping."). |
| | CareDx also teaches determining the genetic DNA from a first individual in a biological sample of a second individual by using counts generated by next generation sequencing (NGS) and assigning the allele with a higher number of counts "primary" and the other allele designated "alternate" with background levels of alternate allele subtracted.  *See* Exhibit B at 893 ("The counts generated by NGS for each allele at each SNP locus were examined, and the allele with a higher number of counts was assigned primary and the other alternate designation. SNPs with total coverage <1000x or with more than two alleles were excluded from further analysis. The alternate allele frequency was calculated as the count of alternate alleles/the total count of alternate and primary alleles. Background levels of alternate allele, resulting from amplification or sequencing error, were subtracted from the alternate allele frequency at each SNP site.").  The recipient genotype (genetic data for DNA from the second individual) was inferred from the background-corrected alternate allele frequency.  *See id.* ("The recipient genotype at each SNP was inferred from the background- |

| '724 Claim Language | Infringement Support |
|---|---|
| | corrected alternate allele frequency."). Information about donor-derived cell-free DNA (genetic data for DNA for the first individuals) was then determined using background-corrected alternate allele frequencies of the recipient homozygous SNPs. *See id.* ("The percent dd-cfDNA was estimated from the background-corrected alternate allele frequencies of the recipient homozygous SNPs."). |
| 1[a]. amplifying a plurality of polymorphic loci on cell-free DNA extracted from the biological sample to generate amplified products; | The accused CareDx Products meet this limitation.<br><br>For example, AlloSure involves "amplifying a plurality of polymorphic loci on cell-free DNA extracted from the biological sample to generate amplified products. . . ."<br><br>CareDx's "Introduction to AlloSure," available on its website, begins with a blood sample (biological sample) that "is collected from the patient, packaged, and shipped at ambient temperatures to CareDx for testing." *See* Exhibit K, https://d3a3kwsj48d81q.cloudfront.net/wp-content/uploads/2020/03/AlloSure-Lab-Services-Guide_LT-10049_R5-.pdf, at 1. AlloSure then "measures the amount of donor-derived cfDNA" (DNA from a genetically distinct individual) "relative to the total amount of cfDNA in a plasma sample" (which also contains cell-free DNA from the subject). *Id.* at 2.<br><br>CareDx's Grskovic publication further teaches that the cell-free DNA is extracted from plasma or reference materials (extracted from the biological sample). *See* Exhibit B at 892 ("cfDNA extracted from 1.25 mL plasma or reference materials (described above, used at 3, 8, or 60 ng)."). CareDx also teaches that the sample comprises DNA from the donor (first individual) and DNA from the transplant recipient (second individual). *See id.* at 891-892 ("Blood samples from healthy, nontransplant volunteers and transplant patients were collected in 10-mL Cell-Free DNA BCT tubes (Streck, Omaha, NE) and shipped to CareDx, Inc. (Brisbane, CA), at ambient temperature in insulated packaging to minimize temperature fluctuation."); *see also id. at* 892 ("Three separate reference material panels were constructed using a donor cell line (RKO containing a single copy of EGFR T790M gene) and three recipient cell lines (SW48, HCT116, and HCC-78). Trace amounts of the donor DNA were mixed with the recipient DNA at target levels ranging from 0.25% to 12% to simulate different amounts of cfDNA originating from donor."). |

| '724 Claim Language | Infringement Support |
|---|---|
|  | AlloSure then involves amplifying a plurality of polymorphic loci on the cell-free DNA extracted from the biological sample to generate amplified products.<br><br>CareDx's "Introduction to AlloSure," available on its website, explains that "[d]onor-derived cell-free DNA is measured via targeted amplification and sequencing of a set of carefully selected and validated single nucleotide polymorphisms (SNPs) . . . ." *See* Exhibit K, https://d3a3kwsj48d81q.cloudfront.net/wp-content/uploads/2020/03/AlloSure-Lab-Services-Guide_LT-10049_R5-.pdf, at 2.<br><br>CareDx's Grskovic publication teaches that its assay pre-amplifies 266 single nucleotide polymorphisms/SNPs (amplifying a plurality of polymorphic loci) on cfDNA (cell-free DNA) extracted from plasma or reference materials (extracted from the biological sample) to produce preamplified material (generate amplified products). *See* Exhibit B at 892 (Targeted Amplification and Sequencing) ("The dd-cfDNA assay is based on targeted amplification of DNA regions harboring 266 SNPs and the measurement by NGS of each allele contribution at each SNP position. cfDNA extracted from 1.25 mL plasma or reference materials (described above, used at 3, 8, or 60 ng) was preamplified in a single multiplex reaction with 266 primer pairs for 15 cycles."). |
| 1[b]. measuring an amount of the amplified products by sequencing-by-synthesis to obtain genetic data at the plurality of polymorphic loci; | The accused CareDx Products meet this limitation.<br><br>For example, Allosure involves "measuring an amount of the amplified products by sequencing-by-synthesis to obtain genetic data at the plurality of polymorphic loci . . . ."<br><br>CareDx's "Introduction to AlloSure," available on its website, explains that "[d]onor-derived cell-free DNA is measured via targeted amplification and sequencing of a set of carefully selected and validated single nucleotide polymorphisms (SNPs) . . . ." *See* Exhibit K, https://d3a3kwsj48d81q.cloudfront.net/wp-content/uploads/2020/03/AlloSure-Lab-Services-Guide_LT-10049_R5-.pdf, at 2.<br><br>CareDx also teaches that the amplified DNA is sequenced on an Illumina MiSeq instrument (sequencing-by-synthesis) to obtain genetic data. *See* Exhibit B at 892 ("Up to 16 amplified samples were pooled in equimolar amounts, purified using Agencourt AMPure XP beads |

| '724 Claim Language | Infringement Support |
|---|---|
|  | (Beckman Coulter, Brea, CA), and sequenced on an Illumina MiSeq instrument."). Illumina's MiSeq System Guide states that the Illumina MiSeq system performs sequencing by synthesis to obtain genetic data. *See* MiSeq System Guide, Exhibit E, at 5 ("The Illumina® MiSeq® system combines proven sequencing by synthesis (SBS) technology with a revolutionary workflow that lets you go from DNA to analyzed data in as few as eight hours.").

CareDx teaches that the counts generated by NGS (measuring an amount of the amplified products by sequencing-by-synthesis) for each allele at each SNP locus were examined (obtain genetic data at the plurality of polymorphic loci). *See* Exhibit B at 893 ("The counts generated by NGS for each allele at each SNP locus were examined, and the allele with a higher number of counts was assigned primary and the other alternate designation . . . The recipient genotype at each SNP was inferred from the background-corrected alternate allele frequency."). |
| 1[c]. determining the most likely genetic data for DNA from the first individual based on allele frequencies in the genetic data at the plurality of polymorphic loci. | The accused CareDx Products meet this limitation.

For example, Allosure involves "determining the most likely genetic data for DNA from the first individual based on allele frequencies in the genetic data at the plurality of polymorphic loci . . . ."

CareDx's "Introduction to AlloSure," available on its website, describes how the test uses targeted sequencing of SNPs to measure the amount of DNA from the transplant donor (a first individual) present in the biological sample based on allele frequency. *See* Exhibit K, https://d3a3kwsj48d81q.cloudfront.net/wp-content/uploads/2020/03/AlloSure-Lab-Services-Guide_LT-10049_R5-.pdf, at 2 ("Donor-derived cell-free DNA is measured via targeted amplification and sequencing of a set of carefully selected and validated single nucleotide polymorphisms (SNPs) specifically chosen to discriminate among individuals based on genetic sequence (genotype). The AlloSure bioinformatics software calculates the percent dd-cfDNA in the sample tested and applies the QC criteria."). Results are then obtained "based on a proprietary algorithm that uses the known population frequencies of the SNPs sequenced and expected distibution of alleles." *Id*. at 3.

CareDx's Grskovic publication explains that the donor-derived cfDNA (most likely genetic data for DNA from the first individual) was determined from the background-corrected alternate allele |

5

| '724 Claim Language | Infringement Support |
|---|---|
| | frequencies of the recipient homozygous SNPs (based on allele frequencies in the genetic data at the plurality of polymorphic loci).  *See* Exhibit B at 893 ("The percent dd-cfDNA was estimated from the background-corrected alternate allele frequencies of the recipient homozygous SNPs. To further reduce the influence of outliers, the highest 5% of SNPs called as recipient homozygous were discarded and the mean alternate allele frequency of the remaining SNPs was calculated. Finally, the percent dd-cfDNA was estimated by multiplying the mean donor allele frequency with a multiplier based on the level of relatedness between a donor and recipient."). |
| 2. The method of claim 1, wherein the polymorphic loci are SNP loci. | The accused CareDx Products meet this limitation.<br><br>For example, CareDx teaches that the polymorphic loci are SNP loci.<br><br>CareDx's Grskovic publication explains that the "dd-cfDNA assay is based on targeted amplification of DNA regions harboring 266 SNPs and the measurement by NGS of each allele contribution at each SNP position."  *See* Exhibit B at 892. |
| 3. The method of claim 1, wherein the polymorphic loci are on a plurality of chromosomes. | The accused CareDx Products meet this limitation.<br><br>For example, AlloSure discloses that the polymorphic loci are on a plurality of chromosomes.<br><br>CareDx's Grskovic publication depicts the 266 SNPs that are amplified as part of CareDx's testing regime.  These includes a depiction of SNPs on a plurality of chromosomes.  *See* Exhibit B at Fig. 1 (below). |

6

| '724 Claim Language | Infringement Support |
|---|---|
| | 

CareDx's Grskovic publication also discloses that the targeted SNPs include 85 SNPs previously identified in another publication as suitable for distinguishing between the DNA of unrelated individuals. *See id.* at 892 ("We include 85 of 92 SNPs previously identified as suitable for differentiating between any two unrelated individuals." (citing Pakstis, A., *et al.*, Hum. Genet., 2010, 127:315-324)). Table 1 of the Pakstis publication identifies those 92 SNPs and indicates that many of them appear on chromosomes 1, 2, and 3. *See* Exhibit I at 317-19. |
| 4. The method of claim 1, wherein the amplifying comprises targeted PCR. | The accused CareDx Products meet this limitation.

