# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., <br>    Plaintiff, <br><br>   v. <br><br> CAREDX, INC., <br><br>    Defendant. | C.A. No. 20-cv-38-CFC-CJB <br> (CONSOLIDATED) |

## NOTICE OF SERVICE

  PLEASE TAKE NOTICE that on May 12, 2023, a copy of Expert Report of Dr. Brian Van Ness was served on the following as indicated:

<u>Via E-Mail</u>
Derek J. Fahnestock
Anthony D. Raucci
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
dfahnestock@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Natera, Inc.*

<u>Via E-Mail</u>
Andrew M. Holmes
Carl G. Anderson
Sandra L. Haberny
Kevin P.B. Johnson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Natera-qeteam@quinnemanuel.com

*Attorneys for Plaintiff Natera, Inc.*

Dated: May 15, 2023

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300

(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Defendant CareDx, Inc.*