IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-038 (CFC) (CJB) |
| v. | ) | (CONSOLIDATED) |
| | ) | |
| CAREDX, INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

**OMNIBUS DECLARATION OF SANDRA HABERNY IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTION**

I, Sandra Haberny, declare as follows:

1.      I am admitted to practice before this Court *pro hac vice* in the above-captioned matter. I am an attorney of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel of record for Plaintiff Natera, Inc. ("Natera") in this action. I make this declaration in support of Natera's Motions for Summary Judgment and *Daubert* Motion, filed concurrently herewith.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the deposition of Brian Napper, dated August 3, 2023.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a document titled "Introduction to AlloSure", as produced by CareDx, Inc. ("CareDx") starting with bates-number CAREDXNA10022474.

4.      Attached hereto as **Exhibit C** is a true and correct copy of a document titled "AlloSure, KidneyCare, iBox and Beyond" starting with bates-number CAREDXNA10170263.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from CareDx's Responses and Objections to Natera Inc.'s Fifth Set of Interrogatories (Nos. 23-33), dated February 17, 2023.

6.      Attached hereto as **Exhibit E** is a true and correct copy of CareDx's 2021 Annual Report, available at https://s201.q4cdn.com/458786462/files/doc_financials/2021/ar/2021-Annual-Meeting.pdf.

7.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the Deposition of Hal Gibson, dated April 14, 2023.

8.      Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the Deposition of Sasha King, dated February 17, 2023.

9.      Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the Deposition of David Johnson, dated February 10, 2023.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Rebuttal Expert Report of Brian W. Napper, with appendices, dated June 12, 2023.

11. Attached hereto as **Exhibit J** is a true and correct copy of an email dated June 21, 2018, subject "Welcoming Competition," with bates-number CAREDXNA10742132.

12. Attached hereto as **Exhibit K** is a true and correct copy of an email dated November 13, 2018, subject "product strengths for V2 (not V3)," with bates-number NTRA-CDX-567-000000078153.

13. Attached hereto as **Exhibit L** is a true and correct copy of CareDx's 2018 Annual Report, available at https://s201.q4cdn.com/458786462/files/doc_financials/2018/ar/CDNA-2018-Annual-Report.pdf.

14. Attached hereto as **Exhibit M** is a true and correct copy of CareDx's 2019 Annual Report, available at https://s201.q4cdn.com/458786462/files/doc_financials/2019/ar/Revised-Annual-Meeting-6.25.20.pdf.

15. Attached hereto as **Exhibit N** is a true and correct copy of CareDx's 2020 Annual Report, available at https://s201.q4cdn.com/458786462/files/doc_financials/2020/ar/CAREDX-INC_Final_Annual-2020-Report.pdf.

2

16.     Attached hereto as **Exhibit O** is a true and correct copy of Natera's 2020 Annual Report, available at https://s201.q4cdn.com/354493536/files/doc_financials/2020/ar/2020-annual.pdf.

17.     Attached hereto as **Exhibit P** is a true and correct copy of the Expert Report of Lance E. Gunderson, with exhibits, dated May 12, 2023.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of CareDx's Supplemental Responses and Objections to Natera's Interrogatories (Nos. 2, 4, 5, 11, 16, 17 & 21), dated December 23, 2022.

19.     Attached hereto as **Exhibit R** is a true and correct copy of excerpts of the transcript of the claim construction hearing held in this matter on December 7, 2022.

20.     **Exhibit S – W** are intentionally left blank.

21.     Attached hereto as **Exhibit X** is a true and correct copy of the Opening Expert Report of Professor John Quackenbush, Ph.D., dated May 12, 2023.

22.     Attached hereto as **Exhibit Y** is a true and correct copy of a document titled "AlloSure Test Results Interpretation", as produced by CareDx starting with bates-number CAREDXNA10115797.

23.     Attached hereto as **Exhibit Z** is a true and correct copy of a document titled "AlloSure Lung Donor-Derived Cell-Free DNA Test Laboratory Services Guide", as produced by CareDx starting with bates-number CAREDXNA00014555.

24.

25.     Attached hereto as **Exhibit AA** is a true and correct copy of excerpts of the deposition transcript of Susan Scott taken February 20, 2023.

26.     Attached hereto as **Exhibit BB** is a true and correct copy of excerpts of the deposition transcript of Robert Woodward taken March 28, 2023.

