# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Derek J. Fahnestock
(302) 351-9347
dfahnestock@morrisnichols.com

August 30, 2023

The Honorable Christopher J. Burke                  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Natera, Inc. v. CareDx, Inc.*, C.A. No. 20-038 (CFC)(CJB)

Dear Judge Burke:

      Pursuant to Paragraph 11(c) of the Amended Scheduling Order, the parties respectfully request a teleconference to address Natera's Motion to Strike Certain Opinions of Dr. Brian Van Ness and Mr. Brian Napper (D.I. 232) and Natera's Motion to Strike Certain Invalidity Opinions of Dr. Brian Van Ness (D.I. 234). Counsel are available should the Court have any questions.

                                Respectfully,

                                */s/ Derek J. Fahnestock*

                                Derek J. Fahnestock (#4705)

DJF/rah
cc:    Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail)