IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-038 (CFC) (CJB) |
| v. | ) | (CONSOLIDATED) |
| | ) | |
| CAREDX, INC., | ) | REDACTED - PUBLIC VERSION |
| | ) | Original filing date: September 25, 2023 |
| | ) | Redacted filing date: October 2, 2023 |
| Defendant. | ) | |

**PLAINTIFF'S REPLY TO CAREDX'S COUNTERSTATEMENT OF FACTS IN OPPOSITION TO NATERA'S MOTION FOR SUMMARY JUDGMENT #2 (INFRINGEMENT OF THE '180 PATENT)**

OF COUNSEL:

Kevin P.B. Johnson
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Andrew M. Holmes
Jeff Nardinelli
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
dfahnestock@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Natera, Inc.*

Sandra L. Haberny, Ph.D.
Sarah M. Cork, Ph.D.
Q<small>UINN</small> E<small>MANUEL</small> U<small>RQUHART</small>
 & S<small>ULLIVAN</small>, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Bianca Fox
Q<small>UINN</small> E<small>MANUEL</small> U<small>RQUHART</small>
 & S<small>ULLIVAN</small>, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Abigail E. Clark
Q<small>UINN</small> E<small>MANUEL</small> U<small>RQUHART</small>
 & S<small>ULLIVAN</small>, LLP
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880

September 25, 2023

None of CareDx's responses to Natera's Concise Statement (D.I. 335) raise genuine disputes of material fact, because they are issues of claim construction resolvable as a matter of law or arguments unsupported by the evidence in this case as set forth in Natera's Opening Brief and Reply. Natera responds to CareDx's Counterstatement of allegedly material facts as follows:

|   | CareDx's Asserted Facts | Plaintiff's Response |
|---|---|---|
| A | CareDx's AlloSure And AlloSeq Products Do Not Measure Allele Frequencies By Sequencing | Disputed and not a fact. CareDx's statement is a legal conclusion based on its untimely and incorrect claim construction. The Accused Products "measur[]e [allele quantities] by high-throughput sequencing" as recited in claim element 14(b) according to its ordinary meaning.<br><br>Ex. EEEEE, 208:18-24; Ex. FFFFF, ¶¶136-39, 141-48; Ex. NNNNN, CAREDXNA00014345; Ex. PPPPP, 126:12-127:3, 134:2-18, 182:13-183:8; Ex. QQQQQ, 46:12-20, 68:6-12, 73:4-15; Ex. TTTTT, 38:1-17, 102:15-25, 109:58-60, 119:63-120:2, 252:8-13; Ex. VVVVV, 25, 17; Ex. YYYYY, CAREDXNA13635.; Ex. AAAAAA, CAREDXNA00004756, 770-71, 777-78. |
| 1 | CareDx's AlloSure and AlloSeq tests ("the Accused Products") use a ▇▇▇ ▇▇▇▇▇ | Disputed but immaterial. CareDx's referenced documentation describes a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ hus, the Accused Products "measur[e] [allele quantities] by high- |

| | | |
|---|---|---|
| | | throughput sequencing" according to its ordinary meaning.<br><br>D.I. 263-50, Ex. XX at -344. |
| 2 | ███████████ | Undisputed that sequencing by the Illumina high-throughput sequencer occurs ███████████ Thus, the Accused Products "measur[e] [allele quantities] by high-throughput sequencing" according to its ordinary meaning.<br><br>D.I. 263-50, Ex. XX at -344. |
| 3 | The Accused Products ███████████ | Undisputed that sequencing in the Accused Products produces ███████████ Thus, the Accused Products "measur[e] [allele quantities] by high-throughput sequencing" according to its ordinary meaning. |
| 4 | ███████████ | Disputed and not a fact. CareDx's statement is a legal conclusion based on its untimely and incorrect claim construction. The underlying facts are not in dispute. CareDx admits, and Natera agrees, that the referenced ███████████ the Accused Products "measur[e] [allele quantities] by high-throughput sequencing" according to its ordinary meaning.<br><br>Ex. EEEEE, 208:18-24; Ex. FFFFF, ¶¶136-39, 141-48; Ex. NNNNN, CAREDXNA00014345; Ex. PPPPP, 126:12-127:3, 134:2-18, 182:13-183:8; Ex. QQQQQ, 46:12-20, 68:6-12, 73:4-15; Ex. TTTTT, 38:1-17, 102:15-25, 109:58-60, |

| | | |
|---|---|---|
| | | 119:63-120:2, 252:8-13; Ex. VVVVV, 25, 17; Ex. YYYYY, CAREDXNA13635; Ex. ZZZZZ, 2, 30, 39-40; Ex. AAAAAA, CAREDXNA00004756, 770-71, 777-78. |
| 5 | [redacted] | Undisputed that these are the [redacted] identified by CareDx's referenced documentation, but immaterial because [redacted]<br><br>D.I. 263-50, Ex. XX at -344. |
| 6 | [redacted] | Disputed and not a fact. CareDx's statement is a legal conclusion based on its untimely and incorrect claim construction. The underlying facts are not in dispute. CareDx admits, and Natera agrees, that in the Accused Products, high-throughput sequencing produces [redacted]. Thus, the Accused Products "measur[e] [allele quantities] by high-throughput sequencing" according to its ordinary meaning.<br><br>Ex. FFFFF, ¶¶136-39, 141-48; Ex. PPPPP, 134:2-18, 182:13-183:8; Ex. UUUUU, 113:15-114:10; Ex. AAAAAA, CAREDXNA00004755-56, '4760; Ex. WWWWW, CAREDXNA00000131355. |
| 7 | [redacted] | Disputed and not a fact. CareDx's statement is a legal conclusion based on its untimely and incorrect claim construction. The underlying facts are not in dispute. CareDx admits, and Natera agrees, that in |

