IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATERA, INC.,

               Plaintiff,

     v.

CAREDX, INC.,

               Defendant.

Civil Action No. 20-38-CFC-CJB
(CONSOLIDATED)

---

## ORDER

At Wilmington on this Eleventh day of December in 2023,

For the reasons set forth in the Memorandum Opinion issued this day, IT IS

HEREBY ORDERED that Defendant CareDx, Inc.'s Motion #1 for Summary

Judgment that Natera's Patents Claim Ineligible Subject Matter (D.I. 249) is

GRANTED IN PART AND DENIED IN PART.

 

_____
CHIEF JUDGE