IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-038 (CFC) (CJB) |
| | ) (CONSOLIDATED) |
| CAREDX, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

Plaintiff's move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1.  The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled in this case for January 11, 2024 in Courtroom 4B.

3. The following persons intend to appear at the pretrial conference, require access to their electronic devices, including personal computers for the presentation of slides and cell phones to allow for communication with the client and team members not present in the courtroom, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Andrew Bramhall, Esquire – Lead Counsel for Natera, Inc.
- Abigail E. Clark, Esquire – Lead Counsel for Natera, Inc.
- Bianca Fox, Esquire – Lead Counsel for Natera, Inc.
- Sandra L. Haberny, Esquire – Lead Counsel for Natera, Inc.
- Andrew M. Holmes, Esquire – Lead Counsel for Natera, Inc.
- Kevin P.B. Johnson, Esquire – Lead Counsel for Natera, Inc.
- Valerie Lozano, Esquire – Lead Counsel for Natera, Inc.
- Tara Srinivasan, Esquire – Lead Counsel for Natera, Inc.

WHEREFORE, Plaintiff's respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Derek J. Fahnestock*

        Jack B. Blumenfeld (#1014)
        Derek J. Fahnestock (#4705)
        Anthony D. Raucci (#5948)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@morrisnichols.com
        dfahnestock@morrisnichols.com
        araucci@morrisnichols.com

        *Attorneys for Plaintiff Natera, Inc.*

January 8, 2024


SO ORDERED, this _____ day of _____, 2024.


_____
CHIEF, UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF DELAWARE