IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., <br><br>            Plaintiff, <br><br>    v. <br><br> CAREDX, INC., <br><br>            Defendant. | C.A. No. 20-cv-38-CFC-CJB (CONSOLIDATED) |

**UNOPPOSED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendant CareDx, Inc. moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). This Motion is unopposed by Plaintiff. In support of this Motion, Defendant states as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

1

2. On January 11, 2024, January 19, 2024, and January 22-26, 2024, the parties are to appear before Your Honor for the pretrial conference, jury selection, and trial in this action, respectively.

3. The following individuals intend to appear at these events and require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Johnna Reynolds – Paralegal
- Kim Wu – IT Consultant
- Steve Mangru - IT Consultant
- Marica Grskovic – Corporate Representative
- Larry Collins - IT Consultant
- Brian Insieme - IT Consultant
- Brian Van Ness – Expert Witness
- Brian Napper – Expert Witness
- Alex Johnson - Corporate Representative

WHEREFORE, Defendant CareDx, Inc. respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: January 8, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

*Attorneys for Defendant CareDx, Inc.*