IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-038 (CFC) (CJB) |
| | ) | (CONSOLIDATED) |
| CAREDX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# [PROPOSED] REVISED PRELIMINARY JURY INSTRUCTIONS (PHASE II)

## TABLE OF CONTENTS

**Page**

1. INTRODUCTION ..................................................................................2
2. ISSUES PRESENTED IN PHASE II..................................................3
3. JUROR CONDUCT ............................................................................4
4. BURDENS OF PROOF.......................................................................5
5. OUTLINE FOR TRIAL ......................................................................6

# PHASE TWO[1]

**1.    INTRODUCTION**

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding the second phase of the case. Now that you have determined that Natera has proven by a preponderance of the evidence that CareDx directly infringed one or more valid Asserted Patent Claims, we will proceed to the second phase.

---

[1] Final Jury Instructions (Phase 2), D.I. 450, *Magnolia Medical Techs., Inc. v. Kurin, Inc.*, 1:19-cv-00097-CFC-CJB (D. Del. Aug. 4, 2022) ("Magnolia Phase 2 Final Instructions"); Final Jury Instructions (Phase 2), *Personal Audio, LLC v. Google LLC*, 1:17-cv-01751-CFC (D. Del. May 5, 2023) ("PA v. Google Phase 2 Final Instructions").

2. **ISSUES PRESENTED IN PHASE II**

All the general rules and guidance I gave you at the beginning are going to apply to this phase, and they apply equally to this phase.

In this phase you are going to decide the amount of money damages [**CareDx Proposal**: that Natera has proven by a preponderance of the evidence is adequate][2][3] to be awarded to Natera to compensate it for the infringement. During this phase, you must not revisit or reconsider your prior determination that one or more claims of the #___ patent are infringed and not invalid. In other words, you can't change what you've already decided.

You may, however, consider evidence presented in the first phase to determine the issues of damages. I'll give you more information about those two issues at the end of this phase.

---

[2] **Natera's Position:** This instruction identifies the issues presented. The burdens of proof as to those issues is presented at Instruction 4.

[3] **CareDx's Position**: It is reasonable to include the statement of the burden of proof with the issues presented, and then further explain what the burden entails under instruction 4. *See, e.g.*, Magnolia Phase II Jury Instructions (D.I. 450), Instruction 2.

3

3.     **JUROR CONDUCT**

All of the instructions I gave you at beginning of Phase I apply equally to this phase.  So you must not talk about the case with each other or with anyone else until you retire to the jury room to deliberate.  You cannot deliberate about this phase's issues until the evidence is complete on this phase.  You cannot go out and research or talk to anybody else about the case, either what you've already decided or what's going on.  You are still within the bubble, if you will, about this particular case.

And about the issues that I've just said you are going to address, do not make any determination about those until all the evidence has come in.

4.     **BURDENS OF PROOF**

In this second phase, the burden of proof on both issues rests on Natera. That is, Natera must prove the amount of damages by a preponderance of the evidence. That means more likely true than not true.

5.       OUTLINE FOR TRIAL

The second phase of the trial will now begin. It will follow roughly the same format as the first phase.

First, each side may make an opening statement. Then each party will present evidence. Natera will go first because they have the burden of proof on damages. Following Natera's case, CareDx will present evidence to rebut the evidence Natera presented.

Once all the evidence has been presented, the attorneys will present closing arguments to summarize and interpret the evidence for you. As I instructed you already, opening statements and closing arguments are not evidence.

Then, after I give you final instructions on the law that applies to this phase of the case, you will retire to the jury room to deliberate on your verdict.