# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAREDX, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 20-38 (CFC) (CJB)<br><br>(CONSOLIDATED) |

## CAREDX, INC.'S MOTION FOR
## JUDGMENT AS A MATTER OF LAW UNDER FRCP 50

Pursuant to Federal Rule of Civil Procedure 50, Defendant, CareDx, Inc. moves the Court to enter judgment as a matter of law that Plaintiff is not entitled to compensatory damages related to lost profits or reasonable royalty, including compensatory damages related to foreign sales; or with respect to reasonable royalty, that Plaintiff is not entitled to a reasonable royalty in excess of the figures provided by Defendant's damages expert.

| | |
|---|---|
| Dated: January 26, 2024 | Respectfully submitted,<br><br>FARNAN LLP |
| *Of Counsel:*<br><br>Edward R. Reines<br>Derek C. Walter<br>Nate Ngerebara<br>August Melcher<br>Concord Cheung<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br><br>W. Sutton Ansley<br>WEIL, GOTSHAL & MANGES, LLP<br>2001 M Street, NW Suite 600<br>Washington, DC 20036<br>(202) 682-7000 | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendant, CareDx, Inc.* |