IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-038 (CFC) (CJB) |
| | ) | (CONSOLIDATED) |
| CAREDX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[NATERA'S REVISED PROPOSED] VERDICT FORM**

**Phase Two**

**QUESTION 1 (LOST PROFITS):**

What is the total amount of damages Natera has proven, by a preponderance of the evidence, that it is entitled to be paid for lost profits as a result of Defendant's infringing sales of AlloSure?

Amount: $83,679,521

Continue to the next question.

**QUESTION 2 (REASONABLE ROYALTY):**

For any past sales of AlloSure for which you did not award lost profits, what is the total amount of damages Natera has proven, by a preponderance of the evidence that it is entitled to be paid as a reasonable royalty?

Amount:  $ 12,535,500

Continue to the next question.

### QUESTION 3 (REASONABLE ROYALTY):

For any sales of AlloSeq, what is the total amount of damages Natera has proven, by a preponderance of the evidence that it is entitled to be paid as a reasonable royalty?

Amount:    $ 92,350

3

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Dated: 1/26/2024

Signed:

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

4