# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-38 (CFC) (CJB) |
| ) | |
| CAREDX, INC. ) | (CONSOLIDATED) |
| ) | |
| Defendant. ) | |
| ) | |

## CAREDX, INC.'S MOTION FOR
## JUDGMENT AS A MATTER OF LAW UNDER FRCP 50 OR, IN THE
## ALTERNATIVE, NEW TRIAL UNDER FRCP 59

Pursuant to Federal Rule of Civil Procedure 50, Defendant, CareDx, Inc. moves the Court to enter judgment as a matter of law or, in the alternative, pursuant to Federal Rule of Civil Procedure 59, a new trial. The grounds for this Motion are set forth in the accompanying opening brief.

Dated: May 1, 2024

*Of Counsel:*

Edward R. Reines
Derek C. Walter
Nate Ngerebara
August Melcher
Concord Cheung
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

W. Sutton Ansley
WEIL, GOTSHAL & MANGES, LLP
2001 M Street, NW Suite 600
Washington, DC 20036
(202) 682-7000

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant, CareDx, Inc.*