IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-038 (CFC) (CJB) ) (CONSOLIDATED) |
| CAREDX, INC., | ) ) |
| Defendant. | ) ) |

**PLAINTIFF NATERA, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FED. R. CIV. P. 50(b) <u>OR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59</u>**

Plaintiff Natera, Inc. moves pursuant to Fed. R. Civ. P. 50(b) for judgment as a matter of law that Defendant CareDx, Inc. infringes claims 14 and 15 of U.S. Patent No. 10,655,180. Natera moves in the alternative for a new trial pursuant to Fed. R. Civ. P. 59 on the same issue. The grounds for this motion are set forth in Natera's accompanying Opening Brief.

A proposed form of Order is attached.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Kevin P.B. Johnson<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br><br>Andrew M. Holmes<br>Jeff Nardinelli<br>Jocelyn Ma<br>Andrew E. Naravage<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br><br>Sandra L. Haberny, Ph.D.<br>Sarah M. Cork, Ph.D.<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br><br>May 1, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek J. Fahnestock*<br><br>Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Natera, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-038 (CFC) (CJB) |
| | ) | (CONSOLIDATED) |
| CAREDX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# [PROPOSED] ORDER

Before the Court is Defendant Natera, Inc.'s Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b), or a New Trial Pursuant to Fed. R. Civ. P. 59. Having considered the parties' submissions as well as the applicable law, it is hereby ORDERED that:

\_\_\_\_\_ Natera's Motion for Judgment as a Matter of Law Pursuant to Fed. R. Civ. P. 50(b) that CareDx infringes claims 14 and 15 of U.S. Patent No. 10,655,180 is GRANTED.

\_\_\_\_\_ In the alternative, Natera's Alternative Motion for New Trial Pursuant to Fed. R. Civ. P. 59 is GRANTED.

IT SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Colm F. Connolly
Chief, United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 1, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Shawn Chi, Esquire<br>Nate Ngerebara, Esquire<br>August Melcher, Esquire<br>Concord Cheung, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Randi W. Singer, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

W. Sutton Ansley, Esquire  
WEIL, GOTSHAL & MANGES LLP  
2001 M Street NW, Suite 600  
Washington, DC  20036  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

/s/ *Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)