# EXHIBIT 2

# Brian Van Ness, Ph.D.

DDX-2.1

# '180 Patent

DDX-2.276

# The Claims Of The '180 Patent Are Not Infringed

14. A method for measuring an amount of DNA in a biological sample, the method comprising:

(a) performing a targeted PCR amplification for more than 100 SNP loci on one or more chromosomes expected to be disomic in a single reaction mixture using more than 100 PCR primer pairs, wherein the reaction mixture comprises cell-free DNA extracted from a biological sample of a subject comprising DNA of mixed origin, wherein the DNA of mixed origin comprises DNA from the subject and DNA from a genetically distinct individual, wherein neither the subject nor the genetically distinct individual is a fetus, wherein the DNA of mixed origin comprises DNA from a transplant, and wherein the amplified SNP loci comprise SNP loci on at least chromosome 1, 2, or 3;

(b) **measuring a quantity of each allele at a plurality of amplified SNP loci that comprise an allele present in the genetically distinct individual but not the subject, wherein the quantity of each allele at a plurality of amplified SNP loci are measured by high-throughput sequencing;**

(c) measuring an amount of the DNA from the genetically distinct individual in the biological sample using the quantity of each allele at the SNP loci and an expected quantity of each allele at the SNP loci for different DNA fractions,

wherein the method is performed without prior knowledge of genotypes of the genetically distinct individual.

PTX5, '180 Patent, Claim 14

DDX-2.277

# The Claims Of The '180 Patent Are Not Infringed

> **14.** A method for measuring an amount of DNA in a biological sample, the method comprising:
> (a) performing a targeted PCR amplification for more than 100 SNP loci on one or more chromosomes expected to be disomic in a single reaction mixture using more than 100 PCR primer pairs, wherein the reaction mixture comprises cell-free DNA extracted from a biological sample of a subject comprising DNA of mixed origin, wherein the DNA of mixed origin comprises DNA from the subject and DNA from a genetically distinct individual, wherein neither the subject nor the genetically distinct individual is a fetus, wherein the DNA of mixed origin comprises DNA from a transplant, and wherein the amplified SNP loci comprise SNP loci on at least chromosome 1, 2, or 3;
> **(b) measuring a quantity of each allele at a plurality of amplified SNP loci that comprise an allele present in the genetically distinct individual but not the subject, wherein the quantity of each allele at a plurality of amplified SNP loci are measured by high-throughput sequencing;**
> (c) measuring an amount of the DNA from the genetically distinct individual in the biological sample using the quantity of each allele at the SNP loci and an expected quantity of each allele at the SNP loci for different DNA fractions,
> wherein the method is performed without prior knowledge of genotypes of the genetically distinct individual.

PTX5, '180 Patent, Claim 14



Measured Quantities Of Alleles

DDX-2.278

# AlloSure Does Not Use Sequencing for Measurement of Alleles



DTX61.008

DDX-2.279

# AlloSure Does Not Use Sequencing for Measurement of Alleles



**CareDx**
AlloSure™ Alignment and cfDNA Quantification SRS | Page 8 of 25
DHF-CFDNA-DI-00008 | 3260 Bayshore Blvd. Brisbane, California 94005 | Revision 1

## 3  Software workflow for the Alignment and pileup (Secondary)

The NGS reads from a MiSeq sequence run are processed through 5 key steps: (1) the processing of the raw base call bcl file to a fastq file with base calls and quality information; (2) the trimming of primer and poor sequence bases with the "trim-galore" software; (3) the alignment of the fastq reads to an genome composed of the SNP sequences; (4) pileup counts of each nucleotide in the genome; (5) summary of the pileup counts. The final file is used as the input to the "Tertiary" analysis for cf-DNA donor estimation. Steps (1), (2), (3), and (4) are publicly available programs well documented in the literature and detailed below. The summary file (Step 5) is a specific format and parse of the pileup results.

