IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CAREDX, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-038 (CFC) (CJB)<br>) (CONSOLIDATED)<br>)<br>)<br>)<br>) |

## PLAINTIFF NATERA, INC.'S NOTICE OF APPEAL

NOTICE IS GIVEN that, pursuant to Federal Rule of Appellate Procedure 4(a), Plaintiff Natera, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Summary Judgment Order of this Court entered on December 11, 2023 (D.I. 403), and from any and all adverse orders, rulings, findings, opinions, and conclusions incorporated in, antecedent to, ancillary to, or underlying and related to that Order, and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, opinions and claim constructions that merged into and became part of the Order, that shaped the Order, that are related to the Order, or upon which the Order is based.

The Court has not yet entered final judgment in this action. Nonetheless, the Summary Judgment Order issued on December 11, 2023 (D.I. 403), 150 days from which is May 9, 2024. *See* Fed. R. Civ. P. 58(c)(2)(B) (if a separate document

required to enter judgment, but no such separate document has been filed on the docket, judgment is entered when "150 days have run from the entry in the civil docket"); Fed. R. App. P. 4(a)(7)(A)(ii) (same).[1]

---

[1] Natera previously filed a notice of appeal of the Summary Judgment Order (D.I. 428), and that appeal was dismissed before May 9, 2024 (D.I. 475). Because the dismissal occurred before the Court of Appeals had appellate jurisdiction and was not on the merits, the dismissal is understood to be without prejudice. *See Oney v. Jungle Rags, Inc.*, 132 F.3d 49 (Fed. Cir. 1997); ("We agree that there is no final judgment and that this appeal should be dismissed as premature. There is no need to state that the dismissal is without prejudice."); *Nicon, Inc. v. United States*, 33 F. App'x 506 (Fed. Cir. 2002) ("Nicon's January 9, 2002 appeal from the granting of a partial summary judgment is premature. However, as acknowledged by both parties, the dismissal of Nicon's appeal does not prejudice Nicon because it may still file a timely notice of appeal."); *Koenig v. Fugro-McClelland(Sw.), Inc.*, 152 F.3d 948 (Fed. Cir. 1998) ("Generally, the court does not indicate whether an appeal is dismissed with or without prejudice.").

2

|  |  |
|---|---|
| OF COUNSEL:<br><br>Kevin P.B. Johnson<br>Andrew M. Holmes<br>Jeff Nardinelli<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br><br>Sandra L. Haberny, Ph.D.<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br><br>Abigail E. Clark<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>2601 South Bayshore Dr., Suite 1550<br>Miami, FL 33133<br>(305) 402-4880<br><br>Bianca Fox<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>May 30, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek J. Fahnestock*<br><br>Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Natera, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 30, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Shawn Chi, Esquire<br>Nate Ngerebara, Esquire<br>August Melcher, Esquire<br>Concord Cheung, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Randi W. Singer, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

W. Sutton Ansley, Esquire  
WEIL, GOTSHAL & MANGES LLP  
2001 M Street NW, Suite 600  
Washington, DC  20036  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

/s/ *Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)