IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., <br><br>   Plaintiff, <br><br>  v. <br><br>CAREDX, INC., <br><br>   Defendant. | C.A. No. 20-cv-38-CFC-CJB (CONSOLIDATED) |

## STIPULATION AMENDING SCHEDULE FOR POST-TRIAL PROCEEDINGS (D.I. 472)

The parties, subject to the Court's approval, agree to amend the Stipulation and Order (D.I. 472) governing post-trial proceedings as follows:

| Event | Current Date | New Date |
|---|---|---|
| CareDx Rebuttal Expert Reports | July 2, 2024 | July 9, 2024 |
| Natera Reply Expert Reports | July 19, 2024 | July 22, 2024 |
| Close of Expert Discovery | August 1, 2024 | August 2, 2024 |
| Natera opening brief on infringement and damages | August 16, 2024 | August 21, 2024 |
| CareDx opposition brief on infringement and damages | September 6, 2024 | September 9, 2024 |
| Natera reply brief on infringement and damages | September 18, 2024 | Same |

| | |
|---|---|
| Dated: June 28, 2024 | Respectfully submitted, |
| Morris, Nichols, Arsht & Tunnell LLP | FARNAN LLP |
| /s/ Derek J. Fahnestock<br>Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, De 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com<br>araucci@mnat.com | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| *Attorneys For Plaintiff Natera, Inc.* | *Attorneys for Defendant CareDx, Inc.* |

IT IS SO ORDERED this 28th day of June, 2024.

_____
The Honorable Colm F. Connolly