IN IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | ) | |
| Plaintiff, | ) ) ) | C.A. No. 20-038 (CFC) (CJB) |
| v. | ) ) | (CONSOLIDATED) |
| CAREDX, INC., | ) ) | **FILED UNDER SEAL** |
| Defendant. | ) ) ) | |

## DECLARATION OF EDWARD R. REINES IN SUPPORT OF DEFENDANT CAREDX, INC.'S MOTION TO REOPEN THE RECORD

1. I, Edward R. Reines, hereby declare as follows:

2. I am an attorney at law with Weil, Gotshal & Manges LLP, counsel of record for Defendant CareDx, Inc. ("CareDx") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

3. Attached hereto as Exhibit A are highlighted excerpts of a true and correct copy of the transcript of Dr. John Quackenbush's Post-Trial Deposition, taken on August 26, 2024.

4. Attached hereto as Exhibit B are highlighted excerpts of a true and correct copy of Dr. John Quackenbush's Opening Post-Trial Report, dated June 7, 2024.

1

I declare under the penalty of perjury that the foregoing statements made by me are true and correct.

Dated: September 30, 2024

/s/ *Edward R. Reines*
Edward R. Reines

*Attorney for CareDx, Inc.*