## IN IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NATERA, INC.,

   Plaintiff,

 v.

CAREDX, INC.,

   Defendant.

)
)
)
)
)
)
)
)
)
)

C.A. No. 20-038 (CFC) (CJB)

(CONSOLIDATED)

## [~~PROPOSED~~] FINAL JUDGMENT

WHEREAS the above captioned action is a consolidation of three lawsuits Plaintiff Natera, Inc. filed against Defendant CareDx, Inc. (D.I. 45);

WHEREAS the operative complaint in each lawsuit asserts one count, which alleges CareDx infringed one of three patents belonging to Natera: U.S. Patent No. 10,597,724 ("the '724 Patent") (D.I. 118); U.S. Patent No. 10,655,180 ("the '180 Patent") (D.I. 119); and U.S. Patent No. 11,111,544 ("the '544 Patent") (D.I. 120);

WHEREAS CareDx asserted two counterclaims in each case—one for a declaratory judgment of invalidity and the other for a declaratory judgment of non-infringement (D.I. 146; D.I. 147; D.I. 148);

WHEREAS, the Court granted CareDx's motion for summary judgment that claims 1, 4, 5, and 6 of the '724 Patent are invalid under 35 U.S.C. § 101 (D.I. 402; D.I. 403);

1

WHEREAS, a jury trial was held from January 22-26, 2024, in which Natera asserted claims 14 and 15 of the '180 Patent and claims 21, 26, and 27 of the '544 Patent.

WHEREAS, after the liability phase of the jury trial, the jury returned a verdict that CareDx did not infringe claims 14 and 15 of the '180 Patent but that CareDx did infringe claims 21, 26, and 27 of the '544 Patent, and that the asserted claims of the '180 and '544 Patents were not invalid; (D.I. 460); and following the damages phase, awarded Natera damages of $96,307,521 (D.I. 462);

WHEREAS the Court denied Natera's motion for judgment as a matter of law that CareDx infringed claims 14 and 15 of the '180 Patent (D.I. 553);

WHEREAS the Court granted CareDx's motion for judgment as a matter of law that claims 14 and 15 of the '180 Patent and claims 21, 26, and 27 of the '544 Patent are invalid under 35 U.S.C. § 112 for inadequate written description, and denied CareDx's motion for a new trial (D.I. 558, D.I. 559); and

WHEREAS the Court denied as moot (1) CareDx's Motion for Judgment of Invalidity Pursuant to FRCP 52 or, in the alternative, Motion for Judgment as a Matter of Law or, Motion for New Trial (D.I. 487); (2) Natera's Motion for Permanent Injunction (D.I. 502); and (3) CareDx's Motion to Reopen the Record (D.I. 537);

**FINAL JUDGMENT IS HEREBY ENTERED IN EACH CASE IN THIS CONSOLIDATED PROCEEDING AS FOLLOWS**:

1.    U.S. Patent No. 10,597,724:

     i.    Natera's claim for infringement: Judgment for CareDx;

     ii.    CareDx's counterclaim for invalidity: Judgment for CareDx;

     iii.    CareDx's counterclaim for non-infringement: Dismissed as moot

2.    U.S. Patent No. 11,111,544:

     i.    Natera's claim for infringement: Judgment for CareDx.

     ii.    CareDx's counterclaim for invalidity: Judgment for CareDx;

     iii.    CareDx's counterclaim for non-infringement: Dismissed as moot

3.    U.S. Patent No. 10,655,180:

     i.    Natera's claim for infringement: Judgment for CareDx

     ii.    CareDx's counterclaim for invalidity: Judgment for CareDx;

     iii.    CareDx's counterclaim for non-infringement: Judgment for CareDx

**IT IS SO ORDERED**, this _10Th_ day of _March_, 2025.


_____
Honorable Chief Judge Colm F. Connolly

3