IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-038 (CFC) (CJB) |
| ) | (CONSOLIDATED) |
| CAREDX, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF NATERA, INC.'S NOTICE OF APPEAL

NOTICE IS GIVEN that, pursuant to Federal Rule of Appellate Procedure 4(a), Plaintiff Natera, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on March 10, 2025 (D.I. 563), and from any and all adverse orders, rulings, findings, opinions, and conclusions incorporated in, antecedent to, ancillary to, or underlying and related to that Judgment, and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, opinions and claim constructions that merged into and became part of the Judgment, that shaped the Judgment, that are related to the Judgment, or upon which the Judgment is based, including but not limited to the order granting summary judgment of invalidity of claims 1, 4, 5, and 6 of the '724 Patent (D.I. 402; D.I. 403).

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ Derek J. Fahnestock |
| OF COUNSEL: | Derek J. Fahnestock (#4705) |
| | Anthony D. Raucci (#5948) |
| Kevin P.B. Johnson | 1201 North Market Street |
| QUINN EMANUEL URQUHART | P.O. Box 1347 |
|     & SULLIVAN, LLP | Wilmington, DE 19899 |
| 555 Twin Dolphin Dr., 5th Floor | (302) 658-9200 |
| Redwood Shores, CA 94065 | dfahnestock@morrisnichols.com |
| (650) 801-5000 | araucci@morrisnichols.com |
| | |
| Andrew M. Holmes | *Attorneys for Plaintiff Natera, Inc.* |
| Jeff Nardinelli | |
| Jocelyn Ma | |
| Andrew E. Naravage | |
| QUINN EMANUEL URQUHART | |
|     & SULLIVAN, LLP | |
| 50 California Street, 22nd Floor | |
| San Francisco, CA 94111 | |
| (415) 875-6600 | |
| | |
| Sandra L. Haberny, Ph.D. | |
| Sarah M. Cork, Ph.D. | |
| QUINN EMANUEL URQUHART | |
|     & SULLIVAN, LLP | |
| 865 South Figueroa Street | |
| 10th Floor | |
| Los Angeles, CA 90017 | |
| (213) 443-3000 | |
| | |
| Bianca Fox | Abigail E. Clark |
| QUINN EMANUEL URQUHART | QUINN EMANUEL URQUHART |
|     & SULLIVAN, LLP |     & SULLIVAN, LLP |
| 51 Madison Avenue, 22nd Floor | 2601 South Bayshore Drive, Suite 1550 |
| New York, NY 10010 | Miami, FL 33133 |
| (212) 849-7000 | (305) 402-4880 |

March 17, 2025

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 17, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Edward R. Reines, Esquire<br>Derek C. Walter, Esquire<br>Shawn Chi, Esquire<br>August Melcher, Esquire<br>Concord Cheung, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Randi W. Singer, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

W. Sutton Ansley, Esquire  
WEIL, GOTSHAL & MANGES LLP  
2001 M Street NW, Suite 600  
Washington, DC  20036  
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

*/s/ Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)

2