CareDx's Grskovic publication describes the performance of targeted PCR amplification of the cell-free DNA. *See* Exhibit B at 891 ("Herein, we describe a targeted amplification, clinical grade NGS assay to quantify dd-cfDNA in transplant recipients. . . .  Genomic regions encompassing each SNP position are amplified, and each of the alleles is quantified by NGS."); *see also id.* at Fig. 1 (illustrating how SNPs are "amplified for sequencing.").  The description accompanying Grskovic Figure 1 (below) further describes how "cfDNA is extracted and next-generation |

| '724 Claim Language | Infringement Support |
|---|---|
| | sequencing (NGS) library is generated by **PCR amplification** of a select panel of 266 single-nuceotide polymorphisms (SNPs)." (emphasis added).  **Figure 1**   Clinical-grade dd-cfDNA assay workflow. Blood is drawn from a transplant recipient and delivered to the Clinical Laboratory Improvement Amendment laboratory in cfDNA preservation tubes. cfDNA is extracted and next-generation sequencing (NGS) library is generated by PCR amplification of a select panel of 266 single-nucleotide polymorphisms (SNPs). Libraries are sequenced and data are analyzed by custom-built bioinformatic pipeline hosted on a cloud-based genome data management platform. Relative fraction of dd-cfDNA is computed, results are verified by quality control software, and a summary report is automatically generated. All steps are performed using an established documented laboratory workflow and locked algorithms for sequence analysis, % dd-cfDNA computation, and quality control. |
| 6. The method of claim 1, wherein the sequencing-by-synthesis comprises clonal | The accused CareDx Products meet this limitation. |

| '724 Claim Language | Infringement Support |
|---|---|
| amplification of the amplified products and measurement of sequences of the clonally amplified DNA. | For example, CareDx discloses the use of the MiSeq system for sequencing. *See* Exhibit B at 892 ("Up to 16 amplified samples were pooled in equimolar amounts, purified using Agencourt AMPure XP beads (Beckman Coulter, Brea, CA), and sequenced on an Illumina MiSeq instrument."). Illumina's MiSeq System Guide states that the Illumina MiSeq system performs sequencing by synthesis to obtain genetic data. *See* MiSeq System Guide, Exhibit E, at 5 ("The Illumina® MiSeq® system combines proven sequencing by synthesis (SBS) technology with a revolutionary workflow that lets you go from DNA to analyzed data in as few as eight hours."). Illumina also discloses in the Application Note: DNA Analysis for MiSeq that its MiSeq System comprises clonal amplification of the amplified products. *See* Application Note: DNA Analysis, Exhibit L, at 1 ("The MiSeq system features enhanced fluidics architecture, enabling a five-fold decrease in chemistry cycle time to provide results in hours, rather than the weeks required by CE. Preparing a sequencing library takes just 90 minutes, with clonal amplification and sequencing completed within as little as 4.5 hours."). <br><br> CareDx also discloses that the sequencing-by-synthesis comprises measurement of the clonally amplified DNA. For example, CareDx disclosed that the sequencing-by-synthesis also comprised SNP allele counting (measurement of the clonally amplified DNA). *See, e.g.*, Exhibit B at 893 ("The counts generated by NGS for each allele at each SNP locus were examined"). |
| 7.  The method of claim 1, wherein the biological sample is a blood sample. | The accused CareDx Products meet this limitation. <br><br> CareDx's "Introduction to AlloSure," available on its website, explains that "Allosure is a non-invasive blood test . . . that measures the amount of donor-derived cfDNA relative to the total amount of cfDNA in a plasma sample."  *See* Exhibit K, https://d3a3kwsj48d81q.cloudfront.net/wp-content/uploads/2020/03/AlloSure-Lab-Services-Guide_LT-10049_R5-.pdf, at 1. <br><br> CareDx's Grskovic publication further describes how biological samples are taken from blood plasma.  *See, e.g.*, Exhibit B at 891-92 (Plasma Samples) ("Blood samples from healthy, nontransplant volunteers and transplant patients were collected in 10-mL Cell-Free DNA BCT tubes (Streck, Omaha, NE) and shipped to CareDx, Inc. (Brisbane, CA), at ambient temperature in insulated packaging to minimize temperature fluctuation.  On arrival, and within 7 days post-draw, |

| '724 Claim Language | Infringement Support |
|---|---|
|  | plasma was separated by centrifugation at 1600 x g for 20 minutes, followed by a second centrifugation at 16,000 x g for 10 minutes, and either plasma was stored at -80°C or cfDNA was extracted immediately using the Circulating Nucleic Acid kit (Qiagen, Redwood City, CA)."). |

# EXHIBIT I

Hum Genet (2010) 127:315–324
DOI 10.1007/s00439-009-0771-1

ORIGINAL INVESTIGATION

# SNPs for a universal individual identification panel

Andrew J. Pakstis · William C. Speed · Rixun Fang ·
Fiona C. L. Hyland · Manohar R. Furtado ·
Judith R. Kidd · Kenneth K. Kidd

Received: 9 September 2009 / Accepted: 13 November 2009 / Published online: 24 November 2009
© Springer-Verlag 2009

**Abstract** An efficient method to uniquely identify every individual would have value in quality control and sample tracking of large collections of cell lines or DNA as is now often the case with whole genome association studies. Such a method would also be useful in forensics. SNPs represent the best markers for such purposes. We have developed a globally applicable resource of 92 SNPs for individual identification (IISNPs) with extremely low probabilities of any two unrelated individuals from anywhere in the world having identical genotypes. The SNPs were identified by screening over 500 likely/candidate SNPs on samples of 44 populations representing the major regions of the world. All 92 IISNPs have an average heterozygosity >0.4 and the $F_{st}$ values are all <0.06 on our 44 populations making these a universally applicable panel irrespective of ethnicity or ancestry. No significant linkage disequilibrium (LD) occurs for all unique pairings of 86 of the 92 IISNPs (median LD = 0.011) in all of the 44 populations. The remaining 6 IISNPs show strong LD in most of the 44 populations for a small subset (7) of the unique pairings in which they occur due to close linkage. 45 of the 86 SNPs are spread across the 22 human autosomes and show very loose or no genetic linkage with each other. These 45 IISNPs constitute an excellent panel for individual identification including paternity testing with associated probabilities of individual genotypes less than $10^{-15}$, smaller than achieved with the current panels of forensic markers. This panel also improves on an interim panel of 40 IISNPs previously identified using 40 population samples. The unlinked status of the subset of 45 SNPs we have identified also makes them useful for situations involving close biological relationships. Comparisons with random sets of SNPs illustrate the greater discriminating power, efficiency, and more universal applicability of this IISNP panel to populations around the world. The full set of 86 IISNPs that do not show LD can be used to provide even smaller genotype match probabilities in the range of $10^{-31}$–$10^{-35}$ based on the 44 population samples studied.

## Introduction

In previous papers (Kidd et al. 2006; Pakstis et al. 2007), we described the rationale and our strategy for developing a panel of SNPs for individual identification (IISNPs) and presented some potentially useful IISNPs. Such a panel would have use in sample tracking in large collections of human DNA samples and in forensics and paternity testing. Others have also addressed the value of such panels in forensics (Inagaki et al. 2004; Lee et al. 2005; Sanchez et al. 2006; Butler et al. 2008; Pakstis et al. 2008). One panel of 52 SNPs has been accepted for forensic use in several European countries (Sanchez et al. 2006; Phillips et al. 2009). An IISNP panel would provide a complementary tool for forensic applications in situations, such as highly degraded DNA (e.g., Fang et al. 2009), in which the standard STR markers of the widely used *CO*mbined *D*NA *I*ndex *S*ystem (CODIS) panel do not perform well. SNPs also offer a potentially cheaper,

**Electronic supplementary material** The online version of this article (doi:10.1007/s00439-009-0771-1) contains supplementary material, which is available to authorized users.

A. J. Pakstis · W. C. Speed · J. R. Kidd · K. K. Kidd (✉)
Department of Genetics, Yale University School of Medicine,
333 Cedar Street, 208005, New Haven, CT 06520, USA
e-mail: kenneth.kidd@yale.edu

R. Fang · F. C. L. Hyland · M. R. Furtado
Applied Markets, Applied Biosystems/Life Technologies,
Foster City, CA 94404, USA



Hum Genet (2010) 127:315–324

faster, and more automatable alternative to STRs in many applications. While any sufficiently large set of SNPs will guarantee uniqueness of every individual, there are clear advantages to a set with extensive population genetic support and standardization, if possible, to allow comparability between groups and studies. In the interest of efficiency, we have defined criteria for an IISNP panel: the SNPs should have very little variation in frequency across human populations and be highly informative around the world as measured by $F_{st}$ and expected heterozygosity, respectively (Kidd et al. 2006). We have arbitrarily chosen a global $F_{st} < 0.06$ and global average heterozygosity >0.4. A sufficient number of SNPs is needed so that the average match probabilities (the probabilities of two unrelated individuals having the same multi-locus genotype) of the final panel should at least be comparable to the standard CODIS STR markers (Budowle et al. 1998). An interim report (Pakstis et al. 2007) of our progress in developing a IISNP panel documented 40 SNPs meeting these criteria based on 40 population samples representing the major continental regions of the world. Short reports (Butler et al. 2008; Pakstis et al. 2008) described aspects of the IISNP search as well as discussions of the potential role of IISNPs in forensic applications. We have since revised our criteria to require that a final core panel of markers would be unlinked in order to make them more generally useful, especially in identification scenarios involving close biological relatives and in paternity testing.

In our original study, we described a strategy based on having data available a priori on only a very few populations. Recently high throughput SNP dataset resources involving many different populations have become available for identification of appropriate candidate SNPs: 14 populations studied by Shriver et al. (2005) and studies of the HGDP-CEPH panel of 52 populations (Li et al. 2008; Conrad et al. 2006; Pemberton et al. 2008). The availability of these resources has allowed a marked improvement in the efficiency of our search for additional IISNPs. We scanned those datasets targeting regions of the human autosomal genome in which we had not previously found useful markers in order to find additional unlinked SNPs meeting our criteria. Therefore, our search uncovered a large number of additional SNPs with the desired population genetic properties and better molecular distributions. We also were able to expand our set of test populations by adding four groups from geographic regions poorly represented in the initial 40 populations.

Our final SNP panel for individual identification consists of 86 IISNPs that meet our criteria based on samples of 44 populations representing the major human population around the world and includes a subset of 45 unlinked SNPs that provide match probabilities in these 44

populations that are at least comparable to and sometimes better than the standard CODIS STR markers.

## Methods

Our previous publications (Kidd et al. 2006; Pakstis et al. 2007) described the strategy and goal for developing a panel of IISNPs. Briefly, we have identified in publically available population data SNPs that were likely to meet the criteria and then screened them on our much larger set of 44 populations. The core criteria for accepting an IISNP remain unchanged in that each SNP must have an average heterozygosity ≥0.4 for all the populations studied and the $F_{st}$ value across those populations must be <0.06. All candidate IISNPs, including the 40 previously published (Pakstis et al. 2007) were typed and evaluated on all 44 population samples. The recent selection of candidates preferentially targeted chromosomal regions that had not yet produced IISNPs in order to maximize the number of SNPs that would be essentially unlinked.

Table s1 of the supplemental material lists all 44 population samples studied along with their unique population and sample identifiers (UIDs) in the *AL*lele *FRE*quency *D*atabase (ALFRED, http://alfred.med.yale.edu), where details on each population and sample are described. The four new population samples added to the set of 40 populations already described (Pakstis et al. 2007) are Sandawe from Tanzania (40), Hungarians (92), Keralites from Southern India (30), and Laotians (119).

All SNPs screened were typed by TaqMan® using assays obtained from Applied Biosystems. All reactions were done in 384-well plates in 3 μl reactions and then read on an AB7900HT with interpretations by SDS software (version 2.3) augmented by visual inspection of the clustering to insure conservative interpretations.