27.     Attached hereto as **Exhibit CC** is a true and correct copy of a document titled "AlloSure v2.0 Multiplex R&D SOP Summary (v1.0)", as produced by CareDx starting with bates-number CAREDXNA00004908.

28.     Attached hereto as **Exhibit DD** is a true and correct copy of U.S. Patent No. 10,597,724.

29.     Attached hereto as **Exhibit EE** is a true and correct copy of U.S. Patent No. 11,111,544.

30.     Attached hereto as **Exhibit FF** is a true and correct copy of U.S. Patent No. 10,655,180.

31.     Attached hereto as **Exhibit GG** is a true and correct copy of excerpts of the Expert Report of Dr. Brian Van Ness Regarding Noninfringement, dated June 12, 2023.

32.     Attached hereto as **Exhibit HH** is a true and correct copy of CareDx's Responses and Objections to Natera's Second Set of Requests for Admission (Nos. 14-15), dated November 14, 2022.

33.     Attached hereto as **Exhibit II** is a true and correct copy of excerpts of the deposition transcript of David Hiller taken April 7, 2023.

34.     Attached hereto as **Exhibit JJ** is a true and correct copy of excerpts of the deposition transcript of Marica Grskovic taken February 1, 2023.

35.     Attached hereto as **Exhibit KK** is a true and correct copy of a document titled "AlloSure Test Description", as produced by CareDx starting with bates-number CAREDXNA00013635.

36.     Attached hereto as **Exhibit LL** is a true and correct copy of a document titled "Donor-Derived Cell-Free DNA Test v1: Development Report", as produced by CareDx starting with bates-number CAREDXNA00014457.

37.     Attached hereto as **Exhibit MM** is a true and correct copy of a document titled "AlloSeq® cfDNA Assay Performance Evaluation Report Beta Test Procedures results", as produced by CareDx starting with bates-number CAREDXNA10108869.

38.     Attached hereto as **Exhibit NN** is a true and correct copy of excerpts of the deposition transcript of Dr. Brian Van Ness taken July 21, 2023.

39.     Attached hereto as **Exhibit OO** is a true and correct copy of a document titled "AlloSeq cfDNA Instructions for Use", as produced by CareDx starting with bates-number CAREDXNA00012875.

40.     Attached hereto as **Exhibit PP** is a true and correct copy of a document titled "Isolation of Cell-Free DNA (cfDNA) from Whole Blood", as produced by CareDx starting with bates-number CAREDXNA00004795.

41.     Attached hereto as **Exhibit QQ** is a true and correct copy of excerpts of the Rebuttal Expert Report of Professor John Quackenbush, Ph.D. Relating to Invalidity, dated June 12, 2023.

42.     Attached hereto as **Exhibit RR** is a true and correct copy of excerpts of the Reply Expert Report of Professor John Quackenbush, Ph.D. Relating to Infringement, dated June 30, 2023.

43.     Attached hereto as **Exhibit SS** is a true and correct copy of a document titled "Isolation of Cell-Free DNA (cfDNA) from Whole Blood", as produced by CareDx starting with bates-number CAREDXNA00012946.

44.     Attached hereto as **Exhibit TT** is a true and correct copy of a document titled "AlloSure v2.0 Multiplex R&D SOP (v1.0)", as produced by CareDx starting with bates-number CAREDXNA00004885.

45.     Attached hereto as **Exhibit UU** is a true and correct copy of a document titled "AlloSure Test Description", as produced by CareDx starting with bates-number CAREDXNA00013591.

46.     Attached hereto as **Exhibit VV** is a true and correct copy of a document titled "AlloSure Test Results Interpretation", as produced by Natera starting with bates-number NTRA-CDX-567-000000216789.

47.     Attached hereto as **Exhibit WW** is a true and correct copy of a document titled "AlloSure AWP Specific Software Requirements Specification for AlloSure Release 2.0", as produced by CareDx starting with bates-number CAREDXNA00004751.

48.     Attached hereto as **Exhibit XX** is a true and correct copy of a document titled "AlloSure™ Alignment and cfDNA Quantification SRS", as produced by CareDx starting with bates-number CAREDXNA00014337.

49.     Attached hereto as **Exhibit YY** is a true and correct copy of a document titled "Multiplex Amplification of cfDNA", as produced by CareDx starting with bates-number CAREDXNA00004823.

50.     Attached hereto as **Exhibit ZZ** is a true and correct copy of a document titled "Multiplex Amplification of cfDNA", as produced by CareDx starting with bates-number CAREDXNA00013765.