| | | | |
|---|---|---|---|
| | | | the Accused Products, high-throughput sequencing produces ▮▮▮▮▮. Thus, the Accused Products "measur[e] [allele quantities] by high-throughput sequencing" according to its ordinary meaning.<br><br>Ex. FFFFF, ¶¶136-39, 141-48; Ex. PPPPP, 134:2-18, 182:13-183:8; Ex. RRRRR, 30:11-33:3; Ex. UUUUU, 113:15-114:10; Ex. AAAAAA, CAREDXNA00004755-56, '4760; Ex. WWWWW, CAREDXNA00000131355. |
| 8 | | The specification of the '180 patent acknowledges that calculating allele counts and sequencing are distinct processes. | Disputed, but immaterial. The underlying facts are not in dispute. Under the plain and ordinary meaning of "measure" the Accused Products "measur[e] [allele quantities] by high-throughput sequencing" as recited in claim element 14(b). Calculating allele counts is data processing that happens after claim element 14(b).<br><br>Ex. TTTTT, 38:1-17, 102:15-25, 109:58-60, 119:63-120:2, 252:8-13; Ex. FFFFF, ¶¶136-39, 141-48; Ex. PPPPP, 182:13-183:8; Ex. AAAAAA, CAREDXNA00004756; Ex. NNNNN, CAREDXNA00014344; Ex. YYYYY, CAREDXNA13635. |
| 9 | | Natera's expert, Dr. Quackenbush, repeatedly acknowledges the factors that distinguish CareDx's measurement process from the asserted claims. | Disputed and not a fact, but rather a legal characterization of Dr. Quackenbush's opinions. Dr. Quackenbush did not opine that the Accused Products ▮▮▮▮▮. |

4

| | | |
|---|---|---|
| | | Ex. EEEEE, 208:18-24, 210:11-15; Ex. FFFFF, ¶¶136-39, 141-48; Ex. NNNNN, CAREDXNA00014345; Ex. PPPPP, 126:12-127:3, 134:2-18, 182:13-183:8; Ex. QQQQQ, 46:12-20, 68:6-12, 73:4-15; Ex. TTTTT, 38:1-17, 102:15-25, 109:58-60, 119:63-120:2, 252:8-13; Ex. VVVVV, 25, 17; Ex. YYYYY, CAREDXNA13635; Ex. ZZZZZ, 2, 30, 39-40; Ex. AAAAAA, CAREDXNA00004756, 770-71, 777-78. |
| 10 | For example, Dr. Quackenbush acknowledges that CareDx ▬▬▬ and that ▬▬▬ | Undisputed but immaterial. These quotes accurately reflect Dr. Quackenbush's words, but Dr. Quackenbush did not opine that the Accused Products ▬▬▬<br><br>Ex. EEEEE, 208:18-24, 210:11-15; Ex. FFFFF, ¶¶136-39, 141-48; Ex. NNNNN, CAREDXNA00014345; Ex. PPPPP, 126:12-127:3, 134:2-18, 182:13-183:8; Ex. QQQQQ, 46:12-20, 68:6-12, 73:4-15; Ex. RRRRR, 30:11-33:3; Ex. TTTTT, 38:1-17, 102:15-25, 109:58-60, 119:63-120:2, 252:8-13; Ex. VVVVV, 25, 17; Ex. YYYYY, CAREDXNA13635; Ex. ZZZZZ, 2, 30, 39-40; Ex. AAAAAA, CAREDXNA00004756, 770-71, 777-78. |

OF COUNSEL:

Kevin P.B. Johnson
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA  94065
(650) 801-5000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347

5

Andrew M. Holmes
Jeff Nardinelli
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Sandra L. Haberny, Ph.D.
Sarah M. Cork, Ph.D.
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Bianca Fox
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Abigail E. Clark
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
(305) 402-4880

September 25, 2023

Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
dfahnestock@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Natera, Inc.*

6

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing document contains 841 words, which were counted by using the word count feature in Microsoft Word, in 14-point Times New Roman font. The word count does not include the cover page, tables of contents and authorities, or the counsel blocks. For the Court's convenience, CareDx's stated facts are included in the response, but were excluded from the word count.

*/s/ Derek J. Fahnestock*

_____
Derek J. Fahnestock (#4705)

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 25, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Shawn Chi, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Randi W. Singer, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

W. Sutton Ansley, Esquire  　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC  20036
*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　/s/ *Derek J. Fahnestock*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Derek J. Fahnestock (#4705)

2