### 3.1  Step 1: The NGS raw reads are processed by bcl2fastq

The raw Illumina bcl files are processed through Illumina software bcl2fastq to derive the fastq base call reads.

  3.1.1 The process is run in the DNAnexus cloud service and the directory is under the project CareDX_runs and the directory is the MiSeq run name

### 3.2  Step 2: The software package "trim-galore"

"trim-galore is used to remove MiSeq primer information and poor quality sequence.

  3.2.1 The settings for "Trim-galore" are -bash-4.1$ trim_galore --paired --fastqc --gzip -q 30 -phred 33 -a $adaptor1-a2 $adaptor2 -o $output_dir $fastq_R1 $fastq_R2

### 3.3  Step 3: The software package BWA-MEM

BWA-MEM is used to map the fastq reads to the genome

  3.3.1 The settings for BWA-MEM are: -bash-4.1$ bwa mem $reference $trimmed_fastq_R1 $trimmed_fastq_R2 > output.sam

### 3.4  Step 4: The software packages samtools

Samtools is used to count the number of reads at each base in the genome. Three calls are made to SAMtools: sorting the BAM files, index the BAM files and mpileup to count the number of reads at each base in the genome and output the counts at the SNP position.

  3.4.1 The settings for samtools sort are: bash-4.1$ samtools sort output.bam sorted_output.bam

  3.4.2 The settings for samtools index are: bash-4.1$ samtools index sorted.output.bam

  3.4.3 The settings for Samtooltool sort are:

CareDx

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY | CAREDXNA00014344
DTX0061-008

> The NGS reads from a MiSeq sequence run are processed through 5 key steps: (1) the processing of the raw base call bcl file to a fastq file with base calls and quality information; (2) the trimming of primer and poor sequence bases with the "trim-galore" software; (3) the alignment of the fastq reads to an genome composed of the SNP sequences; **(4) pileup counts of each nucleotide in the genome; (5) summary of the pileup counts.** The final file is used as the input to the "Tertiary" analysis for cf-DNA donor estimation. Steps (1), (2), (3), and (4) are publicly available programs well documented in the literature and detailed below. The summary file (Step 5) is a specific format and parse of the pileup results.

DTX61.008

DDX-2.280

# AlloSure Does Not Use Sequencing for Measurement of Alleles



CareDx
DHF-CFDNA-DI-00008
AlloSure™ Alignment and cfDNA Quantification SRS
3260 Bayshore Blvd.  Brisbane, California    94005
Page 8 of 25
Revision 1

## 3   Software workflow for the Alignment and pileup (Secondary)

The NGS reads from a MiSeq sequence run are processed through 5 key steps: (1) the processing of the raw base call bcl file to a fastq file with base calls and quality information; (2) the trimming of primer and poor sequence bases with the "trim-galore" software; (3) the alignment of the fastq reads to an genome composed of the SNP sequences; (4) pileup counts of each nucleotide in the genome; (5) summary of the pileup counts. The final file is used as the input to the "Tertiary" analysis for cf-DNA donor estimation. Steps (1), (2), (3), and (4) are publicly available programs well documented in the literature and detailed below. The summary file (Step 5) is a specific format and parse of the pileup results.

### 3.1   Step 1: The NGS raw reads are processed by bcl2fastq
The raw Illumina bcl files are processed through Illumina software bcl2fastq to derive the fastq base call reads.

3.1.1 The process is run in the DNAnexus cloud service and the directory is under the project CareDX_runs and the directory is the MiSeq run name

### 3.2   Step 2: The software package "trim-galore"
"trim-galore is used to remove MiSeq primer information and poor quality sequence.