The allele frequencies for each SNP were estimated by gene counting within each group studied assuming each marker is a two-allele co-dominant genetic system. The polymorphisms were tested for agreement with Hardy–Weinberg ratios in each population sample studied by comparing the expected and observed number of individuals occurring for each possible genotype in a simple Chi-square test. In the few cases, in which a number for a particular genotype was small the statistical significance was evaluated by a Monte Carlo based permutation procedure employing 1,000 iterations (Cubells et al. 1997).

The chromosome nucleotide position shown in Table 1 for each SNP follows Genome Build 36.2. The genetic map position in centi-Morgans (cM) was determined for each SNP by computing a simple average of the interpolated DeCode, Genethon, and Marshfield genetic map values obtained for each polymorphism by entering the nucleotide

**Table 1** The final list of 92 IISNPs including the recommended subset of 45 unlinked SNPs

| The 45 uninked IISNPs | IISNP rank | dbSNP rs# | Avg.Het. (44p) | $F_{st}$ (44p) | Chr | Nucleotide Position Map Build 36.2 | Avg cM position |
|---|---|---|---|---|---|---|---|
| √ | 1 | rs10488710 | 0.442 | 0.0217 | 11 | 114,712,386 | 111.6 |
| √ | 2 | rs2920816 | 0.459 | 0.0232 | 12 | 39,149,319 | 57.9 |
| √ | 3 | rs6955448 | 0.421 | 0.0298 | 7 | 4,276,891 | 7.6 |
| √ | 4 | rs1058083 | 0.464 | 0.0300 | 13 | 98,836,234 | 84.6 |
| √ | 5 | rs221956 | 0.462 | 0.0310 | 21 | 42,480,066 | 54.6 |
| √ | 6 | rs13182883 | 0.472 | 0.0314 | 5 | 136,661,237 | 140.6 |
| √ | 7 | rs279844 | 0.484 | 0.0316 | 4 | 46,024,412 | 61.8 |
| √ | 8 | rs6811238 | 0.484 | 0.0319 | 4 | 169,900,190 | 166.9 |
| √ | 9 | rs430046 | 0.441 | 0.0321 | 16 | 76,574,552 | 94.1 |
| √ | 10 | rs576261 | 0.472 | 0.0352 | 19 | 44,251,647 | 63.6 |
|  | 11 | rs2833736 | 0.460 | 0.0356 | 21 | 32,504,593 | 32.2 |
| √ | 12 | rs10092491 | 0.459 | 0.0364 | 8 | 28,466,991 | 52.5 |
| √ | 13 | rs560681 | 0.434 | 0.0364 | 1 | 159,053,294 | 167.3 |
|  | 14 | rs590162 | 0.482 | 0.0366 | 11 | 121,701,199 | 124.6 |
| √ | 15 | rs2342747 | 0.423 | 0.0367 | 16 | 5,808,701 | 10.1 |
| √ | 16 | rs4364205 | 0.458 | 0.0372 | 3 | 32,392,648 | 56.3 |
| √ | 17 | rs445251 | 0.464 | 0.0386 | 20 | 15,072,933 | 36.8 |
| √ | 18 | rs7041158 | 0.439 | 0.0389 | 9 | 27,975,938 | 51.3 |
|  | 19 | rs9546538 | 0.429 | 0.0395 | 13 | 83,354,736 | 69.6 |
| √ | 20 | rs1294331 | 0.457 | 0.0396 | 1 | 231,515,036 | 247.4 |
| √ | 21 | rs159606 | 0.442 | 0.0396 | 5 | 17,427,898 | 23.8 |
| √ | 22 | rs740598 | 0.462 | 0.0406 | 10 | 118,496,889 | 139.1 |
|  | 23 | rs464663 | 0.462 | 0.0410 | 21 | 26,945,241 | 25.7 |
| √ | 24 | rs1821380 | 0.465 | 0.0413 | 15 | 37,100,694 | 38.2 |
| √ | 25 | rs1336071 | 0.472 | 0.0418 | 6 | 94,593,976 | 102.3 |
|  | 26 | rs1019029 | 0.474 | 0.0419 | 7 | 13,860,801 | 23.0 |
| √ | 27 | rs9951171 | 0.475 | 0.0420 | 18 | 9,739,879 | 31.4 |
| √ | 28 | rs8078417 | 0.402 | 0.0426 | 17 | 78,055,224 | 130.0 |
|  | 29 | rs1358856 | 0.474 | 0.0430 | 6 | 123,936,677 | 121.3 |
| √ | 30 | rs6444724 | 0.469 | 0.0435 | 3 | 194,690,074 | 217.4 |
| √ | 31 | rs13218440 | 0.458 | 0.0436 | 6 | 12,167,940 | 24.6 |
|  | 32 | rs2270529 | 0.421 | 0.0443 | 9 | 14,737,133 | 28.9 |
| √ | 33 | rs1498553 | 0.477 | 0.0446 | 11 | 5,665,604 | 11.4 |
| √ | 34 | rs7520386 | 0.477 | 0.0447 | 1 | 14,027,989 | 29.7 |
| √ | 35 | rs1523537 | 0.472 | 0.0447 | 20 | 50,729,569 | 79.4 |
| √ | 36 | rs1736442 | 0.438 | 0.0450 | 18 | 53,376,775 | 79.4 |
|  | 37 | rs1478829 | 0.474 | 0.0459 | 6 | 120,602,393 | 119.8 |
| √ | 38 | rs3780962 | 0.476 | 0.0462 | 10 | 17,233,352 | 42.7 |
|  | 39 | rs7229946 | 0.464 | 0.0466 | 18 | 20,992,999 | 49.8 |
|  | 40 | rs9866013 | 0.419 | 0.0468 | 3 | 59,463,380 | 77.4 |
|  | 41 | rs2567608 | 0.473 | 0.0469 | 20 | 22,965,082 | 49.8 |
| √ | 42 | rs2399332 | 0.435 | 0.0472 | 3 | 111,783,816 | 124.5 |
| √ | 43 | rs987640 | 0.476 | 0.0476 | 22 | 31,889,508 | 34.9 |
|  | 44 | rs4847034 | 0.445 | 0.0476 | 1 | 105,519,154 | 134.1 |
|  | 45 | rs2073383 | 0.456 | 0.0479 | 22 | 22,132,171 | 15.8 |



Hum Genet (2010) 127:315–324

**Table 1** continued

| The 45 uninked IISNPs | IISNP rank | dbSNP rs# | Avg.Het. (44p) | $F_{st}$ (44p) | Chr | Nucleotide Position Map Build 36.2 | Avg cM position |
|---|---|---|---|---|---|---|---|
| | 46 | rs3744163 | 0.430 | 0.0480 | 17 | 78,333,148 | 130.0 |
| | 47 | rs10500617 | 0.404 | 0.0481 | 11 | 5,055,969 | 9.0 |
| √ | 48 | rs993934 | 0.450 | 0.0482 | 2 | 123,825,683 | 134.2 |
| | 49 | rs2291395 | 0.473 | 0.0486 | 17 | 78,119,428 | 130.0 |
| √ | 50 | rs10773760 | 0.444 | 0.0487 | 12 | 129,327,649 | 165.1 |
| | 51 | rs12480506 | 0.403 | 0.0492 | 20 | 16,189,416 | 39.1 |
| | 52 | rs4789798 | 0.472 | 0.0494 | 17 | 78,124,932 | 130.0 |
| √ | 53 | rs4530059 | 0.406 | 0.0495 | 14 | 103,840,194 | 126.5 |
| | 54 | rs8070085 | 0.437 | 0.0498 | 17 | 38,595,510 | 66.4 |
| √ | 55 | rs12997453 | 0.440 | 0.0503 | 2 | 182,121,504 | 188.1 |
| √ | 56 | rs4606077 | 0.421 | 0.0503 | 8 | 144,727,897 | 164.2 |
| | 57 | rs689512 | 0.423 | 0.0507 | 17 | 78,308,991 | 130.0 |
| √ | 58 | rs214955 | 0.474 | 0.0511 | 6 | 152,739,399 | 155.7 |
| | 59 | rs2272998 | 0.467 | 0.0511 | 6 | 148,803,149 | 148.6 |
| | 60 | rs5746846 | 0.464 | 0.0515 | 22 | 18,300,646 | 9.0 |
| | 61 | rs4288409 | 0.415 | 0.0515 | 8 | 136,908,411 | 152.0 |
| √ | 62 | rs2269355 | 0.473 | 0.0521 | 12 | 6,816,175 | 17.0 |
| | 63 | rs1027895 | 0.433 | 0.0524 | 17 | 43,865,696 | 69.4 |
| √ | 64 | rs321198 | 0.459 | 0.0530 | 7 | 136,680,378 | 143.5 |
| | 65 | rs2175957 | 0.437 | 0.0530 | 17 | 38,540,348 | 66.3 |
| | 66 | rs2292972 | 0.422 | 0.0530 | 17 | 78,359,077 | 130.0 |
| | 67 | rs901398 | 0.441 | 0.0531 | 11 | 11,052,797 | 18.2 |
| | 68 | rs9606186 | 0.437 | 0.0531 | 22 | 18,300,359 | 9.0 |
| √ | 69 | rs338882 | 0.469 | 0.0532 | 5 | 178,623,331 | 195.8 |
| √ | 70 | rs10776839 | 0.463 | 0.0533 | 9 | 136,557,129 | 152.6 |
| | 71 | rs521861 | 0.473 | 0.0534 | 18 | 45,625,012 | 70.7 |
| √ | 72 | rs1109037 | 0.470 | 0.0534 | 2 | 10,003,173 | 21.5 |
| | 73 | rs4796362 | 0.471 | 0.0536 | 17 | 6,752,253 | 14.2 |
| | 74 | rs315791 | 0.472 | 0.0539 | 5 | 169,668,498 | 176.3 |
| | 75 | rs891700 | 0.471 | 0.0541 | 1 | 237,948,549 | 261.3 |
| | 76 | rs1004357 | 0.411 | 0.0541 | 17 | 39,047,052 | 67.1 |
| | 77 | rs7205345 | 0.469 | 0.0544 | 16 | 7,460,255 | 14.2 |
| | 78 | rs6591147 | 0.451 | 0.0545 | 11 | 105,418,194 | 106.3 |
| | 79 | rs2503107 | 0.458 | 0.0548 | 6 | 127,505,069 | 125.9 |
| | 80 | rs1410059 | 0.470 | 0.0551 | 10 | 97,162,585 | 117.6 |
| | 81 | rs1872575 | 0.472 | 0.0552 | 3 | 115,287,669 | 128.2 |
| | 82 | rs1554472 | 0.472 | 0.0552 | 4 | 157,709,356 | 155.7 |
| | 83 | rs2046361 | 0.462 | 0.0559 | 4 | 10,578,157 | 23.1 |
| √ | 84 | rs9905977 | 0.419 | 0.0561 | 17 | 2,866,143 | 7.9 |
| | 85 | rs7704770 | 0.449 | 0.0567 | 5 | 159,420,531 | 163.0 |
| | 86 | rs13134862 | 0.453 | 0.0571 | 4 | 76,644,920 | 84.2 |
| | 87 | rs2811231 | 0.458 | 0.0579 | 6 | 55,263,663 | 78.9 |
| | 88 | rs985492 | 0.469 | 0.0580 | 18 | 27,565,032 | 58.6 |
| | 89 | rs10768550 | 0.408 | 0.0580 | 11 | 5,055,290 | 9.0 |
| | 90 | rs1490413 | 0.469 | 0.0583 | 1 | 4,267,183 | 8.3 |