51.     Attached hereto as **Exhibit AAA** is a true and correct copy of excerpts of the deposition transcript of John Sninsky taken April 4, 2023.

52.     Attached hereto as **Exhibit BBB** is a true and correct copy of a document titled "AlloSure MultiPlex Primer Pool A, 200 µM", as produced by CareDx starting with bates-number CAREDXNA00012816.

53.     Attached hereto as **Exhibit CCC** is a true and correct copy of a document titled "Understanding the genetic code", as produced by Natera starting with bates-number NTRA-CDX-567-000000035820.

54.     Attached hereto as **Exhibit DDD** is a true and correct copy of a document titled "AlloSure %dd-cfDNA Test Analytical Performance Characterization", as produced by CareDx starting with bates-number CAREDXNA00014432.

55.     Attached hereto as **Exhibit EEE** is a true and correct copy of a document containing an amplicon list, as produced by CareDx starting with bates-number CAREDXNA10649267.

56.     Attached hereto as **Exhibit FFF** is a true and correct copy of a document with the file name "Final AlloSure v2 405 SNPs_confidential.xlsx", as produced by CareDx starting with bates-number CAREDXNA11108374.

57.     Attached hereto as **Exhibit GGG** is a true and correct copy of a document titled "AlloSure Home Training June 2017", as produced by CareDx starting with bates-number CAREDXNA10868338.

58.    Attached hereto as **Exhibit HHH** is a true and correct copy of Dairawan, M. and Sheety, P.J., *The Evolution of DNA Extraction Methods*, AJBSR 8(1):39-45 (2020).

59.    Attached hereto as **Exhibit III** is a true and correct copy of the Joint Claim Construction Brief for U.S. Patent Nos. 10,597,724; 10,655,180; AND 11,111,544, dated November 9, 2022.

60.    Attached hereto as **Exhibit JJJ** is a true and correct copy of a document titled "FM011-1_Usability Engineering Plan", as produced by CareDx starting with bates-number CAREDXNA10710022.

61.    Attached hereto as **Exhibit KKK** is a true and correct copy of a document titled "AlloSeq cfDNA Windows Software Instructions for Use", as produced by CareDx starting with bates-number CAREDXNA10401055.

62.    Attached hereto as **Exhibit LLL** is a true and correct copy of Grskovic, M. et al., *Validation of a Clinical-Grade Assay to Measure Donor-Derived Cell-Free DNA in Solid Organ Transplant Recipients*, J. Mol. Diag. 18(6):890-892 (Nov. 2016), starting with bates-number CAREDXNA10304492.

63.    Attached hereto as **Exhibit MMM** is a true and correct copy of D.I. 47 in *CareDx, Inc. et al. v. Natera, Inc.*, 1:19-cv-00567-CFC-CJB (D. Del.) from a hearing held on November 21, 2020.

64.     Attached hereto as **Exhibit NNN** is the definition for verb "measure,"
available                                                                                    at
https://www.google.com/search?sca_esv=555979541&sxsrf=AB5stBgkAP-
cALxBrPQxVpFGTNTWKFIJ7g:1691784179533&q=measure&si=ACFMAn9VO
DCs-uG4dZ4pWLt0kJLW_VUGM-
C9C22PCRBBpbAGUzY_Ku6U0VdpceqZJJEOcudQNNJVRuMw5UoG5V_t10
MKCQsIRg%3D%3D&expnd=1&sa=X&ved=2ahUKEwjGx7qYs9WAAxXNIkQ
IHbtaDbsQ2v4IegUIDhDhAg&biw=1293&bih=685&dpr=1.25&bshm=dcte/1.


I declare under penalty of perjury of the laws of the United States of America
that the foregoing is true and correct.

Executed on August 11, 2023, in Los Angeles, California.


*/s/ Sandra Haberny*
Sandra Haberny

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 11, 2023, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                   *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant*

Edward R. Reines, Esquire                                  *VIA ELECTRONIC MAIL*
Derek C. Walter, Esquire
Shawn Chi, Esquire
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
*Attorneys for Defendant*

Randi W. Singer, Esquire                                   *VIA ELECTRONIC MAIL*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
*Attorneys for Defendant*

1

W. Sutton Ansley, Esquire                              *VIA ELECTRONIC MAIL*
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC  20036
*Attorneys for Defendant*


                                        */s/ Derek J. Fahnestock*
                                        _____
                                        Derek J. Fahnestock (#4705)

2