3.2.1 The settings for "Trim-galore" are -bash-4.1$ trim_galore --paired --fastqc --gzip -q 30 -phred 33 -a $adaptor1-a2 $adaptor2 -o $output_dir $fastq_R1 $fastq_R2

### 3.3   Step 3:  The software package BWA-MEM
BWA-MEM is used to map the fastq reads to the genome

3.3.1 The settings for BWA-MEM are: -bash-4.1$ bwa mem $reference $trimmed_fastq_R1 $trimmed_fastq_R2 > output.sam

### 3.4   Step 4: The software packages samtools
Samtools is used to count the number of reads at each base in the genome. Three calls are made to SAMtools: sorting the BAM files, index the BAM files and mpileup to count the number of reads at each base in the genome and output the counts at the SNP position.

3.4.1 The settings for samtools sort are: bash-4.1$ samtools sort output.bam sorted_output.bam

3.4.2 The settings for samtools index are: bash-4.1$ samtools index sorted.output.bam

3.4.3 The settings for Samtooltool sort are:

CareDx

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
CAREDXNA00014344
DTX0061-008

### 3.1   Step 1: The NGS raw reads are processed by bcl2fastq

The raw Illumina bcl files are processed through Illumina software bcl2fastq to derive the fastq base call reads.

3.1.1 The process is run in the DNAnexus cloud service and the directory is under the project CareDX_runs and the directory is the MiSeq run name

DTX61.008

DDX-2.281

# AlloSure Does Not Use Sequencing for Measurement of Alleles



**CareDx**
DHF-CFDNA-DI-00008
AlloSure™ Alignment and cfDNA Quantification SRS
3260 Bayshore Blvd. Brisbane, California 94005
Page 8 of 25
Revision 1

## 3 Software workflow for the Alignment and pileup (Secondary)

The NGS reads from a MiSeq sequence run are processed through 5 key steps: (1) the processing of the raw base call bcl file to a fastq file with base calls and quality information; (2) the trimming of primer and poor sequence bases with the "trim-galore" software; (3) the alignment of the fastq reads to an genome composed of the SNP sequences; (4) pileup counts of each nucleotide in the genome; (5) summary of the pileup counts. The final file is used as the input to the "Tertiary" analysis for cf-DNA donor estimation. Steps (1), (2), (3), and (4) are publicly available programs well documented in the literature and detailed below. The summary file (Step 5) is a specific format and parse of the pileup results.

### 3.1 Step 1: The NGS raw reads are processed by bcl2fastq

The raw Illumina bcl files are processed through Illumina software bcl2fastq to derive the fastq base call reads.

3.1.1 The process is run in the DNAnexus cloud service and the directory is under the project CareDX_runs and the directory is the MiSeq run name

### 3.2 Step 2: The software package "trim-galore"

"trim-galore is used to remove MiSeq primer information and poor quality sequence.

3.2.1 The settings for "Trim-galore" are -bash-4.1$ trim_galore --paired --fastqc --gzip -q 30 -phred 33 -a $adaptor1-a2 $adaptor2 -o $output_dir $fastq_R1 $fastq_R2

### 3.3 Step 3: The software package BWA-MEM

BWA-MEM is used to map the fastq reads to the genome.

3.3.1 The settings for BWA-MEM are: -bash-4.1$ bwa mem $reference $trimmed_fastq_R1 $trimmed_fastq_R2 > output.sam

### 3.4 Step 4: The software packages samtools

Samtools is used to count the number of reads at each base in the genome. Three calls are made to SAMtools: sorting the BAM files, index the BAM files and mpileup to count the number of reads at each base in the genome and output the counts at the SNP position.

3.4.1 The settings for samtools sort are: bash-4.1$ samtools sort output.bam sorted_output.bam

3.4.2 The settings for samtools index are: bash-4.1$ samtools index sorted.output.bam

3.4.3 The settings for Samtooltool sort are:

CareDx

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         CAREDXNA00014344
DTX0061-008

### 3.2 Step 2: The software package "trim-galore"

"trim-galore is used to remove MiSeq primer information and poor quality sequence.