Hum Genet (2010) 127:315–324                                                                319

**Table 1** continued

| The 45 uninked IISNPs | IISNP rank | dbSNP rs# | Avg.Het. (44p) | $F_{st}$ (44p) | Chr | Nucleotide Position Map Build 36.2 | Avg cM position |
|---|---|---|---|---|---|---|---|
|  | 91 | rs2255301 | 0.463 | 0.0587 | 12 | 6,779,703 | 16.9 |
| √ | 92 | rs722290 | 0.468 | 0.0596 | 14 | 52,286,473 | 47.6 |

IISNP ranks are based on $F_{st}$(44p) primarily; SNPs with the same $F_{st}$ value are ordered so that the marker with the better (higher) average heterozygosity for the 44 population samples gets the better (lower) rank

SNPs showing some LD due to close physical linkage have ranks 52, 57, 65, 66, 68, and 89

The apparent "excess" of SNPs on certain chromosomes (e.g., 17) is due, as indicated in this and earlier publications, to the fact that this project opportunistically screened many different published SNP sources as well as resources accumulated by other projects in our research group including one that tested a high density of SNPs on 17q

position into the NCBI Map Viewer and recording the values reported for each reference map. The starting or zero map position is assumed to be near the pter end of each chromosome. Each of these extensive genetic maps does not necessarily have the same starting point on each chromosome and the density of markers will vary in different chromosome regions. These nucleotide positions and approximate genetic map distances were employed in the process of selecting the subset of 45 unlinked IISNPs. A reviewer of this manuscript brought to our attention the existence of another valuable human genetic map based on over 28,000 markers (SNPs and STRPs) available online—the Rutgers Map (Matise et al. 2007). We compared the interpolated centi-Morgan map distances provided by the Rutgers Map with the average genetic map values for each SNP in Table 1 and found them to be very similar (mean 3 cM difference). Thus, they reinforce the decisions made earlier based on the three maps available via the NCBI map viewer.

In order to evaluate the statistical independence of the SNPs, linkage disequilibrium values, $r^2$ (Devlin and Risch 1995) were computed for all unique pairings of the 92 SNPs in each population sample. The LD values were screened in a variety of ways to determine whether there was any evidence for meaningful associations among the markers.

Match probabilities and most common multi-locus genotype frequencies were calculated as previously described (Kidd et al. 2006). Hardy–Weinberg ratios and the statistical independence of the loci were assumed.

## Results

We screened over 500 SNPs that appeared to be likely candidates meeting our criteria based on information such as estimated allele frequencies from publically available data. Table 1 presents the final list of 92 IISNPs that our study identified as individually meeting our $F_{st}$ and heterozygosity criteria. The SNPs are ranked in ascending order

according to the $F_{st}$ value for the 44 population samples studied. In the case of SNPs with identical $F_{st}$ values, the SNP with the higher average heterozygosity was assigned the lower/better rank. The 45 unlinked SNPs are also indicated. A more detailed, annotated version of Table 1 can be found as a pdf file at (http://info.med.yale.edu/genetics/kkidd/92snpJan2009.pdf). We have deposited in ALFRED the allele frequencies and samples sizes for all population samples and all SNPs screened in this project including those that were not included among the final 92 IISNPs.

No meaningful deviations from Hardy–Weinberg ratios occur for any of the 92 IISNPs in the 44 population samples. For the $92 \times 44 = 4{,}048$ tests the proportion of probabilities obtained falling below the 5, 1, and 0.1% significance level thresholds (1.88, 0.27, and 0.05% respectively) were generally somewhat smaller than the values expected by chance due in part to the extensive selection procedure that included discarding candidate SNPs with strong Hardy–Weinberg deviations. Moreover, the population samples had previously been tested for large numbers of SNPs as part of other studies and were expected to show no systematic deviations from Hardy–Weinberg ratios.

Pairwise LD calculations for all 92 IISNPs show that removal of 6 IISNPs with very close linkage (those with ranks 52, 57, 65, 66, 68, and 89 in Table 1) leaves 86 IISNPs with no significant pairwise LD across the populations. Among the 160,820 tests of LD for all possible pairings of 86 SNPs, there remain 7 nominally significant LD values ranging from 0.40 to 0.69 that display no obvious pattern and are likely due to chance: 6 of these 7 outliers involve pairings of SNPs on different chromosomes, each involving a different pair of SNPs in a different population. The seventh pair involves SNPs more than 161 MB apart on the same chromosome. Additional details are presented in the Supplemental Material.

Among the 86 IISNPs, we identified a set of 34 markers that have essentially zero linkage because they are either

on separate chromosomes or are separated by distances greater than 95 cM (roughly the centiMorgan distance that with a Kosambi correction would give 50% recombinant gametes). An additional 11 IISNPs are separated from any of the other IISNPs that are syntenic by map distances of 41–94 cM indicating loose to almost no linkage. We consider this subset of 45 IISNPs to constitute an unlinked panel for practical purposes. There are multiple additional SNPs among the remaining 47 IISNPs in Table 1 that could be substituted for some of the 45 without greatly altering the essential absence of linkage.

This recommended subset of 45 unlinked IISNPs has exceptional information content (median heterozygosity = 0.478 and 93.2% of the 1,980 individual heterozygosity values ≥0.4). When pairwise LD does not exist, as among these 45 unlinked IISNPs as well as among the remainder of the 86 SNPs, the SNPs are statistically independent at the population level and the "product rule" can be used to calculate match probabilities. Figure 1 displays match probabilities and the most common genotype frequencies for each population for our recommended set of 45 unlinked IISNPs using the actual allele frequency estimates for each population. Most of the populations have match probabilities $<10^{-17}$ and many are $<10^{-18}$; the smaller, more isolated populations still have match probabilities $<10^{-15}$. Thus, this set of 45 unlinked SNPs is an excellent panel for individual identification with match probabilities comparable to the CODIS STR panel. Another desirable characteristic is that the probabilities are essentially independent of ethnicity since allele frequency differences between populations are so small. Consequently, it is conservative to say with considerable scientific justification that a maximum match probability of $<10^{-15}$ can be used for the probability that any two individuals from anywhere in the world will have identical genotypes. The unlinked status of these 45 SNPs also makes them useful for situations involving close biological relationships. In paternity testing, the much lower probability of mutations occurring at SNPs relative to STRPs makes SNPs useful in general and these IISNPs are especially informative. If biological relationships are not involved, more of the 86 IISNPs can be added to the set to make the match probabilities even smaller. Computing match probabilities based on all 86 IISNPs that show no pairwise LD gives values in the range of $10^{-31}$–$10^{-35}$ for the 44 populations.

## Discussion

We have identified an improved panel of 86 SNPs that individually have high heterozygosity combined with very low $F_{st}$ for the worldwide sampling of populations studied.

This set of IISNPs has no significant linkage disequilibrium between any pair in any of the populations so that each SNP could be considered to be statistically independent at the population level. Even though a few large LD values occur, as noted in Results, they are not meaningful. Moreover, the outlier LD values above any arbitrary threshold, such as 0.2 and 0.3, typically involve populations with relatively small sample sizes. The bias toward larger LD values that occurs when sample sizes are small is a known phenomenon and was discussed in our previous report (Pakstis et al. 2007). The correlation coefficient between sample size (2n) and LD values for the whole dataset equals −0.23. A subset of 45 SNPs also shows no close linkage between any pair of SNPs so that they are also statistically independent in situations involving biological relationships. The enlarged set of 44 representative world populations (supplemental Table s1) has increased the stringency of the inclusion criteria over the preliminary panel reported previously (Pakstis et al. 2007). Because many of those previous 40 IISNPs showed significant linkage, only 23 of them are among the present set of 45 unlinked IISNPs.

Additional optimization of population characteristics and spacing of markers is possible. However, we have settled on the current panel of 45 "unlinked" IISNPs. Even though 11 of the SNPs show very loose linkage to any of the others, the statistical consequences are minimal. In individual family situations, the statistics assuming no linkage will be minimally different from those using estimates from the linkage map. Moreover, a linkage parameter becomes relevant only when dealing with double heterozygotes; they occur at only a maximum of 25% of the time for any specific pair of loci. We believe that additional effort at optimization is not warranted by the slight improvement that would presumably be possible.

The average probabilities of two individuals from anywhere in the world having identical genotypes for the 45 IISNPs in Fig. 1 are all below $10^{-15}$ compared to $10^{-13}$ for the 40 best SNPs in Pakstis et al. (2007) and 38 of the 44 populations have such match probabilities less than $10^{-17}$ in a range typical of the best that can be achieved with CODIS markers in populations with higher heterozygosity. That this is an efficient set of IISNPs is illustrated in Fig. 2 by comparisons with two "random" sets of SNPs. The two sets of 45 non-overlapping random SNPs are distributed across most of the autosomes and derive from a collection of more than 4,000 SNPs unselected for forensic purposes and typed on the 44 population samples. The ~4,000 SNPs were mostly selected for variability in most of the world's major geographical regions but they were selected neither for high heterozygosity nor for low $F_{st}$.

These comparisons empirically demonstrate the value of the screening process we have followed in developing the

Hum Genet (2010) 127:315–324

321

**Fig. 1** Match probabilities and the most common genotype frequencies for each of the 44 population samples based on the 45 unlinked SNPs. Populations are ordered from African on the left, through the Middle Eastern, European, Central Asian, Siberian, Pacific Islanders, and East Asian, to Native American on the right



**Fig. 2** Comparison of match probabilities for the 45 unlinked IISNPs with two different, non-overlapping random samplings of 45 SNPs in the 44 population samples. The match probabilities for the 45 IISNPs are substantially better (smaller), on average many orders of magnitude better, than those provided by the random SNP sets. There is also greatly reduced variability in average match probabilities across the 44 populations for the 45 unlinked IISNPs compared to either of the random SNP sets, especially outside of Europe



IISNP panel. We recognize that any sufficiently large set of random SNPs could achieve the same low match probabilities, but argue that a single efficient set has value, especially for tracking samples shared between laboratories. Because the raw data have been public at our website since January 2009, we know that Applied Biosystems has already begun developing multiplex reactions now in beta test. Other companies may also be pursuing such kits. This could allow samples in many different labs to be uniquely identified by a common "bar code" system.