3.2.1 The settings for "Trim-galore" are -bash-4.1$ trim_galore --paired --fastqc --gzip -q 30 -phred 33 -a $adaptor1-a2 $adaptor2 -o $output_dir $fastq_R1 $fastq_R2

DTX61.008

DDX-2.282

# AlloSure Does Not Use Sequencing for Measurement of Alleles



**CareDx**
DHF-CFDNA-DI-00008
AlloSure™ Alignment and cfDNA Quantification SRS
3260 Bayshore Blvd. Brisbane, California 94005
Page 8 of 25
Revision 1

## 3 Software workflow for the Alignment and pileup (Secondary)

The NGS reads from a MiSeq sequence run are processed through 5 key steps: (1) the processing of the raw base call bcl file to a fastq file with base calls and quality information; (2) the trimming of primer and poor sequence bases with the "trim-galore" software; (3) the alignment of the fastq reads to an genome composed of the SNP sequences; (4) pileup counts of each nucleotide in the genome; (5) summary of the pileup counts. The final file is used as the input to the "Tertiary" analysis for cf-DNA donor estimation. Steps (1), (2), (3), and (4) are publicly available programs well documented in the literature and detailed below. The summary file (Step 5) is a specific format and parse of the pileup results.

### 3.1 Step 1: The NGS raw reads are processed by bcl2fastq

The raw Illumina bcl files are processed through Illumina software bcl2fastq to derive the fastq base call reads.

3.1.1 The process is run in the DNAnexus cloud service and the directory is under the project CareDX_runs and the directory is the MiSeq run name

### 3.2 Step 2: The software package "trim-galore"

"trim-galore is used to remove MiSeq primer information and poor quality sequence.

3.2.1 The settings for "Trim-galore" are ```-bash-4.1$ trim_galore --paired --fastqc --gzip -q 30 -phred 33 -a $adaptor1-a2 $adaptor2 -o $output_dir $fastq_R1 $fastq_R2```

### 3.3 Step 3: The software package BWA-MEM

BWA-MEM is used to map the fastq reads to the genome

3.3.1 The settings for BWA-MEM are: ```-bash-4.1$ bwa mem $reference $trimmed_fastq_R1 $trimmed_fastq_R2 > output.sam```

### 3.4 Step 4: The software package samtools

Samtools is used to count the number of reads at each base in the genome. Three calls are made to SAMtools: sorting the BAM files, index the BAM files and mpileup to count the number of reads at each base in the genome and output the counts at the SNP position.

3.4.1 The settings for samtools sort are: ```bash-4.1$ samtools sort output.bam sorted_output.bam```

3.4.2 The settings for samtools index are: ```bash-4.1$ samtools index sorted.output.bam```

3.4.3 The settings for Samtooltool sort are:

CareDx

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CAREDXNA00014344
DTX0061-008

### 3.3 Step 3: The software package BWA-MEM

BWA-MEM is used to map the fastq reads to the genome

3.3.1 The settings for BWA-MEM are: ```-bash-4.1$ bwa mem $reference $trimmed_fastq_R1 $trimmed_fastq_R2 > output.sam```

DTX61.008

DDX-2.283

# AlloSure Does Not Use Sequencing for Measurement of Alleles



### 3.4 Step 4: The software package samtools

Samtools is used to count the number of reads at each base in the genome. Three calls are made to SAMtools: sorting the BAM files, index the BAM files and mpileup to count the number of reads at each base in the genome and output the counts at the SNP position.

3.4.1 The settings for samtools sort are: `bash-4.1$ samtools sort output.bam sorted_output.bam`

3.4.2 The settings for samtools index are: `bash-4.1$ samtools index sorted.output.bam`

3.4.3 The settings for Samtooltool sort are:

DTX61.008

DDX-2.284

# AlloSure Does Not Use Sequencing for Measurement of Alleles



### 3.5 Step 5: The script "pileup.transpose.summary"

3.5.1 The script pileup.transpose.summary is written in Perl and is used to pivot and summarize the pileup counts. ==Per individual sample, bases for each position in the genome are counted across reads.== Four lines exist for each genome base position reflecting the three alternative bases and "N" or unknown. All samples from the MiSeq run are summarized into the same file "RunName"_pileup_summary.