While the screening process identifying the 92 IISNPs has resulted in a set of SNPs each of which has very similar frequencies across the 44 population samples studied, small differences in gene frequencies arising from some combination of real and sampling noise variation are still observed across the ethnic groups studied. To assess how

**Fig. 3** Scatter plots summarizing principal components analyses (PCA) on 44 population samples for 2 different sets of SNPs—92 IISNPs (**a**) and 200 random SNPs (**b**). The input files for the PCA analyses consisted of the tau genetic distance matrices computed from the SNP allele frequencies



much predictability for ethnicity might exist in the set of IISNPs, we have carried out a series of analyses with the STRUCTURE program version 2.3.1 (Pritchard et al. 2000) using the standard admixture model to compare the 92 IISNPs with a set of 200 random SNPs on the 44 population samples. No noticeable predictability of ethnicity (population structure) can be achieved with the 92 IISNPs for a series of analyses specifying 2 through 10 clusters (*K* values). In strong contrast, 200 random SNPs can be useful in predicting the continental membership of an individual (see Supplemental Material).

Principal components analysis (PCA) provides another way of visualizing the structure present. Figure 3 presents scatter plots of PCA analyses on the 44 population samples for two sets of SNPs—the 92 IISNPs (Fig. 3a) and 200 random SNPs (Fig. 3b). The input files for the PCA analyses consisted of the tau genetic distance matrices computed from the SNP allele frequencies. The results of the first two principal components of their respective analyses are plotted in each figure. Figure 3a based on the IISNPs accounts for 41% of the variation and most of the populations can be seen to cluster closely together in the center



Hum Genet (2010) 127:315–324

323

of the figure with the primary differentiation visible arising from the samples of relatively small, inbred populations that define the distal points of the plotted axes. In strong contrast, Figure 3b based on the random SNPs accounts for about 72% of the variation and the population samples can be seen to group into very clear geographical clusters corresponding to the major continents. While Fig. 3a does still display some residual indications of geographical clustering when examined closely, they are very weak compared to the strong, distinct clustering based on the random SNPs.

The 92 IISNPs in Table 1 also meet another important criterion beyond the purely population genetic ones. No medical or sensitive personal information is conveyed by the individual or combined data. To our knowledge, these SNPs are not in any "gene" or other type of functional element other than protein coding sequences. That does not eliminate the possibility that a functional difference will be identified for alleles at one or more of the IISNPs. However, since these SNPs approach the ideal of 50% heterozygosity, an average of about 37.5% of the global human population will share any randomly chosen genotype at any one of the loci. That minimizes the level of concern should some functional effect of one of these SNPs be determined in the future since all genotypes must be considered normal.

Our final set of 86 IISNPs that have no significant LD has excellent characteristics that qualify it for being accepted as a universal panel for individual identification. The 45 unlinked IISNPs already yield match probabilities that come close to the theoretical average match probability of just under $10^{-19}$ for 45 "perfect" IISNPs, i.e., all with heterozygosity equal to 0.5. While our use of $F_{st} < 0.06$ is arbitrary, it has proven to be very good at identifying markers with very similar allele frequencies in most populations. As more populations are typed, especially smaller and/or more isolated populations, some of these 45 SNPs may have less uniformly high heterozygosities. Certainly, their rank order is expected to change when any additional populations are considered. However, it is extremely unlikely that match probabilities for the 45 unlinked SNPs will exceed $10^{-12}$, still a very meaningfully low value. In addition, with 86 SNPs independent at the population level, some of which could be substituted for some of the 45 unlinked SNPs should technical (e.g., multiplexing) problems arise; we think that pursuit of additional II-SNPs will not be necessary.

For actual applications that employ either the 45 unlinked IISNPs or the full 86 IISNP panel, we have assumed that users will include various additional markers for such purposes as quality control (such as duplicating some SNPs) and identification of gender (for example, the amelogenin gene, *AMELX,* marker already in standard use in forensic studies). There should be ample room in standard 96-well formats to accommodate such additional markers.

**Acknowledgments** This work was funded primarily by NIJ Grants 2004-DN-BX-K025 and 2007-DN-BX-K197 to KKK awarded by the National Institute of Justice, Office of Justice Programs, US Department of Justice. Points of view in this document are those of the authors and do not necessarily represent the official position or policies of the US Department of Justice. We thank Applied Biosystems for making their allele frequency database available to us and for supplying some of the TaqMan reagents that were employed in these studies. We also thank Eva Straka for excellent technical help. We also want to acknowledge and thank the following people who helped assemble the population samples from the diverse populations over a period of many years: C. Barta, F. L. Black, B. Bonne-Tamir, L. L. Cavalli-Sforza, K. Dumars, J. Friedlaender, L. Giuffra, E. L. Grigorenko, S. L. B. Kajuna, N. J. Karoma, K. Kendler, J.-J. Kim, W. Knowler, S. Kungulilo, H. Li, R.-B. Lu, A. Odunsi, F. Okonofua, F. Oronsaye, J. Parnas, L. Peltonen, H. Rajeevan, L. O. Schulz, D. Upson, K. Weiss, and O. V. Zhukova. In addition, some of the cell lines were obtained from the National Laboratory for the Genetics of Israeli Populations at Tel Aviv University, Israel, and the African American samples were obtained from the Coriell Institute for Medical Research, Camden, NJ. Special thanks are due to the many hundreds of individuals who volunteered to give blood samples for studies of gene frequency variation.

## References

Budowle B, Moretti TR, Niezgoda SJ, Brown BL (1998) CODIS and PCR-based short tandem repeat loci: law enforcement tools. In: Second European symposium on human identification, Promega Corporation, Madison

Butler JM, Budowle B, Gill P, Kidd KK, Phillips C, Schneider PM, Vallone PM, Morling N (2008) Report on ISFG SNP Panel Discussion. In: Progress in forensic genetics: genetics supplement series, vol 1, pp 471–472

Conrad DF, Jakobsson M, Coop G, Wen X, Wall JD, Rosenberg NA, Pritchard JK (2006) A worldwide survey of haplotype variation and linkage disequilibrium in the human genome. Nat Genetics 38:1251–1260

Cubells JF, Kobayashi K, Nagatsu T, Kidd KK, Kidd JR, Calafell F, Kranzler H, Ichinose H, Gelernter J (1997) Population genetics of a functional variant of the dopamine beta-hydroxylase gene (DBH). Am J Med Genetics Neuropsych Genet 74:374–379

Devlin B, Risch N (1995) A comparison of linkage disequilibrium measures for Wne-scale mapping. Genomics 29:311–322

Fang R., Pakstis AJ, Hyland F, Wang D, Shewale J, Kidd JR, Kidd KK, Furtado MR (2009) Multiplexed SNP detection panels for human identification. Forensic Sci Int Gene Suppl (in press). doi: 10.1016/j.fsigss.2009.08.161

Inagaki S, Yamamoto Y, Doi Y, Takata T, Ishikawa T, Imabayashi K, Yoshitome K, Miyaishi S, Ishizu H (2004) A new 39-plex analysis method for SNPs including 15 blood group loci. Forensic Sci Int 144:45–57

Kidd KK, Pakstis AJ, Speed W, Grigorenko E, Kajuna SLB, Karoma N, Kungulilo S, Kim J-J, Lu A, Odunsi R-B, Okonofua F, Parnas J, Schulz L, Zhukova O, Kidd JR (2006) Developing a SNP panel for forensic identification of individuals. Forensic Sci Int 164:20–32



Lee HY, Park MJ, Yoo J-E, Chung U, Han G-R, Shin K-J (2005) Selection of twenty-four highly informative SNP markers for human identification and paternity analysis in Koreans. Forensic Sci Int 148:107–112

Li JZ, Absher DM, Tang H, Southwick AM, Casto AM, Ramachandran S, Cann HM, Barsh GS, Feldman M, Cavalli-Sforza LL, Myers RM (2008) Worldwide human relationships inferred from genome-wide patterns of variation. Science 319:1100–1104

Matise TC, Chen F, Chen W, De La Vega FM, Hansen M, He C, Hyland FCL, Kennedy GC, Kong X, Murray SS, Ziegle JS, Stewart WCL, Buyske S (2007) A second-generation combined linkage-physical map of the human genome. Genome Res 17:1783–1786

Pakstis AJ, Speed WC, Kidd JR, Kidd KK (2007) Candidate SNPs for a universal individual identification panel. Hum Genet 121:305–317

Pakstis AJ, Speed WC, Kidd JR, Kidd KK (2008) SNPs for individual identification. In: Progress in forensic genetics: genetics supplement series, vol 1, pp 479–481

Pemberton TJ, Jakobsson M, Conrad DF, Coop G, Wall JD, Pritchard JK, Patel PI, Rosenberg NA (2008) Using population mixtures to optimize the utility of genomic databases: linkage disequilibrium and association study design in India. Ann Hum Genet 72:535–546

Phillips C, Prieto L, Fondevila M, Salas A, Gomez-Tato A, Alvarez-Deos J, Alonso A, Bianco-Verea A, Brion M, Montesino M, Carracedo A, Lareu MV (2009) Ancestry analysis in the 11-M Madrid bomb attack investigation. PLOS ONE 4:e6583

Pritchard JK, Stephens M, Donnelly P (2000) Inference of population structure using multilocus genotype data. Genetics 155:945–959

Sanchez JJ, Phillips C, Borsting C, Balogh K, Bogus M, Fondevila M, Harrison CD, Musgrave-Brown E, Salas A, Syndercombe-Court D, Schneider PM, Carracedo A, Morling N (2006) A multiplex assay with 52 single nucleotide polymorphisms for human identification. Electrophoresis 27:1713–1724

Shriver MD, Mei R, Parra EJ, Sonpar V, Halder I, Tishkoff SA, Schurr TG, Zhadanov SI, Osipova LP, Brutsaert TD, Friedlaender J, Jorde LB, Watkins WS, Bamshad MJ, Guiterrez G, Loi H, Matsuzaki H, Kittles RA, Argyropoulos G, Fernandez JR, Akey JM, Jones KW (2005) Large-scale SNP analysis reveals clustered and continuous patterns of human genetic variation. Hum Genomics 2:81–89



# EXHIBIT J



Home / Products / Kidney

# KIDNEY TRANSPLANT

Kidney Transplant Home    <u>AlloSure</u>    KidneyCare

## Drive better outcomes for kidney transplant recipients

**Better surveillance. Better outcomes.**

AlloSure® is the first non-invasive test that assesses organ health by directly measuring allograft injury, enabling better management of your kidney transplant recipients.



| TEST INFORMATON | UNDERSTANDING YOUR RESULTS | SAMPLE PREPARATION | MORE INFORMATION | MAKE SECURE ONLINE PAYMENT |



## What is AlloSure?

AlloSure is a clinically and analytically validated, non-invasive donor-derived cell-free DNA (dd-cfDNA) test for identifying kidney injury.