3.5.2 Example of the pileup summary file Table 1.

| Experiment_Name | Sample_Name | Amplicon_Name | SNP_Name | Chr | Position | REF | ALT | REF_count | ALT_count | REF_freq | ALT_freq | REF/ALT_reads | All_reads |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150701b | DLS4 | allSNP79 | , | chr1_14154833_14155962 | 501 | G | A | 1 | 0 | 1 | 0 | 1 | 1948 |
| 150701b | DLS4 | allSNP79 | , | chr1_14154833_14155962 | 501 | G | T | 1 | 0 | 1 | 0 | 1 | 1948 |
| 150701b | DLS4 | allSNP79 | , | chr1_14154833_14155962 | 501 | G | C | 1 | 0 | 1 | 0 | 1 | 1948 |
| 150701b | DLS4 | allSNP79 | , | chr1_14154833_14155962 | 501 | G | T | 1 | 0 | 1 | 0 | 1 | 1948 |

DTX61.009

DDX-2.285

# AlloSure Process



DDX-2.286

# AlloSure Does Not Perform The Patented Method



DDX-2.287

# AlloSeq Does Not Use Sequencing for Measurement of Alleles

AlloSeq® cfDNA Assay Performance Evaluation Report
Beta Test Procedures results

Following cfDNA extraction from plasma, the cfDNA is amplified using multiplex PCR that includes PCR primers for 202 single nucleotide polymorphisms. ==The resulting PCR products are sequenced== on an Illumina, Inc. (Illumina) MiSeq sequencing instrument (or alternative validated Illumina sequencer), and ==the sequence data is analyzed using the CareDx AlloSeq® cfDNA software.==

HQ-DHF-AlloSeq-cfDNA-R-00012 AlloSeq cfDNA Beta Validation Report
Rev 1
Effective date: 16-Oct-2019



Defendant's Trial Exhibit
DTX0596
C.A. No. 20-038-CFC

OUTSIDE ATTORNEYS' EYES ONLY INFORMATION          CAREDXNA10108669
DTX0596-001

DTX596

DTX596.002

DDX-2.288

# The Claims Of The '180 Patent Are Not Infringed

> 14. A method for measuring an amount of DNA in a biological sample, the method comprising:
> (a) performing a targeted PCR amplification for more than 100 SNP loci on one or more chromosomes expected to be disomic in a single reaction mixture using more than 100 PCR primer pairs, wherein the reaction mixture comprises cell-free DNA extracted from a biological sample of a subject comprising DNA of mixed origin, wherein the DNA of mixed origin comprises DNA from the subject and DNA from a genetically distinct individual, wherein neither the subject nor the genetically distinct individual is a fetus, wherein the DNA of mixed origin comprises DNA from a transplant, and wherein the amplified SNP loci comprise SNP loci on at least chromosome 1, 2, or 3;
> ~~(b) measuring a quantity of each allele at a plurality of amplified SNP loci that comprise an allele present in the genetically distinct individual but not the subject, wherein the quantity of each allele at a plurality of amplified SNP loci are measured by high throughput sequencing;~~
> (c) measuring an amount of the DNA from the genetically distinct individual in the biological sample using the quantity of each allele at the SNP loci and an expected quantity of each allele at the SNP loci for different DNA fractions,
> wherein the method is performed without prior knowledge of genotypes of the genetically distinct individual.

PTX5, '180 Patent, Claim 14

## No Infringement

Allosure calculates quantities of Alleles by advanced mathematics, not measuring Alleles by high throughput sequencing

DDX-2.289