- The first and only transplant dd-cfDNA developed specifically for transplant recipients
- Validated in prospective multicenter study
- A non-invasive blood test that does not require prior genotyping of the donor or recipient
- A rejection rule-out test that has high specificity



LEARN MORE

## What is Cell-free DNA (cfDNA)?

- Cell-free DNA refers to fragments of DNA in the bloodstream that originate from cells undergoing cell injury and death
- DNA degrades into nucleosomal units consisting of ~166 bases
- Cell-free DNA is cleared from the blood by the liver and kidney and has a half-life of about 30 minutes



Cell-free DNA
in blood and plasma



## AlloSure is validated and reimbursable through Medicare



■ AlloSure is validated in a 14 center prospective study

■ Broadly used in over 115 transplant centers

■ May be used in re-transplants

■ AlloSure is covered by Medicare



## PRESS RELEASES

| PRESS RELEASES | | |
|---|---|---|
| March 20, 2020 | March 17, 2020 | March 12, 2020 |

**New AJT Publication: AlloSure Monitors First Patient Retransplanted After Anti-PD-L1 Cancer Therapy**

READ MORE

**CareDx Launches RemoTraC: Home-Based Monitoring of Transplant Patients**

READ MORE

**CareDx Joins National Kidney Foundation on World Kidney Day to Support Kidney Transplant Community**

READ MORE

SEE ALL

## UPCOMING EVENTS

**CareDx**
Your Partner in Transplant Care

Subscribe:

| SITEMAP | COMPANY | PRODUCTS | CONTACT US |
|---|---|---|---|
| Company | Our Mission | Kidney Transplant | 3260 Bayshore Blvd |
| Products | Management Team | Heart Transplant | Brisbane, CA 94005 |
| Investors | Board of Directors | Lab Products | 415-287-2300 |

© 2020 All Rights Reserved

Careers

Compliance

Digital

419-287-2430 (fax)

customercare@caredx.com

marketing@caredx.com

# EXHIBIT K

# AlloSure Kidney

Donor-Derived Cell-Free DNA Test
Laboratory Services Guide





*Joyann F., kidney transplant recipient*





KIDNEY
AlloSure ®

# Introduction

## Performing Laboratory and Location:

CareDx
3260 Bayshore Blvd.
Brisbane, CA  94005
1-888-255-6627
CLIA No: 05D1029609
CAP ID: 7193868

## Laboratory Directors:

Judith C. Wilber, PhD, D(ABMM)
Patrick Joseph, MD

## TEST NAME

AlloSure® Donor-Derived Cell-Free DNA Test

CPT code: 81479

## INTENDED USE

The AlloSure test is intended to assess the probability of allograft rejection in kidney transplant recipients with clinical suspicion of rejection and to inform clinical decision-making about the necessity of renal biopsy in such patients at least 2 weeks post-transplant in conjunction with standard clinical assessment.

## INDICATIONS FOR USE

AlloSure is indicated for use in renal transplant patients who are

- 18 years of age or older
- At least 2 weeks (14 days) post-transplant

Clinical validity of the AlloSure test was established in single-kidney transplant recipients who were 18 years of age or older and at least two weeks post-transplant.

## INTRODUCTION TO ALLOSURE

AlloSure is a non-invasive blood test that assesses organ health by directly measuring allograft injury (Grskovic et al., *J Mol Diagn,* 2016). AlloSure can accurately determine active rejection, enabling better management of kidney transplant patients. The AlloSure test measures donor-derived cell-free DNA (dd-cfDNA) in renal transplant recipients. dd-cfDNA refers to fragments of DNA in the recipient's bloodstream that originate from cells undergoing cell injury and death.

### Principle of the Test

The AlloSure test is a targeted, next-generation sequencing (NGS) assay that measures the amount of donor-derived cfDNA relative to the total amount of cfDNA in a plasma sample. AlloSure accurately quantifies dd-cfDNA in renal transplant recipients without separate genotyping of either the donor or the recipient. The assay can quantify the fraction of dd-cfDNA in both unrelated and related donor-recipient pairs.

Blood is collected from the patient, packaged, and shipped at ambient temperature to CareDx for testing. Donor-derived cell-free DNA is measured via targeted amplification and sequencing of a set of carefully selected and validated single nucleotide polymorphisms (SNPs) specifically chosen to discriminate among individuals based on genetic sequence (genotype). The AlloSure bioinformatics software calculates the percent dd-cfDNA in the sample tested and applies the QC criteria. Most AlloSure test results are reported to the ordering physician within 2 days from specimen receipt at the CareDx lab.



**Kidney transplant**

**dd-cfDNA in Blood**

**Active Rejection**

**No Active Rejection**

**Test Methodology and Validation**

Cell-free DNA is purified from plasma collected in Streck cell-free DNA BCT® tubes. Cell-free DNA extracted from plasma is used as the template in a next generation sequencing assay. Based on a proprietary algorithm that uses the known population frequencies of the SNPs sequenced and expected distributions of alleles, the percentage of the cell-free DNA that is derived from the transplanted organ (dd-cfDNA) is computed (Grskovic et al., J Mol Diagn, 2016).

Analytical performance of the assay was characterized and validated using 1,139 samples comprising the NIST-GIAB human reference genome, independently validated reference materials, and clinical samples. The assay can reliably measure dd-cfDNA with a limit of detection (LOD) of 0.12% in unrelated and distantly-related donor-recipient transplants and with an LOD of 0.18% in closely related donor-recipient transplants.

Clinical performance of AlloSure was validated using blood samples collected from nearly 400 renal transplant recipients participating in the DART study, including 102 patients for which blood was collected at the time of a clinically indicated biopsy. A cutoff of 1% discriminates active rejection from no active rejection with a positive predictive value (PPV) of 61% and a negative predictive value (NPV) of 84% (Bloom et al., J Am Soc Nephrol 2017). At the 1% cutoff, AlloSure was highly correlated with antibody-mediated rejection (PPV of 44% and NPV of 96%). Patients in the DART multicenter study who did not experience rejection or other signs of allograft injury were considered stable transplant recipients. Monthly AlloSure tests in this stable population were used to define the baseline AlloSure (median = 0.21% dd-cfDNA) and month-month biological variation (increase ≤61% in consecutive dd-cfDNA results). (Bromberg et al., J Appl Lab Med 2017).

## SUPPLIES REQUIRED AND SUPPLIED BY CAREDX

**AlloSure Specimen Collection Kit – Description of Contents**

- Streck Cell-Free DNA BCT® (Streck Tube)
- Streck Cell-Free DNA BCT is a 10 mL, direct draw, whole blood collection tube intended for collection, transport, and storage of blood samples. Cell-Free DNA BCT stabilizes cell-free plasma DNA. Cell-Free DNA BCT contains the anticoagulant $K_3$EDTA and a cell preservative in a liquid medium. When stored at 2 °C to 30 °C, empty Cell-Free DNA BCT is stable through its expiration date. Cloudiness or precipitation visible in the tube reagent is an indication of deterioration. Do not use Cell-Free DNA BCT showing signs of deterioration and please call CareDx Customer Care to request new collection kits.
- Streck Cell-Free DNA BCT® Instructions for Use Reference Card
- AlloSure Test Requisition Form
- AlloSure Tube & Accession Labels card
- Absorbent 2-bay tube pouch
- 95 kPa bag
- Ambient gel pack
- Insulated foil envelope
- List of Contents Card
- Shipping envelope with attached shipping label

**May be ordered individually:**

- AlloSure Test Requisition Form, individual item
- AlloSure Tube & Accession Labels card, individual item

**To order AlloSure Supplies**

Phone   1-888-255-6627
Fax       1-415-287-2456
Email   OrderSupplies@caredx.com

## ORDERING ALLOSURE

### WAYS TO ORDER ALLOSURE

AlloSure may be ordered in one of several ways:

- Web Portal: AlloSure may be ordered electronically, via the CareDx Web Portal. One-time tests or standing orders (up to 12 months) are available through the portal. Please contact Customer Care to sign up for the web portal.
- AlloSure Test Requisition Form (TRF): A paper test requisition form is available for ordering AlloSure. To obtain paper test requisition forms, contact us.
- **Other (order form):** Some customers prefer to use their own order forms to place laboratory orders. We will accept order forms assuming all Required Information for AlloSure Orders (see below) is included.

### REQUIRED INFORMATION FOR ALLOSURE ORDERS

Regardless of the method used to place an AlloSure order, the following information is required and must be included on the test requisition/order received with the specimen. Without complete information on the test requisition/order, test results may be delayed.

**Patient and Prescriber Information:**

- Patient last name, first name
- Patient medical record number or other unique identifying number
- Patient date of birth
- Patient gender
- ICD-10 code
- Patient status (inpatient/outpatient)
- Patient address (street, city, state, zip)
- Patient primary phone
- Prescriber name, NPI, and signature
- Transplant date

- Type of donor (living unrelated donor, living biologically related donor, deceased donor)
- Relationship of donor to recipient

  Living biologically related donor transplants: Donor relationship to the recipient must be provided: parent, child, grandparent, grandchild, sibling, half sibling, fraternal twin, identical twin, aunt, uncle, niece, nephew, great-aunt, great-uncle, great-niece, great-nephew, cousin, unrelated, other (specify)

  Note: Donor relationship to recipient is used in the calculation of the AlloSure result. An incorrect donor relationship may affect the calculated dd-cfDNA result. In some cases, the difference in the %dd-cfDNA calculated with an incorrect relationship compared to a correct relationship may have an impact on the clinical interpretation of the result. Refer to Table 1 for result differences based on donor relationship to recipient.

**Phlebotomy Information:**

- Draw date
- Phlebotomist initials

**Insurance Information:**

- Name of insured
- Insurance provider name
- Insurance Member ID number

## SPECIMEN COLLECTION AND SHIPPING

### AlloSure Specimen Collection Procedure

- Identify the patient according to your laboratory's patient identification policy, and prepare the patient for phlebotomy according to your standard procedure.
- From the AlloSure Specimen Collection Kit, locate the following supplies:
  › Two Streck Cell-Free DNA blood colleccation tubes (check expiration date before use)
  › AlloSure Tube & Accession Labels card



Table 1. Example differences in AlloSure results based on change in donor relationship to recipient.

| Incorrect | | | Correct | | |
|---|---|---|---|---|---|
| | Relationship | AlloSure Result | | Relationship | AlloSure Result |
| Patient A | **Sibling** | **1.1%** | Patient A | **Unrelated** | **0.54%** |
| Patient B | **Unrelated** | **0.19%** | Patient B | **Sibling** | **0.37%** |

› AlloSure Test Requisition Form

Complete this form if the patient doesn't have a completed test requisition form/order form. The following information is required:

– Patient Last Name and Patient First Name

– Patient Date of Birth

– Patient MRN

– Prescriber Name and Location

– Referring Lab Name

• If collecting additional blood tests during the draw, follow this order of draw for Streck Tubes:





• Use a 22 gauge needle or larger bore for phlebotomy. Avoid drawing with a syringe and transferring through the tube's stopper; hemolysis may result.

• When using a winged (butterfly) collection set for venipuncture and the Streck Tube is the first tube drawn, draw a partially-filled non-additive or EDTA discard tube to eliminate air from the tubing.

• Since Streck Tubes contain chemical additives, it is important to avoid possible backflow from the tube. To guard against backflow, use the following precautions.

› Keep the patient's arm in the downward position during the collection procedure.

› Hold the tube with the stopper in the uppermost position so that the tube contents do not touch the stopper or the end of the needle during sample collection.

› Release the tourniquet once blood starts to flow in the tube, or within 2 minutes of application.

• A minimum of one tube is required. Two tubes are recommended. Each tube holds 10mL of blood.

• Mix by gentle inversion at least 10 times.

• On the Tube & Accession Labels card, complete the tube label with Patient Last Name, Patient First Name, Date of Birth, Draw Date, and Your Initials. Date format is MM/DD/YYYY. Do not write on the barcode portion of the label. Note: The above information is required on the tube label for specimens to be accepted for testing.

› If using a lab-generated label, Patient Last Name, Patient First Name, Date of Birth, Draw Date, and Phlebotomist's Initials must be included. Affix a barcode label from the Tube & Accession Labels card to the tube as well.

• Place label lengthwise over the Streck tube label without covering the expiration date. Leave a window to view the blood.

• Affix the first barcode label from the Tube & Accession Labels card to the upper right corner of the test requisition form/order form, and write the specimen draw date and your initials on the form. The Tube & Accession Label card has extra barcode labels should you need them.

Note: The Streck blood collection tubes are glass tubes. Specimen transport via pneumatic tube system is not advised as it may cause tube breakage as well as hemolysis of the blood sample. Hemolyzed specimens are not acceptable for testing.

• Ship the specimen as soon as possible following the Specimen Shipping Procedure. If you cannot ship the specimen immediately, hold the specimen between 6 °C and 37 °C. Do not refrigerate or freeze. Specimen must arrive at CareDx with 7 days of collection.

### Specimen Shipping Procedure

To ship AlloSure specimen:

• Place the filled Streck tube(s) in the pocket of the absorbent pouch.

• Place the pouch in the 95 kPa bag and seal.

• Wrap the 95 kPa bag in the gel pack and place inside the foil envelope, and seal.

• Place the sealed foil envelope in the shipper box.

• Fold the TRF or order form so that it fits in the shipper box and place it on top of the foil envelope.

• Place the Tube & Accession Labels card in the box.

• Place the List of Contents card on the very top; close and seal the box.

• Place the sealed box inside the shipping envelope provided. Seal the the shipping envelope shut.

• Ship the same day as collection, or as soon as possible.

**Reasons for Specimen Rejection**

- Unlabeled or improperly labeled specimens: Specimens must be labeled with 2 patient identifiers (i.e., First Name & Last Name, and DOB or MRN) and the date the specimen is drawn.
- Mishandled specimens: Specimens that are or have been frozen, or have been shipped on cold packs or ice, or have been shipped without an ambient temperature gel pack, or have evidence of mishandling or improper shipping.
- Hemolyzed specimens. Specimens showing hemolysis above a trace/slight amount by visual inspection.
- Specimens received >7 days after blood collection.
- Specimens collected in expired blood tubes.
- Specimens from patients for whom any of the following are true will not be tested:
  › Recipients of transplanted organs other than kidney
  › Recipients of a transplant from a monozygotic (identical) twin
  › Recipients of a bone marrow transplant
  › Recipients who are pregnant
  › Recipients who are under the age of 18
  › Recipients who are less than 14 days post-transplant

Recipients of allogeneic blood or bone marrow transplants who have received cells with a genome different from the recipient (e.g. non-monozygotic twin) should not receive AlloSure testing.

## LIMITATIONS

In cases where a kidney transplant recipient receives and additional transplant with the original transplanted kidney(s) still in place, the contribution of cfDNA from the original transplanted kidney is unknown. Data from retransplant patients in the DART study in whom the prior kidney(s) remain in situ suggests that AlloSure can be used in a manner similar to use in the single-kidney transplant population (Mehta, et al Am J Transplant 2018).

Patients who received transfusions of whole blood or other blood transfusions that contain white blood cell components within one month prior to the AlloSure test may have an inaccurate result. Transfusions of washed red blood cells or leukocyte-depleted, packed red blood cell transfusions are allowed.

There are some indications that damage to the graft caused by invasive procedures such as renal biopsy may cause a short-term elevation of dd-cfDNA. Until definitive studies are completed, AlloSure should not be used on patients within 24h following a renal biopsy.

Since the test evaluates differences in the genome between the donor and recipient, it is not possible to perform the test for a kidney transplant recipient that is a monozygotic twin to the donor.

When more than two genomes may be present in the recipient plasma (more than recipient + donor), contribution of cfDNA from each genome is not differentiated by the test. This includes the presence of fetal genome DNA in maternal plasma during pregnancy, and multiple-organ transplants from different donors since each graft introduces a unique genome (e.g. kidney/pancreas) and contributes different basal levels of cfDNA, confounding interpretation of the results.

A recipient of multiple transplanted organs that all originated from the same donor presents a situation where elevated levels of dd-cfDNA could have originated from one organ or another or both. If from both, they could be contributing at different baseline levels, confounding interpretation of the results. Therefore, AlloSure is not to be used for transplant recipients with multiple transplanted organs from the same donor.

## PERFORMANCE CHARACTERISTICS

**Accuracy**

Accuracy was assessed across multiple "donor/recipient" DNA mixtures in three different panels (contrived specimens made from cell lines, range 0.16%-20%, sonicated to 160 bp fragments to mimic cfDNA). Each mixture was run in 6 to 13 replicates (n=428 results). The slope, intercept, and correlation between the reference results and AlloSure results were determined for the mixtures.

## Results

| | Average | 95% CI |
|---|---|---|
| Slope | 0.9451 | 0.9317, 0.9586 |
| Intercept | 0.00024 | 0.00009, 0.00039 |
| $R^2$ | 0.9994 | 0.9992, 1.0000 |

### Specificity

At a cut-off level of 1.0%, the AlloSure test demonstrated 85% specificity (95% CI, 79-91%) to discriminate active rejection from no rejection. At a cut-off level of 1.0%, the AlloSure test demonstrated 83% specificity (95% CI, 78-89%) to discriminate ABMR from no ABMR. 96% of stable kidney transplant recipient samples are below 1.0% dd-cfDNA.

### Precision

Thirteen replicate runs of contrived specimens (described above) were performed on 13 separate days by four operators using two sequencing instruments, and three lots of critical reagents. Mean CV across dd-cfDNA levels = 2.7%.

### Coefficient of Variation

Thirteen replicate runs were performed on 13 separate days by four operators using two sequencing instruments, and three lots of critical reagents. Mean CV across dd-cfDNA levels = 2.7%.

### Sensitivity

At a cut-off level of 1.0%, the AlloSure test demonstrated 59% sensitivity (95% CI, 44-74%) to discriminate active rejection from no rejection. At a cut-off level of 1.0%, the AlloSure test demonstrated 81% sensitivity (95% CI, 67-100%) to discriminate antibody-mediated rejection (ABMR) from no ABMR.



**SENSITIVITY (%) AND SPECIFICITY (%)**

# REFERENCES

### Blood specimen collection

Streck Cell-Free DNA BCT® Instructions for Use (visit www.Streck.com for most up-to-date version)

College of American Pathologists GEN.40700, GEN.40750, GEN.40490, GEN.40491

### AlloSure publications

Grskovic, M., Hiller, D.J., Eubank, L.A., Sninsky, J.J., Christopherson, C., Collins, J.P., Thompson, K., Song, M., Wang, Y.S., Ross, D., et al., (2016). Validation of a Clinical-Grade Assay to Measure Donor-Derived Cell-Free DNA in Solid Organ Transplant Recipients. J Mol Diagn 18, 890-902.

Bloom, R.D., Bromberg, J.S., Poggio, E.D., Bunnapradist, S., Langone, A.J., Sood, P., Matas, A.J., Mehta, S., Mannon, R.B., Sharfuddin, A., et al., (2017). Cell-Free DNA and Active Rejection in Kidney Allografts. J Am Soc Nephrol 28.

Bromberg, J.S., Brennan, D.C., Poggio, E.D., Bunnapradist, S., Langone, A.J., Sood, P., Matas, A.J., Mannon, R.B., Mehta, S., Sharfuddin, A., et al., (2017). Biological Variation of Donor-Derived Cell-Free DNA in Renal Transplant Recipients: Clinical Implications. J Appl Lab Med 2.

Mehta, S.G., Chang, J.H , Alhamad, T., Bromberg, J.S., Hiller, D.J., Grskovic, M., Yee J.P., Mannon, R.B. (2018). Repeat kidney transplant recipients with active rejection have elevated donor  derived cell free DNA. Am J Transplant 1–2.

### Additional relevant publications

Beck J, Bierau S, Balzer S, Andag R, Kanzow P, Schmitz J, Gaedcke J, Moerer O, Slotta JE, Walson P, Kollmar O, Oellerich M, Schutz E. (2013). Digital droplet PCR for rapid quantification of donor DNA in the circulation of transplant recipients as a potential universal biomarker of graft injury. Clin Chem 59:1732-1741.

De Vlaminck I, Valantine HA, Snyder TM, Strehl C, Cohen G, Luikart H, Neff NF, Okamoto J, Bernstein D, Weisshaar D, Quake SR, Khush KK. (2014). Circulating cell-free DNA enables noninvasive diagnosis of heart transplant rejection. Sci Transl Med 6:241ra277.

De Vlaminck I, Martin L, Kertesz M, Patel K, Kowarsky M, Strehl C, Cohen G, Luikart H, Neff NF, Okamoto J, Nicolls MR, Cornfield D, Weill D, Valantine H, Khush KK, Quake SR. (2015). Noninvasive monitoring of infection and rejection after lung transplantation. Proc Natl Acad Sci U S A 112:13336-13341.

Gadi VK, Nelson JL, Boespflug, ND, Guthrie, KA, Kuhr, CS. (2006). Soluble Donor DNA Concentrations in Recipient Serum Correlate with Pancreas-Kidney Rejection. Clin Chem 52:379-382.

Gielis EM, Ledeganck KJ, De Winter BY, Del Favero J, Bosmans JL, Claas FH, Abramowicz D, Eikmans M. (2015). Cell-Free DNA: An Upcoming Biomarker in Transplantation. Am J Transplant 15:2541-2551.

Hidestrand M, Tomita-Mitchell A, Hidestrand PM, Oliphant A, Goetsch M, Stamm K, Liang HL, Castleberry C, Benson DW, Stendahl G, Simpson PM, Berger S, Tweddell JS, Zangwill S, Mitchell ME. (2014). Highly sensitive noninvasive cardiac transplant rejection monitoring using targeted quantification of donor-specific cell-free deoxyribonucleic acid. J Am Coll Cardiol 63:1224-1226.

Lo YM, Tein MS, Pang CC, Yeung CK, Tong KL, Hjelm NM. (1998). Presence of donor-specific DNA in plasma of kidney and liver-transplant recipients. Lancet 351:1329-1330.

Macher HC, Suarez-Artacho,G, Guerrero JM, Gomez-Bravo MA, Alvarez-Gomez S, Bernal-Bellido C, Dominguez-Pascual I, Rubio A. (2014). Monitoring of Transplanted Liver Health by Quantification of Organ-Specific Genomic Marker in Circulating DNA from Receptor. PLoS ONE 9:e113987.

Moreira VG GB, Martín JM, Suárez FO, Alvarez FV. (2009) Cell-free DNA as a noninvasive acute rejection marker in renal transplantation. Clin Chem 11:1958-1966.

Sigdel T, Vitalone MJ, Tran TQ, Dai H, Hsieh S-C, Salvatierra O, Sarwal MM. (2013). A Rapid Noninvasive Assay for the Detection of Renal Transplant Injury. Transplantation 96:97-101.

Snyder TM, Khush KK, Valantine HA, Quake SR. (2011). Universal noninvasive detection of solid organ transplant rejection. Proc Natl Acad Sci USA 108:6229-6234.

Zhang J, Tong K-L, Li PKT, Chan AWY, Yeung C-K, Pang CCP, Wong TYH, Lee K-C, L, YMD. (1999). Presence of Donor- and Recipient-derived DNA in Cell-free Urine Samples of Renal Transplantation Recipients: Urinary DNA Chimerism. Clin Chem 45:1741-1746.

# CAREDX CLINICAL LABORATORY QUALITY MANAGEMENT

Information regarding the CareDx clinical laboratory Quality Management program and current laboratory licensure status will be provided upon request.

Additional laboratory licenses and permits held by the CareDx Laboratory are listed below.

California: Lab ID: CLF 00332008        Maryland: Permit #1254        Pennsylvania: Lab ID #29355A

New York: Permit #8193        Rhode Island: LCO01129

# CAREDX CUSTOMER CARE

**Contact:** Phone 1-888-255-6627  Fax 1-415-287-2456  Email CustomerCare@caredx.com

**Hours (PST):** Monday–Friday, 6:00 am – 5:00 pm, Saturday, 8:00 am – 3:00 pm, closed Sunday

**Order Supplies:** Email OrderSupplies@caredx.com

 

Better Surveillance for Better Outcomes
www.allosure.com

© 2019 CareDx, Inc. All service marks or trademarks are owned or licensed by CareDx, Inc. or its affiliates. All rights reserved.

# EXHIBIT L

illumina®

# Flexible MiSeq® System Supports a Broad Range of Agrigenomics Applications

The compact and economical MiSeq system delivers next-generation sequencing results in hours rather than weeks, providing a higher throughput alternative to CE for agrigenomics studies.

## Introduction

Agrigenomics researchers have made significant advancements in our understanding of plants and animals, increasing crop yield and improving livestock breeding. Whole-genome sequences have been generated for many of the major plants and animals, such as corn, wheat, cotton, bovine (dairy and beef), and chicken, supporting research advances to meet the world's food, feed, fiber, and fuel demands. While whole-genome sequencing is performed with next-generation sequencers, many other agrigenomics sequencing applications such as clone checking, amplicon sequencing, and targeted transcript sequencing are routinely conducted using capillary electrophoresis technology (CE). More than 50-years old, CE technology was first used in the 1980s for DNA analysis and involves lengthy and complex workflows, taking several weeks to generate data. The MiSeq® system (Figure 1), with its faster turnaround time and simplified workflows, offers a cost-effective alternative for performing *de novo* and resequencing applications for small to mid-size genomes, RNA sequencing, and epigenetics studies.

## Streamlined Workflow and Faster Data Analysis than CE

The MiSeq system offers the first end-to-end sequencing solution, integrating cluster generation, amplification, sequencing, and data analysis into a single instrument. Its small footprint—approximately two feet square—fits easily into a laboratory environment. The MiSeq system employs Illumina sequencing by synthesis technology, the most widely used, proven next-generation sequencing chemistry with over 2,000 publications to date. As with other Illumina sequencers, the MiSeq system is powered by TruSeq® technology, delivering the highest data integrity, with the highest yield of error-free reads and the most base calls above Q30.



### Figure 1: MiSeq System

The compact MiSeq system is the ideal platform for many agrigenomics sequencing applications.

The MiSeq system features enhanced fluidics architecture, enabling a five-fold decrease in chemistry cycle time to provide results in hours, rather than the weeks required by CE. Preparing a sequencing library takes just 90 minutes, with clonal amplification and sequencing completed within as little as 4.5 hours. On the integrated instrument computer, data analysis from quality-scored base calls to variant calling and alignment can be completed in less than 2 hours with no user intervention (Figure 2). This data can be stored, analyzed, and shared with BaseSpace™, an Illumina secure, cloud-based resource, enabling unparalleled collaboration, access, and security. This is in sharp contrast to CE's limited data analysis capability that adds to its cost of operation and strains the personnel resources of most agrigenomics research groups.

## Uniquely Suited for a Variety of Agrigenomics Sequencing Applications

Despite its size, MiSeq is a powerful sequencer capable of performing demanding sequencing applications such as small genome *de novo* sequencing, targeted sequencing to analyze a discrete section of the genome, RNA sequencing to elucidate gene and protein function, microRNA sequencing to study the role of these short nucleotide sequences in regulating development, and epigenetics studies to determine the role of DNA methylation in plant and animal development. Continued MiSeq performance enhancements will expand these applications to include resequencing of larger organisms, as well as support small genome sequencing at higher coverage. More importantly, its high accuracy, simpler workflow, and minimal hands-on time will make the MiSeq system a viable CE alternative for performing valuable agrigenomics applications, including:

### Library Quality Control

Validating a nucleic acid library before sequencing is an important quality control step that ensures the value of downstream data. A poor quality library can undermine the success of large-scale sequencing, and lead to costly and time-consuming repeat experiments. The MiSeq system can perform a front-end library check using 2 × 25 bp sequencing, enabling researchers to assess the evenness of coverage, insert size, diversity, and GC content of the library.

### Clone Checking

MiSeq is capable of performing fast analysis of plasmid constructs used to clone DNA. In less than a day, plasmid constructs can be sequenced, confirming the presence and integrity of the inserted piece of DNA.

### *De Novo* and Resequencing of Small to Mid-Sized Genomes

In a single workday, the MiSeq system can accurately sequence small whole genomes (< 20 Mb), such as those of pathogens and some

Application Note: DNA Analysis

**Figure 2: MiSeq Workflow**



The MiSeq system's revolutionary workflow enables fast turnaround times for the most demanding agrigenomics sequencing applications.

plants. For example, MiSeq resequenced the 5.2 Mb *Bacillus cereus* genome in eight hours (40 minutes of hands-on time), yielding 175 Mb of data aligned to ATCC10987 with a mismatch rate of 0.06%. Its 5.4 million reads captured > 98% of the *B. cereus* genome, with average coverage of 30×.

The MiSeq system is also an efficient and economical option for performing small genome *de novo* sequencing. *De novo* sequencing of 2.8 Mb methycillin resistant *Staphlococcus aureus* (MRSA) provides an example of the speed and accuracy of the MiSeq system. The project was completed in 22.5 hours (less than 3 hours hands-on time) and yielded *de novo* 2.78 Mb assembly with N50 of 72.9 kb and max contig of 247 kb. Reads were aligned to 2.8 Mb EMRSA15 reference with an average mismatch rate of 0.12%.

### Parentage verification

Short tandem repeats (STRs) have been used for many years as genetic markers for identifying animals and understanding the relationship of offspring to parents. Typically, multiple markers are necessary to increase the probability of identifying the true parent. Currently, the use of STRs is being replaced with SNPs, which offer a higher power of discrimination. The multiplex and throughput capabilities of the MiSeq system enable faster parentage studies, providing the long reads necessary to sequence through microsatellites, while simultaneously genotyping parentage SNPs.

### RAD-Seq

Restriction site-associated DNA marker sequencing (RAD-Seq) is a genotyping method that enables the interrogation of a fraction of a target genome (0.1% to 15%). Rather than interrogating every base pair, it screens short fragments of DNA (RAD tags) that flank the recognition sites of particular restriction endonucleases for genetic variation. The MiSeq system can be used to sequence RAD tags for SNP discovery, enabling the genotyping of pooled populations for further bulk segregant analysis and multiplexed genotyping of individuals for fine-scale mapping to correlate genotypes with phenotypes.

### New Reagents to Support Additional Agrigenomics Applications

Amplicon screening and targeted transcript sequencing has increased in human genomic studies, thanks to next-generation sequencers such

as the Illumina HiSeq® systems that offer the throughput necessary to efficiently perform these applications in a matter of days. TruSeq reagents to support these studies on the MiSeq further broaden the agrigenomics applications that can be performed with this compact, economical system.

### Amplicon sequencing

Amplicon sequencing can be used for transgene (GMO) detection to ensure the presence of intended, and the absence of unintended, events; genetic purity to assess the similarity of all seeds in a seed lot; or DNA barcoding to identify species. The MiSeq system and TruSeq Custom Amplicon enable these studies to be performed faster and more economically. Amplicon sequencing on 96 samples for 96 targets using the MiSeq system takes less than three days; more than 10× faster than sequencing the same samples using CE (3–4 weeks).

### Targeted transcript sequencing

Studying relevant subsets of the transcriptome can provide novel insights into changing expression levels that occur in development, and during disease and stress conditions. Transcriptome studies can identify novel transcripts and sequencing alterations. The MiSeq system enables targeted transcript sequencing studies to be performed in a fraction of the time of CE, offering the bandwidth to multiplex samples at high read depths.

## Summary

The MiSeq system offers fast results, simplified workflows, with a minimum of hands-on time, making it an efficient, cost-effective alternative to CE for many agrigenomics sequencing applications. Powered by the same TruSeq technology found in all Illumina sequencing systems, the MiSeq can also perform small genome *de novo* sequencing and resequencing, delivering high-quality data with the highest yield of error-free reads and the most base calls above Q30. Within its small footprint, MiSeq integrates cluster generation, amplification, sequencing, and data analysis, offering a single instrument solution that fits easily into today's agrigenomics laboratory.

### Learn More

Go to www.illumina.com/miseq to learn more about the next revolution in sequencing.

**Illumina** • 1.800.809.4566 toll-free (U.S.) • +1.858.202.4566 tel • techsupport@illumina.com • www.illumina.com

FOR RESEARCH USE ONLY

© 2012 Illumina, Inc. All rights reserved.

Illumina, IlluminaDx, BaseSpace, BeadArray, BeadXpress, cBot, CSPro, DASL, DesignStudio, Eco, GAIIx, Genetic Energy, Genome Analyzer, GenomeStudio, GoldenGate, HiScan, HiSeq, Infinium, iSelect, MiSeq, Nextera, Sentrix, SeqMonitor, Solexa, TruSeq, VeraCode, the pumpkin orange color, and the Genetic Energy streaming bases design are trademarks or registered trademarks of Illumina, Inc. All other brands and names contained herein are the property of their respective owners. Pub. No. 770-2011-035 Current as of 12 January 2012

